# Exhibit A



April 23, 2021

BY CERTIFIED MAIL

Attn:
Dennis Traiteur, Manager
Christopher Belt, Superintendent
Commonfields of Cahokia Public Water District
2525 Mousette Lane
East St. Louis, IL 62206

**RE: 60-Day Notice of Intent to Sue for Violations of the Clean Water Act**

To Whom It May Concern:

On behalf of Centreville Citizens for Change, we hereby notify Commonfields of Cahokia Public Water District ("Commonfields") that Centreville Citizens for Change intends to commence a civil action under Section 505 of the Clean Water Act, 33 U.S.C. § 1365 for violations of the Clean Water Act, 33 U.S.C. § 1251, *et seq.*

For the past five years – and long before – Commonfields has been discharging raw sewage from its sanitary sewer system in the community of Centreville, Illinois into waters that flow into the Mississippi River and its tributaries. Specifically, Commonfields discharges wastewater and sewage from a ditch, manhole, and/or pipe on the block of North 82nd Street between North 80th Street and Bluff Street, a residential area. These discharges originate near a lift station that has a history of operations and maintenance issues, and they flow to Canal #1 and Harding Ditch, tributaries to the Mississippi River. These discharges are all unpermitted, and they are violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

Members of Centreville Citizens for Change, a community organization made up of residents of the predominantly Black community of Centreville, have lived with this raw sewage problem for years, in addition to other sewage infrastructure problems and backups. Centreville Citizens for Change advocates for solutions to the sewage pollution, as well as chronic flooding problems, in the community.

If Commonfields fails to remedy violations of the Clean Water Act and the root causes of the violations described herein within 60 days, Centreville Citizens for Change intends to file suit against Commonfields in the United States District Court for the Southern District of Illinois to secure appropriate relief for these violations. *See* 33 U.S.C. § 1365(a)(1).

## I.     Factual Background

### A.  Commonfields operates a poorly maintained municipal sanitary sewer system.

Commonfields is a public water district[1] that owns and operates a municipal sanitary sewer system in portions of Cahokia Heights, Centreville Township, and unincorporated St. Clair County. Prior to a recently approved merger, the municipality now known as Cahokia Heights was three separate municipalities—the City of Centreville, the Village of Alorton, and the Village of Cahokia.[2]

Commonfields' system contains more than 40 miles of gravity sewers ranging in size from 8 to 18 inches in diameter, more than 3,000 feet of force mains, more than 900 manholes, and 27 lift stations.[3] Lift stations (also referred to as pump stations) are pumps that move wastewater from lower elevations to higher elevations in a sewer system when gravity would not otherwise move the flow.

Commonfields' system allows severe inflow and infiltration problems, meaning stormwater or groundwater routinely enters the system through manholes, broken pipes, or other means, overwhelming its capacity and causing overflows and other problems such as sink holes.[4]

A report of the status of Commonfields' 27 lift stations, obtained from a Freedom of Information Act request sent to the Illinois Environmental Protection Agency ("Illinois EPA"), describes 13 stations with major functional problems.[5] One such lift station is at North 82nd Street and Bluff Avenue. The status report of lift stations identifies the North 82nd Street and Bluff Avenue lift station as one that "floods."[6] The station has a history of operations and maintenance issues, and it was operated manually until recently.[7] When the U.S. Environmental Protection Agency ("U.S. EPA") inspected this station on January 26, 2021, the electrical panel

---

[1] *See* Public Water District Act, 70 ILL. COMP. STAT. 3705/1 *et seq.*

[2] *See* DeAsia Paige, *Voters Approved the Creation of a New Town in Southwestern Illinois. Now What Happens?*, BELLEVILLE NEWS-DEMOCRAT (Nov. 7, 2020), https://www.bnd.com/news/local/article247001947.html.

[3] *See* U.S. Environmental Protection Agency Region 5, Commonfields of Cahokia – SSO Recon Inspection Trip Report at 1 (Jan. 26, 2021) (hereinafter "EPA January 2021 Inspection Report"), *available at* https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

[4] *See, e.g.*, Illinois Environmental Protection Agency, Violation Notice: Commonfields of Cahokia Sewer District, Violation Notice No. W-2020-50179, at Attachment A (Sept. 30, 2020) (attached as Ex. 1) (hereinafter "IEPA 2020 Violation Notice") (identifying "severe inflow and infiltration" in Commonfields' system).

[5] Pump Station Information, Commonfields of Cahokia Public Water District (attached as Ex. 2) (describing the status of 4 as "poor condition," 1 as "abandoned," and 8 as either "station floods" or "temporary submersible," or both, meaning the station is using temporary submersible pumps).

[6] *Id.*

[7] EPA January 2021 Inspection Report at 3.

was uncovered, indicating poor maintenance.[8] As a U.S. EPA inspection report noted, "there appears to be a general lack of maintenance in the system."[9]

Lift station failures, infiltration, and other system-wide infrastructure problems can lead to backups and sanitary sewer overflows ("SSOs"). SSOs involve the discharge of raw or inadequately treated sewage, and SSOs can contaminate waters, causing serious water quality problems, and back-up into homes, causing property damage, and threatening public health.[10]

Sewage discharges in Commonfields' system are frequent. In at least one recent nine-month period of time, sewage backups occurred at multiple addresses within Commonfields' service area in every single month.[11] Toilet paper debris in ditches and surrounding manholes often marks where a discharge has occurred, including on North 82nd Street.[12]

### B. Sewage pollution threatens the environment, public health, and human dignity.

Commonfields' sewage system failures threaten the environment, public health, and the dignity of members of Centreville Citizens for Change. Commonfields' unpermitted discharges of raw sewage contaminate waterways in Centreville, including tributaries to the Mississippi River called Canal #1 and Harding Ditch. SSOs contain pollutants such as oxygen depleting substances, microbial pathogens, and nutrients.[13] Raw sewage is a source of fecal coliform pollution in waters.[14] In fact, unsafe levels of fecal coliform have been detected in Harding Ditch,[15] which has a designated use of primary contact recreation under the Clean Water Act,[16] meaning that it is supposed to be clean enough for recreational activities such as swimming.

---

[8] *Id*.

[9] U.S. Environmental Protection Agency Region 5, February 24, 2021 and February 25, 2021 SSO Reconnaissance Inspection Report at 35 (March 22, 2021) (hereinafter "EPA February 2021 Inspection Report"), *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_commonfields_of_cahokia_sso_reconinspection20210224-20210225_inspreport_20210322.pdf.

[10] U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs) https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

[11] *See* Commonfields of Cahokia Public Water District Service Order List – by Due Date, Dates 5/16/2019 – 2/19/2020 (attached as Ex. 3) (hereinafter "Commonfields 2019 – 2020 Service Order List").

[12] *See* EPA February 2021 Inspection Report at 2, 6, 17, 18, 20.

[13] U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 4-2 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[14] *See, e.g.*, U.S. Environmental Protection Agency, Recreational Water Quality Criteria at 34 (2012), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/rwqc2012.pdf.

[15] Illinois Environmental Protection Agency, Cahokia Canal Watershed TMDL Report at 5-1 – 5-2 (August 2009), *available at* https://www2.illinois.gov/epa/Documents/iepa/water-quality/watershed-management/tmdls/reports/cahokia-canal/final-report.pdf.

[16] *Id*. at 4-2.

The sewage system failures pose grave health risks to the residents of Centreville. Raw sewage includes many different kinds of pathogens, including bacteria (such as *E. coli*), viruses (such as Adenovirus and Enterovirus), and parasites (such as *Giardia* and parasitic worms like hookworm).[17] In addition to potential exposures through aquatic recreation or contaminated drinking water, humans can be exposed to these pathogens through skin contact or inhalation of pathogens in wastewater in streets or lawns, with various resulting ailments and illnesses such as diarrhea, vomiting, pneumonia, and hepatitis.[18] Moreover, the many mosquitoes attracted to the pools and ditches full of standing wastewater throughout Centreville can transmit pathogens that may cause a variety of diseases in humans.[19]

Commonfields' SSOs also damage members of Centreville Citizens for Change's enjoyment of their homes. Because of Commonfields' poor operation of the sewage system, sewage bubbles out of manholes, runs down neighborhood roadside ditches, and spreads throughout entire neighborhoods during frequent severe floods. Members of Centreville Citizens for Change have endured the smell of that raw sewage and have been unable to enjoy recreational activities such as gardening and entertaining friends or family in their yards.

### C. Centreville Citizens for Change advocates for an end to Commonfields' sewage pollution.

Centreville Citizens for Change advocates for solutions to the chronic flooding and sewage pollution in the part of Cahokia Heights formerly known as Centreville, where most of its members live. Centreville Citizens for Change is pursuing long-lasting, equitable reforms for the community that will allow residents to live free from raw sewage exposure and routine floods.

Centreville Citizens for Change sends this notice only after repeated attempts to persuade local and state leaders to protect their community from Commonfields' sewage pollution. For at least the past decade, residents also complained of the sewage pollution to authorities, including the Illinois EPA. On July 17, 2020, Centreville Citizens for Change submitted an "informal complaint" to the Illinois Pollution Control Board pursuant to 415 ILCS

---

[17] *See, e.g.*, U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 6-2 – 6-4 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[18] *Id.* at 6-8 – 6-14; *see also* National Association of Local Boards of Health, *Local Board of Health Guide to On-Site Wastewater Treatment Systems* at 10 (2006), https://www.cdc.gov/nceh/ehs/docs/onsite_wastewater_nalboh.pdf (last visited April 23, 2021).

[19] U.S. Environmental Protection Agency, Joint Statement on Mosquito Control in the United States (September 2012), https://www.epa.gov/mosquitocontrol/joint-statement-mosquito-control-united-states#diseases (hereinafter "Diseases Transmitted by Mosquitos") (last visited April 23, 2021); Illinois Department of Public Health, Mosquitoes and Disease, https://www.dph.illinois.gov/topics-services/environmental-health-protection/structural-pest-control/mosquitoes-disease (last visited April 23, 2021).

5/30, requesting that Illinois EPA investigate Commonfields. Then, Centreville Citizens for Change shared their concerns and provided this informal complaint and documentation of Commonfields' violations of state and federal law to the U.S. EPA on July 24, 2020, and to the Governor of Illinois on August 18, 2020.

Although some agencies have started to investigate Commonfields, the violations of the Clean Water Act remain ongoing and no agency is diligently prosecuting a civil or criminal action in court to require compliance with the Clean Water Act, 33 U.S.C. § 1365(b)(1)(B).

## II.    Legal Background

The Clean Water Act prohibits all discharges of pollutants to waters of the United States absent a permit. 33 U.S.C. § 1311(a). Sewage and municipal waste are pollutants. *Id.* § 1362(6). The Act defines the term "discharge of pollutants" as any addition of any pollutant to navigable waters from any point source, *id.* § 1362(12), and the term "point source" includes "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit . . . from which pollutants are or may be discharged," *id.* § 1362(14).[20]

SSOs that reach waters of the United States are point source discharges and, like other point source discharges from municipal sanitary sewer systems, are prohibited unless authorized by a National Pollution Discharge Elimination System ("NPDES") permit under section 402 of the Act, *id.* §1342.[21]

Section 505 of the Clean Water Act allows citizens to enforce the Act to ensure compliance with its provisions. *Id.* § 1365. In addition to attorneys' fees and litigation costs, civil penalties up to $55,800 per day for each violation may be imposed. *Id.* § 1319(d); 40 C.F.R. § 19.4 Table 1.

## III.    Violations

Commonfields has violated and is continuing to violate the Clean Water Act, 33 U.S.C. § 1311, by discharging sewage from its sewer system into waters of the United States without a permit. For more than a decade, Commonfields has discharged raw sewage from a ditch, pipe, and/or a manhole on the block of North 82nd Street between North 80th Street and Bluff Street into waters of the United States. Sewage is a pollutant, *id.* § 1362(6); ditches, pipes, and manholes are point sources, *id.* § 1362(14); and the discharges travel from a ditch in a residential area to Canal #1, then Harding Ditch, and ultimately the Mississippi River, all of which are waters of the United States, *id.* § 1362(7). The discharge is continuing and likely to continue.

---

[20] A point source "need not be the original source of the pollutant; it need only convey the pollutant to 'navigable waters.'" *S. Fla. Water Mgmt. Dist. v. Miccosukee Tribe of Indians*, 541 U.S. 95, 105 (2004); *see also W. Va. Highlands Conservancy v. Huffman*, 625 F.3d 159, 168 (4th Cir. 2010).

[21] *Id.*; U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs), https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

Commonfields does not hold a NPDES permit authorizing discharges of sanitary sewage or combined sewer overflows under the Clean Water Act.

North 82nd Street is in a residential neighborhood of the (former) City of Centreville. Commonfields' discharges of large volumes of raw sewage flow through a ditch that runs along the front and west sides of a residence on North 82nd Street before continuing into Canal #1 near North 80th Street and then Harding Ditch.[22] Recent testing for fecal coliform from the raw sewage ditch showed levels 97 times higher than Illinois' water quality standard for fecal coliform.[23] As depicted in Figures 1-3, below, the discharge is not a mere trickle, but a fast-flowing stream of sewage that, at times, leaves a trail of toilet paper debris.[24] The discharges at North 82nd Street are presently ongoing, and they will continue into the future unless the Clean Water Act violations are remedied.

The violations of the Clean Water Act along North 82nd Street have occurred on a nearly daily basis for years.[25] For example, a non-exclusive list of discharges documented within the last five years includes:

| Date of discharge | Documentation of discharge |
|---|---|
| July 18, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[26] |
| December 28, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[27] |
| June 19, 2017 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[28] |
| May 23, 2018 | The East Side Health District noted a discharge from the manhole at North 82nd Street and, in an email, described it as "shooting water with surfactant."[29] |

---

[22] EPA January 2021 Inspection Report at 2; *see also* EPA February 2021 Inspection Report at 6-16 (documenting the discharge flowing from 82nd Street to waters of the U.S. with a series of photographs).
[23] EPA February 2021 Inspection Report at Attachment A; 35 Ill. Adm. Code § 302.209.
[24] EPA February 2021 Inspection Report at 2, 6.
[25] *See, e.g.,* EPA January 2021 Inspection Report at 1 (noting 7 specific discharges that occurred prior to the U.S. EPA's January 26, 2021 inspection).
[26] EPA January 2021 Inspection Report at A-1.
[27] EPA January 2021 Inspection Report at A-2.
[28] EPA January 2021 Inspection Report at A-3.
[29] EPA January 2021 Inspection Report at A-4.

| March 19, 2019 | A researcher from Williams College photographed sewage discharging at North 82nd Street during dry weather conditions. |
| June 26, 2019 | Anna Sewell photographed sewage discharging at North 82nd Street during dry weather conditions. (See photograph below.) |
| August 23, 2019 | An employee of Illinois American Water noted multiple sewage discharges to a ditch at North 82nd Street in an email to the Illinois EPA.[30] |
| August 5, 2020 | The Illinois EPA photographed sewage discharging from a cleanout[31] on North 82nd Street,[32] and the Illinois EPA documented this discharge in a Notice of Violation sent to Commonfields on September 30, 2020.[33] |
| August 26, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[34] |
| September 9, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[35] |
| February 18, 2020 | The news source St. Louis Post-Dispatch documented, by video, water "stream[ing] out" from a sewer on North 82nd Street.[36] |

---

[30] Email from Ian Rischmiller, Illinois American Water, to James Blessman, Illinois EPA (August 23, 2019) (attached as Ex. 4). The email correspondence notes, "[t]here's been a recurring problem in this area."
[31] A cleanout is a vertical pipe from (underground) lateral sewers to the surface.
[32] EPA January 2021 Inspection Report at A-5, A-6.
[33] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.
[34] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.
[35] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.
[36] Michele Munz & Christian Gooden, *Wastewater Streaming Out of Broken Pipe*, ST. LOUIS POST DISPATCH (February 18, 2020), https://www.stltoday.com/wastewater-streaming-out-of-broken-pipe/video_22c828ec-085f-5718-b54a-4ae90f257477.html (noting, also, that the wastewater has been discharging from that site "for years despite complaints").

| | |
|---|---|
| February 20, 2020 | The news source Fox 2 Now documented, including by video, water discharging from the cleanout at North 82nd Street.[37] |
| January 25, 2021 | A member of Centreville Citizens for Change observed a cleanout on North 82nd Street overflowing with raw sewage, and his observation was relayed to the Illinois EPA by email on January 26, 2021. |
| January 26, 2021 | Inspectors with the U.S. EPA observed raw sewage flowing from that point into the ditch that ultimately flows to the Mississippi River.[38]<br><br>On the same day, a member of Centreville Citizens for Change videotaped the discharge. (See still photograph of video below.) |
| February 24, 2021 | Inspectors with the U.S. EPA observed wastewater discharging from the SSO location on North 82nd Street.[39] |
| March 30, 2021 | Nicole Nelson videotaped sewage discharging at North 82nd Street. (See still photograph of video below.) |

---

[37] Blair Ledet, *Centreville Residents Bring Attention to Chronic Flooding and Sewer Issues*, FOX2 NOW (February 20, 2020), https://fox2now.com/news/illinois/centreville-residents-bring-attention-to-chronic-flooding-and-sewer-issues/.

[38] EPA January 2021 Inspection Report at 2.

[39] EPA February 2021 Inspection Report at 2.



Figures 1-3: Dry weather sanitary sewer overflow at North 82nd Street in Centreville, Illinois on June 26, 2019; January 26, 2021, and March 30, 2021, respectively, from left to right.

Sewage discharges have been occurring at the North 82nd Street location for many years prior to the last five years, and Commonfields has known about the fountain of sewage since at least 2010. For example, on July 26, 2010, the Illinois EPA documented a complaint regarding the above-mentioned ongoing sewage overflow at North 82nd Street, which it described, at the time, as "occurring periodically over the past 2-3 years."[40] The Illinois EPA collected a water sample from the ditch between the two homes where this discharge flows, and the water sample notes indicate a "high flow rate."[41] The Illinois EPA also contacted Commonfields, which was aware of the discharge.[42]

With the exception of four instances in 2013, Commonfields has failed to notify the Illinois EPA, the local health department, or the public of the discharge. Centreville Citizens for Change has reason to believe there may have been many other instances of violations; a Commonfields document obtained through the Illinois Freedom of Information Act states,

---

[40] Illinois Environmental Protection Agency, Water Pollution Control Local Complaints, at 1 (July 26, 2010) (attached as Ex. 5).

