# Exhibit D

**Office of Water Resources**
**Division of Project Implementation**
**Surveillance Report**

**Date:** March 24, 2010

**Stream:** WPA Ditch                                     **County**: St.Clair

**Contract Designation:** CN-035          **Agreement Date:** January 31, 1997

**Location:** Centreville                              **Mayor**: Frankie Seaberry

**Sponsorship Agreement:** City of Centreville

**Description of Improvement**: Replaced culverts under 72nd, 73rd, 74th, and 75th Streets.  Channelized WPA Ditch from Canal #1 to the western city limits.

**Inspection Party:** Alan Grelck

**Condition of Improvement**:

|           |     |
|-----------|-----|
| Excellent | 5   |
| Good      | 4   |
| Fair      | 3   |
| Poor      | 2 **X** |
| Deterioration | 1 |

**Comments:** As shown in the attached photos, the channel has not seen any maintenance since constructed in 1997.  The channel is clogged with trees and trash which is restricting flow.  The City needs to clean the channel as soon as possible or flooding will become a problem.  One way to get the cleanup completed is to use workers from the local prison.

**Concerns voiced by owner:**

**Photos Taken:** See attached



# Illinois Department of Natural Resources

One Natural Resources Way   Springfield, Illinois  62702-1271
www.dnr.illinois.gov

Bruce Rauner, Governor
Wayne A. Rosenthal, Director

February 2, 2016

Mayor Marius Jackson
City of Centreville
5800 Bond Avenue
Centreville, IL  62207

RE: Maintenance on Emergency Canal Cleanout Work

Dear Mayor Jackson:

As a follow up to the 1996 emergency canal cleanout work our offices worked together to accomplish, we have completed surveys of the WPA Ditch that was restored as part of that work and found that a portion of the channel needs maintenance.

Prior to completing the emergency channel restoration work, an intergovernmental agreement was signed by our agencies outlining the division of duties associated with the project.  That agreement is attached for your reference.  The maintenance section of the intergovernmental agreement includes this language: "This maintenance will include, but not be limited to, keeping the PROJECT areas clean of all trash and other debris or other matter that may tend to impede the proper and free flow of water such that the capacity of the PROJECT will be maintained at the five-year frequency discharge and stage."  Table 1 shows all of the reaches that were rehabilitated in 1996 and 1998 and the entity responsible for maintenance.  Your agency has the maintenance responsibilities for WPA Ditch that is not being maintained as agreed to in the intergovernmental agreement.  The attached overview map shows the location of the attached cross sections.   The cross sections show the closest original cross section before the work (purple), the proposed cross section (green), and survey done at identical locations from 2011 (red) and 2014 (blue).  Table 2 quantifies the difference in channel shape between the cleanout and the shape as surveyed in 2014.

Please provide this office with a schedule for when you anticipate performing the agreed to channel maintenance.  Please contact Rick Gosch at 217-782-4732 if you have any questions.

Sincerely,


Daniel A. Injerd, Director
Office of Water Resources



**Illinois Department of Natural Resources**
One Natural Resources Way   Springfield, Illinois 62702-1271
www.dnr.illinois.gov

March 7, 2018

Mayor Marius Jackson
City of Centreville
5800 Bond Avenue
Centreville, IL  62207

RE: Maintenance on Emergency Canal Cleanout and Culvert Modification Work

Dear Mayor Jackson:

As a follow up to the 1996 emergency canal cleanout work that our offices worked together to accomplish, we have completed an inspection of the WPA Ditch that was restored as part of that work and found that portions of the channel need maintenance.

Prior to completing the emergency channel restoration work and culvert modifications, intergovernmental agreements (IGAs) were signed by our agencies outlining the division of duties associated with the projects. Those agreements are attached for your reference.  The maintenance section of the IGA for the Emergency Work and Maintenance on WPA  Ditch and Canal No. 1 includes this language: "This maintenance will include, but not be limited to, keeping the PROJECT areas clean of all trash and other debris, or other matter that may tend to impede the proper and free flow of water, and the removal of sediment from the channel annually from where it has deposited and where it impedes the proper and free flow of water such that the capacity of the PROJECT will be maintained at the five-year frequency discharge and stage.  Grass covered areas will be mowed to a height of 6 inches or less at least twice each year.  Measures will be taken annually to eliminate all unwanted woody growth larger than one-half inch in diameter from all PROJECT areas, excluding mitigation sites.  Measures will also be taken, as required, to correct any substantial erosion problems."  The language in the IGA for the Centreville Culvert Replacement Project is similar.  The agreements state that Centreville is responsible for maintenance on WPA Ditch and the pipe culverts along the ditch from Canal No. 1 upstream to Glenwood Avenue.  The agreements also state that failure of Centreville to properly perform maintenance on the projects in accordance with the agreements will permit DNR to enter upon the project land rights to perform the maintenance work.  In this instance, Centreville will be required to reimburse DNR for any and all costs that may be incurred by DNR in connection with said maintenance.  Inspection indicates that the channel and R.O.W. has become overgrown and inaccessible. The area should be cleared and the channel regraded to its original design, then reseeded.  All pipes along the ditch that have sediment/debris in them should be cleaned at the same time.

Please provide this office with a schedule for when you anticipate performing the agreed to channel maintenance.  Please contact Rick Pohlman at 217-782-4732 if you have any questions.

Sincerely,


Loren Wobig, Director
Office of Water Resources
attachments