[41] *Id*. at 5.

[42] *Id*. at 1.

"[t]he District does not document all SSO's,"[43] in spite of the Illinois EPA's SSO reporting requirements.[44]

Despite the lack of reporting by Commonfields, as Centreville Citizens for Change— whose members live in the community and see and experience the effects of the discharge— knows, a large volume of sewage has flowed from the pipe and ditch on North 82nd Street on a nearly continuous basis for years. In fact, Centreville Citizens for Change is only aware of the discharge ceasing on a couple of occasions—and each time, the discharge has resumed soon after. For example, in January 2021, Commonfields replaced a collapsed sewer on the stretch of North 82nd Street between the cleanout on North 82nd Street and the lift station at the North 82nd Street and Bluff Street intersection.[45] The planned repairs were completed as of January 22, 2021, with the exception of street restoration. At that time, the discharge had stopped. During a meeting with the Illinois EPA on January 25, 2021, the Illinois EPA represented to Centreville Citizens for Change that the recent repair work Commonfields had done on North 82nd Street should be a permanent fix to that sewage discharge. That same day, however, a member of Centreville Citizens for Change observed the cleanout on North 82nd Street overflowing with raw sewage, and the information was relayed to the Illinois EPA by email on January 26, 2021. On January 26, 2021 a member of Centreville Citizens for Change both, separately, videotaped wastewater and sewage discharging from that location (see table and still photograph of video above). On the same day, the U.S. EPA also observed and photographed the discharge (see table above). The discharge has continued to flow since then, occasionally stopping for no more than four days at a time, and then resuming, as documented in February and March (see table and still photograph of video above). Until Commonfields' system-wide infrastructure problems are fixed, this discharge will continue.

---

[43] Commonfields of Cahokia Service Order List (attached as Ex. 6).

[44] Email from Joe Stitely, Agricultural Engineer for Illinois Environmental Protection Agency, to Jim Miles, Field Operations Section Manager for IEPA Division of Water Pollution Control (Jan. 28, 2020) (attached as Ex. 7); *see also* Illinois Environmental Protection Agency, Sanitary Sewer Overflow or Bypass Notification Summary Report Form, *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_308_app_d_sso_report_form.pdf (requiring notification of SSOs within 24 hours and a written report within five days).

[45] Email from Sanjay Sofat, Chief, Bureau of Water for Illinois Environmental Protection Agency, to Anna Sewell, Earthjustice (January 22, 2021); *see also* Letter from Dennis Traiteur, Manager, Commonfields of Cahokia Public Water District, to Cathy Siders, Illinois Environmental Protection Agency (November 16, 2020) (attached to IEPA 2020 Violation Notice).

### IV.    Identity and Address of Party Giving Notice

The party giving notice is as follows:

Centreville Citizens for Change
8429 Bluff Street
Centreville, Illinois 62203
(618) 207-2064

Centreville Citizens for Change is represented by the legal counsel identified below:

Earthjustice

Debbie Musiker Chizewer
(773) 484-3077
dchizewer@earthjustice.org
Mary Rock
(312) 800-8336
mrock@earthjustice.org
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
(202) 667-4500
asewell@earthjustice.org
1001 G Street, NW, Suite 1000
Washington, DC 20001

### V.    Conclusion

This letter provides notice of Centreville Citizens for Change's intent to file a federal enforcement action under the authority of the Clean Water Act's citizen-suit provision, 33 U.S.C. § 1365(a), to secure appropriate relief for these violations. Centreville Citizens for Change seek an end to the sewage pollution that plagues their homes, health, and the waters surrounding their community by securing long-term compliance with applicable law.

This notice letter is based on publicly available information, information obtained through requests made pursuant to the Illinois Freedom of Information Act, 5 ILCS 140, and the observations and experiences of members of Centreville Citizens for Change. This letter addresses publicly identifiable violations occurring within five years immediately preceding the date of this notice letter. Additional information, including information in Commonfields' possession, may reveal additional violations.

If you have any questions concerning this letter or the described violations, please contact the undersigned counsel.

Sincerely,

Debbie Musiker Chizewer
dchizewer@earthjustice.org
(773) 484-3077
Mary Rock
mrock@earthjustice.org
(312) 800-8336
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
asewell@earthjustice.org
(202) 667-4500
1001 G Street, NW, Suite 1000
Washington, DC 20001

*Legal Counsel for:*

Centreville Citizens for Change
(618) 207-2064
8429 Bluff Street
Centreville, Illinois 62203

CC:

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

Cheryl L. Newton, Acting Regional Administrator
U.S. Environmental Protection Agency, Region 5
77 W. Jackson Blvd.
Chicago, IL 60604

John Kim, Director
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Sanjay Sofat, Chief, Bureau of Water
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

Exhibit 1



# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 · (217) 782-3397

JB PRITZKER, GOVERNOR                         JOHN J. KIM, DIRECTOR

(217) 524-6308

CERTIFIED MAIL # **7019 1120 0001 3037 9134**
RETURN RECEIPT REQUESTED

September 30, 2020

Commonfields of Cahokia Sewer District
2525 Mousette Lane
East St. Louis, IL 62206
Attn: Dennis Traiteur, Manager

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER: JMR

Re:   **Violation Notice:  Commonfields of Cahokia Sewer District**
      **Violation Notice No.:  W-2020-50179**

Dear Facility Owner:

This constitutes a Violation Notice pursuant to Section 31(a)(1) of the Illinois Environmental Protection Act ("Act"), 415 ILCS 5/31(a)(1), and is based upon a review of available information and an investigation by representatives of the Illinois Environmental Protection Agency ("Illinois EPA").

The Illinois EPA hereby provides notice of alleged violations of environmental laws, regulations, or permits as set forth in Attachment A to this notice.  Attachments A and B include explanations of the activities that the Illinois EPA believes may resolve the specified alleged violations, including an estimate of a reasonable time period to complete the necessary activities.  Due to the nature and seriousness of the alleged violations, please be advised that resolution of the violations may also require the involvement of a prosecutorial authority for purposes that may include, among others, the imposition of statutory penalties.

**A written response, which may include a request for a meeting with representatives of the Illinois EPA, must be submitted via certified mail to the Illinois EPA within 45 days of receipt of this letter.**  If a meeting is requested, it shall be held within 60 days of receipt of this notice.  The response must include information in rebuttal, explanation, or justification of each alleged violation and a statement indicating whether or not the facility wishes to enter into a Compliance Commitment Agreement ("CCA") pursuant to Section 31(a) of the Act.  If the facility wishes to enter into a CCA, the written response must also include proposed terms for the CCA that includes dates for achieving each commitment and may include a statement that compliance has been achieved for some or all of the alleged violations.  The proposed terms of the CCA should contain sufficient detail and must include steps to be taken to achieve compliance and the necessary dates by which compliance will be achieved.

2125 S. First Street, Champaign, IL 61820 (217) 278-5800        2309 W. Main Street, Suite 116, Marion, IL 62959 (618) 993-7200
2009 Mall Street Collinsville, IL 62234 (618) 346-5120          412 SW Washington Street, Suite D, Peoria, IL 61602 (309) 671-3022
9511 Harrison Street, Des Plaines, IL 60016 (847) 294-4000      4302 N. Main Street, Rockford, IL 61103 (815) 987-7760
595 S. State Street, Elgin, IL 60123 (847) 608-3131

Page 2 of 2

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

The Illinois EPA will review the proposed terms for a CCA provided by the facility and, within 30 days of receipt, will respond with either a proposed CCA or a notice that no CCA will be issued by the Illinois EPA.  If the Illinois EPA sends a proposed CCA, the facility must respond in writing by either agreeing to and signing the proposed CCA or by notifying the Illinois EPA that the facility rejects the terms of the proposed CCA.

If a timely written response to this Violation Notice is not provided, it shall be considered a waiver of the opportunity to respond and meet, and the Illinois EPA may proceed with referral to a prosecutorial authority.

Written communications should be directed to:

> Illinois EPA – Division of Water Pollution Control
> **Attn: Cathy Siders / CAS#19**
> P.O. BOX 19276
> Springfield, IL 62794-9276

All communications must include reference to this Violation Notice number, **W-2020-50179**.

Questions regarding this Violation Notice should be directed to **Cathy Siders at 217/524-6308** or catherine.siders@illinois.gov.

Sincerely,

*Cathy Siders*

Cathy Siders, Manager
Compliance Assurance Section
Division of Water Pollution Control
Bureau of Water

Attachments: A & B

Page 1 of 3

# ATTACHMENT A

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

Questions regarding the violations identified in this attachment should be referred to **Cathy Siders** at **(217) 524-6308**.

On August 5, August 26, and September 9, 2020; collection system, CMOM and MS4 inspections were conducted by representatives of the Illinois EPA for the Commonfields of Cahokia and the City of Centreville collection systems, lift stations, etc. During these inspections the following significant issues were observed; deteriorated conditions of the concrete sewer mains, severe infiltration and inflow (I & I), inoperable lift stations, and sanitary sewer overflows (SSO) occurring from a sewer lateral cleanout at 219 N. 82nd Street.

A review of information available to the Illinois EPA indicates the following violations of statutes, regulations, or permits.  Included with each type of violation is an explanation of the activities that the Illinois EPA believes may resolve the violation including an estimated time period for resolution.

## Overflows from Sanitary Sewers are Expressly Prohibited

Determine the cause of the overflows and investigate corrective actions to eliminate the possibility of any further raw sewage discharges.  Submit a detailed response including a timetable for each corrective measure proposed.  Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Overflow of sanitary sewers |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.304 |

## Systems Reliability

Review the operational and maintenance procedures in order to correct the deficiencies which caused the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | All treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate. |

Page 2 of 3

Rule/Reg.:          Section 12(a) of the Act, 415 ILCS 5/12(a) (2018);
                    35 Ill. Adm. Code 306.102(a)

## Excess Infiltration

Review the operational and maintenance procedures in order to correct the deficiencies which caused
the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to the treatment facility |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.303 |

## Discharge of Contaminants

Cease and desist from discharging contaminants that cause or threaten to cause water pollution.
Review operational and maintenance procedures and correct the deficiencies which caused the
violation. Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No person shall cause, threaten or allow the discharge of any contaminants into the environment in any State so as to cause or tend to cause water pollution in Illinois, either alone or in combination with matter from other sources, or so as to violate regulations or standards adopted by the Pollution Control Board under this Act. |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018) |

## Deposited Contaminants

Cease and desist from depositing contaminants that cause or threaten to cause water pollution.
Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Deposited contaminants on the ground in such a manner that caused or threatened to cause a water pollution hazard. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018) |

Page 3 of 3

## Offensive Conditions

Review and evaluate operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Waters of the State shall be free from sludge or bottom deposits, floating debris, visible oil, odor, plant, oil, odor, plant or algal growth, color or turbidity of other than natural origin. |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018), 35 Ill. Adm. Code 302.203 |

## Offensive Discharge

Review and evaluate the operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018), 35 Ill. Adm. Code 304.106 |

# ATTACHMENT B

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

In order to assist your facility in attaining compliance with the apparent violations listed in Attachment A, the following recommendations are offered:

1.  Immediately cease <u>all</u> overflows from your sanitary sewer collection system.  At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2.  Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3.  Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4.  Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street.  These controls were in poor condition and appear to have reached the end of their design life.

5.  Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the cleanout SSO, which is approximately 670 feet southwest of the station.

6.  Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the lateral cleanout SSO.

7.  Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall.  These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8.  Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

9.  Provide sealed manhole lids or elevate manholes in low lying areas to minimize stormwater inflow into the sewer collection system.

## WASTEWATER DISTRIBUTION LIST

**Facility Name:** _Commonfields of Cahokia_

**WW VN #:** _W-2020-50179_

**Letter Type:** _VN_

**Reviewed/Approved**     **Initial**    **Date**

WWCMU Staff:
WWCMU Supervisor

**SUMMARY OF CONTACTS MADE IN COORDINATION OF CONCURRENCE OF LETTER:**

FOS personnel contacted: _Jim Miles/Joe Stiteley_    Date of contact: _9/29 & 30/2020_
DLC personnel contacted: _Mike Roubitchek_    Date of contact:
Permits personnel contacted:    Date of contact:
Other contact: _Sanjay Sofat & Todd Rettig_    Date of contact:

**OUTGOING CORRESPONDENCE:** (VNs, Proposed CCAs, Acceptance/Rejection/Meeting Letters, etc.)

Bcc: ☒ WW VN File    ☐ Cathy Siders    ☐ Greg Spencer    ☐ Caleb Ruyle    ☐ Roger Callaway
☐ Jay Patel    ☐ Jim Miles

**Regional Offices:**
☐ Rockford    ☐ Des Plaines    ☐ Peoria    ☐ Champaign    ☐ Springfield    ☒ Collinsville    ☐ Marion
(Region 1)    (Region 2)    (Region 3)    (Region 4)    (Region 5)    (Region 6)    (Region 7)

Field Contact: _____

**Division of Legal Counsel:**
☐ Christine Zeivel    ☐ Chuck Gunnarson    ☐ DLC
☐ Jacob Smith    ☒ Mike Roubitchek    ☐ _____

**Other:**
☐ Tom Reuter (Records Unit)    ☐ Sharon Dowson (FOIA)

**ADMINISTRATIVE:**

New File Needed: ☒ Yes    ☐ No
Has correspondence been scanned and sent to project manager? ☐ Yes    ☐ No
Comments: _____

Administrative Support Initials: _SD_    Date: _10/1/2020_

Mailed Certified & Regular Mail #7017107000002120114

PHONE: (618) 332-6620

## Commonfields of Cahokia Public Water District

2526 MOUSETTE LANE
CAHOKIA, ILLINOIS 62206

**RECEIVED**

November 16, 2020

NOV 2 0 2020

**IEPA/CAS**

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWED?

Illinois Environmental Protection Agency
Division of Water Pollution Control
Attention: Cathy Siders / CAS #19
P.O. Box 19276
Springfield, IL  62794-9276

Subject:  Commonfields of Cahokia Public Water District
          Violation Notice No:  W-2020-50179

Dear Ms. Siders:

     This letter constitutes our response to the IEPA letter of Violation Notice dated September 30, 2020.  An attachment to the letter noted 9 items where our sanitary sewer lines/system need immediate attention.   The District is formally requesting a meeting with a representative from the Illinois EPA to discuss recommendations further.  Our consulting engineers, Hurst-Rosche Engineers, Inc. have prepared plans and specifications to obtain the services of a contractor for the repairs needed at 219 N. 82nd St.

This is our response to Attachment B:

1.  The District continues to By-Pass pump to the downstream manhole at 219 N. 82nd Street.
    Replacement of sewer main form Manhole to Manhole is forthcoming.
2.  A new temporary submersible pump has been installed at the 82nd & Bluff lift station.
3/4  A new pump motor starter with overload protection has been installed along with two new float ball
    switches. The lift station is currently running on automatic operation.
5/6 See Attached Engineering Proposal
7   Commonfields of Cahokia will begin smoke testing sewer mains in the area of the 82nd & Bluff and
    the 82nd & Belleview Lift Stations.  Hurst-Rosche Engineering will be collecting the data from these
    tests.
8   After reviewing the testing data the District can develop and prioritize a repair schedule.
9   The District Maintenance staff will begin inspecting all manhole covers in the area of the 82nd &
    Bluff and 82nd & Belleview lift stations.  Any manhole lids that may be subject to flooding will be
    replaced with sealed lids.

     Finally, please accept this letter as the District's formal request for a meeting with representatives of the Illinois EPA pursuant to the language contained in the third full paragraph of your September 30, 2020 correspondence.

Please let us know if our proposed plan is acceptable.

Commonfields of Cahokia
Public Water District
Response to IEPA Violation Notice
No. W-2020-501790
Page Two

Cordially,

Dennis Traiteur
Manager

Attachment- Hurst Rosche Engineering Proposal for Sanitary Sewer Repair 219 N. 82nd St.



**Hurst-Rosche, Inc.**
James W. Roth, PE, PLS
President

March 2, 2020

Mr. Denny Traiteur, Manager
Commonfields of Cahokia Public Water District
2525 Mousette Lane
Cahokia, Illinois 62206

SUBJECT:    Engineering Proposal
            Sanitary Sewer Repair
            219 N. 82nd Street

Dear Mr. Traiteur:

As discussed, Hurst-Rosche, Inc. would be pleased to provide engineering services for the above project. The opinion of probable construction cost is $132,250.00.

We propose to perform the following tasks:

1)    Prepare plans and specifications for replacement of approximately 370 lineal feet of 8-inch diameter sanitary sewer at the above location.
2)    Assist the District with procuring bids, including reviewing the bid proposals and forward a recommendation for award of a construction contract.
3)    Construction administration to include review of pay requests and up to 6 days of construction observation.

We propose to perform the above for the lump sum amount of $13,500.00 in accordance with the attached Terms and Conditions. If you are in agreement with this proposal and the Terms and Conditions, please sign in the space provided below and return a copy of this letter with an original signature to our office as notice to proceed. Should you have any questions or require additional information, please feel free to contact our office.

Sincerely,

HURST-ROSCHE, INC.

Terry Sudholt, P.E.

TAS/jc
Attachment

Jeremy J. Connor, PE

5 Bank Square
East St. Louis, IL 62203
(f) 618.398.0890

ACCEPTED BY:

Dennis Traiteur, Manager CCPWD          Date    10/28/2020

www.hurst-rosche.com

# Terms and Conditions

Hurst-Rosche, Inc. shall perform the services outlined in this agreement for the stated fee arrangement.

## ACCESS TO SITE

Unless otherwise stated, Hurst-Rosche, Inc. will have access to the site for activities necessary for the performance of the services. Hurst-Rosche, Inc. will take reasonable precautions to minimize damage due to these activities, but has not included in the fee the cost of restoration of any resulting damage and will not be responsible for such costs.

## FEE

Where the fee arrangement is to be on an hourly basis, the rates shall be those that prevail at the time Services are rendered.

## BILLINGS/PAYMENTS

Invoices will be submitted monthly for Services and reimbursable expenses and are due when rendered. Invoice shall be considered past due if not paid within 30 days after the invoice date and Hurst-Rosche, Inc. May without waiving any claim or right against Client, and without liability whatsoever to the Client, terminate the performance of the Service. Retainers shall be credited on the final invoice. A service charge will be charged at 1.5% (or the legal rate) per month on the unpaid balance. In the event any portion of an account remains unpaid 90 days after billing, the Client shall pay cost of collection including reasonable attorney's fees.

## INDEMNIFICATIONS

The Client shall, to the fullest extent permitted by law, indemnify and hold harmless, Hurst-Rosche, Inc. his or her officers, directors, employees, agents and subconsultants from and against all damage, liability and cost, including reasonable attorneys' fees and defense costs, arising out of or in any way connected with the performance of the services under this Agreement excepting only those damages, liabilities or costs attributable to the sole negligence or willful misconduct of Hurst-Rosche, Inc.

## INFORMATION FOR THE SOLE USE AND BENEFIT OF THE CLIENT

All opinions and conclusions of Hurst-Rosche, Inc. whether written or oral, and any plans, specifications or other documents and services provided by Hurst-Rosche, Inc. are for the sole use and benefit of the Client and are not to be provided to any other person or entity without the prior written consent of Hurst-Rosche, Inc. Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of any third party against either Hurst-Rosche, Inc. or the Client.

## CERTIFICATIONS, GUARANTEES AND WARRANTIES

Hurst-Rosche, Inc. shall not be required to execute any document that would result in Hurst-Rosche, Inc. certifying, guaranteeing or warranting the existence of any conditions.

## RISK ALLOCATION

In recognition of the relative risks, rewards and benefits of the project to both the Client and Hurst-Rosche, Inc. the risks have been allocated so that the Client agrees that, to the fullest extent permitted by law, the Hurst-Rosche, Inc.'s total liability to the Client, for any and all injuries, claims, losses, expenses, damages or claim expenses arising out of the agreement, from any cause or causes, shall not exceed the total amount of $50,000, the amount of Hurst-Rosche, Inc.'s fee (whichever is greater) or other amount agreed upon when added under Special Conditions. Such causes include but are not limited to, Hurst-Rosche, Inc.'s negligence, errors, omissions, strict liability, breach of contract or breach of warranty.

## TERMINATION OF SERVICES

This agreement may be terminated upon ten (10) days written notice by either party should the other fail to perform his obligations hereunder. In the event of termination, the Client shall pay Hurst-Rosche, Inc. for all Services rendered to the date of termination, and reasonable termination expenses.

## OWNERSHIP DOCUMENTS

All documents produced by under this agreement shall remain the property of the Hurst-Rosche, Inc. and may not be used by the Client for any other endeavor without the written consent of Hurst-Rosche, Inc.

## DISPUTE RESOLUTION

Any claim or dispute between the Client and Hurst-Rosche, Inc. shall be submitted to non-binding mediation, subject to the parties agreeing to a mediator(s). This agreement shall be governed by the laws of the principal place of business of Hurst-Rosche, Inc.



**State of Illinois**
## ILLINOIS ENVIRONMENTAL PROTECTION AGENCY    *MEMORANDUM*

DATE:      September 24, 2020

TO:        Jim Miles, Manager, BOW/DWPC/FOS

FROM:      Joseph D. Stitely, P.E., BOW/DWPC/FOS - Marion

SUBJECT:   Commonfields of Cahokia Water & Sewer District
           September 9, 2020 Collection System Inspection

On September 9, 2020, Sanjay Sofat, Jim Miles, and I conducted a field inspection in the "Ping Pong" area of Centreville. During the inspection, we were accompanied by La Mar Gentry, Centreville Village Administrator, and Corey Allen, Centreville Village Superintendent. The purpose of the visit was to observe the surface drainage area and the sanitary sewer collection system within the "Ping Pong" area of Centreville. During the visit we also observed the lift stations within the area. These include the 82nd & Belleview and the 82nd & Bluff lift stations. The "Ping Pong" area is within the village boundaries of Centreville, but the sanitary sewers and two lift stations are owned and maintained by Commonfields of Cahokia Water & Sewer District.

Initially, we toured the area to obtain information about the stormwater drainage system within the "Ping Pong" area. Stormwater from this area discharges to Canal 1. We stopped and looked at several locations along the drainage ditch that runs parallel to Belleview Street. The drainage ditch carries most of the stormwater drainage from the "Ping Pong" area to Canal 1. Corey Allen that cleaning out the ditches within the area is an issue. He indicated that trash and debris are continually being washed into the ditch. The drainage ditch was about four feet wide and about a foot deep in most places. There was some constant stormwater flow in the ditch at the time of our visit. According to Allen, the drainage ditch receives stormwater flow from the Belleville area. We also observed the conditions of Canal 1 near the location where the drainage ditch discharges into the canal. There was a significant amount of water within the canal with the minimal amount of recent precipitation. However, there was minimal flow of the water in the canal. We drove downstream and observed Canal 1 at the State Route 157 bridge crossing. There was minimal amount of water in the canal at this location.

We stopped at the sewage lift station near the 82nd and Belleview Streets. Walking up to the station, I heard that there was a significant flow discharging into the station's wet well, similar to my last visit to the area. We removed the lid to the wet well and observed that the sewage flowing into the station was clear in color. It was not grey in appearance of domestic raw sewage. We also removed several manhole lids from the sewer main along

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER: JMR

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 2

Belleview streets to observe the characteristics of the sewage. There was a constant flow of clear water through the mains. We then walked to the lift station near the intersection of 82nd and Bluff Streets. Looking into the into the wet well through the pick hole, sewage was near the top of the well. The station does not have an operable float system to automatically turn on the pump. It must be manually turned on. It did not appear that the pump had been recently turned on at the time of our visit.

.

We walked from the lift station to 219 N. 82nd Street to observe the cleanout. At the time of our visit, raw sewage was actively discharging to the roadside ditch from the uncapped lateral cleanout.

We also the stopped at the last manhole before the East St. Louis collection system. The manhole is located behind the Greater Faith Church at 82nd Street & Ridge Avenue. We removed the manhole lid to inspect the manhole. The sewage flowing through the manhole from the Commonfields of Cahokia collection system into the East St. Louis collection system was clear in color.

Based upon the inspection, the following apparent violations are presented:

1. Section 12(a) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of any contaminant into the environment so as to cause or tend to cause water pollution.

2. Section 12(d) of the Act, which provides, in part, that no person shall deposit any contaminants upon the land in such place and manner so as to create a water pollution hazard.

3. Section 12(f) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of a contaminant into the waters of the State from any point source within the State without an NPDES permit for point source discharges.

4. Subtitle C, Section 304.106, provides, in part, that no effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels.

5. Subtitle C, Section 306.102(a), provides, in part, that all treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 3

6. Subtitle C, Section 306.303, provides, in part, that excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to treatment facilities.

7. Subtitle C, Section 306.304, provides, in part, that overflows from sanitary sewers are expressly prohibited.

8. Subtitle C, Section 309.102(a), provides, in part, that the discharge of any contaminant or pollutant by any person into the waters of the State from a point source or into a well shall be unlawful.

The following recommendations are offered to assist the facility:

1. Immediately cease all overflows from your sanitary sewer collection system. At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2. Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3. Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4. Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street. These controls were in poor condition and appear to have reached the end of their design life.

5. Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

6. Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

7. Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall. These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8. Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 4

9. Provide sealed manhole lids or elevate manholes in low lying areas to minimize stormwater inflow into the sewer collection system.

JDS:Commonfields Memo 090920/09-24-20

cc: BOW/DWPC/FOS-Collinsville
    BOW/DWPC/RU

Exhibit 2

WL 3 8020002

FOS

## Pump Station Information

### Commonfields of Cahokia Pubic Water District

| No. | Pump Station Name | Pump Station Condition | Number of Pumps | Pump Type | Pump Horsepower |
|-----|-------------------|------------------------|-----------------|-----------|-----------------|
| 1 | 9 Violet | Good Condition | 2 | Submersible | 2.7 |
| 2 | 51st & Market | Fair Condition | 2 | Suction Lift | 7.5 |
| 3 | 53rd & Market | Good Operating Condition | 2 | Submersible | 3.4 |
| 4 | 63rd & Laura | Fair Condition | 2 | Eductor | 5 |
| 5 | 71st & Ames | Fair Condition | 2 | Eductor | 3 |
| 6 | 73rd & Oakland | Station Floods | 1 | Eductor | 5 |
| 7 | 73rd St. | Poor Condition | 1 | Eductor | 5 |
| 8 | 75th & Clinton | Temporary Submersible | 1 | Submersible | 2 |
| 9 | 75th & Pershing | Good Condition | 2 | Eductor | 1.5 |
| 10 | 82nd & Belleview | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 11 | 82nd & Bluff | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 12 | Beachland | Poor Condition | 1 | Eductor | 3 |
| 13 | Blockhouse | Temporary Submersible | 1 | Submersible | 7.5 |
| 14 | Bridgedale | Poor Condition | 1 | Suction Lift | 3 |
| 15 | City Hall (Front) | Fair Condition | 2 | Suction Lift | 7.5 |
| 16 | City Hall (Rear) | Fair Condition | 2 | Submersible | 4.5 |
| 17 | Creston Drive | Good Condition | 2 | Submersible | 3 |
| 18 | Greystone Apartments | Good Condition | 2 | Submersible | 3.4 |
| 19 | I.C. Tracks | Good Condition | 2 | Submersible | 5.5 |
| 20 | Lady of Snows | Station Flooded / Temporary Submersible | 1 | Submersible | 3 |
| 21 | Lake Drive Pill Box | Poor Condition | 1 | Suction Lift | 3 |
| 22 | Lauralee & Violet | Temporary Submersible | 1 | Submersible | 5 |
| 23 | Mary Ryans | Temporary Submersible | 1 | Submersible | 5 |
| 24 | Mousette Lane | Good Condition | 2 | Submersible | 1.5 |
| 25 | Race Track | Abandoned | 2 | Flooded Suction | 5 |
| 26 | Superior | Fair Condition | 2 | Suction Lift | 7.5 |
| 27 | Willie Holmes Pill Box | Fair Condition | 1 | Suction Lift | 3 |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

Exhibit 3

| Commonfields of Cahokia | Service Order List - by Due Date | Page: 1 |
|---|---|---|
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | Feb 28, 2020 11:08AM |

Report Criteria:

Selected statuses: Completed, Pending

Action Code Action code = "SND- SEWER NOT DRAINING","104- SEWER BACKING UP","SND- SEWER NOT DRAINING","SWO- SEWER ODOR","SWB- SEWER BACKING UP"

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **05/16/2019** | | | | | |
| 1055608 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/16/2019 | 05/16/2019 |
| 1055628 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 05/16/2019 | 05/16/2019 |
| **05/17/2019** | | | | | |
| 1055651 | SEWER BACKING UP | 80 N 80TH ST | 16860-00 | 05/17/2019 | 05/17/2019 |
| **05/20/2019** | | | | | |
| 1055681 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/20/2019 | 05/20/2019 |
| **05/23/2019** | | | | | |
| 1055780 | SEWER BACKING UP | 211 ELM ST | 16084-00 | 05/23/2019 | 05/23/2019 |
| **05/24/2019** | | | | | |
| 1055792 | SEWER BACKING UP | 30 W ADAMS DR | 12476-01 | 05/24/2019 | 05/24/2019 |
| **06/05/2019** | | | | | |
| 1055990 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 06/05/2019 | 06/05/2019 |
| **06/12/2019** | | | | | |
| 1056114 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 06/12/2019 | 06/12/2019 |
| **06/25/2019** | | | | | |
| 1056369 | SEWER BACKING UP | 5408 STERLING AVE | 10266-00 | 06/25/2019 | 06/25/2019 |
| **07/01/2019** | | | | | |
| 1056568 | SEWER BACKING UP | 90 W ADAMS DR | 12506-12 | 07/01/2019 | 07/01/2019 |
| **07/10/2019** | | | | | |
| 1056755 | SEWER BACKING UP | 85 LAURALEE DR | 12810-24 | 07/10/2019 | 07/10/2019 |
| **07/12/2019** | | | | | |
| 1056829 | SEWER BACKING UP | 602 TULANE DR | 10469-01 | 07/12/2019 | 07/12/2019 |
| **07/16/2019** | | | | | |
| 1056918 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/16/2019 | 07/16/2019 |
| 1056937 | SEWER BACKING UP | 41 DORA DR | 11999-07 | 07/16/2019 | 07/16/2019 |
| **07/17/2019** | | | | | |
| 1056953 | SEWER BACKING UP | 315 PARK AVE | 17046-00 | 07/17/2019 | 07/17/2019 |
| **07/19/2019** | | | | | |
| 1057078 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/19/2019 | 07/19/2019 |
| **07/22/2019** | | | | | |
| 1057091 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 07/22/2019 | 07/22/2019 |
| **07/23/2019** | | | | | |
| 1057104 | SEWER BACKING UP | 6004 CHURCH RD | 15007-00 | 07/23/2019 | 07/23/2019 |
| **07/24/2019** | | | | | |
| 1057225 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 07/24/2019 | 07/24/2019 |
| **08/02/2019** | | | | | |
| 1057368 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 08/02/2019 | 08/02/2019 |

| Commonfields of Cahokia | Service Order List - by Due Date | Page: 2 |
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **08/05/2019** | | | | | |
| 1057377 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/05/2019 | 08/05/2019 |
| **08/07/2019** | | | | | |
| 1057402 | SEWER NOT DRAINING | 209 ELM ST | 16083-00 | 08/07/2019 | 08/07/2019 |
| 1057427 | SEWER BACKING UP | 2417 MOUSETTE LN | 10049-01 | 08/07/2019 | 08/07/2019 |
| **08/08/2019** | | | | | |
| 1057441 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/07/2019 | 08/08/2019 |
| **08/16/2019** | | | | | |
| 1057762 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 08/16/2019 | 08/16/2019 |
| **08/19/2019** | | | | | |
| 1057776 | SEWER BACKING UP | 23 DELORES DR | 12200-08 | 08/19/2019 | 08/19/2019 |
| 1057799 | SEWER BACKING UP | 1 VIOLET DR | 12840-09 | 08/19/2019 | 08/19/2019 |
| **08/23/2019** | | | | | |
| 1057954 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/23/2019 | 08/23/2019 |
| **08/28/2019** | | | | | |
| 1058044 | SEWER BACKING UP | 206 N 69TH ST | 16712-01 | 08/28/2019 | 08/28/2019 |
| **08/29/2019** | | | | | |
| 1058078 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/29/2019 | 08/29/2019 |
| **09/05/2019** | | | | | |
| 1058203 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 09/05/2019 | 09/05/2019 |
| **09/10/2019** | | | | | |
| 1058325 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/10/2019 | 09/10/2019 |
| **09/16/2019** | | | | | |
| 1058422 | SEWER BACKING UP | 6305 OLD MISSOURI AVE | 16927-14 | 09/16/2019 | 09/16/2019 |
| **09/20/2019** | | | | | |
| 1058629 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/20/2019 | 09/20/2019 |
| **09/24/2019** | | | | | |
| 1058663 | SEWER BACKING UP | 4826 MC CASLAND AVE | 15836-02 | 09/24/2019 | 09/24/2019 |
| **09/30/2019** | | | | | |
| 1058803 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 09/30/2019 | 09/30/2019 |
| **10/07/2019** | | | | | |
| 1058885 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/07/2019 | 10/07/2019 |
| **10/08/2019** | | | | | |
| 1058958 | SEWER BACKING UP | 6221 PIAT ST | 16556-04 | 10/08/2019 | 10/08/2019 |
| **10/09/2019** | | | | | |
| 1058968 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/09/2019 | 10/09/2019 |
| **10/16/2019** | | | | | |
| 1059121 | SEWER BACKING UP | 31 DORA DR | 12004-14 | 10/16/2019 | 10/16/2019 |
| **10/17/2019** | | | | | |
| 1059145 | SEWER BACKING UP | 7065 PARK PL | 16529-02 | 10/17/2019 | 10/17/2019 |
| **10/18/2019** | | | | | |
| 1059167 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/18/2019 | 10/18/2019 |

Commonfields of Cahokia

Public Water District

Service Order List - by Due Date

Due dates: 05/16/2019 - 02/19/2020

Page: 3

Feb 28, 2020 11:08AM

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **10/25/2019** | | | | | |
| 1059368 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/25/2019 | 10/25/2019 |
| **11/01/2019** | | | | | |
| 1059529 | SEWER BACKING UP | 206 HAZEL AVE | 16211-02 | 11/01/2019 | 11/01/2019 |
| **11/04/2019** | | | | | |
| 1059536 | SEWER BACKING UP | 222 HAZEL AVE | 16215-00 | 11/04/2019 | 11/04/2019 |
| **11/12/2019** | | | | | |
| 1059738 | SEWER BACKING UP | 104 W ADAMS DR | 12512-10 | 11/12/2019 | 11/12/2019 |
| **11/20/2019** | | | | | |
| 1060033 | SEWER BACKING UP | 1 DELORES DR | 12006-22 | 11/20/2019 | 11/20/2019 |
| **11/22/2019** | | | | | |
| 1060079 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 11/22/2019 | 11/22/2019 |
| **12/02/2019** | | | | | |
| 1060169 | SEWER BACKING UP | 208 HAZEL AVE | 16213-00 | 12/02/2019 | 12/02/2019 |
| **12/04/2019** | | | | | |
| 1060260 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 12/04/2019 | 12/04/2019 |
| **12/05/2019** | | | | | |
| 1060286 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 12/05/2019 | 12/05/2019 |
| **12/12/2019** | | | | | |
| 1060450 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 12/12/2019 | 12/12/2019 |
| 1060457 | SEWER BACKING UP | 202 N 84TH ST | 16897-01 | 12/12/2019 | 12/12/2019 |
| 1060464 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 12/12/2019 | 12/12/2019 |
| **12/23/2019** | | | | | |
| 1060673 | SEWER BACKING UP | 8803 BLUFF HILL RD | 17381-00 | 12/27/2019 | 12/23/2019 |
| **01/02/2020** | | | | | |
| 1060707 | SEWER BACKING UP | 604 GOLDEN ST | 15421-03 | 01/02/2020 | 01/02/2020 |
| **01/06/2020** | | | | | |
| 1060769 | SEWER BACKING UP | 7301 LAKE DR | 17406-01 | 01/06/2020 | 01/06/2020 |
| **01/10/2020** | | | | | |
| 1060932 | SEWER BACKING UP | 220 N 69TH ST | 16681-00 | 01/10/2020 | 01/10/2020 |
| 1060944 | SEWER BACKING UP | 6004 CHURCH RD | 15007-00 | 01/10/2020 | 01/10/2020 |
| **01/13/2020** | | | | | |
| 1060951 | SEWER BACKING UP | 103 HAZEL AVE | 16189-01 | 01/13/2020 | 01/13/2020 |
| 1060958 | SEWER BACKING UP | 7108 PARK PL | 16419-02 | 01/13/2020 | 01/13/2020 |
| **01/14/2020** | | | | | |
| 1061024 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 01/14/2020 | 01/14/2020 |
| **01/15/2020** | | | | | |
| 1061056 | SEWER BACKING UP | 9 DREXEL DR | 12664-03 | 01/15/2020 | 01/15/2020 |
| 1061087 | SEWER BACKING UP | 17 GOODMAN RD | 12075-07 | 01/15/2020 | 01/15/2020 |
| 1061102 | SEWER BACKING UP | 4934 TUDOR AVE | 10460-00 | 01/15/2020 | 01/15/2020 |
| **01/21/2020** | | | | | |
| 1061184 | SEWER BACKING UP | 8607 BELLEVIEW AVE | 16028-01 | 01/21/2020 | 01/21/2020 |
| 1061202 | SEWER BACKING UP | 6800 CLARITA ST | 10588-05 | 01/21/2020 | 01/21/2020 |

| Commonfields of Cahokia | | Service Order List - by Due Date | | Page: 4 |
|---|---|---|---|---|
| Public Water District | | Due dates: 05/16/2019 - 02/19/2020 | | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **01/23/2020** | | | | | |
| 1061248 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/23/2020 | 01/23/2020 |
| **01/28/2020** | | | | | |
| 1061407 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/28/2020 | 01/28/2020 |
| **02/03/2020** | | | | | |
| 1061581 | SEWER BACKING UP | 207 N 69TH ST | 16648-00 | 02/03/2020 | 02/03/2020 |
| **02/05/2020** | | | | | |
| 1061665 | SEWER BACKING UP | 8 AMELIA DR | 13010-00 | 02/05/2020 | 02/05/2020 |
| 1061667 | SEWER BACKING UP | 207 N 69TH ST | 16648-00 | 02/05/2020 | 02/05/2020 |
| **02/06/2020** | | | | | |
| 1061676 | SEWER BACKING UP | 7116 PARK PL | 16426-10 | 02/06/2020 | 02/06/2020 |
| **02/11/2020** | | | | | |
| 1061818 | SEWER BACKING UP | 174 N 80TH ST | 16825-02 | 02/11/2020 | 02/11/2020 |
| **02/13/2020** | | | | | |
| 1061881 | SEWER BACKING UP | 16 CALHOUN LN | 16035-00 | 02/13/2020 | 02/13/2020 |
| 1061884 | SEWER BACKING UP | 11 LAKEWOOD PL | 10516-01 | 02/13/2020 | 02/13/2020 |
| 1061885 | SEWER NOT DRAINING | 211 ELM ST | 16084-00 | 02/13/2020 | 02/13/2020 |
| **02/14/2020** | | | | | |
| 1061972 | SEWER BACKING UP | 615 TULANE DR | 10481-02 | 02/14/2020 | 02/14/2020 |
| **02/17/2020** | | | | | |
| 1061983 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 02/17/2020 | 02/17/2020 |
| **02/18/2020** | | | | | |
| 1062038 | SEWER NOT DRAINING | 4935 BATES ST | 17327-03 | 02/18/2020 | 02/18/2020 |

Exhibit 4

 **Illinois EPA FOIA Exemption Reference Sheet**

SID:   35850

---

Agency ID: 170002064986                    Media File Type: WATER
Bureau ID: W1630300005
Site Name: Centreville City of
Site Address1: 5800 Bond Ave
Site Address2:
Site City: Centreville                 State: IL        Zip: 62207-

> # This record has been determined to be partially or wholly exempt from public disclosure
>
> # Exemption Type:
>
> # Portion Removed

---

**Exempt Doc #:** 22            **Document Date:** 8 /23/2019                    Staff:   JMR

**Document Description:** EMAIL THREAD: SANDERS TO BLESSMAN, STITELY, RENTH, ET AL. RE: SEWER ISSUES (WITH ATTACHED RESIDENTIAL GOOGLE PHOTO)

Category ID: 01     Category Description:   FIELD OPERATIONS/INSPECTIONS          Exempt Type:   Portion Removed
Permit ID:                                                          Date of Determination:        3 /4 /2020

W163 030 0005

**Sanders, Gregg**

**From:** Sanders, Gregg
**Sent:** Friday, August 23, 2019 3:05 PM
**To:** Stitely, Joe
**Subject:** RE: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

Joe,

I spoke with East St. Louis and Centerville: they are to locate and follow-up with me. (Commonfields of Cahokia may run close by as well.)

-Gregg

**From:** Blessman, T. James
**Sent:** Friday, August 23, 2019 12:34 PM
**To:** Stitely, Joe <Joe.Stitely@Illinois.gov>; Sanders, Gregg <Gregg.Sanders@Illinois.gov>
**Cc:** Renth, Gayle <Gayle.Renth@illinois.gov>
**Subject:** FW: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

Joe and Gregg,

There's been a recurring problem in this area primarily dealing with Wastewater but which has impacted Potable water in the area. We sent Il American out trying to locate a main break residents have been complaining about. In the course of investigating any main breaks they located these issues. They contacted me to let me know about the issues they've found in this regards.

Would you gentlemen mind looking into it? This is in the Centerville area.

**From:** Ian Rischmiller <Ian.Rischmiller@amwater.com>
**Sent:** Friday, August 23, 2019 12:06 PM
**To:** Blessman, T. James <James.T.Blessman@Illinois.gov>
**Cc:** EXT Pankiewicz, Randy <Randy.Pankiewicz@amwater.com>; Karen H Cooper <Karen.Cooper@amwater.com>; EXT Jones, Kenneth <kenneth.jones@amwater.com>
**Subject:** [External] Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

The house located at [REDACTED] has sewage coming out of his clean out trap. The video attached is from today 08/23/2019. I also found a picture of the house on Google Maps which shows the clean out discharging to the ditch. That address was [REDACTED] There is another even larger sewage discharge located near [REDACTED] It is also flowing directly into the ditch and down the street. Can you provide an update to this issue.

Regards,

*Water Quality Supervisor*
*IL American Water*
*East St. Louis Treatment Plant*
*800 N. Front Street*
*East St. Louis, IL 62201*
*Office:  (618) 874-2403*
*Cell:    (309) 208-0196*
*Fax:     (618) 874-0948*
*Email:  ian.rischmiller@amwater.com*

AMERICAN WATER

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of American Water Works Company Inc. or its affiliates.  The recipient should check this email and any attachments for the presence of viruses.  American Water accepts no liability for any damages caused by any virus transmitted by this email.  American Water Works Company Inc., 1 Water Street, Camden, NJ 08102
www.amwater.com

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

Exhibit 5

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

## WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

MAR **2 9** 2019

REVIEWER: JMR

| | | | |
|---|---|---|---|
| **County / Municipality** | Common Fields of Cahokia | **Region** Collinsville | |
| **Date Received** | 7/26/2010 | **By** Chris Port | **Phone** ✓  **Letter** |
| **Logged In -** | Yes ✓ No | **Assigned To:** | Chris Port |

| **Complaint** | | **Complainant** | |
|---|---|---|---|
| **Against** | Common Fields of Cahokia | **Name** | ▬▬▬ |
| **Address** | 2525 Mousette Lane | **Address** | ▬▬▬ |
| **City** | Cahokia | **City** | ▬▬▬ |
| **Phone** | (618) 332-6620   W | **Phone** | ▬▬▬ |
| | | **Contact During Visit:** Yes   No ✓ | |

**Details of Complaint:**

Complainant stated that sewage was discharging to a ditch ▬▬▬  The problem has been occurring periodically over the past 2-3 years, with the discharge worse during and after rains. After the flow ceases, there are very obnoxious odors. The complainant stated that the sewage flow had also caused ▬▬▬
▬▬▬

**Comments:**

On July 27, 2010, the writer drove to the complainant's home. Sewage was observed coming up from the ground and discharging to a ditch running northwest between ▬▬▬ Sewage was also observed coming from the ground at the southwest corner of ▬▬▬ See attached photographs.

A sample was collected from the ditch between the two properties at N38 degrees 35.101 minutes and W090 degrees 04.468 minutes. The results of that sampling are attached. It was noted that there was a lift station at N. 82nd and Bluff St. No problems with the station were apparent.

The writer contacted Wayne Myatt with the Common Fields of Cahokia. Mr. Myatt was aware of the problem. He stated that the Common Fields sewer system is tributary to the East St. Louis sewer system. During wet weather, the East St. Louis sewer system becomes overloaded, and Common Fields is not able to pump sewage to the East St. Louis system. He stated that this was the condition that caused the overflow reported by the complainant. East St. Louis had received 1.14 inches of rain on June 24 and 4.12 inches of rain since July 18. Mr. Myatt stated that he had been able to pump down the system and the sewage bypass had ceased the day after the complaint.

The writer contacted the complainant on August 2nd. He stated that the sewage had quit flowing the day after the inspection, but it had started again and was flowing at the same rate as was observed on the day of the inspection.

On August 4, The writer contacted Mr. Myatt and reported the condition on 82nd St. Mr. Myatt stated that the pumping to the East St. Louis sewer system was still limited.

| | | | |
|---|---|---|---|
| **Action to be taken:** | **Routine Investigation -** Yes ✓ No | | |
| | **Letter to Complainant (Date) -** | | |
| | **Refer to Other -** | | |

cc:   BOW - FOS / RU
       BOW - Collinsville ✓                     Signed   _Chris Port_

## WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

On August 6, the writer contacted East St. Louis Public Works Director Jesse Walker and left a message concerning the overflow on 82nd St. in Centreville, and asked that the sewers to which the Common Fields of Cahokia is tributary, specifically from MH 42 to MH 15, be checked for blockage. The writer asked that Mr. Walker contact the writer.

On August 19, the writer called Jesse Walker and and told him of the problems on the Commons Fields of Cahokia's sewer and asked him to have the East St. Louis sewer system downstream of the Common Fields of Cahokia connection inspected for blockage. Mr. Walker complained that Common Fields of Cahokia was withholding payment to the City for their services. He said he would have the sewers inspected, however. The writer asked that he be informed of the City's findings. Later that afternoon, Mr. Walker called to report that the line had been checked and was flowing without problem.

On September 1, during a rain event, the writer checked the lift station at 82nd and Bluff St., and the lift station at 83rd and Belleview Ave. Both lift stations appeared to be operating with no apparent probems. The writer drove by the complainant's home and observed no problems.

Records have shown that overflows on the Common Fields of Cahokia sewer system have been the result of excessive I&I on both the Common Fields of Cahokia and East St. Louis sewer systems, and lack of adequate maintenance on the East St. Louis sewer system.

804

---

**Action to be taken:**       **Routine Investigation** -       **Yes** ✔       **No**
                              **Letter to Complainant (Date) -**
                              **Refer to Other –**

cc:  BOW - FOS / RU
     BOW - Collinsville                                   **Signed**



July 27, 2010
Wastewater bubbling up from the ground
between ▬▬▬▬ N. 82nd St.



July 27, 2010
Flow of wastewater between ▬▬▬▬
N 82nd St. White material is lime.



July 27, 2010
Debris in water way between ███████ N 82nd St



July 27, 2010
Wastewater discharge from corner of ███████ St

Route
Lab Sheet Color:  Blue        IEPA-DWPC-FOS-LAB SHEET          Field ID No.: P-3

09-Funding Code: W P 02 10-Agency Routing C V 12-File Code: C M P L 13-Sampling Type: _

15-Reporting: B 16-DID: Basin _ _ _ _ County _ _ _ Plant   17-Sampling Program: C P

18-Facility/Sample Pt: D I T C H _ B E T W E E N _ ▮▮▮▮ _ _ N _ 8 2 n d

S t . _ C E N T R E V I L L E _ _ _ _ _ _    19-Begin: C P 10 0 7 2 7 20-Begin: 1 2 3 5
                                                      Date: Y Y M M D D         H H M M

23-Instructions
   to Lab: _ _ _ _ _ _ _ _ _ _ _ _      21-Collected by: C M P 22-Transported by: C M P

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _   | 27-Received By: U P S  Date: 1 0 0 7 2 7
                                  |                             Y  Y  M  M  D  D
Composite Sample                  |  Received By: _____  Date: _ _ _ _ _ _
Ending Time: 5 2 9 F 0            |                              Y Y M M D D
                      Y Y M M D D  |
Ending Time: 5 2 9 F 0            | Circle One:  Effluent  Stream      Specials
                      H H M M      |             Influent  Process Flows  WWTP
          (24-hr.clock)            |             Sludge    Cooling Water  Other
_ _ _ _ _ _ _ _ _ _ _ _ _ _       |
                                  | Program: _____
03-Lab Parameter Group: _____   | NPDES No: _____
                                  | Receiving Stream Name: _____
Additional        Field           |
Lab Parameters    Parameters   Results | Receiving Stream Conditions(velocity,etc):
                                  |
  B O D          502P0            | _____
                 Air Temp ('C)  _ _ _ |
  P H            502P0            | Effluent Conditions: clear & colorless
                 Water Temp ('C) _ _ _ | sewage odor , grey filamentous growth
  T S S          504F0            |
                 Dissolved 02   _ _ _ | Weather Conditions: sunny - hot
  N H4           503F0            |
                 Conductance    _ _ _ |
                 500P0            |
                 pH             _ _ _ |

| Comments and Unusual Conditons and
| Serverity:(If applicable, Stamp
| "No Visable Problems This Visit")

Remarks: Sample collected at N38° 35.101' W090° 04.468'
high flow rate                                  ± 17 ft.
Sampling Techniques:

   grab

                                  | FOR LABORTORY USE ONLY            16°
CC:                               |
                                  | LAB ID NO. _____
        SG01822                   |
                                  | Sample Received By: AS
Mail To:                          |
                                  | Date Received: JUL 28 2010
                                  |
                                  | Time Received: 930  AM _____ PM
                                  |
                                  | Lab Section: _____
IL 532-157                        |
WPC 526 6/                        | Supervisor: CC 8/6/10



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | DITCH BETWEEN ████ ND ST CENTREVILLE | | | |
| Project/Facility Number: | [none] | | Date Received : | 07/28/10 |
| Funding Code: | WP02 | | Visit Number: | |
| Trip ID: | | | Temperature C: | 16.0 |
| | | | | |
| Client Sample ID: | P-3 | | Lab Sample ID: | SG01822-01 |
| Matrix: | Water | Collected By:  CBP | Date/Time Collected: | 07/27/10  12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: | |

### Biochemical Oxygen Demand, 5 day, by Standard Method 5210B

| | | | | |
|---|---|---|---|---|
| Method: | 5210B | | Prepared: | 07/28/10 13:12 |
| Units: | mg/L | | Analyzed: | 08/02/10 07:28 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| BOD 5DAY | 4.40 | | 2.00 | |

### Nitrogen, Ammonia, Potentiometric, Ion Selective by EPA Method 350.3

| | | | | |
|---|---|---|---|---|
| Method: | 350.3 | | Prepared: | 08/05/10 07:35 |
| Units: | mg/L | | Analyzed: | 08/05/10 15:56 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Nitrogen, ammonia (NH3) as NH | 2.95 | | 0.100 | |

### pH

| | | | | |
|---|---|---|---|---|
| Method: | 150.1 | | Prepared: | 08/04/10 14:57 |
| Units: | PH | | Analyzed: | 08/04/10 15:00 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Laboratory pH | 7.3 | | 0.0 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 1 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | |
|---|---|---|---|
| Name: | DITCH BETWEE█████ 82ND ST CENTREVILLE | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |
| | | | |
| Client Sample ID: | P-3 | Lab Sample ID: | SG01822-01 |
| Matrix: | Water | Collected By: CBP | Date/Time Collected: 07/27/10 12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: |

### Total Suspended Solids by Standard Method 2540D

| Method: | 2540D | Prepared: | 08/03/10 14:02 |
|---|---|---|---|
| Units: | mg/L | Analyzed: | 08/03/10 14:02 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Total Suspended Solids | 8 | | 4 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 2 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | **DITCH BETWEEN** ████████ **82ND ST CENTREVILLE** | | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |

### Notes and Definitions

ND      Analyte NOT DETECTED at or above the reporting limit

NR      Not Reported

*        Non-NELAP accredited

Report Authorized by:

*Sally Geyston*

Sally Geyston
Sample Prep Unit Supervisor

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

**Reported:**
08/12/10 08:36
Page 3 of 3

Exhibit 6

 **Illinois EPA FOIA Exemption Reference Sheet**

SID:   36367

---

Agency ID: 170000750122                    Media File Type: WATER
Bureau ID: W1638020002
Site Name: Commonfields Of Cahokia Pwd
Site Address1: 2525 Mousette Ln
Site Address2:
Site City: Cahokia                         State: IL        Zip: 62206-

---

## This record has been determined to be partially or wholly exempt from public disclosure

## Exemption Type:

# Redaction

---

**Exempt Doc #: 38**        **Document Date:** 3 /13/2020              Staff:   MED

**Document Description:** SERVICE ORDER LISTING

Category ID: 01      Category Description:    FIELD OPERATIONS/INSPECTIONS          Exempt Type:   Redaction
Permit ID:                                                            Date of Determination:          3 /20/2020

Handwritten top: W/16390200Z/STUAR Cahoral/communifields OZ

CAHOKIA PWS

**E— Indicates Excessive I/I**

| Account Numb | Customer Name | location | Date | E | Service Order completed comment |
|---|---|---|---|---|---|
| 1035508 | GRIFFIN, SHARI | | 2/11/2009 | E | TO MUCH RAIN KK JR |
| 1035508 | GRIFFIN, SHARI | | 5/26/2010 | E | SHUT OFF 50TH ST & 51ST TOO MUCH RAIN |
| 1247601 | THOMAS, RON | | 3/19/2008 | E | WHOLE SYSTEM IS BACKED UP |
| 1501502 | ATKINS, MAXINE | | 9/24/2009 | E | CENTREVILLE TURNED ON PUMPS AND LOAD UP OUR SYSTEM |
| 1585100 | HAYNES, LAWRENCE | | 3/20/2008 | E | PUMPS BACK ON OFF DUE TO HEAVY RAINS |
| 1609102 | FAIR-SIMPSON, LORA A | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1639000 | PERRY | | 4/11/2008 | E | E ST LOUIS FULL NOT TAKING SEWER |
| 1646900 | WILLIS, MARY ANN | | 3/19/2008 | E | E ST LOUIS NOT TAKING OUR SEWAGE EVERYTHING IS BACKED UP |
| 1652207 | PAGE, THADIUS | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1654601 | FUSE, LEADIE | | 5/26/2010 | E | PUMPED THE BY-PASS LINE TOO MUCH RAIN |
| 1668000 | VINSON, WILLIE | | 10/23/2009 | E | WHOLE SYSTEM IS BACKED UP - PUMPS AT 71ST & AMES AND 73RD & OAKLAND KICKED OUT |
| 1675201 | JOHNSON, ROBIN | | 3/20/2008 | E | E ST LOUIS NOT TAKING SEWAGE EVERYTHING IS BACKED UP |
| 1675201 | JOHNSON, ROBIN | | 4/3/2008 | E | PUMP STATION WORKING, E ST LOUIS UP NOT TAKING FLOW, SPOKE O MR. TERRY ABOUT PROBLEM AND EXPLAINED |
| 1675201 | JOHNSON, ROBIN | | 3/1/2007 | E | STORM SEWER |
| 1676401 | VILLARD JR, ARTHUR | | 3/6/2008 | E | OUR PUMPS ARE OK E ST LOUIS IS NOT TAKING IT |
| 1676401 | VILLARD JR, ARTHUR | | 1/18/2009 | E | SYSTEM WAS BACKED UP BECAUSE WE TURNED 82ND AND BLUFF ON. SHUT IT BACK OFF JR WM |
| 1676401 | VILLARD JR, ARTHUR | | 9/26/2009 | E | EAST ST LOUIS NOT TAKING FLOW FROM 82ND AND BELLEVUE STATION RUNNING |
| 1676401 | VILLARD JR, ARTHUR | | 6/11/2009 | E | PUMP STATION KICKED OUT ESTLOUIS NOT TAKING  MOST OF FLOW |
| 1676401 | VILLARD JR, ARTHUR | | 10/15/2009 | E | TURNED OFF 82ND AND BLUFF STATION HEAVY RAIN |
| 1676401 | VILLARD JR, ARTHUR | | 11/3/2009 | E | TOO MUCH WATER E ST LOUIS NOT TAKING ANYTHING GONNA BE AWHILE BEFORE IT GOES DOWN |
| 1676401 | VILLARD JR, ARTHUR | | 12/4/2009 | E | TURNED OFF BLOWERS AT 82ND AND BLUFF  WM |
| 1676401 | VILLARD JR, ARTHUR | | 2/28/2011 | E | PUMP RUNNING E ST LOUIS TAKING US SLOW |
| 1676401 | VILLARD JR, ARTHUR | | 1/17/2006 | E | EAST ST LOUIS PROBLEM |
| 1676401 | VILLARD JR, ARTHUR | | 5/3/2007 | E | EAST ST LOUIS PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 10/21/2009 | E | TALKED TO CUST. E S L IS NOT TAKING US |
| 1686000 | BENNETT, CORNELIUS | | 4/28/2008 | E | CHECKED MAIN LINE, AREA IS UP BECAUSE ESL IS NOT TAKING FLOW.  SPOKE TO HOMEOWNER AND EXPLAINED THAT ESL IS NOT TAKING FLOW.  WM  RS |
| 1709215 | CAIN, JOHN | | 11/30/2009 | E | VILLAGE NOT TAKING SEWAGE JH FP |
| 1748703 | WIGGINS, RESHEDA | | 6/12/2008 | E | CALLED VILLAGE JIM WALL SAID THERE PROBLEM |
| 1748703 | WIGGINS, RESHEDA | | 11/9/2009 | E | CAHOKIA PUMP OUT THEY GOT ONE PUMP RUNNING |
| 1760900 | FOY, ROBERT | | 5/18/2010 | E | PUMP RUNNING TOO MUCH RAIN |
| 1792000 | WREN, MARVIN | | 10/23/2009 | E | SYSTEM BACKED-UP - TURNED OFF PUMPS AT 53RD & MARKET |
| 1792501 | BELL, CHERYL | | 5/29/2008 | E | Our Line is Down - Storm Sewer up |
| 1802400 | BROWDER, LUCIOUS | | 2/18/2019 | E | TURNED 82ND AND BLUFF BACK OFF, SYSTEM WAS LOADED UP JR WM |

NOTE:  Some SSO's may have occurred on these complaints.  The District does not document all SSO's.  All SSO's were kept to a minimum.  The majority of thes occurred when the District's discharge locations were not accepting our discharge due to wet weather conditions.  The District discharges into the Village of Cahokia and the City of East St. Louis.

Stamps: REVIEWER MEO / RECEIVED MAR 13 2020 / MAR 2 0 2020 IEPA DIVISION OF RECORDS MANAGEMENT RELEASABLE / Division of Records Managem...

**1 - Mechanical or Electronic Failure**

| Account Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1041803 | NELSON, LEONARD | | 10/26/2010 | BREAKER KICKED OUT AT 51ST AND MARKET NEED BREAKER 40 AMP 3 POLE |
| 1056601 | TATE, LARRY A | | 2/8/2008 | TALKED TO CUSTOMER MARY RYAN STATION KICKED OUT BACK ON DISCHARGE TRUNK LINE NEEDS JET AND VAC |
| 1056601 | TATE, LARRY A | | 5/20/2008 | Mary Ryan lift station kicked out |
| 1247601 | THOMAS, RON | | 3/7/2011 | PUMP KICKED OUT RESET STARTER |
| 1271508 | WOOLEN, KENYA | | 6/10/2010 | PUMP KICKED OUT-BACK ON |
| 1271808 | LOVING, ADRIENNE D | | 12/13/2010 | STATION WAS OUT STATION NOW WORKING TALKED TO CUSTOMER |
| 1274809 | REED | | 10/1/2010 | MEYERS PUMP KICKED OUT REMOVED RAGS BACK ON |
| 1276002 | DOWELL JR, LOUIS | | 10/20/2009 | FLIPPED BREAKER @NEW PUMP, EVERYTHING IS PUMPING. TT CUSTOMER @ 62 LAURALEE SAID THEY KNEW NOTHING ABOUT IT. ST FP. |
| 1276704 | CONNERS, DENNIS | | 12/9/2010 | PULLED FLITE PUMP & OPERATED FLOAT BALL PUMPING |
| 1286102 | LUSTER, MARY ANN | | 10/22/2009 | FLIGHT PUMP BURNED OUT PUMPED MANHOLE W/3" PUMP MANHOLE @ CARRELL CT ALLTHE WAY DOWN IN CHANNEL CUSTOMER @ 21 JUDITH WAS NOT HOME |
| 1286102 | LUSTER, MARY ANN | | 11/10/2009 | PUMPED DOWN LINE WITH 3" PUMP |
| 1288110 | HENLEY, BRUCE. | | 7/30/2008 | BY-PASSED PUMPED BEHIND 32 OR 34 LAURALEE ALSO PUMPED VIOLET & L-LEE |
| 1293100 | GOSS, J D | | 10/6/2010 | PUMP OUT AT 76 LAURALEE - BACKON 9/29/10 |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | PUMP BACK ON AT 7 VIOLET |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | TALKED OT CUSTOMER PUMPS BACK ON |
| 1573600 | SPENCER, FLORA | | 10/25/2010 | PUMPS KICKED OUT AT 51ST & MARKET, NEED NEW BREAKER |
| 1573600 | SPENCER, FLORA | | 11/4/2010 | PUMPS WAS OFF FOR REPAIRS |
| 1573800 | ROGER, CATHERINE | | 10/26/2010 | BREAKER KICKED OUT AT 51ST & MARKET NEED A BREAKER 40 AMP 3 POLE |
| 1585100 | HAYNES, LAWRENCE | | 4/14/2008 | 51ST AND MARKET PUMP WAS KICKED OUT--RESET BREAKER -- #\ PUMP ON WITH JUMPER JR BS |
| 1585100 | HAYNES, LAWRENCE | | 10/21/2009 | PUMP WAS KICKED OUT, BREAKER RESET --PUMP ON WITH JUMPER |
| 1585100 | HAYNES, LAWRENCE | | 5/26/2010 | PUMPS BACK ON AT 51ST AND MARKET |
| 1585100 | HAYNES, LAWRENCE | | 12/24/2006 | BREAKERS AT MARKET TRIPPED |
| 1618900 | TRISKA | | 3/19/2008 | BREAKER KICKED OUT ON CRESTON BLOWER STATION |
| 1618900 | TRISKA | | 3/20/2008 | BLOWER LOCKED UP ON #2 PUT ON JUMPER WIRE AND REMOVED BLOWER |
| 1618900 | TRISKA | | 4/22/2008 | SAME AS 208'S PROBLEM |
| 1618900 | TRISKA | | 11/8/2007 | #1 BLOWER BREAKER WAS TRIPPED AT CRESTON RE-SET AND CYCLED |
| 1618900 | TRISKA, THOMAS | | 4/24/2008 | #1 BREAKER TRIPPED------#2 STARTER KICKED OUT--RESET BOTH |
| 1618900 | TRISKA, THOMAS | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1618900 | TRISKA, THOMAS | | 5/19/2008 | HOSE BROKE ON #2 BLOWER |
| 1618900 | TRISKA, THOMAS | | 2/11/2009 | LIFT STATION DOWN |
| 1621101 | SPENCER, JIM | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1621300 | ROUCH | | 4/22/2008 | CRESTON STATION WAS OUT #1 BREAKER WAS TRIPPED, #2 STARTER HAD TRIPPED RESET BACK ON |
| 1621300 | ROUCH, WALTER | | 4/24/2008 | SAME PROBLEM AS #103 HAZEL |
| 1621300 | ROUCH, WALTER | | 5/16/2008 | STARTERS KICKED OUT-- RE-SET  BS JR |
| 1621300 | ROUCH, WALTER | | 3/21/2011 | STARTER KICKED OUT RESET |

| ID | Name | | Date | Description |
|---|---|---|---|---|
| 1639500 | HAMMOND, MOSES | | 7/26/2006 | PUMP KICKED OUT |
| 1649900 | WILLIS, MARY ANN | | 1/9/2006 | PUMP OUT RESET STARTER |
| 1670600 | CAMPBELL, DOROTHY | | 2/1/2010 | AIR HOSE BURST- REPLACED HOSE TALKED TO CUSTOMER |
| 1676401 | VILLARD JR, ARTHUR | | 2/4/2008 | PUMP KICKED OUT OVER THE WEEKEND AT 83RD AND BELLEVUE BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 6/9/2009 | #1 MOTOR KICKED OUT RE-SET STARTER WORK DID ON 4/7/08 |
| 1676401 | VILLARD JR, ARTHUR | | 12/30/2008 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | | 4/20/2009 | STATION KICKED OUT JR BT |
| 1676401 | VILLARD JR, ARTHUR | | 5/6/2009 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | | 10/29/2009 | 82ND AND BLUFF ALL READY OFF, JUST KICKED 82ND AND BELLEVUE BACK ON LINE JR JH |
| 1676401 | VILLARD JR, ARTHUR | | 12/23/2009 | PUMPS ARE OFF |
| 1676401 | VILLARD JR, ARTHUR | | 10/25/2010 | SOMEONE TURNED PUMP OFF AT THE POLE |
| 1676401 | VILLARD JR, ARTHUR | | 3/9/2011 | 82ND & BELLEVIEW KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 3/16/2011 | TURNED ON PUMP |
| 1676401 | VILLARD JR, ARTHUR | | 2/26/2006 | BLOWER OUT RESET |
| 1686000 | BENNETT, CORNELIUS | | 7/23/2009 | 82ND & BLUFF BLOWER KICKED OUT - BACK ON |
| 1692106 | SANDERS, EARVIN | | 7/14/2008 | POLICE STATION WAS KICKED OUT AT BREAKER #1-- RE SET BREAKER   BS JH |
| 1692403 | FISHER, CHRISTINA | | 4/17/2007 | PUMP KICKED OUT BACK ON JETTED LINES |

A - Indicates Debris Buildup

| Account Numb | Customer Name | location | Date | A | Service Order completed comment |
|---|---|---|---|---|---|
| 1000100 | COMMONFIELDS OF CAHOKIA | | | | JETTED LINE |
| 1011800 | CRAWFORD, ALFRED | 2525 MOUSETTE LANE | 6/26/2006 | A | JET TRUNK LINE   JR WM |
| | | | 3/17/2009 | A | JETTED OUT LINE BOTH WAYS STILL NO FLOW GOING TO WORK ON IT 8/18/09 |
| 1022102 | LAM, HELEN | | 8/17/2009 | A | JETTED MAIN SEWER LINE |
| 1024100 | PFP LLC | 2900 CAMP JACKSON RD - SEWER | 3/3/2010 | A | JETTED LINE |
| 1026100 | WILCOX, DOROTHY | | 1/30/2006 | A | JETTED MAIN LINE, TOWNSHIP JET TRUCK JR JH |
| 1033705 | LACY, OBEDIAH | | 1/22/2010 | A | JETTED LINE IN FRONT OF 5400 MARKET |
| 1037502 | CARTER | | 1/22/2008 | A | JETTED LINE TO GET DEBRIS OUT OF LINE |
| 1038006 | WILLIAMS, ANTONIO | | 2/12/2007 | A | JETTED MAIN TRUNK LINE |
| 1038604 | RUFFIN, VERNICE | | 5/6/2009 | A | BLOCK IN LINE BUSTED LOSE - LINES ARE DOWN. |
| 1040500 | STEWART, JOSEPHINE | | 2/15/2011 | A | JETTED MAIN LINE |
| 1041803 | NELSON, LEONARD | | 4/9/2010 | A | PUMPED DOWN 50TH STREET |
| 1041803 | NELSON, LEONARD | | 5/25/2010 | A | JETTED MAIN LINE ON TUDOR, OPENED UP BS JR BR |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S 46TH ST | 10/28/2008 | A | NOT BACKED UP LINE NEEDS TO BE CLEANED UP |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S 46TH ST | 4/15/2010 | A | JETTED MAIN TRUNK LINE A LOT OF DIRT AND ROCK IN LINE WORK DONE ON 2/25/09 |
| 1054600 | WIMBLEY, CATHERINE | | 6/9/2009 | A | TALKED TO CUSTOMER HAS BASEMENT DRAIN TRUNK LINE NEEDS TO BE VACCED OUT TOO MUCH SAND. JET AND CAC OUT TRUNK LINE 10/20/08 |
| 1056500 | WINTERS, JOHN | | 6/9/2009 | A | TALKED TO CUSTOMER SEWAGE WENT DOWN AND NO MORE PROBLEM. |
| 1057501 | FOSTER, MICHAEL | | 12/28/2010 | A | JETTED LINE OPENED UP |
| 1206506 | RIDGEL, JESSIE L & BOBBIE | | 10/23/2007 | A | JET TRUNK LINE OPENED UP |
| 1206102 | JONES, CAROL | | 11/12/2008 | A | JETTED MAIN LINE IN FRONT OF #34-36 (MARILYN |
| 1207010 | RAYMOND, LYNCH | | 1/4/2008 | A | JETTED MAIN LINE |
| 1207207 | CAUSEY, WILLIAM | | 4/17/2006 | A | JETTED OUT MAIN LINE OK |
| 1207211 | WILSON, ALBERT | | 1/11/2011 | A | |
| 1207211 | WILSON, ALBERT | | 1/11/2011 | A | JETTED UP AND DOWN MAIN TRUNK LINE TO THE END OF LINE |
| 1209511 | REED, JOHN D | | 5/1/2008 | A | LINE RUNNING |
| 1215606 | JEFFERSON, GWENDOLYN | | 11/25/2008 | A | JETTED LINE KK BS BT |
| 1215606 | JEFFERSON, GWENDOLYN | | 11/26/2008 | A | JETTED LINE BEHIND 10 DELORES     KK BS BT |
| 1218905 | PERKINS, LULA P | | 4/21/2010 | A | JETTED MAIN LINE |
| 1219701 | COLLINS, LUEVONDA | | 4/17/2006 | A | JETTED LINE |
| 1219902 | RADLEY, ALISON D | | 3/8/2011 | A | JET 3 MANHOLES REMOVED RAGS |
| 1219904 | DUGAN, TERRY L | | 3/8/2011 | A | JET 3 MANHOLE REMOVED RAGS |
| 1220711 | GIBBS TAMMARA | | 10/29/2007 | A | JETTED MAIN MANHOLE TOWARDS HOUSE OUT LINE CLEAN |
| 1220711 | GIBBS, TAMARA K | | 2/16/2006 | A | JETTED LINE |
| 1220711 | GIBBS, TAMARA K | | 2/21/2006 | A | JETTED LINE |
| 1223301 | WALN, LELAND P | | 9/21/2010 | A | JETTED MAIN LINE OPENED UP |
| 1224214 | TARAWOLLIE, SALLY | | 10/2/2008 | A | JETTED MAIN LINE, TWO LOCATIONS |
| 1225907 | DANSBERRY | | 11/13/2007 | A | JETTED MAIN LINE NEED TO CAMERA |
| 1225907 | DANSBERRY | | 11/26/2007 | A | TALKED TO CUSTOMER SEWER BACK UP NEED TO BE UNBLOCKED |
| 1225907 | DANSBERRY | | 6/9/2009 | A | INSTALLED 4" CLEAN OUT WITH SWEEP AND 22-1/2 + 22-1/2 SDR 40 PIPE WITH 4" PVC SCREW CAP BETWEEN #1 DELORES AND #29 DORA  WORK DONE ON 1/3/08. |
| 1246702 | WEATHERS, ARVIE | | 1/14/2009 | A | JETTED MAIN LINE TALKED TO CUSTOMER |
| 1246702 | WEATHERS, ARVIE | | 3/4/2011 | A | PUMP KICKED OUT-PULLED BACK NO RAGS-PUMPE HARD TO TURN PUT BACK ON-RESET STARTER |

| Account | Name | Address | Date | Code | Description |
|---|---|---|---|---|---|
| 1247601 | THOMAS, RON | | 2/7/2008 | A | JETTED MAIN TRUNK LINE |
| 1247601 | THOMAS, RON | | 5/12/2008 | A | JETTED LINE FROM WELL UP BALDWIN OPENED UP   BS JR |
| 1247601 | THOMAS, RON | | 2/26/2009 | A | JETTED MAIN TRUNK LINE ON BALDWIN |
| 1247601 | THOMAS, RON | | 5/18/2010 | A | JET TRUNK LINE |
| 1247802 | BAXTON | | 12/12/2007 | A | JETTED LINE ON BALDWIN OPENED UP |
| 1247802 | BAXTON, SANDRA | | 1/23/2006 | A | JETTED LINE |
| 1250314 | THOMAS, LATOYA | | 3/26/2010 | A | JETTED MAIN TRUNK LINE |
| 1263505 | MC DOUGHLER, IOLA V | | 2/6/2009 | A | JETTED BLOCKED LINE |
| 1270602 | LINFORD DILKS | | 11/19/2007 | A | JETTED OUT SEWER LINE |
| 1271101 | ZIMMER, BETH | | 11/13/2007 | A | JETTED LAMPHOLE FOR CUSTOMER |
| 1271101 | ZIMMER, BETH | | 10/24/2007 | A | JET BLOCKED LINE |
| 1271206 | WILLIAMS, TAMARA T | | 4/15/2010 | A | JETTED MAIN TRUNK LINE |
| 1271305 | TWIGG PROPERTIES | | 5/10/2010 | A | JETTED AND UNBLOCKED LINE |
| 1271805 | BROWN, REGINA | | 2/7/2008 | A | BLOCKED LINE JETTED LINE TALKED TO CUSTOMER |
| 1271805 | BROWN, REGINA | | 12/30/2008 | A | HEADER BLOCKED-LINE BLOCKED RAN OUT OF TIME |
| 1271805 | BROWN, REGINA | | 7/31/2008 | A | JETTED MANHOLE BEHIND 25 HANOVER TO RELIEVE PROBLEM |
| 1271902 | HARPER | | 2/7/2008 | A | BLOCKED LINE-JETTED MAIN LINE TALKED TO CUSTOMER |
| 1272204 | WILLIAMS, NAPOLEON | | 2/16/2011 | A | JETTED MAIN LINE, OK. |
| 1280802 | HUGHES, LEONDRA | | 12/1/2008 | A | JETTED MAIN OPENED UP |
| 1282617 | SIMMON, PAULA | | 1/23/2009 | A | LINE BLOCKED GOING TO STATION ON AMELIA NEEDS JET TRUCK 1/22/09      JETTED MAIN LINE CLEARED BLOCK KK-JR-BT-PC |
| 1282618 | WILLIAMS, JEAN | | 1/1/2011 | A | JETTED MAIN LINE |
| 1292308 | JENNINGS JR, JERRY T | | 2/15/2011 | A | JETTED LINE TWICE, BROKE THROUGH AND GOT RELIEF TWICE, SEWER IS STILL BLOCKED.  PULLED PUMP AT 76 LAURALEE, NOT PUMPING ENOUGH SEWAGE NEED MORE ATTENTION. |
| 1293100 | GOSS, J D | | 10/6/2014 | A | JET TRUNK LINE |
| 1309400 | TOUCHETTE REGIONAL HOSP | 5900 BOND AVE | 8/28/2006 | A | JETTED TRUNK LINE |
| 1310600 | ST CLAIR CTY HOUSING AUTH | 6029 CLARITA DR | 10/20/2009 | A | JETTED OUT SERVICE LINE, USED CUTTER-IT BROKE JR ST |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 4/14/2009 | A | JETTED LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 10/6/2009 | A | JETTED SERVICE LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 2/16/2010 | A | JETTED AS FAR AS I COULD TO 90 DEGREE  JR JH |
| 1310700 | ST CLAIR HOUSING | 6028 CLARITA DR | 2/6/2008 | A | UNBLOCKED SEWER BACK UP |
| 1311100 | ST CLAIR CTY HOUSING AUTH | 5883-5897 MITCHELL LN | 3/1/2009 | A | CLEANED UP ONE MANHOLE NAD JETTED MAIN TRUNK LINE IN PROJECTS |
| 1319300 | BROOKS, LARRY | | 6/11/2008 | A | NEED TO PUMP MAN HOLES DOWN MORE |
| 1319300 | BROOKS, LARRY | | 8/30/2010 | A | AREA NEED TO BE PUMPED |
| 1319300 | BROOKS, LARRY | | 9/9/2010 | A | TALKED TO CUSTOMER, NEED TO PUMP |
| 1319401 | BROOKS, LARRY | | 10/8/2010 | A | PUMPED DOWN RENOIS |
| 1321900 | BEDNARKWIEZ | | 10/11/2010 | A | PUMPED LINE DOWN |
| 1321900 | BEDNARKWIEZ | | 3/1/2006 | A | JETTED LINE |
| 1322500 | BAKER-STREATER | | 6/9/2009 | A | JETTED MAIN LINE AND JETTED CUSTOMERS LATERAL WORK DONE ON 3/31/08 |
| 1322500 | BAKER-STREATER, FRAN. | | 3/27/2008 | A | JETTED MAIN TRUNK LINE |
| 1326303 | PHILLIPS, OTIS | | 4/22/2008 | A | shot line from field to Renois where it head to Lauralee |
| 1406701 | MOORE | | 3/18/2008 | A | PUMP HAD RAGS IN BACK AND IN SUCTION LINE. HAD TO USE OLD PUMP BECAUSE TOO MUCH SLUDGE IN BOTTOM OF WELL |
| 1406701 | MOORE, PAULA | | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1411408 | FORD, MARTHA | | 12/17/2009 | A | JETTED MAIN LINE |

| ID | Name | Address | Date | | Description |
|---|---|---|---|---|---|
| 1417401 | MACKLIN, JEANETTE | | 3/21/2011 | A | NEED TO JET LINE ON JUDITH. JET TRUNK LINE ON JUDITH. HARD TO GET THRU. |
| 1417605 | DAVISON, CARLA | | 9/12/2006 | A | JETTED LINE |
| 1485600 | CLARK, JEFFRIE | | 9/9/2010 | A | JET TRUNK LINE |
| 1486902 | HILL, THOMAS E | | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1490500 | ST CLAIR HOUSING | 210 MOBLEY DR - MAINT BLDG | 12/19/2007 | A | JET TRUNK LINE - OPENED |
| 1501701 | COX, EMMITT | | 5/28/2009 | A | JET TRUNK LINE |
| 1501701 | COX, EMMITT | | 8/19/2009 | A | JETTED MAIN LINE |
| 1572000 | SHRINE OF OUR LADY SNOWS | 442 S DE MAZENOD DR - SHRINE | 1/24/2011 | A | JET TRUNK LINE CUT OUT WITH 6" CUTTER |
| 1575200 | ROBINSON | | 2/27/2008 | A | JETTED MAIN SEWER LINE |
| 1576402 | WILLIAMS, MARY ANN | | 3/11/2009 | A | JETTED OUT 6" RISER |
| 1576402 | WILLIAMS, MARY ANN | | 3/17/2009 | A | CLEANED UP LINE AND 1VD LINE |
| 1581000 | SIMS, JOHNNIE | | 12/29/2009 | A | JETTED LINE @ CONVERSE & 50TH |
| 1581000 | SIMS, JOHNNIE | | 7/29/2010 | A | JETTED LINE-LINES DOWN |
| 1581000 | SIMS, JOHNNIE | | 1/22/2008 | A | JETTED MAIN TRUNKLINE |
| 1581900 | ELAM, GLORIA | | 11/9/2006 | A | JETTED LINE |
| 1585100 | HAYNES, LAWRENCE | | 4/1/2008 | A | JETTED MAIN LINE TRUNK LINE ON MC CASLAND |
| 1585100 | HAYNES, LAWRENCE | | 4/9/2010 | A | PUMPED SEWER |
| 1585100 | HAYNES, LAWRENCE | | 5/11/2010 | A | JET TRUNK LINE  JH BT |
| 1586600 | MC COTTREL, MARLO | | 2/5/2007 | A | JETTED LINE |
| 1593700 | HUGHES, LEONARD | | 9/11/2008 | A | JETTED LINE |
| 1594100 | MOORE | | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1594900 | SHARP, TOMMY | | 4/3/2008 | A | BLOCKED LINE- JETTED MIAN TRUMK LINE ON LAKE DRIVE |
| 1595800 | RANDOLPH, ONNIE | | 5/26/2009 | A | JET TRUNK LINE BLOCKED ON LAKE DRIVE, JR OPERATOR JET TRUCK  JR WM |
| 1595600 | RANDOLPH, ONNIE | | 5/27/2009 | A | JETTED MAIN TRUNK LINE WORK DONE ON 4/13/09 |
| 1595800 | RANDOLPH, ONNIE | | 10/23/2009 | A | JETTED MAIN TRUNK LINE |
| 1596502 | YOUNG, JAMES | | 3/14/2006 | A | JETTED LINE |
| 1598503 | YOUNG, JAMES | | 10/16/2006 | A | JETTED LINE |
| 1598505 | YOUNG, JAMES | | 12/15/2006 | A | JETTED LINE |
| 1596900 | HOLMES, WILLIE | | 7/17/2006 | A | JETTED MAIN LINE |
| 1596901 | HOLMES, WILLIE | | 7/31/2006 | A | JETTED MAIN LINE |
| 1609200 | JETHROE, FLORASTINE | | 9/18/2008 | A | KNOCKED ON DOOR-NO ONE ANSWERED - JET TRUNK LINE--BS |
| 1612301 | ZAHNLE, MICHAEL | | 10/20/2006 | A | JR |
| 1614600 | POLITSCH, RAY | | 9/4/2009 | A | JETTED LINE |
| 1624701 | HILL, EDNA | | 6/19/2007 | A | UNBLOCKED SEWER LINE TALKED TO CUSTOMER |
| 1626201 | JONES, SARAH | | 9/6/2006 | A | JETTED LINES SMALL BLOCK |
| 1630000 | DRIEMEYER, D M | | 10/2/2008 | A | JETTED LINES BEHIND HOUSE |
| 1631903 | KAMMMANN, JUDD, NAN | | 1/28/2008 | A | JETTED MAIN LINE |
| 1633502 | BEVIRT, DON | | 4/10/2007 | A | TRIED TO JETT LINE HOSE GOT STUCK CUT HOSE OFF |
| 1633600 | SIGNAL HILL, UNITED CHURCH | 2 SIGNAL HILL BLVD | 2/20/2007 | A | JETTED & 1VD LINE |
| 1639000 | PERRY, DERRICK | | 5/17/2006 | A | JETTED LINE |
| 1641701 | WEBB, BARBARA | | 8/28/2009 | A | JETTED TRUNK LINE |
| 1641701 | WEBB, BARBARA | | 4/25/2006 | A | E ST LOUIS IS BLOCKED AT 47TH AND STATE JETTED LINE ON 47TH ST |
| 1641902 | WATSON, CASSANDRA | | 2/10/2006 | A | JETTED BLOCKED LINE |
| 1642801 | BOYD, CARL | | 1/3/2007 | A | JETTED MAIN LINE |
| 1643700 | MCINTOSH | | 3/3/2008 | A | JETTED MAIN LINE |
| 1646900 | WILLIS, MARY ANN | | 1/3/2008 | A | JETTED MAIN TRUNK LINE |
| 1646900 | WILLIS, MARY ANN | | 8/11/2008 | A | JETTED MAIN LINE OPENED UP |
| 1646900 | WILLIS, MARY ANN | | 9/10/2008 | A | JETTED LINE BEHIND 6800 |

| ID | Name | Date | | Description |
|---|---|---|---|---|
| 1646900 | WILLIS, MARY ANN | 5/8/2009 | A | JETTED TRUNK LINE  JR WM |
| 1646900 | WILLIS, MARY ANN | 10/14/2009 | A | JETTED MAIN TRUNK LINE JR JH |
| 1646900 | WILLIS, MARY ANN | 1/3/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 1/17/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 6/20/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 2/20/2007 | A | JETTED LINE |
| 1651600 | MOORE JR, WILLIAM | 6/9/2009 | A | JETTED MAIN LINE IN FRONT OF CUSTOMERS HOUSE OPENED UP WORK DONE ON 10/1/08 |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | MANHOLE LID MISSING-HAD JILL (SHARLIN) CALL E ST LOUIS-MANHOLE FULL OF WOOD-TIRE-PLASTIC-REMOVED |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | SEWER COMING UP OUT OF BROKEN LATERAL BECAUSE E ST LOUIS MANHOLE NEEDS VACCED OUT |
| 1653900 | OLION, LADELLE | 1/29/2007 | A | JETTED LINE |
| 1653004 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654004 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654601 | FUSE, LEADIE | 10/6/2010 | A | JET TRUNK LINE |
| 1656901 | NICHOLSON, GAYSHON | 5/29/2007 | A | JETTED LINE |
| 1658103 | HARRIS, MICHELE | 3/8/2007 | A | TVD  LINE |
| 1658204 | BENSON, JOSEPH | 2/13/2007 | A | TVD LINE |
| 1661100 | TWEED, MARCUS | 1/24/2006 | A | JETTED LINE |
| 1662100 | EDLEY, CAROLYN | 4/13/2007 | A | JETTED LINE |
| 1662100 | LEONARD, WASH | 4/26/2007 | A | JETTED LINE |
| 1663400 | WILLIAMS, ALMA | 6/5/2009 | A | JETTED MAIN TRUNK LINE (BLOCK) |
| 1670600 | CAMPBELL, DOROTHY | 2/18/2010 | A | JETTED MAIN LINE OK |
| 1670600 | CAMPBELL, DOROTHY | 1/19/2010 | A | JETTED MAIN LINE |
| 1671000 | HULL, LOU ETHEL | 2/14/2006 | A | JETTED LINE |
| 1671200 | SKIPWITH, FRANCINE | 10/16/2006 | A | JETTED LINE |
| 1674900 | MASON, LORENE | 2/3/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 4/20/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 8/30/2006 | A | JETTED LINE |
| 1675103 | MC LORN, SHANAI | 12/2/2009 | A | JET TRUNK LINE - FROM OAKLAND - UP STREAM 2 MAN HOLES |
| 1676401 | VILLARD JR, ARTHUR | 1/11/2011 | A | JETTED OUT MAIN LINE BETWEEN WET WELL AND 82ND STREET |
| 1683001 | WAGNER, MERVIN | 12/11/2006 | A | JETTED LINE |
| 1685401 | ROCKETT, GAYLORD | 1/24/2011 | A | NEED TO JET DISCHARGE LINE OUT OF WET WELL |
| 1685401 | ROCKETT, GAYLORD | 1/13/2007 | A | JETTED LINE |
| 1687900 | COLE, ROBERT L | 2/20/2007 | A | JETTED LINE |
| 1700418 | KIDD, KEMA | 2/24/2011 | A | TIRED TO JET TRUNK LINE FROM BLOCK HOUSE-NO LUCK NEED TO RUN 6" TRUNK LINE AND CONNECT 86-84-82 LAURALEE TO WET WELL |
| 1701410 | OLIVER, PATRICIA | 8/10/2010 | A | JETTED LINE, NOW OK |
| 1701411 | GAST, COLLIN | 12/8/2010 | A | JETTED MAINLINE OPENED UP |
| 1718101 | LYONS, RUTH | 10/30/2006 | A | JETTED LINE |
| 1723201 | BROWN, HENRIETTA | 4/5/2006 | A | JETTED LINES |
| 1738405 | HEDDELL, DEANNA | 2/21/2007 | A | JETTED MAIN LINE |
| 1741900 | CASEY, LOUIS | 11/20/2007 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1741900 | CASEY, LOUIS | 6/9/2009 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1753400 | SANDERS, MILLIE | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1757600 | JONES, RHONDA | 7/5/2006 | A | UNBLOCKED SEWER LINE |
| 1774300 | MC DOWELL, ANGELA | 6/2/2008 | A | JETTED MAIN TRUNK LINE |

| ID | Name | Date | | Description |
|---|---|---|---|---|
| 1781202 | MARSHBANKS, ERICA | | | JETTED TRUNK LINE FROM DORIS TOWARDS 451 N 73RD BROKE LOOSE-451 STILL HAD NO RELIEF OUT JET HOSE IN 451'S CLEAN OUT WENT INSIDE MAIN COULD HEAR WATER DROPPING IN |
| 1785001 | FULTS, DENNIS | 10/1/2007 | A | MAIN-CLEAN OUT STILL HOLDING WHEN WE LEFT |
| 1795700 | BROWN, EDWIN | 4/21/2009 | A | JETTED MAIN TRUNK LINE TALKED TO CUSTOMER |
| 1800400 | TURNER, JOHNNY | 9/21/2010 | A | JETTED LINES - LINES DOWN |
| 1800400 | TURNER, JOHNNY | 9/28/2006 | A | JETTED LINE |
| 1803000 | RICHTER, JOYCE SULLIVAN | 10/25/2006 | A | CLEANED LINE |
| 1803000 | RICHTER, JOYCE SULLIVAN | 8/20/2010 | A | PUMPED DOWN WITH 3" PUMP |
| | | 8/24/2010 | A | PUMPED DOWN RENOIS |
| 1806800 | PAYNE, DELON | 5/7/2008 | A | JETTED LINE BEHIND PITTSBURGH OPENED MAIN LINE CUSTOMERS LINE STILL BLOCKED |

\* Indicates Customer Problem

| Account Numb | Customer Name | location | Date | * | Service Order completed comment |
|---|---|---|---|---|---|
| 1005101 | NORDHOFF, THOMAS & SANDRA | | 1/20/2010 | | LOCATE CORNER MANHOLE-DWON IN CHANNEL JETTED FROM EMPTY MANHOLE TOWARDS FULL MANHOLE-DID NOT HELP CUSTOMER |
| 1009902 | GODINA, DAWN | | 8/4/2008 | • | OUR LINES ARE DOWN CUSTOMERS PROBLEM WOULDNT ANSWER DOOR |
| 1009902 | GODINA, DAWN | | 1/21/2010 | • | OUR SEWERS ARE OK - CUSTOMERS PROBLEM |
| 1026100 | WILCOX, DOROTHY | | 7/29/2009 | • | CUST PROBLEM, OUR LINES ARE DOWN/ KNOCKED ON DOOR NO ONE ANSWERED, ST BT |
| 1029900 | ROBINSON, JOHN | | 5/20/2009 | • | PARTIAL BLOCK IN MAIN LINE JETTED MAIN TWICE COULD NOT HELP CUSTOMER (ROOTS) |
| 1030400 | BLACKMAN, WILLIE | | 11/4/2008 | | CHECKED OUR LINES WERE DOWN SPOKE WITH CUSTOMER THEIR PROBLEM |
| 1033003 | LUSTER | | 1/11/2008 | | CUSTOMERS PROBLEM |
| 1033100 | BINFORD, BERNICE | | 5/6/2009 | • | MAIN LINES ARE DOWN AND FLOWING TALKED TO CUSTOMER |
| 1040100 | MAY, J N | | 9/28/2010 | • | CUSTOMERS PROBLEM |
| 1040303 | PRUITT, STEPHEN & MARY | | 2/8/2011 | • | CUSTOMERS PROBLEM |
| 1040500 | STEWART, JOSEPHINE | | 3/3/2008 | • | CUSTOMERS PROBLEM |
| 1041402 | NEALY, TAMIKO | | 3/11/2010 | • | OUR LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1045300 | JACKSON, LINDA | | 12/17/2008 | • | CUSTOMERS PROBLEM SEWERS CLEAR |
| 1047000 | GILBERT, FRANCES | | 2/27/2006 | | CUSTOMER PROBEM |
| 1053400 | BURNS, EDDIE | | 2/15/2006 | • | CUST PROBLEM |
| 1053800 | GRINSTON, FRED | | 12/3/2007 | • | OUR LINES ARE DOWN CUSTOMER THEIR PROBLEM |
| 1054600 | WIMBLEY, CATHERINE | | 4/20/2009 | • | TALKED TO CUSTOMER THEIR PROBLEM |
| 1055001 | DOUGLAS, KENNEY | | 3/4/2008 | • | TRUNK LINE DOWN IN CHANNEL TALKED TO CUSTOMER HE MAY HAVE HAD BLOCK IN HIS LINE HAS CLEAR WATER ALSO IN BASEMENT |
| 1055001 | DOUGLAS, KENNEY | | 4/29/2009 | • | CUSTOMER PROBLEM  JR WM |
| 1065105 | WAGNOR, OIREAL | | 10/6/2010 | • | OUR LINES ARE DOWN TALKED TO CUSTOMER |
| 1067700 | GREYSTONE PARK | 310 GREYSTONE CT - BLDG 15 | 10/11/2010 | • | OUR LINES ARE DOWN IN THE CHANNEL |
| 1067900 | GREYSTONE PARK | 314 GREYSTONE DR | 10/11/2010 | • | OUR LINES ARE DOWN IN THE CHANNEL |
| 1068000 | GREYSTONE PARK | 316 GREYSTONE DR | 10/11/2010 | • | OUR LINES ARE DOWN IN THE CHANNEL |
| 1070500 | GREYSTONE PARK | 307 GREYSTONE DR | 10/11/2010 | • | OUR LINES ARE DOWN IN THE CHANNEL |
| 1200410 | ALMA TENDICKS | | 11/29/2007 | • | CUST PROBLEM OUR LINES ARE DOWN TALKED TO CUST |
| 1200410 | TENDICK, ALMA | | 5/11/2009 | | TRUNK LINE DOWN CUSTOMERS PROBLEM |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 9/25/2008 | | CLEAN OUT DOWN TALKED W/CUSTOMER PROBLEM INSIDE |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 11/17/2008 | | CUSTOMER PROBLEM  WM |
| 1200613 | SLOAN | | 10/18/2007 | | JET TRUNK LINE HUNTER SEWER RAN CUTTER THRU LINE- OPENED UP |
| 1201306 | JONES, GREGORY D | | 11/9/2010 | • | OUR LINES ARE OK TALKED TO CUSTOMER |
| 1201306 | JONES, GREGORY D | | 11/12/2010 | • | CUSTOMER'S PROBLEM, NEEDS TO HAVE TREE ROOTS REMOVED FROM HIS LINE - NO ONE HOME |
| 1203011 | KING, LATRINA | | 1/23/2006 | • | CUSTOMER PROBLEM. |
| 1206102 | JONES, CAROL | | 3/26/2010 | • | CUSTOMER HAS PROBLEM IN BATHTUB TALKED TO CUSTOMER |
| 1209911 | PARKS, JOHNITHA | | 5/6/2010 | • | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1216201 | MOORE, CYNTHIA | | 2/23/2006 | • | CUST PROBLEM |
| 1216903 | FRANKLIN, FELECIA | | 4/21/2006 | • | CUST PROBLEM |

| Number | Name | Address | Date | Description |
|---|---|---|---|---|
| 1220616 | GIBBS, MARLON | | 3/2/2010 | CUSTOMER HAS WATER LEAK IN FOUNDATION... NO SEWER PROBLEM, JR JH |
| 1220711 | GIBBS, TAMARA K | | 2/7/2006 | CUST PROBLEM |
| 1222109 | PERKINS, TRACY L | | 10/22/2008 | CUSTOMERS PROBLEM, LINE DOWN |
| 1225708 | LOVING, MIESHA | | 5/17/2008 | CUSTOMER PROBLEM |
| 1225708 | LOVING, MIESHA | | 6/8/2006 | CUSTOMER PROBLEM |
| 1246314 | TOMMIE WILLIAMS | | 12/14/2007 | OUR LINES ARE DOWN CUSTOMERS PROBLEM TOLD CUSTOMER |
| 1260304 | FARLEY, JUANITA | | 7/29/2010 | CUSTOMER PROBLEM OUR LINES ARE DOWN |
| 1268902 | DARTY, VELMA | | 4/20/2010 | CUSTOMER HAS BLOCKED LATERAL, OUR LINES ARE OKAY |
| 1268902 | DARTY, VELMA | | 7/22/2010 | CUSTOMER PROBLEM |
| 1269606 | MC DANIEL, CHAD | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO LANDLORD |
| 1270501 | MC COY, JESSIE | | 7/28/2008 | NOT OURS, SPOKE TO HOMEOWNER  BS ST |
| 1271805 | BROWN, REGINA | | 3/14/2008 | CHECKED MANHOLE DOWNSTREAM AND L AMPHOLE UPSTREAM BOTH WERE DOWN TALKED TO CUSTOMER |
| 1272204 | WILLIAMS, NAPOLEON | | 9/11/2007 | CHECKED MANHOLE ON BOTH SIDES, WE'RE DOWN TOLD |
| 1272204 | WILLIAMS, NAPOLEON | | 6/16/2009 | CUSTOMER THEIR PROBLEM |
| 1273206 | WILLIS, DALPHANIE | | 1/7/2010 | CUSTOMERS TOILET WAS STOPPED UP |
| 1274717 | WILLIAMS, DEREK | | 2/20/2009 | NOT OUR PROBLEM OUR LINE IS DOWN |
| 1277011 | WALLACE, VICTORIA | | 11/24/2010 | CUST PROBLEM OUT LINES ARE DOWN |
| 1280904 | BROWN, DONNA MICHELLE | | 9/1/2009 | 82 IS DOWN IN CUSTOMERS LATERAL CUST PROBLEM |
| 1281812 | MILLER, ELVIS | | 4/27/2007 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1282817 | SIMMON, PAULA | | 2/24/2009 | CUST PROBLEM |
| 1283101 | MARX, GLADYS | | 3/30/2009 | JETTED MAIN LINE, CUSTOMERS LINE STILL BLOCKED WM JR FP TC BT |
| 1283808 | CARLISLE | | 11/15/2007 | CUSTOMERS PROBLEM |
| 1292308 | JENNINGS JR, JERRY T | | 3/7/2011 | CUSTOMERS PROBLEM-BAD LATERALS |
| 1293014 | SIMMONS JR, ALAN | | 3/11/2010 | OUR LINE IS DOWN CUSTOMERS PROBLEM TALKED TO |
| 1293418 | KIDD, VYNADRIAN R | | 6/10/2008 | CUSTOMER |
| 1294100 | CARL DOUGLAS | | 11/8/2007 | CUSTOMERS PROBLEM NO ONE HOME |
| 1309200 | CITY OF CENTREVIL MUN | 5900 BOND AVE | 10/9/2008 | OUR LINES ARE DOWN SPOKE WITH CUSTOMER |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 12/31/2008 | OUR LINE DOWN, PARK CLEAN OUTS FULL BY BUILDING---RS |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 3/3/2010 | HOUSING PROBLEM SPOKE TO HOUSING WORKER |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 3/1/2010 | PROBLEM IS HOUSINGS, CUSTOMER USES TO MUCH SOAP POWDER WM |
| 1326503 | PHILLIPS, OTIS | | 4/28/2008 | OUR LINES OK CUSTOMERS PROBLEM |
| 1406701 | MOORE, PAULA | | 6/9/2009 | CHECKED MAIN LINE ABOVE AND BELOW HOUSE LINE RUNNING, SPOKE TO HOMEOWNERS, THIER PROBLEM. |
| 1417401 | MACKLIN, JEANETTE | | 4/11/2008 | TALKED TO CUSTOMER NO ONE ELSE HAS PROBLEM JET TRUNK LINE- CUST PROBLEM |
| 1485401 | BRANIGAN, WILLIE | | 2/28/2008 | CUSTOMER MUST BE TALKING ABOUT TRAIN WATER NOT BACKING UP |
| 1485500 | CLARK, JEFFRIE | | 11/2/2010 | CUSTOMERS PROBLEM |
| 1502206 | FRANKLIN, MARGARET | | 10/1/2004 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1575200 | ROBINSON | | 11/18/2010 | CHECKED MANHOLES ON EITHER SIDE OF ADDRESS MAIN LINE DOWN IN CHANNEL-CUST PROBLEM |
| 1579606 | GRIFFIN, SHANTELL | | 2/28/2008 | SEWER NOT BACKING UP IN OUR LINE-CUSTOMERS PROBLEM |
| 1584700 | WILLIAMS, ARTHUR | | 12/28/2008 | CUST PROBLEM |
| 1586600 | MC COTTREL, MARLO | | 1/4/2007 | CUST PROBLEM |
| 1593201 | FISHER, OCSAR LEE | | 2/12/2007 | CUST PROBLEM |
| | | | 7/12/2006 | CUST PROBLEM |

| Account | Name | Date | Description |
|---|---|---|---|
| 1593201 | FISHER, OCSAR LEE | | |
| 1594603 | BROWN, MILDRED | 12/8/2006 | CUST PROBLEM |
| | | 6/3/2009 | LINES ARE OKAY-CUSTOMERS PROBLEM JR ST |
| 1595800 | RANDOLPH, ONNIE | 6/9/2009 | OUR LINES ARE OK BUT I JETTED LINE BEHIND CUSTOMERS HOUSE. CUSTOMER MUST HAVE A BAD LINE |
| 1596500 | YOUNG, JAMES | 10/15/2007 | CUSTOMERS PROBLEM KITCHEN SINK WON'T DRAIN |
| 1596500 | YOUNG, JAMES | 12/3/2007 | CUSTOMERS PROBLEM |
| 1596500 | YOUNG, JAMES | 8/27/2007 | CUSTOMERS PROBLEM CLEAN OUT EMPTY-TALKED WITH CUSTOMER |
| 1596500 | YOUNG, JAMES | 12/18/2008 | CHECKED LINES-OUR LINES DOWN TALKED TO CUST-CUST PROBLEM |
| 1596500 | YOUNG, JAMES | 1/19/2010 | JETTED OUR LINE-LINE IS NOT BLOCKED CUSTOMERS LINE IS BLOCKED-COULD NOT GET OUR HOSE IN THEIR LINE TOLD CUSTOMER SHE IS NOT HAPPY |
| 1596500 | YOUNG, JAMES | 11/17/2010 | OUR LINES ARE DOWN AND FLOWING CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1596504 | YOUNG, JAMES | 11/13/2006 | CUST PROBLEM |
| 1596506 | YOUNG, JAMES | 12/18/2006 | CUST PROBLEM |
| 1596805 | SMITH, TEQUILLA | 11/17/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1597208 | FRIDGE, ALVITA | 3/15/2006 | CUST PROBLEM |
| 1599300 | TURLEY, GUY | 8/21/2007 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 7/5/2006 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 1/12/2007 | CUST PROBLEM |
| 1599803 | CLIFTON, ALGERTHA | 8/8/2007 | CUSTOMER PROBLEM |
| 1600200 | MITCHELL, MOLLY | 8/8/2007 | CUST PROBLEM |
| 1600604 | MARTIN, BRIAN | 10/6/2006 | CUSTOMER PROBLEM |
| 1601301 | GOLLIDAY, EDDIE | 5/16/2008 | MAIN LINE RUNNING NORMAL. WM RS |
| 1608701 | NUNN, JASPER | 2/22/2007 | CUSTOMER PROBLEM |
| 1606901 | THOMAS | 11/19/2007 | talked to customer this is not sewer water, we do not think it is our problem |
| 1606901 | THOMAS | 6/9/2009 | TALKED TO CUSTOMER THIS IS NOT SEWER WATER WE DO NOT THINK IT IS OUT PROBLEM |
| 1608400 | WILLIAMS | 4/2/2008 | HOUSE LINE. TALKED TO CUSTOMER |
| 1608603 | WILLIAMS, TIFFANY | 5/6/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1608701 | JETHROE, BEATRICE | 3/29/2010 | CUSTOMER PROBLEM TALKED TO CUSTOMER |
| 1608701 | JETHROE, BEATRICE | 11/15/2006 | CUSTOMER PROBLEM |
| 1612205 | FAIRLEY, KAVEN | 1/26/2009 | STATION FINE-CUSTOMERS PROBLEM |
| 1612205 | FAIRLEY, KAVEN | 6/23/2009 | PUMP KICKED OUT -- RESET--TALKED TO CUSTOMER   WM  BT |
| 1612205 | FAIRLEY, KAVEN | 10/6/2009 | CUSTOMERS PROBLEM |
| 1612701 | BISCHAN, MEUSSA | 8/9/2006 | CUSTOMER PROBLEM |
| 1613804 | HIBBLER, LATRICIA | 12/14/2006 | CUSTOMER PROBLEM |
| 1621300 | ROUCH, WALTER | 10/13/2005 | CUSTOMER PROBLEM |
| 1621500 | KOHMILLER, DONNA K | 5/20/2008 | CRESTON PUMP STATION RUNNING--NO PROBLEM WITH US.  BS ST |
| 1624400 | CAMPBELL | 1/22/2010 | PUMPS WORKING AND OUR LINES ARE IN THE CHANNEL JR JH |
| 1626105 | HAWKINS, EDWARD | 2/8/2008 | CHECKED CRESENT STATION & SEWER LINES OUR LINES DOWN- |
| | | 10/13/2006 | CUST PROBLEM |
| 1631103 | LACY-CLARK, TIFFANY | 5/20/2009 | CHECKED LINES-CUSTOMER PROBLEM NEED TO UNCOVER 2 MANHOLES ON LINDORF |

| Account | Name | Address | Date | Description |
|---|---|---|---|---|
| 1631903 | KAMMANN-JUDD, NAN | | 6/9/2009 | CHECKED MAIN LINE AND MANHOLES ABOVE AND BELOW THIS ADDRES LINE RUNNING SPOKE TO HOMEOWNER WORK DONE ON 5/4/08 CUST PROBLEM |
| 1633502 | BEVIRT, DON | | 2/20/2007 | CUSTOMER PROBLEM |
| 1633600 | SIGNAL HILL UNITED CHURCH | 2 SIGNAL HILL BLVD | 1/24/2007 | CUSTOMER PROBLEM |
| 1639801 | WELLS, LATOYA | | 12/30/2009 | OUR LINES ARE DOWN IN CHANNEL PUMPS ARE OK |
| 1641902 | WATSON, CASSANDRA | | 2/13/2006 | CUSTOMER PROBLEM |
| 1643901 | DAVIS, DAWN | | 6/5/2007 | CUSTOMER PROBLEM |
| 1646900 | WILLIS, MARY ANN | | 10/16/2009 | OUR LINES ARE DOWN IN CHANNEL CUSTOMERS PROBLEM - TALKED TO CUSTOMER |
| 1647801 | RIGSBY, CATHY | | 1/4/2007 | CUST PROBLEM |
| 1649005 | RALLEIGH, YWANZIA | | 2/9/2010 | TALKED TO CUSTOMER, CUSTOMER NEED NEW SEWER LINE JH BT |
| 1649900 | CHATMAN, WALTER | | 7/8/2010 | CUSTOMERS PROBLEM |
| 1649900 | CHATMAN, WALTER | | 12/19/2006 | CUSTOMER PROBLEM |
| 1654601 | FUSE, LEADIE | | 9/25/2008 | TALKED TO CUSTOMER, HIS PROBLEM WM |
| 1655700 | LORI REED | | 1/3/2008 | OUR LINES ARE DOWN TOLD CUSTOMER |
| 1656300 | THOMAS, BEATRICE | | 6/26/2006 | CUSTOMER PROBLEM |
| 1659502 | THOMAS, ANDRE | | 3/23/2011 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1661100 | TWEED, MARCUS | | 7/13/2008 | CUSTOMER PROBLEM |
| 1664901 | WILLIS, EULESCIA | | 3/3/2011 | COMMONFILEDS SEWER OK CUSTOMRE NOT AT HOME |
| 1667600 | BOLDEN, JAMES | | 3/24/2010 | OUR LINES ARE OK TALKED TO CUSTOMER |
| 1667901 | POTTS, BILLY | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1668100 | HOPKINS, AILENE | | 1/30/2006 | CUSTOMER PROBLEM |
| 1668701 | FOOTS, KATINA | | 5/17/2007 | CUSTOMER PROBLEM |
| 1668901 | WILLIAMS, BARBARA L | | 12/8/2010 | CHECKED MANHOLE & CLEANOUT BOTH DOWN CUSTOMER NOT HOME |
| 1671902 | PAYNE, ANNIE | | 11/13/2007 | JETTED MAIN LINE CUSTOMERS PROBLEM |
| 1671902 | PAYNE, ANNIE | | 8/1/2008 | TALKED TO CUSTOMER THEIR PROBLEM |
| 1672401 | SKIPWITH, FRANCINE | | 12/4/2007 | CUSTOMERS PROBLEM TALKED TO THEM |
| 1672401 | SKIPWITH, FRANCINE | | 7/28/2008 | OUR LINES ARE DOWN |
| 1672401 | SKIPWITH, FRANCINE | | 7/8/2010 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1672401 | SKIPWITH, FRANCINE | | 10/19/2010 | CHECKED PUMP & MAIN LINE NO ONE HOME AT 11:15 AM 10/14/10 TALKED TO LANDLORD ON PHONE TOLD HER IT WAS HER PROBLEM 10/15/10. |
| 1674800 | MASON, LORENE | | 4/18/2009 | CUSTOMER PROBLEM |
| 1675103 | MC LORN, SHANAI | | 11/30/2009 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1678801 | TUCKER, JANICE | | 12/18/2006 | CUSTOMER PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 4/28/2008 | TALKED TO CUST, EAST ST LOUIS NOT TAKING US. BS JR |
| 1682502 | DUNN, OLIVIA | | 7/21/2009 | CHECKED TRUNK LINE OK CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1685401 | ROCKETT, GAYLORD | | 1/25/2011 | CUSTOMER SAID SEWER PROBLEM IS NOW OK. |
| 1686000 | BENNETT, CORNELIUS | | 6/26/2009 | OUR LINE IS DOWN. TALKED TO SON RS |
| 1686000 | BENNETT, CORNELIUS | | 2/14/2006 | CUSTOMER PROBLEM |
| 1686401 | FRAZIER, CHERYL V | | 5/17/2010 | CUSTOMER PROBLEM |
| 1689900 | BYRUM, WYATT | | 4/17/2007 | CUSTOMERS PROBLEM |
| 1690302 | MOORE, DOROTHY | | 5/7/2008 | JETTED MAIN LINE-COULDN'T HELP CUSTOMER PLUMBER CALLED TO OPEN HER LINE |
| 1700612 | DEW, ANGELA M | | 6/29/2009 | EVERYTHING IS OK ON OUR SIDE. CUSTOMERS SAID PROBLEM WAS 3 OR 4 WEEKS AGO |
| 1704003 | DWAI LLC | 7006 RUSSELL AVE | 10/6/2009 | CUSTOMERS PROBLEM NO ONE WAS AT THAT ADDRESS |
| 1709215 | CAIN, JOHN | | 2/3/2011 | CUSTOMER PROBLEM - OUR LINES ARE OK |

| ID | Name | Date | Description |
|---|---|---|---|
| 1716604 | HANNAH, ALEXANDRIA | | |
| 1716604 | HANNAH, ALEXANDRIA | 5/5/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1718101 | LYONS, RUTH | 10/22/2010 | CUSTOMERS PROBLEM |
| 1718101 | LYONS, RUTH | 8/20/2007 | MANHOLE DOWN TALKED TO CUSTOMER THEIR PROBLEM |
| 1725300 | GRIMES, ELVIA | 8/20/2007 | CUST PROBLEM |
| 1725300 | GRIMES, ELVIA | 11/2/2006 | CUSTOMER PROBLEM |
| 1725803 | CASSEA HARVEY | | MANHOLE DOWN ON BOTH SIDES OF CUSTOMER - TOLD CUSTOMER |
| 1726103 | SMITH, MARGARET | 12/14/2007 | OUR STATION IS OK LINES ARE DOWN. WILL NOT ANSWER DOOR- CUST PROBLEM |
| 1726103 | SMITH, MARGARET | 4/22/2008 | Customer says he has roots between the end of his new line and main - no problem in our main JRFP |
| 1726103 | SMITH, MARGARET | 4/8/2009 | OUT LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1738405 | HEDDELL, DEANNA | 11/23/2010 | ROOTS IN CUST LINE |
| 1738804 | DOSS, BERTHA | 2/20/2007 | CUSTOMERS PROBLEM CALL OUT 2HRS O.T. |
| 1741900 | CASEY, LOUIS | 5/27/2009 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1747902 | TOLER, LARRY | 11/19/2007 | CUST PROBLEM |
| 1747902 | TOLER, LARRY | 7/2/2006 | OUR LINES ARE DOWN IN CHANNEL - CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1753400 | SANDERS, MILLIE | 2/11/2008 | MANHOLE IS DOWN, NO ONE HOME BS KK |
| 1764900 | MAYHORN, VIRGIE | 12/9/2008 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1772201 | PRINCE, GWEN | 12/17/2009 | TALKED TO CUSTOMER HER PROBLEM |
| 1774300 | MC DOWELL | 10/12/2007 | FOUND MH BEHIND WAS EMPTY TOLD CUST THEIR PROBLEM BS GF BT ST |
| 1774300 | MC DOWELL, ANGELA | 5/28/2008 | CUSTOMER PROBLEM SOLVED, MANHOLE WENT DOWN TALKED TO CUSTOMER JH |
| 1774300 | MC DOWELL, ANGELA | 1/29/2010 | NO ONE HOME, OUR LINES ARE DOWN, M.H. IN THEIR BACK YARD IS STORM DRAIN AND IT'S HOLDING |
| 1781202 | ERICA SUSSIX | 9/27/2007 | OUR LINES ARE DOWN, TALKED WITH CUSTOMER |
| 1784902 | ELLIS, TIFFANY | 8/19/2008 | CUST PROBLEM |
| 1789900 | BROOKS, HOWARD | 3/31/2006 | CUST PROBLEM |
| 1789900 | BROOKS, HOWARD | 4/17/2006 | THIS IS PRIVATE PROPERTY OUR MAIL LINES ARE DOWN OK |
| 1791702 | DOBBINS, FELECIA M | 1/23/2008 | CHECK LINE EVERYTHING IS OK NO ONE HOME-COULDN'T TALK TO CUSTOMER - CUST PROBLEM |
| 1818800 | RAY, FELECIA J | 2/17/2010 | |

J - indicates Pump Failure and/or Lack of Backup

| Account Numb | Customer Name | location | Date | J | Service Order completed comment |
|---|---|---|---|---|---|
| 1207701 | BARKS, WILLIAM | | 9/24/2007 | J | VILLAGE PUMP IS OUT TALKED TO VILLAGE |
| 1207701 | BARKS, WILLIAM | | 4/25/2008 | J | CAHOKIA SERWER STATION OUT TALKED TO JIM WALL |
| 1247601 | THOMAS, RON | | 4/14/2008 | J | CAHOKIA PUMPS NOT TAKING OUR SEWAGE-EVERYTHING IS BACKED UP |
| 1255510 | HALL, VANITY C | | 3/7/2011 | J | PUMPED DOWN SYSTEM WITH 3" PUMP PUMP KICKING OUT |
| 1269606 | MC DANIEL, CHAD | | 11/9/2010 | J | BRIDGEDALE PUMP OUT-PULLED BACK RAGS TIGHTENED BELTS CAHNGED O-RING |
| 1422600 | BRIDGEDALE CLEANERS | | 4/21/2009 | J | ALL LINES ARE BACKED UP BECAUSE THE VILLAGE STATION IS OUT |
| 1514300 | TASSELLO, JERRY | | 6/11/2008 | J | VILLAGE OF CAHOKIA BACKING UP CALLED & THEY ARE CHECKING LIFT STATION |
| 1514300 | TASSELLO, JERRY | | 12/9/2008 | J | VILLAGE PROBLEM PER RANDY |
| 1514300 | TASSELLO, JERRY | | 4/21/2009 | J | VILLAGE PUMP OUT |
| 1514300 | TASSELLO, JERRY | | 5/18/2010 | J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN |
| 1585100 | HAYNES, LAWRENCE | | | | 51ST MARKET STATION DOWN WITH MAJOR PROBLEMS 5/17/10 STATION BACK IN OPERATION 5/18/10 |
| 1612205 | FAIRLEY, KAVEN | | 1/18/2011 | J | #1 PUMP SHOT - SEALS ARE LEAKING BAD. STATION FLOODED - TURNED OFF VALVE(TOP) PUT STATION ON #2 PUMP |
| 1612205 | FAIRLEY, KAVEN | | 2/3/2011 | J | PUMP LOST PRIME REPRIMED PUMP |
| 1621101 | SPENCER | | 3/20/2008 | J | PUMP OUT BLOWER LOCKED-UP REMOVED BLOWER - PUT ON JUMPER |
| 1621101 | SPENCER, JIM | | 4/10/2008 | J | #2 BLOWER NOT PUMPING-SWITCHED OVER TO #1 BS - JR |
| 1676401 | VILLARD JR, ARTHUR | | 11/12/2009 | J | 82ND & BELLEVIEW BLOWER KICKED OUT RESET, SHUT OFF 82ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 7/14/2010 | J | PUMP STATION OUT NOW OK  JH BT FP BS |
| 1676401 | VILLARD JR, ARTHUR | | 11/30/2010 | J | PUMP STATION OUT OF ORDER BECAUSE OF BROKEN BELT CUSTOMER NOT AT HOME |
| 1676401 | VILLARD JR, ARTHUR | | 1/11/2011 | J | PUMP KICKED OUT ON 82ND & BELLEVIEW TURNED OFF 82 ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 3/3/2011 | J | COMMONFILEDS SEWER BACKING UP PUMP KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 3/14/2006 | J | BELLEVIEW |
| 1676401 | VILLARD JR, ARTHUR | | 5/2/2007 | J | BLUFF OUT |
| 1679900 | EDMONDS, CLENDER | | 1/18/2007 | J | CLINTON PUMP STATION OUT - BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 7/8/2009 | J | PUMPS WERE OUT AT BOTH STATIONS 82ND & BELLEVILLE IS BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 5/18/2007 | J | BLUFF OUT - PULLED BACK ON |
| 1698211 | CATHION, DARTINA | | 11/9/2010 | J | PUMP OUT - PULLED BACK (RAGS) - TIGHTENED BELTS - CHANGED O-RINGS |
| 1748703 | WIGGINS, RESHEDA | | 5/6/2010 | J | VILLAGE PUMP STATION OUT ....TALKED TO JIM WALL .WM |
| 1748703 | WIGGINS, RESHEDA | | 5/18/2010 | J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN |
| 1774300 | MC DOWELL, ANGELA | | 7/1/2010 | J | PUMP WAS OUT DUE TO PROBLEM AT POLICE STATION - PUMP IS ON NOW |

C - Root Intrusion

| ccount Numb | Customer Name | location | Date | | Service Order completed comment |
|---|---|---|---|---|---|
| 1571800 | OUR LADY OF THE SNOWS | 442 S DE MAZENOD DR | 1/13/2011 | C | CUT OUT ROOTS AND SCAP IN MAIN LINE IN ABOUT 3 SPOTS. |
| | | | | | BOILING OUT OF MAN HOLE-JET TRUNK LINE-USED 4" CUTTER- |
| 1723201 | BROWN, HENRIETTA | | 6/2/2008 | C | PULLED OUT ROOTS STATION BACK ON FP BT ST  ST UNIT 9 |

B - Indicates Collapsed Pipe

| count Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1044700 | ST CLAIR CTY HOUSING AUTH | 610-616 S 46TH ST | 4/21/2010 B | PUMPED DOWN TUDOR AVE AROUND SEWER BREAK EMERGENCY SANITARY SEWER REPAIR (MARCH 2010) |
| 1276704 | CONNERS, DENNIS | | 12/23/2010 B | TALKED TO CUSTOMER CUSTOMER SAID SOMETHING NEED TO BE DONE BY COMPANY SAID HE WOULD TALK TO MANGER WAS NOT ABLE TO GIVE RELIEF |
| 1277801 | JENNINGS, CAROL | | 2/22/2123 B | REPAIRED LATERAL |
| 1326600 | JONES, MONICA | | 2/19/2008 B | REMOVED CLAY LATERAL, REPLACED WITH PVC SCH 35 |
| 1654601 | FUSE, LEADIE | | 6/14/2010 B | PUMPED DOWN AROUND SEWER BREAK JH ST |
| 1662700 | LEONARD, WASH | | 5/5/2008 B | pumped line at 200-202 a north 63rd. RUN 350FT DISCHARGE LINE TO NEXT MANHOLE. PUMPED ONLY 10 MIN REPAIRED 3 INCH PUMP REPLACED WARE PLATE, FLAPPER VALVE, INSTALLED DIFFERENT SUCTION LINE. PUMPED DOWN TO CHANNEL. ST GF |
| | | CHURCH ROAD | Nov 2008 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | 300 BLK MOUSETTE LANE | MAY 2008 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | FEB 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JUNE 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JULY 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |

Exhibit 7

USEPA Order Pretreatment

Kate Centreville/Centreville City

FOS

Environmental Justice Community Revitalization Council

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

**Miles, Jim**

| | |
|---|---|
| **From:** | Stitely, Joe |
| **Sent:** | Tuesday, January 28, 2020 5:47 PM |
| **To:** | Miles, Jim |
| **Cc:** | Sanders, Gregg; Caughman, Wayne; Rosenblum, Fred |
| **Subject:** | Commonfield of Cahokia & Centerville/Alorton Collection System Meeting |

MAR 2 0 2020

REVIEWER: MED

Yesterday (01/27/20), Wayne Caughman, Gregg Sanders, and I met with Dennis Traiteur, Manager for Commonfield of Cahokia Water & Sewer District, and La Mar Gentry, Administrator for the Village of Alorton and Centerville. The purpose of the meeting was to discuss issues related to the collection system problems, including SSO's, in their communities.

Commonfield of Cahokia Collection System - The system currently has 27 lift stations in the collection system. According to Traiteur, the system has at least 12 lift stations that are desperately in need of renovation. Multiple stations only have one pump operational and seven of the stations are operated by a single temporary submersible pump (original pumps are non-operational). The collection system is mostly 8-inch concrete main with severe infiltration and inflow (I & I) issues. We discussed the need to reduce I & I in the collection system. I asked about possibly raising or sealing manholes. Traiteur indicated sealing manholes would possibly cause flooding issues. The area has significant issues with the management of stormwater.

Currently, sewage from 732 Commonfield customers discharge into the East St. Louis collection system while 976 customers discharge to Cahokia. There are not any main interceptors conveying wastewater into the East St. Louis collection system. There are seven entry points from the Commonfield collection system into the East St. Louis collection system. According to Traiteur, most of the sewer backup issues are related to the areas that report to East St. Louis. It should be noted that the East St. Louis collection system has three CSO outfalls. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Commonfield cannot be discharged to East St. Louis. Therefore, they are forced to shut their pump stations down. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. We discussed their inspection and routine maintenance of their collection system. Currently, the system does not have a program due to staffing issues. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

Centerville/Alorton: The Centerville/Alorton collection system currently has 10 lift stations. According to the information provided by Gentry, Centerville owns eight. Of the eight, four stations are not operational. Three of them are being pumped via bypass pumping and the other station is going out for bid for new pumps and control panel. The collection system is mostly 8-inch and 10-inch PVC main with severe infiltration and inflow (I & I) issues. Sewage from Alorton is discharged to the Centerville collection system. Part of the sewage from Centerville is discharged to the East St. Louis collection system and part of the sewage does to the Cahokia Lift station. Gentry estimated that there are 4-5 entry points into the East St. Louis collection system. He indicated that most of the backup issues are related to the areas that report to East St. Louis system. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Centerville cannot be discharged to East St. Louis. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. The collection system area has significant issues with the management of stormwater. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

We also stopped by Hurst-Roushe, Inc., engineering consultant for Commonfield of Cahokia, Alorton, Centerville, and East St. Louis. We requested a map identifying the specific locations where for Commonfield

**Illinois EPA FOIA Exemption Reference Sheet**

SID:     35850

Agency ID: 170002064986                    Media File Type: WATER
Bureau ID: W1630300005
Site Name: Centreville City of
Site Address1: 5800 Bond Ave
Site Address2:
Site City: Centreville                          State: IL          Zip: 62207-

> # This record has been determined to be partially or wholly exempt from public disclosure
>
> ## Exemption Type:
>
> # Redaction

**Exempt Doc #:  24**          **Document Date:** 1 /28/2020          Staff:  MED

**Document Description:**  EMAIL: STITELY TO MILES PAGE 2

Category ID:  01      Category Description:   FIELD OPERATIONS/INSPECTIONS      Exempt Type:   Redaction

Permit ID:                                              Date of Determination:          3 /20/2020

of Cahokia, Alorton, and Centerville discharge into the East St. Louis collection system.  They indicated that they would work on it and send it to us when it is completed.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

**Card 1 (top left):**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

n Kim, Director
ois Environmental Protection Agency
21 North Grand Avenue East
. Box 19276
ingfield, IL 62794-9276

9590 9402 6070 0125 4540 53

2. Article Number *(Transfer from service label)*

7020 2450 0000 2158 4327

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1021 North ...
Post Office Box 19276
Springfield, Illinois 62794-9276

APR 28 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Card 2 (top right):**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ristopher Belt, Superintendent
mmonfields of Cahokia Public Water District
25 Mousette Lane
st St. Louis, IL 62206

9590 9402 6070 0125 4547 56

2. Article Number *(Transfer from service label)*

7020 2450 0000 2158 4358

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X CF RteM C19 ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
CF RteM C19 4-30-202

D. Is delivery address different from item 1? ☐ Yes
ES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Card 3 (bottom left):**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

9590 9402 6070 0125 4540 77

2. Article Number *(Transfer from service label)*

7020 2450 0000 2158 4273

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED

MAY - 3 2021

Office Of The Attorney General
Office Se...

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return ...

**Card 4 (bottom right):**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

av Sofat, Chief, Bureau of Water
ois Environmental Protection Agency
21 North Grand Avenue East
. Box 19276
ingfield, IL 62794-9276

9590 9402 6070 0125 4540 60

2. Article Number *(Transfer from service label)*

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Illinois Environmental Protection Agency
1021 North Grand Avenue East
Post Office Box 19276
Springfield, Illinois 62794-9276

APR 29 2021

D. Is delivery address different from item 1? ☐ Yes
If ... ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Rec...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CF Rtemi C19 ☐ Agent ☐ Addressee

B. Received by (Printed Name) CF Rtemi C19 | C. Date of Delivery 4-30-2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

ennis Traiteur, Manager
mmonfields of Cahokia Public Water District
25 Mousette Lane
st St. Louis, IL 62206

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4547 63

2. Article Number (Transfer from service label)

7020 2450 0000 2158 4341

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Adriana Morley | C. Date of Del...

D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

eryl L. Newton, Acting Regional Administrator
. Environmental Protection Agency, Region 5
W. Jackson Blvd.
icago, IL 60604

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery ($500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Re... Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma...
☐ Signature Confirma... Restricted Delivery

9590 9402 6070 0125 4547 70

7020 2450 0000 2158 4334

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Re...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery RECEIVED MAY 0 3 2021

...very address different from item 1? ☐ Yes
..., enter delivery address below: ☐ No

1.

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ed Mail
☐ ...ed Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4547 49

2. Article Number (Transfer from service label)

7020 2450 0000 2158 4365

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt