Exhibit 1



April 23, 2021

BY CERTIFIED MAIL

Attn:
Dennis Traiteur, Manager
Christopher Belt, Superintendent
Commonfields of Cahokia Public Water District
2525 Mousette Lane
East St. Louis, IL 62206

**RE: 60-Day Notice of Intent to Sue for Violations of the Clean Water Act**

To Whom It May Concern:

On behalf of Centreville Citizens for Change, we hereby notify Commonfields of Cahokia Public Water District ("Commonfields") that Centreville Citizens for Change intends to commence a civil action under Section 505 of the Clean Water Act, 33 U.S.C. § 1365 for violations of the Clean Water Act, 33 U.S.C. § 1251, *et seq.*

For the past five years – and long before – Commonfields has been discharging raw sewage from its sanitary sewer system in the community of Centreville, Illinois into waters that flow into the Mississippi River and its tributaries. Specifically, Commonfields discharges wastewater and sewage from a ditch, manhole, and/or pipe on the block of North 82nd Street between North 80th Street and Bluff Street, a residential area. These discharges originate near a lift station that has a history of operations and maintenance issues, and they flow to Canal #1 and Harding Ditch, tributaries to the Mississippi River. These discharges are all unpermitted, and they are violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

Members of Centreville Citizens for Change, a community organization made up of residents of the predominantly Black community of Centreville, have lived with this raw sewage problem for years, in addition to other sewage infrastructure problems and backups. Centreville Citizens for Change advocates for solutions to the sewage pollution, as well as chronic flooding problems, in the community.

If Commonfields fails to remedy violations of the Clean Water Act and the root causes of the violations described herein within 60 days, Centreville Citizens for Change intends to file suit against Commonfields in the United States District Court for the Southern District of Illinois to secure appropriate relief for these violations. *See* 33 U.S.C. § 1365(a)(1).

## I. Factual Background

### A. Commonfields operates a poorly maintained municipal sanitary sewer system.

Commonfields is a public water district[1] that owns and operates a municipal sanitary sewer system in portions of Cahokia Heights, Centreville Township, and unincorporated St. Clair County. Prior to a recently approved merger, the municipality now known as Cahokia Heights was three separate municipalities—the City of Centreville, the Village of Alorton, and the Village of Cahokia.[2]

Commonfields' system contains more than 40 miles of gravity sewers ranging in size from 8 to 18 inches in diameter, more than 3,000 feet of force mains, more than 900 manholes, and 27 lift stations.[3] Lift stations (also referred to as pump stations) are pumps that move wastewater from lower elevations to higher elevations in a sewer system when gravity would not otherwise move the flow.

Commonfields' system allows severe inflow and infiltration problems, meaning stormwater or groundwater routinely enters the system through manholes, broken pipes, or other means, overwhelming its capacity and causing overflows and other problems such as sink holes.[4]

A report of the status of Commonfields' 27 lift stations, obtained from a Freedom of Information Act request sent to the Illinois Environmental Protection Agency ("Illinois EPA"), describes 13 stations with major functional problems.[5] One such lift station is at North 82nd Street and Bluff Avenue. The status report of lift stations identifies the North 82nd Street and Bluff Avenue lift station as one that "floods."[6] The station has a history of operations and maintenance issues, and it was operated manually until recently.[7] When the U.S. Environmental Protection Agency ("U.S. EPA") inspected this station on January 26, 2021, the electrical panel

---

[1] *See* Public Water District Act, 70 ILL. COMP. STAT. 3705/1 *et seq.*

[2] *See* DeAsia Paige, *Voters Approved the Creation of a New Town in Southwestern Illinois. Now What Happens?*, BELLEVILLE NEWS-DEMOCRAT (Nov. 7, 2020), https://www.bnd.com/news/local/article247001947.html.

[3] *See* U.S. Environmental Protection Agency Region 5, Commonfields of Cahokia – SSO Recon Inspection Trip Report at 1 (Jan. 26, 2021) (hereinafter "EPA January 2021 Inspection Report"), *available at* https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

[4] *See, e.g.*, Illinois Environmental Protection Agency, Violation Notice: Commonfields of Cahokia Sewer District, Violation Notice No. W-2020-50179, at Attachment A (Sept. 30, 2020) (attached as Ex. 1) (hereinafter "IEPA 2020 Violation Notice") (identifying "severe inflow and infiltration" in Commonfields' system).

[5] Pump Station Information, Commonfields of Cahokia Public Water District (attached as Ex. 2) (describing the status of 4 as "poor condition," 1 as "abandoned," and 8 as either "station floods" or "temporary submersible," or both, meaning the station is using temporary submersible pumps).

[6] *Id.*

[7] EPA January 2021 Inspection Report at 3.

was uncovered, indicating poor maintenance.[8] As a U.S. EPA inspection report noted, "there appears to be a general lack of maintenance in the system."[9]

Lift station failures, infiltration, and other system-wide infrastructure problems can lead to backups and sanitary sewer overflows ("SSOs"). SSOs involve the discharge of raw or inadequately treated sewage, and SSOs can contaminate waters, causing serious water quality problems, and back-up into homes, causing property damage, and threatening public health.[10]

Sewage discharges in Commonfields' system are frequent. In at least one recent nine-month period of time, sewage backups occurred at multiple addresses within Commonfields' service area in every single month.[11] Toilet paper debris in ditches and surrounding manholes often marks where a discharge has occurred, including on North 82nd Street.[12]

### B. Sewage pollution threatens the environment, public health, and human dignity.

Commonfields' sewage system failures threaten the environment, public health, and the dignity of members of Centreville Citizens for Change. Commonfields' unpermitted discharges of raw sewage contaminate waterways in Centreville, including tributaries to the Mississippi River called Canal #1 and Harding Ditch. SSOs contain pollutants such as oxygen depleting substances, microbial pathogens, and nutrients.[13] Raw sewage is a source of fecal coliform pollution in waters.[14] In fact, unsafe levels of fecal coliform have been detected in Harding Ditch,[15] which has a designated use of primary contact recreation under the Clean Water Act,[16] meaning that it is supposed to be clean enough for recreational activities such as swimming.

---

[8] *Id*.

[9] U.S. Environmental Protection Agency Region 5, February 24, 2021 and February 25, 2021 SSO Reconnaissance Inspection Report at 35 (March 22, 2021) (hereinafter "EPA February 2021 Inspection Report"), *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_commonfields_of_cahokia_sso_reconinspection20210224-20210225_inspreport_20210322.pdf.

[10] U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs) https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

[11] *See* Commonfields of Cahokia Public Water District Service Order List – by Due Date, Dates 5/16/2019 – 2/19/2020 (attached as Ex. 3) (hereinafter "Commonfields 2019 – 2020 Service Order List").

[12] *See* EPA February 2021 Inspection Report at 2, 6, 17, 18, 20.

[13] U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 4-2 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[14] *See, e.g.*, U.S. Environmental Protection Agency, Recreational Water Quality Criteria at 34 (2012), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/rwqc2012.pdf.

[15] Illinois Environmental Protection Agency, Cahokia Canal Watershed TMDL Report at 5-1 – 5-2 (August 2009), *available at* https://www2.illinois.gov/epa/Documents/iepa/water-quality/watershed-management/tmdls/reports/cahokia-canal/final-report.pdf.

[16] *Id*. at 4-2.

The sewage system failures pose grave health risks to the residents of Centreville. Raw sewage includes many different kinds of pathogens, including bacteria (such as *E. coli*), viruses (such as Adenovirus and Enterovirus), and parasites (such as *Giardia* and parasitic worms like hookworm).[17] In addition to potential exposures through aquatic recreation or contaminated drinking water, humans can be exposed to these pathogens through skin contact or inhalation of pathogens in wastewater in streets or lawns, with various resulting ailments and illnesses such as diarrhea, vomiting, pneumonia, and hepatitis.[18] Moreover, the many mosquitoes attracted to the pools and ditches full of standing wastewater throughout Centreville can transmit pathogens that may cause a variety of diseases in humans.[19]

Commonfields' SSOs also damage members of Centreville Citizens for Change's enjoyment of their homes. Because of Commonfields' poor operation of the sewage system, sewage bubbles out of manholes, runs down neighborhood roadside ditches, and spreads throughout entire neighborhoods during frequent severe floods. Members of Centreville Citizens for Change have endured the smell of that raw sewage and have been unable to enjoy recreational activities such as gardening and entertaining friends or family in their yards.

### C. Centreville Citizens for Change advocates for an end to Commonfields' sewage pollution.

Centreville Citizens for Change advocates for solutions to the chronic flooding and sewage pollution in the part of Cahokia Heights formerly known as Centreville, where most of its members live. Centreville Citizens for Change is pursuing long-lasting, equitable reforms for the community that will allow residents to live free from raw sewage exposure and routine floods.

Centreville Citizens for Change sends this notice only after repeated attempts to persuade local and state leaders to protect their community from Commonfields' sewage pollution. For at least the past decade, residents also complained of the sewage pollution to authorities, including the Illinois EPA. On July 17, 2020, Centreville Citizens for Change submitted an "informal complaint" to the Illinois Pollution Control Board pursuant to 415 ILCS

---

[17] *See, e.g.*, U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 6-2 – 6-4 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[18] *Id*. at 6-8 – 6-14; *see also* National Association of Local Boards of Health, *Local Board of Health Guide to On-Site Wastewater Treatment Systems* at 10 (2006), https://www.cdc.gov/nceh/ehs/docs/onsite_wastewater_nalboh.pdf (last visited April 23, 2021).

[19] U.S. Environmental Protection Agency, Joint Statement on Mosquito Control in the United States (September 2012), https://www.epa.gov/mosquitocontrol/joint-statement-mosquito-control-united-states#diseases (hereinafter "Diseases Transmitted by Mosquitos") (last visited April 23, 2021); Illinois Department of Public Health, Mosquitoes and Disease, https://www.dph.illinois.gov/topics-services/environmental-health-protection/structural-pest-control/mosquitoes-disease (last visited April 23, 2021).

5/30, requesting that Illinois EPA investigate Commonfields. Then, Centreville Citizens for Change shared their concerns and provided this informal complaint and documentation of Commonfields' violations of state and federal law to the U.S. EPA on July 24, 2020, and to the Governor of Illinois on August 18, 2020.

Although some agencies have started to investigate Commonfields, the violations of the Clean Water Act remain ongoing and no agency is diligently prosecuting a civil or criminal action in court to require compliance with the Clean Water Act, 33 U.S.C. § 1365(b)(1)(B).

## II.    Legal Background

The Clean Water Act prohibits all discharges of pollutants to waters of the United States absent a permit. 33 U.S.C. § 1311(a). Sewage and municipal waste are pollutants. *Id*. § 1362(6). The Act defines the term "discharge of pollutants" as any addition of any pollutant to navigable waters from any point source, *id*. § 1362(12), and the term "point source" includes "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit . . . from which pollutants are or may be discharged," *id*. § 1362(14).[20]

SSOs that reach waters of the United States are point source discharges and, like other point source discharges from municipal sanitary sewer systems, are prohibited unless authorized by a National Pollution Discharge Elimination System ("NPDES") permit under section 402 of the Act, *id*. §1342.[21]

Section 505 of the Clean Water Act allows citizens to enforce the Act to ensure compliance with its provisions. *Id*. § 1365. In addition to attorneys' fees and litigation costs, civil penalties up to $55,800 per day for each violation may be imposed. *Id*. § 1319(d); 40 C.F.R. § 19.4 Table 1.

## III.    Violations

Commonfields has violated and is continuing to violate the Clean Water Act, 33 U.S.C. § 1311, by discharging sewage from its sewer system into waters of the United States without a permit. For more than a decade, Commonfields has discharged raw sewage from a ditch, pipe, and/or a manhole on the block of North 82nd Street between North 80th Street and Bluff Street into waters of the United States. Sewage is a pollutant, *id*. § 1362(6); ditches, pipes, and manholes are point sources, *id*. § 1362(14); and the discharges travel from a ditch in a residential area to Canal #1, then Harding Ditch, and ultimately the Mississippi River, all of which are waters of the United States, *id*. § 1362(7). The discharge is continuing and likely to continue.

---

[20] A point source "need not be the original source of the pollutant; it need only convey the pollutant to 'navigable waters.'" *S. Fla. Water Mgmt. Dist. v. Miccosukee Tribe of Indians*, 541 U.S. 95, 105 (2004); *see also W. Va. Highlands Conservancy v. Huffman*, 625 F.3d 159, 168 (4th Cir. 2010).

[21] *Id*.; U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs), https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

Commonfields does not hold a NPDES permit authorizing discharges of sanitary sewage or combined sewer overflows under the Clean Water Act.

North 82nd Street is in a residential neighborhood of the (former) City of Centreville. Commonfields' discharges of large volumes of raw sewage flow through a ditch that runs along the front and west sides of a residence on North 82nd Street before continuing into Canal #1 near North 80th Street and then Harding Ditch.[22] Recent testing for fecal coliform from the raw sewage ditch showed levels 97 times higher than Illinois' water quality standard for fecal coliform.[23] As depicted in Figures 1-3, below, the discharge is not a mere trickle, but a fast-flowing stream of sewage that, at times, leaves a trail of toilet paper debris.[24] The discharges at North 82nd Street are presently ongoing, and they will continue into the future unless the Clean Water Act violations are remedied.

The violations of the Clean Water Act along North 82nd Street have occurred on a nearly daily basis for years.[25] For example, a non-exclusive list of discharges documented within the last five years includes:

| Date of discharge | Documentation of discharge |
|---|---|
| July 18, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[26] |
| December 28, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[27] |
| June 19, 2017 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[28] |
| May 23, 2018 | The East Side Health District noted a discharge from the manhole at North 82nd Street and, in an email, described it as "shooting water with surfactant."[29] |

---

[22] EPA January 2021 Inspection Report at 2; *see also* EPA February 2021 Inspection Report at 6-16 (documenting the discharge flowing from 82nd Street to waters of the U.S. with a series of photographs).

[23] EPA February 2021 Inspection Report at Attachment A; 35 Ill. Adm. Code § 302.209.

[24] EPA February 2021 Inspection Report at 2, 6.

[25] *See, e.g.,* EPA January 2021 Inspection Report at 1 (noting 7 specific discharges that occurred prior to the U.S. EPA's January 26, 2021 inspection).

[26] EPA January 2021 Inspection Report at A-1.

[27] EPA January 2021 Inspection Report at A-2.

[28] EPA January 2021 Inspection Report at A-3.

[29] EPA January 2021 Inspection Report at A-4.

| March 19, 2019 | A researcher from Williams College photographed sewage discharging at North 82nd Street during dry weather conditions. |
|---|---|
| June 26, 2019 | Anna Sewell photographed sewage discharging at North 82nd Street during dry weather conditions. (See photograph below.) |
| August 23, 2019 | An employee of Illinois American Water noted multiple sewage discharges to a ditch at North 82nd Street in an email to the Illinois EPA.[30] |
| August 5, 2020 | The Illinois EPA photographed sewage discharging from a cleanout[31] on North 82nd Street,[32] and the Illinois EPA documented this discharge in a Notice of Violation sent to Commonfields on September 30, 2020.[33] |
| August 26, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[34] |
| September 9, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[35] |
| February 18, 2020 | The news source St. Louis Post-Dispatch documented, by video, water "stream[ing] out" from a sewer on North 82nd Street.[36] |

---

[30] Email from Ian Rischmiller, Illinois American Water, to James Blessman, Illinois EPA (August 23, 2019) (attached as Ex. 4). The email correspondence notes, "[t]here's been a recurring problem in this area."

[31] A cleanout is a vertical pipe from (underground) lateral sewers to the surface.

[32] EPA January 2021 Inspection Report at A-5, A-6.

[33] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[34] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[35] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[36] Michele Munz & Christian Gooden, *Wastewater Streaming Out of Broken Pipe*, St. Louis Post Dispatch (February 18, 2020), https://www.stltoday.com/wastewater-streaming-out-of-broken-pipe/video_22c828ec-085f-5718-b54a-4ae90f257477.html (noting, also, that the wastewater has been discharging from that site "for years despite complaints").

| February 20, 2020 | The news source Fox 2 Now documented, including by video, water discharging from the cleanout at North 82nd Street.[37] |
| January 25, 2021 | A member of Centreville Citizens for Change observed a cleanout on North 82nd Street overflowing with raw sewage, and his observation was relayed to the Illinois EPA by email on January 26, 2021. |
| January 26, 2021 | Inspectors with the U.S. EPA observed raw sewage flowing from that point into the ditch that ultimately flows to the Mississippi River.[38]<br><br>On the same day, a member of Centreville Citizens for Change videotaped the discharge. (See still photograph of video below.) |
| February 24, 2021 | Inspectors with the U.S. EPA observed wastewater discharging from the SSO location on North 82nd Street.[39] |
| March 30, 2021 | Nicole Nelson videotaped sewage discharging at North 82nd Street. (See still photograph of video below.) |

---

[37] Blair Ledet, *Centreville Residents Bring Attention to Chronic Flooding and Sewer Issues*, FOX2 NOW (February 20, 2020), https://fox2now.com/news/illinois/centreville-residents-bring-attention-to-chronic-flooding-and-sewer-issues/.
[38] EPA January 2021 Inspection Report at 2.
[39] EPA February 2021 Inspection Report at 2.



Figures 1-3: Dry weather sanitary sewer overflow at North 82nd Street in Centreville, Illinois on June 26, 2019; January 26, 2021, and March 30, 2021, respectively, from left to right.

Sewage discharges have been occurring at the North 82nd Street location for many years prior to the last five years, and Commonfields has known about the fountain of sewage since at least 2010. For example, on July 26, 2010, the Illinois EPA documented a complaint regarding the above-mentioned ongoing sewage overflow at North 82nd Street, which it described, at the time, as "occurring periodically over the past 2-3 years."[40] The Illinois EPA collected a water sample from the ditch between the two homes where this discharge flows, and the water sample notes indicate a "high flow rate."[41] The Illinois EPA also contacted Commonfields, which was aware of the discharge.[42]

With the exception of four instances in 2013, Commonfields has failed to notify the Illinois EPA, the local health department, or the public of the discharge. Centreville Citizens for Change has reason to believe there may have been many other instances of violations; a Commonfields document obtained through the Illinois Freedom of Information Act states,

---

[40] Illinois Environmental Protection Agency, Water Pollution Control Local Complaints, at 1 (July 26, 2010) (attached as Ex. 5).

[41] *Id*. at 5.

[42] *Id*. at 1.

"[t]he District does not document all SSO's,"[43] in spite of the Illinois EPA's SSO reporting requirements.[44]

Despite the lack of reporting by Commonfields, as Centreville Citizens for Change—whose members live in the community and see and experience the effects of the discharge—knows, a large volume of sewage has flowed from the pipe and ditch on North 82nd Street on a nearly continuous basis for years. In fact, Centreville Citizens for Change is only aware of the discharge ceasing on a couple of occasions—and each time, the discharge has resumed soon after. For example, in January 2021, Commonfields replaced a collapsed sewer on the stretch of North 82nd Street between the cleanout on North 82nd Street and the lift station at the North 82nd Street and Bluff Street intersection. [45] The planned repairs were completed as of January 22, 2021, with the exception of street restoration. At that time, the discharge had stopped. During a meeting with the Illinois EPA on January 25, 2021, the Illinois EPA represented to Centreville Citizens for Change that the recent repair work Commonfields had done on North 82nd Street should be a permanent fix to that sewage discharge. That same day, however, a member of Centreville Citizens for Change observed the cleanout on North 82nd Street overflowing with raw sewage, and the information was relayed to the Illinois EPA by email on January 26, 2021. On January 26, 2021 a member of Centreville Citizens for Change both, separately, videotaped wastewater and sewage discharging from that location (see table and still photograph of video above). On the same day, the U.S. EPA also observed and photographed the discharge (see table above). The discharge has continued to flow since then, occasionally stopping for no more than four days at a time, and then resuming, as documented in February and March (see table and still photograph of video above). Until Commonfields' system-wide infrastructure problems are fixed, this discharge will continue.

---

[43] Commonfields of Cahokia Service Order List (attached as Ex. 6).

[44] Email from Joe Stitely, Agricultural Engineer for Illinois Environmental Protection Agency, to Jim Miles, Field Operations Section Manager for IEPA Division of Water Pollution Control (Jan. 28, 2020) (attached as Ex. 7); *see also* Illinois Environmental Protection Agency, Sanitary Sewer Overflow or Bypass Notification Summary Report Form, *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_308_app_d_sso_report_form.pdf (requiring notification of SSOs within 24 hours and a written report within five days).

[45] Email from Sanjay Sofat, Chief, Bureau of Water for Illinois Environmental Protection Agency, to Anna Sewell, Earthjustice (January 22, 2021); *see also* Letter from Dennis Traiteur, Manager, Commonfields of Cahokia Public Water District, to Cathy Siders, Illinois Environmental Protection Agency (November 16, 2020) (attached to IEPA 2020 Violation Notice).

## IV.     Identity and Address of Party Giving Notice

The party giving notice is as follows:

Centreville Citizens for Change
8429 Bluff Street
Centreville, Illinois 62203
(618) 207-2064

Centreville Citizens for Change is represented by the legal counsel identified below:

Earthjustice

Debbie Musiker Chizewer
(773) 484-3077
dchizewer@earthjustice.org
Mary Rock
(312) 800-8336
mrock@earthjustice.org
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
(202) 667-4500
asewell@earthjustice.org
1001 G Street, NW, Suite 1000
Washington, DC 20001

## V.     Conclusion

This letter provides notice of Centreville Citizens for Change's intent to file a federal enforcement action under the authority of the Clean Water Act's citizen-suit provision, 33 U.S.C. § 1365(a), to secure appropriate relief for these violations. Centreville Citizens for Change seek an end to the sewage pollution that plagues their homes, health, and the waters surrounding their community by securing long-term compliance with applicable law.

This notice letter is based on publicly available information, information obtained through requests made pursuant to the Illinois Freedom of Information Act, 5 ILCS 140, and the observations and experiences of members of Centreville Citizens for Change. This letter addresses publicly identifiable violations occurring within five years immediately preceding the date of this notice letter. Additional information, including information in Commonfields' possession, may reveal additional violations.

If you have any questions concerning this letter or the described violations, please contact the undersigned counsel.

Sincerely,

Debbie Musiker Chizewer
dchizewer@earthjustice.org
(773) 484-3077
Mary Rock
mrock@earthjustice.org
(312) 800-8336
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
asewell@earthjustice.org
(202) 667-4500
1001 G Street, NW, Suite 1000
Washington, DC 20001

*Legal Counsel for:*

Centreville Citizens for Change
(618) 207-2064
8429 Bluff Street
Centreville, Illinois 62203

CC:

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

Cheryl L. Newton, Acting Regional Administrator
U.S. Environmental Protection Agency, Region 5
77 W. Jackson Blvd.
Chicago, IL 60604

John Kim, Director
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Sanjay Sofat, Chief, Bureau of Water
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

13

# Exhibit 1



# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 · (217) 782-3397

**JB PRITZKER**, GOVERNOR                                    **JOHN J. KIM**, DIRECTOR

(217) 524-6308

CERTIFIED MAIL # **7019 1120 0001 3037 9134**
RETURN RECEIPT REQUESTED

September 30, 2020

Commonfields of Cahokia Sewer District
2525 Mousette Lane
East St. Louis, IL 62206
Attn: Dennis Traiteur, Manager

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER: JMR

**Re:     Violation Notice: Commonfields of Cahokia Sewer District**
**Violation Notice No.: W-2020-50179**

Dear Facility Owner:

This constitutes a Violation Notice pursuant to Section 31(a)(1) of the Illinois Environmental Protection Act ("Act"), 415 ILCS 5/31(a)(1), and is based upon a review of available information and an investigation by representatives of the Illinois Environmental Protection Agency ("Illinois EPA").

The Illinois EPA hereby provides notice of alleged violations of environmental laws, regulations, or permits as set forth in Attachment A to this notice. Attachments A and B include explanations of the activities that the Illinois EPA believes may resolve the specified alleged violations, including an estimate of a reasonable time period to complete the necessary activities. Due to the nature and seriousness of the alleged violations, please be advised that resolution of the violations may also require the involvement of a prosecutorial authority for purposes that may include, among others, the imposition of statutory penalties.

**A written response, which may include a request for a meeting with representatives of the Illinois EPA, must be submitted via certified mail to the Illinois EPA within 45 days of receipt of this letter.** If a meeting is requested, it shall be held within 60 days of receipt of this notice. The response must include information in rebuttal, explanation, or justification of each alleged violation and a statement indicating whether or not the facility wishes to enter into a Compliance Commitment Agreement ("CCA") pursuant to Section 31(a) of the Act. If the facility wishes to enter into a CCA, the written response must also include proposed terms for the CCA that includes dates for achieving each commitment and may include a statement that compliance has been achieved for some or all of the alleged violations. The proposed terms of the CCA should contain sufficient detail and must include steps to be taken to achieve compliance and the necessary dates by which compliance will be achieved.

2125 S. First Street, Champaign, IL 61820 (217) 278-5800          2309 W. Main Street, Suite 116, Marion, IL 62959 (618) 993-7200
2009 Mall Street Collinsville, IL 62234 (618) 346-5120            412 SW Washington Street, Suite D, Peoria, IL 61602 (309) 671-3022
9511 Harrison Street, Des Plaines, IL 60016 (847) 294-4000        4302 N. Main Street, Rockford, IL 61103 (815) 987-7760
595 S. State Street, Elgin, IL 60123 (847) 608-3131

PLEASE PRINT ON RECYCLED PAPER

Page 2 of 2

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

The Illinois EPA will review the proposed terms for a CCA provided by the facility and, within 30 days of receipt, will respond with either a proposed CCA or a notice that no CCA will be issued by the Illinois EPA.  If the Illinois EPA sends a proposed CCA, the facility must respond in writing by either agreeing to and signing the proposed CCA or by notifying the Illinois EPA that the facility rejects the terms of the proposed CCA.

If a timely written response to this Violation Notice is not provided, it shall be considered a waiver of the opportunity to respond and meet, and the Illinois EPA may proceed with referral to a prosecutorial authority.

Written communications should be directed to:

>Illinois EPA – Division of Water Pollution Control
>**Attn: Cathy Siders / CAS#19**
>P.O. BOX 19276
>Springfield, IL 62794-9276

All communications must include reference to this Violation Notice number, **W-2020-50179.**

Questions regarding this Violation Notice should be directed to **Cathy Siders at 217/524-6308** or catherine.siders@illinois.gov.

Sincerely,

*Cathy Siders*

Cathy Siders, Manager
Compliance Assurance Section
Division of Water Pollution Control
Bureau of Water

Attachments: A & B

Page 1 of 3

# ATTACHMENT A

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

Questions regarding the violations identified in this attachment should be referred to **Cathy Siders** at **(217) 524-6308**.

On August 5, August 26, and September 9, 2020; collection system, CMOM and MS4 inspections were conducted by representatives of the Illinois EPA for the Commonfields of Cahokia and the City of Centreville collection systems, lift stations, etc. During these inspections the following significant issues were observed; deteriorated conditions of the concrete sewer mains, severe infiltration and inflow (I & I), inoperable lift stations, and sanitary sewer overflows (SSO) occurring from a sewer lateral cleanout at 219 N. 82nd Street.

A review of information available to the Illinois EPA indicates the following violations of statutes, regulations, or permits.  Included with each type of violation is an explanation of the activities that the Illinois EPA believes may resolve the violation including an estimated time period for resolution.

## Overflows from Sanitary Sewers are Expressly Prohibited

Determine the cause of the overflows and investigate corrective actions to eliminate the possibility of any further raw sewage discharges.  Submit a detailed response including a timetable for each corrective measure proposed.  Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Overflow of sanitary sewers |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.304 |

## Systems Reliability

Review the operational and maintenance procedures in order to correct the deficiencies which caused the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | All treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate. |

Page 2 of 3

Rule/Reg.:       Section 12(a) of the Act, 415 ILCS 5/12(a) (2018);
                 35 Ill. Adm. Code 306.102(a)

## Excess Infiltration

Review the operational and maintenance procedures in order to correct the deficiencies which caused the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to the treatment facility |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.303 |

## Discharge of Contaminants

Cease and desist from discharging contaminants that cause or threaten to cause water pollution. Review operational and maintenance procedures and correct the deficiencies which caused the violation. Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No person shall cause, threaten or allow the discharge of any contaminants into the environment in any State so as to cause or tend to cause water pollution in Illinois, either alone or in combination with matter from other sources, or so as to violate regulations or standards adopted by the Pollution Control Board under this Act. |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018) |

## Deposited Contaminants

Cease and desist from depositing contaminants that cause or threaten to cause water pollution. Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Deposited contaminants on the ground in such a manner that caused or threatened to cause a water pollution hazard. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018) |

Page 3 of 3

## Offensive Conditions

Review and evaluate operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Waters of the State shall be free from sludge or bottom deposits, floating debris, visible oil, odor, plant, oil, odor, plant or algal growth, color or turbidity of other than natural origin. |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018), 35 Ill. Adm. Code 302.203 |

## Offensive Discharge

Review and evaluate the operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018), 35 Ill. Adm. Code 304.106 |

# ATTACHMENT B

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

In order to assist your facility in attaining compliance with the apparent violations listed in Attachment A, the following recommendations are offered:

1.    Immediately cease <u>all</u> overflows from your sanitary sewer collection system.  At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2.    Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3.    Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4.    Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street.  These controls were in poor condition and appear to have reached the end of their design life.

5.    Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the cleanout SSO, which is approximately 670 feet southwest of the station.

6.    Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the lateral cleanout SSO.

7.    Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall.  These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8.    Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

9.    Provide sealed manhole lids or elevate manholes in low lying areas to minimize stormwater inflow into the sewer collection system.

## WASTEWATER DISTRIBUTION LIST

**Facility Name:** *Commonfields of Cahokia*

**WW VN #:** *W-2020-50179*

**Letter Type:** *VN*

**Reviewed/Approved**    **Initial**    **Date**

WWCMU Staff:

WWCMU Supervisor

### SUMMARY OF CONTACTS MADE IN COORDINATION OF CONCURRENCE OF LETTER:

FOS personnel contacted: *Jim Miles / Joe Stiteley*    Date of contact: *9/29 & 30/2020*

DLC personnel contacted: *Mike Roubitchek*    Date of contact:

Permits personnel contacted:    Date of contact:

Other contact: *Sanjay Sofat & Todd Rettig*    Date of contact:

### OUTGOING CORRESPONDENCE: (VNs, Proposed CCAs, Acceptance/Rejection/Meeting Letters, etc.)

Bcc: ☒ WW VN File    ☐ Cathy Siders    ☐ Greg Spencer    ☐ Caleb Ruyle    ☐ Roger Callaway
☐ Jay Patel    ☐ Jim Miles

**Regional Offices:**
☐ Rockford    ☐ Des Plaines    ☐ Peoria    ☐ Champaign    ☐ Springfield    ☒ Collinsville    ☐ Marion
(Region 1)    (Region 2)    (Region 3)    (Region 4)    (Region 5)    (Region 6)    (Region 7)

Field Contact:

**Division of Legal Counsel:**
☐ Christine Zeivel    ☐ Chuck Gunnarson    ☐    DLC
☐ Jacob Smith    ☒ Mike Roubitchek    ☐

**Other:**
☐ Tom Reuter (Records Unit)    ☐ Sharon Dowson (FOIA)

---

### ADMINISTRATIVE:

New File Needed: ☒ Yes    ☐ No
Has correspondence been scanned and sent to project manager? ☐ Yes    ☐ No
Comments:

Administrative Support Initials: _____    Date: *10/1/2020*

Mailed Certified & Regular Mail #7017107000002120114

PHONE: (618) 332-6620

## Commonfields of Cahokia Public Water District

2526 MOUSETTE LANE
CAHOKIA, ILLINOIS 62206

November 16, 2020

**RECEIVED**

NOV 2 0 2020

**IEPA/CAS**

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER JMR

Illinois Environmental Protection Agency
Division of Water Pollution Control
Attention: Cathy Siders / CAS #19
P.O. Box 19276
Springfield, IL  62794-9276

Subject:  Commonfields of Cahokia Public Water District
          Violation Notice No:  W-2020-50179

Dear Ms. Siders:

This letter constitutes our response to the IEPA letter of Violation Notice dated September 30, 2020.  An attachment to the letter noted 9 items where our sanitary sewer lines/system need immediate attention.   The District is formally requesting a meeting with a representative from the Illinois EPA to discuss recommendations further.  Our consulting engineers, Hurst-Rosche Engineers, Inc. have prepared plans and specifications to obtain the services of a contractor for the repairs needed at 219 N. 82nd St.

This is our response to Attachment B:

1. The District continues to By-Pass pump to the downstream manhole at 219 N. 82nd Street. Replacement of sewer main form Manhole to Manhole is forthcoming.
2. A new temporary submersible pump has been installed at the 82nd & Bluff lift station.
3/4 A new pump motor starter with overload protection has been installed along with two new float ball switches. The lift station is currently running on automatic operation.
5/6 See Attached Engineering Proposal
7 Commonfields of Cahokia will begin smoke testing sewer mains in the area of the 82nd & Bluff and the 82nd & Belleview Lift Stations.  Hurst-Rosche Engineering will be collecting the data from these tests.
8 After reviewing the testing data the District can develop and prioritize a repair schedule.
9 The District Maintenance staff will begin inspecting all manhole covers in the area of the 82nd & Bluff and 82nd & Belleview lift stations.  Any manhole lids that may be subject to flooding will be replaced with sealed lids.

Finally, please accept this letter as the District's formal request for a meeting with representatives of the Illinois EPA pursuant to the language contained in the third full paragraph of your September 30, 2020 correspondence.

Please let us know if our proposed plan is acceptable.

Commonfields of Cahokia
Public Water District
Response to IEPA Violation Notice
No. W-2020-501790
Page Two


Cordially,

Dennis Traiteur
Manager


Attachment- Hurst Rosche Engineering Proposal for Sanitary Sewer Repair 219 N. 82nd St.



**Hurst-Rosche, Inc.**
James W. Roth, PE, PLS
President

March 2, 2020

Mr. Denny Traiteur, Manager
Commonfields of Cahokia Public Water District
2525 Mousette Lane
Cahokia, Illinois 62206

SUBJECT:    Engineering Proposal
            Sanitary Sewer Repair
            219 N. 82nd Street

Dear Mr. Traiteur:

As discussed, Hurst-Rosche, Inc. would be pleased to provide engineering services for the above project. The opinion of probable construction cost is $132,250.00.

We propose to perform the following tasks:

1)  Prepare plans and specifications for replacement of approximately 370 lineal feet of 8-inch diameter sanitary sewer at the above location.
2)  Assist the District with procuring bids, including reviewing the bid proposals and forward a recommendation for award of a construction contract.
3)  Construction administration to include review of pay requests and up to 6 days of construction observation.

We propose to perform the above for the lump sum amount of $13,500.00 in accordance with the attached Terms and Conditions. If you are in agreement with this proposal and the Terms and Conditions, please sign in the space provided below and return a copy of this letter with an original signature to our office as notice to proceed. Should you have any questions or require additional information, please feel free to contact our office.

Sincerely,

HURST-ROSCHE, INC.

Terry Sudholt, P.E.

TAS/jc
Attachment

Jeremy J. Connor, PE          ACCEPTED BY:

5 Bank Square                 Dennis Traiteur, Manager CCPWD          Date    10/28/2020
East St. Louis, IL 62203
(f) 618.398.0890

# Terms and Conditions

Hurst-Rosche, Inc. shall perform the services outlined in this agreement for the stated fee arrangement.

## ACCESS TO SITE

Unless otherwise stated, Hurst-Rosche, Inc. will have access to the site for activities necessary for the performance of the services. Hurst-Rosche, Inc. will take reasonable precautions to minimize damage due to these activities, but has not included in the fee the cost of restoration of any resulting damage and will not be responsible for such costs.

## FEE

Where the fee arrangement is to be on an hourly basis, the rates shall be those that prevail at the time Services are rendered.

## BILLINGS/PAYMENTS

Invoices will be submitted monthly for Services and reimbursable expenses and are due when rendered. Invoice shall be considered past due if not paid within 30 days after the invoice date and Hurst-Rosche, Inc. May without waiving any claim or right against Client, and without liability whatsoever to the Client, terminate the performance of the Service. Retainers shall be credited on the final invoice. A service charge will be charged at 1.5% (or the legal rate) per month on the unpaid balance. In the event any portion of an account remains unpaid 90 days after billing, the Client shall pay cost of collection including reasonable attorney's fees.

## INDEMNIFICATIONS

The Client shall, to the fullest extent permitted by law, indemnify and hold harmless, Hurst-Rosche, Inc. his or her officers, directors, employees, agents and subconsultants from and against all damage, liability and cost, including reasonable attorneys' fees and defense costs, arising out of or in any way connected with the performance of the services under this Agreement excepting only those damages, liabilities or costs attributable to the sole negligence or willful misconduct of Hurst-Rosche, Inc.

## INFORMATION FOR THE SOLE USE AND BENEFIT OF THE CLIENT

All opinions and conclusions of Hurst-Rosche, Inc. whether written or oral, and any plans, specifications or other documents and services provided by Hurst-Rosche, Inc. are for the sole use and benefit of the Client and are not to be provided to any other person or entity without the prior written consent of Hurst-Rosche, Inc. Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of any third party against either Hurst-Rosche, Inc. or the Client.

## CERTIFICATIONS, GUARANTEES AND WARRANTIES

Hurst-Rosche, Inc. shall not be required to execute any document that would result in Hurst-Rosche, Inc. certifying, guaranteeing or warranting the existence of any conditions.

## RISK ALLOCATION

In recognition of the relative risks, rewards and benefits of the project to both the Client and Hurst-Rosche, Inc. the risks have been allocated so that the Client agrees that, to the fullest extent permitted by law, the Hurst-Rosche, Inc.'s total liability to the Client, for any and all injuries, claims, losses, expenses, damages or claim expenses arising out of the agreement, from any cause or causes, shall not exceed the total amount of $50,000, the amount of Hurst-Rosche, Inc.'s fee (whichever is greater) or other amount agreed upon when added under Special Conditions. Such causes include but are not limited to, Hurst-Rosche, Inc.'s negligence, errors, omissions, strict liability, breach of contract or breach of warranty.

## TERMINATION OF SERVICES

This agreement may be terminated upon ten (10) days written notice by either party should the other fail to perform his obligations hereunder. In the event of termination, the Client shall pay Hurst-Rosche, Inc. for all Services rendered to the date of termination, and reasonable termination expenses.

## OWNERSHIP DOCUMENTS

All documents produced by under this agreement shall remain the property of the Hurst-Rosche, Inc. and may not be used by the Client for any other endeavor without the written consent of Hurst-Rosche, Inc.

## DISPUTE RESOLUTION

Any claim or dispute between the Client and Hurst-Rosche, Inc. shall be submitted to non-binding mediation, subject to the parties agreeing to a mediator(s). This agreement shall be governed by the laws of the principal place of business of Hurst-Rosche, Inc.



**State of Illinois**
**ILLINOIS ENVIRONMENTAL PROTECTION AGENCY**      *MEMORANDUM*

DATE:      September 24, 2020

TO:      Jim Miles, Manager, BOW/DWPC/FOS

FROM:      Joseph D. Stitely, P.E., BOW/DWPC/FOS - Marion

SUBJECT:   Commonfields of Cahokia Water & Sewer District
            September 9, 2020 Collection System Inspection

On September 9, 2020, Sanjay Sofat, Jim Miles, and I conducted a field inspection in the "Ping Pong" area of Centreville. During the inspection, we were accompanied by La Mar Gentry, Centreville Village Administrator, and Corey Allen, Centreville Village Superintendent. The purpose of the visit was to observe the surface drainage area and the sanitary sewer collection system within the "Ping Pong" area of Centreville. During the visit we also observed the lift stations within the area. These include the 82nd & Belleview and the 82nd & Bluff lift stations. The "Ping Pong" area is within the village boundaries of Centreville, but the sanitary sewers and two lift stations are owned and maintained by Commonfields of Cahokia Water & Sewer District.

Initially, we toured the area to obtain information about the stormwater drainage system within the "Ping Pong" area. Stormwater from this area discharges to Canal 1. We stopped and looked at several locations along the drainage ditch that runs parallel to Belleview Street. The drainage ditch carries most of the stormwater drainage from the "Ping Pong" area to Canal 1. Corey Allen that cleaning out the ditches within the area is an issue. He indicated that trash and debris are continually being washed into the ditch. The drainage ditch was about four feet wide and about a foot deep in most places. There was some constant stormwater flow in the ditch at the time of our visit. According to Allen, the drainage ditch receives stormwater flow from the Belleville area. We also observed the conditions of Canal 1 near the location where the drainage ditch discharges into the canal. There was a significant amount of water within the canal with the minimal amount of recent precipitation. However, there was minimal flow of the water in the canal. We drove downstream and observed Canal 1 at the State Route 157 bridge crossing. There was minimal amount of water in the canal at this location.

We stopped at the sewage lift station near the 82nd and Belleview Streets. Walking up to the station, I heard that there was a significant flow discharging into the station's wet well, similar to my last visit to the area. We removed the lid to the wet well and observed that the sewage flowing into the station was clear in color. It was not grey in appearance of domestic raw sewage. We also removed several manhole lids from the sewer main along

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER: JMR

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 2

Belleview streets to observe the characteristics of the sewage. There was a constant flow of clear water through the mains. We then walked to the lift station near the intersection of 82nd and Bluff Streets. Looking into the into the wet well through the pick hole, sewage was near the top of the well. The station does not have an operable float system to automatically turn on the pump. It must be manually turned on. It did not appear that the pump had been recently turned on at the time of our visit.

We walked from the lift station to 219 N. 82nd Street to observe the cleanout. At the time of our visit, raw sewage was actively discharging to the roadside ditch from the uncapped lateral cleanout.

We also the stopped at the last manhole before the East St. Louis collection system. The manhole is located behind the Greater Faith Church at 82nd Street & Ridge Avenue. We removed the manhole lid to inspect the manhole. The sewage flowing through the manhole from the Commonfields of Cahokia collection system into the East St. Louis collection system was clear in color.

Based upon the inspection, the following apparent violations are presented:

1.  Section 12(a) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of any contaminant into the environment so as to cause or tend to cause water pollution.

2.  Section 12(d) of the Act, which provides, in part, that no person shall deposit any contaminants upon the land in such place and manner so as to create a water pollution hazard.

3.  Section 12(f) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of a contaminant into the waters of the State from any point source within the State without an NPDES permit for point source discharges.

4.  Subtitle C, Section 304.106, provides, in part, that no effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels.

5.  Subtitle C, Section 306.102(a), provides, in part, that all treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 3

6. Subtitle C, Section 306.303, provides, in part, that excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to treatment facilities.

7. Subtitle C, Section 306.304, provides, in part, that overflows from sanitary sewers are expressly prohibited.

8. Subtitle C, Section 309.102(a), provides, in part, that the discharge of any contaminant or pollutant by any person into the waters of the State from a point source or into a well shall be unlawful.

The following recommendations are offered to assist the facility:

1. Immediately cease all overflows from your sanitary sewer collection system. At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2. Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3. Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4. Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street. These controls were in poor condition and appear to have reached the end of their design life.

5. Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

6. Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

7. Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall. These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8. Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 4

9. Provide sealed manhole lids or elevate manholes in low lying areas to minimize stormwater inflow into the sewer collection system.

JDS:Commonfields Memo 090920/09-24-20

cc: BOW/DWPC/FOS-Collinsville
    BOW/DWPC/RU

Exhibit 2

W163 802000A

FOS

## Pump Station Information

### Commonfields of Cahokia Pubic Water District

| No. | Pump Station Name | Pump Station Condition | Number of Pumps | Pump Type | Pump Horsepower |
|-----|-------------------|------------------------|-----------------|-----------|-----------------|
| 1 | 9 Violet | Good Condition | 2 | Submersible | 2.7 |
| 2 | 51st & Market | Fair Condition | 2 | Suction Lift | 7.5 |
| 3 | 53rd & Market | Good Operating Condition | 2 | Submersible | 3.4 |
| 4 | 63rd & Laura | Fair Condition | 2 | Eductor | 5 |
| 5 | 71st & Ames | Fair Condition | 2 | Eductor | 3 |
| 6 | 73rd & Oakland | Station Floods | 1 | Eductor | 5 |
| 7 | 73rd St. | Poor Condition | 1 | Eductor | 5 |
| 8 | 75th & Clinton | Temporary Submersible | 1 | Submersible | 2 |
| 9 | 75th & Pershing | Good Condition | 2 | Eductor | 1.5 |
| 10 | 82nd & Belleview | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 11 | 82nd & Bluff | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 12 | Beachland | Poor Condition | 1 | Eductor | 3 |
| 13 | Blockhouse | Temporary Submersible | 1 | Submersible | 7.5 |
| 14 | Bridgedale | Poor Condition | 1 | Suction Lift | 3 |
| 15 | City Hall (Front) | Fair Condition | 2 | Suction Lift | 7.5 |
| 16 | City Hall (Rear) | Fair Condition | 2 | Submersible | 4.5 |
| 17 | Creston Drive | Good Condition | 2 | Submersible | 3 |
| 18 | Greystone Apartments | Good Condition | 2 | Submersible | 3.4 |
| 19 | I.C. Tracks | Good Condition | 2 | Submersible | 5.5 |
| 20 | Lady of Snows | Station Flooded / Temporary Submersible | 1 | Submersible | 3 |
| 21 | Lake Drive Pill Box | Poor Condition | 1 | Suction Lift | 3 |
| 22 | Lauralee & Violet | Temporary Submersible | 1 | Submersible | 5 |
| 23 | Mary Ryans | Temporary Submersible | 1 | Submersible | 5 |
| 24 | Mousette Lane | Good Condition | 2 | Submersible | 1.5 |
| 25 | Race Track | Abandoned | 2 | Flooded Suction | 5 |
| 26 | Superior | Fair Condition | 2 | Suction Lift | 7.5 |
| 27 | Willie Holmes Pill Box | Fair Condition | 1 | Suction Lift | 3 |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

Exhibit 3

| Commonfields of Cahokia | Service Order List - by Due Date | Page. 1 |
|---|---|---|
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | Feb 28, 2020 11:08AM |

Report Criteria:

Selected statuses: Completed, Pending

Action Code.Action code = "SND- SEWER NOT DRAINING","104- SEWER BACKING UP","SND- SEWER NOT DRAINING","SWO- SEWER ODOR","SWB- SEWER BACKING UP"

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **05/16/2019** | | | | | |
| 1055608 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/16/2019 | 05/16/2019 |
| 1055628 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 05/16/2019 | 05/16/2019 |
| **05/17/2019** | | | | | |
| 1055651 | SEWER BACKING UP | 80 N 80TH ST | 16860-00 | 05/17/2019 | 05/17/2019 |
| **05/20/2019** | | | | | |
| 1055681 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/20/2019 | 05/20/2019 |
| **05/23/2019** | | | | | |
| 1055780 | SEWER BACKING UP | 211 ELM ST | 16084-00 | 05/23/2019 | 05/23/2019 |
| **05/24/2019** | | | | | |
| 1055792 | SEWER BACKING UP | 30 W ADAMS DR | 12476-01 | 05/24/2019 | 05/24/2019 |
| **06/05/2019** | | | | | |
| 1055990 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 06/05/2019 | 06/05/2019 |
| **06/12/2019** | | | | | |
| 1056114 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 06/12/2019 | 06/12/2019 |
| **06/25/2019** | | | | | |
| 1056369 | SEWER BACKING UP | 5408 STERLING AVE | 10266-00 | 06/25/2019 | 06/25/2019 |
| **07/01/2019** | | | | | |
| 1056568 | SEWER BACKING UP | 90 W ADAMS DR | 12506-12 | 07/01/2019 | 07/01/2019 |
| **07/10/2019** | | | | | |
| 1056755 | SEWER BACKING UP | 85 LAURALEE DR | 12810-24 | 07/10/2019 | 07/10/2019 |
| **07/12/2019** | | | | | |
| 1056829 | SEWER BACKING UP | 602 TULANE DR | 10469-01 | 07/12/2019 | 07/12/2019 |
| **07/16/2019** | | | | | |
| 1056918 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/16/2019 | 07/16/2019 |
| 1056937 | SEWER BACKING UP | 41 DORA DR | 11999-07 | 07/16/2019 | 07/16/2019 |
| **07/17/2019** | | | | | |
| 1056953 | SEWER BACKING UP | 315 PARK AVE | 17046-00 | 07/17/2019 | 07/17/2019 |
| **07/19/2019** | | | | | |
| 1057078 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/19/2019 | 07/19/2019 |
| **07/22/2019** | | | | | |
| 1057091 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 07/22/2019 | 07/22/2019 |
| **07/23/2019** | | | | | |
| 1057104 | SEWER BACKING UP | 6004 CHURCH RD | 15007-00 | 07/23/2019 | 07/23/2019 |
| **07/24/2019** | | | | | |
| 1057225 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 07/24/2019 | 07/24/2019 |
| **08/02/2019** | | | | | |
| 1057368 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 08/02/2019 | 08/02/2019 |

| Commonfields of Cahokia | Service Order List - by Due Date | | | | Page: 2 |
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | | | | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **08/05/2019** | | | | | |
| 1057377 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/05/2019 | 08/05/2019 |
| **08/07/2019** | | | | | |
| 1057402 | SEWER NOT DRAINING | 209 ELM ST | 16083-00 | 08/07/2019 | 08/07/2019 |
| 1057427 | SEWER BACKING UP | 2417 MOUSETTE LN | 10049-01 | 08/07/2019 | 08/07/2019 |
| **08/08/2019** | | | | | |
| 1057441 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/07/2019 | 08/08/2019 |
| **08/16/2019** | | | | | |
| 1057762 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 08/16/2019 | 08/16/2019 |
| **08/19/2019** | | | | | |
| 1057776 | SEWER BACKING UP | 23 DELORES DR | 12200-08 | 08/19/2019 | 08/19/2019 |
| 1057799 | SEWER BACKING UP | 1 VIOLET DR | 12840-09 | 08/19/2019 | 08/19/2019 |
| **08/23/2019** | | | | | |
| 1057954 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/23/2019 | 08/23/2019 |
| **08/28/2019** | | | | | |
| 1058044 | SEWER BACKING UP | 206 N 69TH ST | 16712-01 | 08/28/2019 | 08/28/2019 |
| **08/29/2019** | | | | | |
| 1058078 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/29/2019 | 08/29/2019 |
| **09/05/2019** | | | | | |
| 1058203 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 09/05/2019 | 09/05/2019 |
| **09/10/2019** | | | | | |
| 1058325 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/10/2019 | 09/10/2019 |
| **09/16/2019** | | | | | |
| 1058422 | SEWER BACKING UP | 6305 OLD MISSOURI AVE | 16927-14 | 09/16/2019 | 09/16/2019 |
| **09/20/2019** | | | | | |
| 1058629 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/20/2019 | 09/20/2019 |
| **09/24/2019** | | | | | |
| 1058663 | SEWER BACKING UP | 4828 MC CASLAND AVE | 15836-02 | 09/24/2019 | 09/24/2019 |
| **09/30/2019** | | | | | |
| 1058803 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 09/30/2019 | 09/30/2019 |
| **10/07/2019** | | | | | |
| 1058885 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/07/2019 | 10/07/2019 |
| **10/08/2019** | | | | | |
| 1058958 | SEWER BACKING UP | 6221 PIAT ST | 16556-04 | 10/08/2019 | 10/08/2019 |
| **10/09/2019** | | | | | |
| 1058968 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/09/2019 | 10/09/2019 |
| **10/16/2019** | | | | | |
| 1059121 | SEWER BACKING UP | 31 DORA DR | 12004-14 | 10/16/2019 | 10/16/2019 |
| **10/17/2019** | | | | | |
| 1059145 | SEWER BACKING UP | 7065 PARK PL | 16529-02 | 10/17/2019 | 10/17/2019 |
| **10/18/2019** | | | | | |
| 1059167 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/18/2019 | 10/18/2019 |

Commonfields of Cahokia
Public Water District

Service Order List - by Due Date
Due dates: 05/16/2019 - 02/19/2020

Page: 3
Feb 28, 2020 11:08AM

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **10/25/2019** | | | | | |
| 1059368 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/25/2019 | 10/25/2019 |
| **11/01/2019** | | | | | |
| 1059529 | SEWER BACKING UP | 206 HAZEL AVE | 16211-02 | 11/01/2019 | 11/01/2019 |
| **11/04/2019** | | | | | |
| 1059536 | SEWER BACKING UP | 222 HAZEL AVE | 16215-00 | 11/04/2019 | 11/04/2019 |
| **11/12/2019** | | | | | |
| 1059738 | SEWER BACKING UP | 104 W ADAMS DR | 12512-10 | 11/12/2019 | 11/12/2019 |
| **11/20/2019** | | | | | |
| 1060033 | SEWER BACKING UP | 1 DELORES DR | 12006-22 | 11/20/2019 | 11/20/2019 |
| **11/22/2019** | | | | | |
| 1060079 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 11/22/2019 | 11/22/2019 |
| **12/02/2019** | | | | | |
| 1060169 | SEWER BACKING UP | 208 HAZEL AVE | 16213-00 | 12/02/2019 | 12/02/2019 |
| **12/04/2019** | | | | | |
| 1060260 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 12/04/2019 | 12/04/2019 |
| **12/05/2019** | | | | | |
| 1060286 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 12/05/2019 | 12/05/2019 |
| **12/12/2019** | | | | | |
| 1060450 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 12/12/2019 | 12/12/2019 |
| 1060457 | SEWER BACKING UP | 202 N 84TH ST | 16897-01 | 12/12/2019 | 12/12/2019 |
| 1060464 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 12/12/2019 | 12/12/2019 |
| **12/23/2019** | | | | | |
| 1060673 | SEWER BACKING UP | 8803 BLUFF HILL RD | 17381-00 | 12/27/2019 | 12/23/2019 |
| **01/02/2020** | | | | | |
| 1060707 | SEWER BACKING UP | 604 GOLDEN ST | 15421-03 | 01/02/2020 | 01/02/2020 |
| **01/06/2020** | | | | | |
| 1060769 | SEWER BACKING UP | 7301 LAKE DR | 17406-01 | 01/06/2020 | 01/06/2020 |
| **01/10/2020** | | | | | |
| 1060932 | SEWER BACKING UP | 220 N 69TH ST | 16681-00 | 01/10/2020 | 01/10/2020 |
| 1060944 | SEWER BACKING UP | 8004 CHURCH RD | 15007-00 | 01/10/2020 | 01/10/2020 |
| **01/13/2020** | | | | | |
| 1060951 | SEWER BACKING UP | 103 HAZEL AVE | 16169-01 | 01/13/2020 | 01/13/2020 |
| 1060958 | SEWER BACKING UP | 7108 PARK PL | 16419-02 | 01/13/2020 | 01/13/2020 |
| **01/14/2020** | | | | | |
| 1061024 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 01/14/2020 | 01/14/2020 |
| **01/15/2020** | | | | | |
| 1061056 | SEWER BACKING UP | 9 DREXEL DR | 12664-03 | 01/15/2020 | 01/15/2020 |
| 1061087 | SEWER BACKING UP | 17 GOODMAN RD | 12075-07 | 01/15/2020 | 01/15/2020 |
| 1061102 | SEWER BACKING UP | 4934 TUDOR AVE | 10460-00 | 01/15/2020 | 01/15/2020 |
| **01/21/2020** | | | | | |
| 1061184 | SEWER BACKING UP | 8607 BELLEVIEW AVE | 16028-01 | 01/21/2020 | 01/21/2020 |
| 1061202 | SEWER BACKING UP | 6800 CLARITA ST | 10588-05 | 01/21/2020 | 01/21/2020 |

Commonfields of Cahokia
Public Water District

Service Order List - by Due Date
Due dates: 05/16/2019 - 02/19/2020

Page: 4
Feb 28, 2020 11:08AM

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **01/23/2020** | | | | | |
| 1061248 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/23/2020 | 01/23/2020 |
| **01/28/2020** | | | | | |
| 1061407 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/28/2020 | 01/28/2020 |
| **02/03/2020** | | | | | |
| 1061581 | SEWER BACKING UP | 207 N 69TH ST | 16648-00 | 02/03/2020 | 02/03/2020 |
| **02/05/2020** | | | | | |
| 1061665 | SEWER BACKING UP | 8 AMELIA DR | 13010-00 | 02/05/2020 | 02/05/2020 |
| 1061667 | SEWER BACKING UP | 207 N 69TH ST | 16648-00 | 02/05/2020 | 02/05/2020 |
| **02/06/2020** | | | | | |
| 1061676 | SEWER BACKING UP | 7116 PARK PL | 16426-10 | 02/06/2020 | 02/06/2020 |
| **02/11/2020** | | | | | |
| 1061818 | SEWER BACKING UP | 174 N 80TH ST | 16825-02 | 02/11/2020 | 02/11/2020 |
| **02/13/2020** | | | | | |
| 1061881 | SEWER BACKING UP | 16 CALHOUN LN | 16035-00 | 02/13/2020 | 02/13/2020 |
| 1061884 | SEWER BACKING UP | 11 LAKEWOOD PL | 10516-01 | 02/13/2020 | 02/13/2020 |
| 1061885 | SEWER NOT DRAINING | 211 ELM ST | 16084-00 | 02/13/2020 | 02/13/2020 |
| **02/14/2020** | | | | | |
| 1061972 | SEWER BACKING UP | 615 TULANE DR | 10481-02 | 02/14/2020 | 02/14/2020 |
| **02/17/2020** | | | | | |
| 1061983 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 02/17/2020 | 02/17/2020 |
| **02/18/2020** | | | | | |
| 1062038 | SEWER NOT DRAINING | 4935 BATES ST | 17327-03 | 02/18/2020 | 02/18/2020 |

Exhibit 4

 **Illinois EPA FOIA Exemption Reference Sheet**

SID: 35850

Agency ID: 170002064986                    Media File Type: WATER
Bureau ID: W1630300005
Site Name: Centreville City of
Site Address1: 5800 Bond Ave
Site Address2:
Site City: Centreville            State: IL      Zip: 62207-

# This record has been determined to be partially or wholly exempt from public disclosure

# Exemption Type:

# Portion Removed

**Exempt Doc #: 22**        **Document Date:** 8 /23/2019        Staff:   JMR

**Document Description:** EMAIL THREAD: SANDERS TO BLESSMAN, STITELY, RENTH, ET AL. RE: SEWER ISSUES (WITH ATTACHED RESIDENTIAL GOOGLE PHOTO)

Category ID: 01      Category Description:   FIELD OPERATIONS/INSPECTIONS      Exempt Type:  Portion Removed

Permit ID:                                      Date of Determination:        3 /4 /2020

*w163 030 0005*

## Sanders, Gregg

| | |
|---|---|
| **From:** | Sanders, Gregg |
| **Sent:** | Friday, August 23, 2019 3:05 PM |
| **To:** | Stitely, Joe |
| **Subject:** | RE: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area |

Joe,

I spoke with East St. Louis and Centerville:  they are to locate and follow-up with me.  (Commonfields of Cahokia may run close by as well.)

-Gregg

**From:** Blessman, T. James
**Sent:** Friday, August 23, 2019 12:34 PM
**To:** Stitely, Joe <Joe.Stitely@Illinois.gov>; Sanders, Gregg <Gregg.Sanders@Illinois.gov>
**Cc:** Renth, Gayle <Gayle.Renth@illinois.gov>
**Subject:** FW: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

Joe and Gregg,

There's been a recurring problem in this area primarily dealing with Wastewater but which has impacted Potable water in the area. We sent II American out trying to locate a main break residents have been complaining about. In the course of investigating any main breaks they located these issues. They contacted me to let me know about the issues they've found in this regards.

Would you gentlemen mind looking into it? This is in the Centerville area.

**From:** Ian Rischmiller <Ian.Rischmiller@amwater.com>
**Sent:** Friday, August 23, 2019 12:06 PM
**To:** Blessman, T. James <James.T.Blessman@Illinois.gov>
**Cc:** EXT Pankiewicz, Randy <Randy.Pankiewicz@amwater.com>; Karen H Cooper <Karen.Cooper@amwater.com>; EXT Jones, Kenneth <kenneth.jones@amwater.com>
**Subject:** [External] Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

The house located at ▮▮▮▮▮▮ has sewage coming out of his clean out trap.  The video attached is from today 08/23/2019.  I also found a picture of the house on Google Maps which shows the clean out discharging to the ditch. That address was ▮▮▮▮▮▮▮▮ There is another even larger sewage discharge located near ▮▮▮▮▮ ▮▮▮▮▮ It is also flowing directly into the ditch and down the street. Can you provide an update to this issue.

Regards,



IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 04 2020

REVIEWER JMR

1

*Water Quality Supervisor*
*IL American Water*
*East St. Louis Treatment Plant*
*800 N. Front Street*
*East St. Louis, IL 62201*
*Office: (618) 874-2403*
*Cell:    (309) 208-0196*
*Fax:    (618) 874-0948*
*Email: ian.rischmiller@amwater.com*

AMERICAN WATER

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of American Water Works Company Inc. or its affiliates.  The recipient should check this email and any attachments for the presence of viruses.  American Water accepts no liability for any damages caused by any virus transmitted by this email.  American Water Works Company Inc., 1 Water Street, Camden, NJ 08102
www.amwater.com

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

Exhibit 5

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

# WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

MAR 2 9 2019

REVIEWER: JMR

| | | | |
|---|---|---|---|
| **County / Municipality** | Common Fields of Cahokia | **Region** | Collinsville |
| **Date Received** | 7/26/2010 **By** Chris Port | **Phone** ✓ **Letter** | |
| **Logged In -** | Yes ✓ No | **Assigned To:** Chris Port | |

| **Complaint** | | **Complainant** | |
|---|---|---|---|
| **Against** | Common Fields of Cahokia | **Name** | ▓▓▓▓▓ |
| **Address** | 2525 Mousette Lane | **Address** | ▓▓▓▓▓ |
| **City** | Cahokia | **City** | ▓▓▓▓▓ |
| **Phone** | (618) 332-6620   W | **Phone** | ▓▓▓▓▓ |
| | | **Contact During Visit:** Yes   No ✓ | |

**Details of Complaint:**

Complainant stated that sewage was discharging to a ditch ▓▓▓▓▓   The problem has been occurring periodically over the past 2-3 years, with the discharge worse during and after rains. After the flow ceases, there are very obnoxious odors. The complainant stated that the sewage flow had also caused ▓▓▓▓▓

**Comments:**

On July 27, 2010, the writer drove to the complainant's home. Sewage was observed coming up from the ground and discharging to a ditch running northwest between ▓▓▓▓▓   Sewage was also observed coming from the ground at the southwest corner of ▓▓▓▓ See attached photographs.

A sample was collected from the ditch between the two properties at N38 degrees 35.101 minutes and W090 degrees 04.468 minutes. The results of that sampling are attached. It was noted that there was a lift station at N. 82nd and Bluff St. No problems with the station were apparent.

The writer contacted Wayne Myatt with the Common Fields of Cahokia. Mr. Myatt was aware of the problem. He stated that the Common Fields sewer system is tributary to the East St. Louis sewer system. During wet weather, the East St. Louis sewer system becomes overloaded, and Common Fields is not able to pump sewage to the East St. Louis system. He stated that this was the condition that caused the overflow reported by the complainant. East St. Louis had received 1.14 inches of rain on June 24 and 4.12 inches of rain since July 18. Mr. Myatt stated that he had been able to pump down the system and the sewage bypass had ceased the day after the complaint.

The writer contacted the complainant on August 2nd. He stated that the sewage had quit flowing the day after the inspection, but it had started again and was flowing at the same rate as was observed on the day of the inspection.

On August 4, The writer contacted Mr. Myatt and reported the condition on 82nd St. Mr. Myatt stated that the pumping to the East St. Louis sewer system was still limited.

| **Action to be taken:** | **Routine Investigation -** | Yes ✓ No |
|---|---|---|
| | **Letter to Complainant (Date) -** | |
| | **Refer to Other -** | |

cc:   BOW - FOS / RU
      BOW - Collinsville ✓

**Signed** _Chris Port_

## WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

On August 6, the writer contacted East St. Louis Public Works Director Jesse Walker and left a message concerning the overflow on 82nd St. in Centreville, and asked that the sewers to which the Common Fields of Cahokia is tributary, specifically from MH 42 to MH 15, be checked for blockage. The writer asked that Mr. Walker contact the writer.

On August 19, the writer called Jesse Walker and and told him of the problems on the Commons Fields of Cahokia's sewer and asked him to have the East St. Louis sewer system downstream of the Common Fields of Cahokia connection inspected for blockage. Mr. Walker complained that Common Fields of Cahokia was withholding payment to the City for their services. He said he would have the sewers inspected, however. The writer asked that he be informed of the City's findings. Later that afternoon, Mr. Walker called to report that the line had been checked and was flowing without problem.

On September 1, during a rain event, the writer checked the lift station at 82nd and Bluff St., and the lift station at 83rd and Belleview Ave. Both lift stations appeared to be operating with no apparent probems. The writer drove by the complainant's home and observed no problems.

Records have shown that overflows on the Common Fields of Cahokia sewer system have been the result of excessive I&I on both the Common Fields of Cahokia and East St. Louis sewer systems, and lack of adequate maintenance on the East St. Louis sewer system.

804

| Action to be taken: | Routine Investigation – | Yes ✔ | No |
| | Letter to Complainant (Date) – | | |
| | Refer to Other – | | |

cc:  BOW - FOS / RU
     BOW - Collinsville                    Signed   _Chris Post_



July 27, 2010
Wastewater bubbling up from the ground
between ▆▆▆▆▆▆ N. 82nd St.



July 27, 2010
Flow of wastewater between ▆▆▆▆▆▆
N 82nd St. White material is lime.



July 27, 2010
Debris in water way between [redacted] N [redacted] St



July 27, 2010
Waste w [redacted] corner of [redacted] St

Route

Lab Sheet Color: Blue          IEPA-DWPC-FOS-LAB SHEET          Field ID No.: P.3

09-Funding Code: W P O 2 10-Agency Routing C V 12-File Code: C M P L 13-Sampling Type: _

15-Reporting: B  16-DID: Basin _ _ _ _ _  County _ _ _  Plant     17-Sampling Program: C P

18-Facility/Sample Pt: D I T C H _ B E T W E E N _ ▓▓▓▓▓ _ _ _ _ N _ 8 2 n d _
S t . _ C E N T R E V L L E _ _ _ _ _ _ _ _  19-Begin ▓▓ 1 0 0 7 2 7 20-Begin 1 2 3 5
                                              Date: Y Y M M D D            H H M M
23-Instructions
    to Lab: _ _ _ _ _ _ _ _ _ _ _   21-Collected by: C M P 22-Transported by: C M P _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _        27-Received By: U P S  Date: 1 0 0 7 2 7
                                                                Y Y M M D D
Composite Sample
Ending Time: 5 2 9 F 0                Received By: _____  Date: _ _ _ _ _ _
                    Y Y M M D D                                Y Y M M D D
Ending Time: 5 2 9 F 0               Circle One: Effluent Stream        Specials
             H H M M                              Influent Process Flows  WWTP
             (24-hr.clock)                        Sludge  Cooling Water  Other

_ _ _ _ _ _ _ _ _ _                  Program: _____

03-Lab Parameter Group: _ _ _ _      NPDES No: _____

Additional        Field               Receiving Stream Name: _____
Lab Parameters    Parameters   Results
                  502P0                Receiving Stream Conditions(velocity,etc): _____
BOD               Air Temp ('C)
                  502P0          _ _ _
pH                Water Temp ('C)
                  504P0          _ _ _  Effluent Conditions: clear & colorless
TSS               Dissolved 02        sewage odor, grey filamentous growth
                  503P0          _ _ _
NH4               Conductance          Weather Conditions: sunny - hot
                  500P0          _ _ _
                  pH             _ _ _

_____           Comments and Unusual Conditons and
                  Serverity:(If applicable, Stamp
_____           "No Visable Problems This Visit")

_____           Remarks: Sample collected at N38° 35.101' W090° 04.468'
_____           high flow rate                              ± 17 ft.
                  Sampling Techniques:

_____              grab
_____                                 FOR LABORTORY USE ONLY        16°
_____
                                        LAB ID NO. _____
cc:
                  SG01822               Sample Received By: AS

Mail To:                                Date Received: JUL 28 2010

                                        Time Received: 930 AM        PM

                                        Lab Section: _____

IL 532-157                              Supervisor: CC 8/11/10
WPC 526 6/



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | DITCH BETWEEN ⬛ ND ST CENTREVILLE | | | |
| Project/Facility Number: | [none] | | Date Received : | 07/28/10 |
| Funding Code: | WP02 | | Visit Number: | |
| Trip ID: | | | Temperature C: | 16.0 |
| | | | | |
| Client Sample ID: | P-3 | | Lab Sample ID: | SG01822-01 |
| Matrix: | Water | Collected By:  CBP | Date/Time Collected: | 07/27/10  12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: | |

### Biochemical Oxygen Demand, 5 day, by Standard Method 5210B

| | | | | |
|---|---|---|---|---|
| Method: | 5210B | | Prepared: | 07/28/10 13:12 |
| Units: | mg/L | | Analyzed: | 08/02/10 07:28 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| BOD 5DAY | 4.40 | | 2.00 | |

### Nitrogen, Ammonia, Potentiometric, Ion Selective by EPA Method 350.3

| | | | | |
|---|---|---|---|---|
| Method: | 350.3 | | Prepared: | 08/05/10 07:35 |
| Units: | mg/L | | Analyzed: | 08/05/10 15:56 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Nitrogen, ammonia (NH3) as NH | 2.95 | | 0.100 | |

### pH

| | | | | |
|---|---|---|---|---|
| Method: | 150.1 | | Prepared: | 08/04/10 14:57 |
| Units: | PH | | Analyzed: | 08/04/10 15:00 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Laboratory pH | 7.3 | | 0.0 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test result meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 1 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | **DITCH BETWEE** ▓ **82ND ST CENTREVILLE** | | | |
| Project/Facility Number: | [none] | | Date Received : | 07/28/10 |
| Funding Code: | WP02 | | Visit Number: | |
| Trip ID: | | | Temperature C: | 16.0 |
| | | | | |
| Client Sample ID: | P-3 | | Lab Sample ID: | **SG01822-01** |
| Matrix: | Water | Collected By:  CBP | Date/Time Collected: | 07/27/10  12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: | |

### Total Suspended Solids by Standard Method 2540D

| | | | | |
|---|---|---|---|---|
| Method: | 2540D | | Prepared: | 08/03/10 14:02 |
| Units: | mg/L | | Analyzed: | 08/03/10 14:02 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Total Suspended Solids | 8 | | 4 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.  Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 2 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | DITCH BETWEEN ~~~~~~~~ 82ND ST CENTREVILLE | | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |

### Notes and Definitions

ND      Analyte NOT DETECTED at or above the reporting limit

NR      Not Reported

*        Non-NELAP accredited

Report Authorized by:

*Sally Geyston*

Sally Geyston
Sample Prep Unit Supervisor

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 3 of 3

Exhibit 6

 **Illinois EPA FOIA Exemption Reference Sheet**

SID:    36367

Agency ID:  170000750122          Media File Type:  WATER
Bureau ID:  W1638020002
Site Name:  Commonfields Of Cahokia Pwd
Site Address1:  2525 Mousette Ln
Site Address2:
Site City:  Cahokia          State:  IL     Zip:  62206-

---

# This record has been determined to be partially or wholly exempt from public disclosure

# Exemption Type:

# Redaction

---

**Exempt Doc #:  38          Document Date:  3 /13/2020          Staff:   MED**

**Document Description:  SERVICE ORDER LISTING**

Category ID:  01     Category Description:     FIELD OPERATIONS/INSPECTIONS          Exempt Type:   Redaction
Permit ID:                                                                  Date of Determination:          3 /20/2020

**E— Indicates Excessive I/I**

| Account Numb | Customer Name | location | Date | E | Service Order completed comment |
|---|---|---|---|---|---|
| 1035508 | GRIFFIN, SHARI | | 2/11/2009 | E | TO MUCH RAIN KK JR |
| 1035508 | GRIFFIN, SHARI | | 5/26/2010 | E | SHUT OFF 50TH ST & 51ST TOO MUCH RAIN |
| 1247601 | THOMAS, RON | | 3/19/2008 | E | WHOLE SYSTEM IS BACKED UP |
| 1501502 | ATKINS, MAXINE | | 9/24/2009 | E | CENTREVILLE TURNED ON PUMPS AND LOAD UP OUR SYSTEM |
| 1585100 | HAYNES, LAWRENCE | | 3/20/2008 | E | PUMPS BACK ON OFF DUE TO HEAVY RAINS |
| 1609102 | FAIR-SIMPSON, LORA A | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1639000 | PERRY | | 4/11/2008 | E | E ST LOUIS FULL NOT TAKING SEWER |
| 1646900 | WILLIS, MARY ANN | | 3/19/2008 | E | E ST LOUIS NOT TAKING OUR SEWAGE EVERYTHING IS BACKED UP |
| 1652207 | PAGE, THADIUS | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1654601 | FUSE, LEADIE | | 5/26/2010 | E | PUMPED THE BY-PASS LINE TOO MUCH RAIN |
| 1668000 | VINSON, WILLIE | | 10/23/2009 | E | WHOLE SYSTEM IS BACKED UP - PUMPS AT 71ST & AMES AND 73RD & OAKLAND AND KICKED OUT |
| 1675201 | JOHNSON, ROBIN | | 3/20/2008 | E | E ST LOUIS NOT TAKING SEWAGE EVERYTHING IS BACKED UP |
| 1675201 | JOHNSON, ROBIN | | 4/3/2008 | E | PUMP STATION WORKING, E ST LOUIS UP NOT TAKING FLOW, SPOKE O MR. TERRY ABOUT PROBLEM AND EXPLAINED |
| 1675201 | JOHNSON, ROBIN | | 3/1/2007 | E | STORM SEWER |
| 1676401 | VILLARD JR, ARTHUR | | 3/6/2008 | E | OUR PUMPS ARE OK E ST LOUIS IS NOT TAKING IT |
| 1676401 | VILLARD JR, ARTHUR | | 1/18/2009 | E | SYSTEM WAS BACKED UP BECAUSE WE TURNED 82ND AND BLUFF ON. SHUT IT BACK OFF JR WM |
| 1676401 | VILLARD JR, ARTHUR | | 5/26/2009 | E | EAST ST LOUIS NOT TAKING FLOW FROM 82ND AND BELLEVUE STATION RUNNING |
| 1676401 | VILLARD JR, ARTHUR | | 6/11/2009 | E | PUMP STATION KICKED OUT ESTLOUIS NOT TAKING MOST OF FLOW |
| 1676401 | VILLARD JR, ARTHUR | | 10/15/2009 | E | TURNED OFF 82ND AND BLUFF STATION HEAVY RAIN |
| 1676401 | VILLARD JR, ARTHUR | | 11/3/2009 | E | TOO MUCH WATER E ST LOUIS NOT TAKING ANYTHING GONNA BE AWHILE BEFORE IT GOES DOWN |
| 1676401 | VILLARD JR, ARTHUR | | 12/4/2009 | E | TURNED OFF BLOWERS AT 82ND AND BLUFF  WM |
| 1676401 | VILLARD JR, ARTHUR | | 2/28/2011 | E | PUMP RUNNING E ST LOUIS TAKING US SLOW |
| 1676401 | VILLARD JR, ARTHUR | | 1/17/2006 | E | EAST ST LOUIS PROBLEM |
| 1676401 | VILLARD JR, ARTHUR | | 5/3/2007 | E | EAST ST LOUIS PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 10/21/2009 | E | TALKED TO CUST. E S L IS NOT TAKING US |
| 1686000 | BENNETT, CORNELIUS | | 4/28/2008 | E | CHECKED MAIN LINE, AREA IS UP BECAUSE ESL IS NOT TAKING FLOW. SPOKE TO HOMEOWNER AND EXPLAINED THAT ESL IS NOT TAKING FLOW. WM RS |
| 1709215 | CAIN, JOHN | | 11/30/2009 | E | VILLAGE NOT TAKING SEWAGE JH FP |
| 1748703 | WIGGINS, RESHEDA | | 6/12/2008 | E | CALLED VILLAGE JIM WALL SAID THERE PROBLEM |
| 1748703 | WIGGINS, RESHEDA | | 11/9/2009 | E | CAHOKIA PUMP OUT THEY GOT ONE PUMP RUNNING |
| 1760900 | ROY, ROBERT | | 5/18/2010 | E | PUMP RUNNING TOO MUCH RAIN |
| 1792000 | WREN, MARVIN | | 10/23/2009 | E | SYSTEM BACKED-UP - TURNED OFF PUMPS AT 53RD & MARKET |
| 1792501 | BELL, CHERYL | | 5/29/2008 | E | Our Line is Down - Storm Sewer up |
| 1802400 | BROWDER, LUCIOUS | | 2/18/2019 | E | TURNED 82ND AND BLUFF BACK OFF, SYSTEM WAS LOADED UP JR WM |

NOTE: Some SSO's may have occurred on these complaints. The District does not document all SSO's. All SSO's were kept to a minimum. The majority of thes occurred when the District's discharge locations were not accepting our discharge due to wet weather conditions. The District discharges into the Village of Cahokia and the City of East St. Louis.

W16390200L (ST Clair
Cahokia/Commonfields of
Cahokia PUD
EDS

RECEIVED
MAR 13 2020

MAR 20 2020
IEPA DIVISION OF RECORDS MANAGEMENT
RELEASABLE
Division of Records Managem

REVIEWER MEC

| Account Numb | Customer Name | location | Date | I - Mechanical or Electronic Failure<br>Service Order completed comment |
|---|---|---|---|---|
| 1041803 | NELSON, LEONARD | | 10/26/2010 | BREAKER KICKED OUT AT 51ST AND MARKET NEED BREAKER 40 AMP 3 POLE |
| 1056601 | TATE, LARRY A | | 2/8/2008 | TALKED TO CUSTOMER MARY RYAN STATION KICKED OUT BACK ON DISCHARGE TRUNK LINE NEEDS JET AND VAC |
| 1056601 | TATE, LARRY A | | 5/20/2008 | Mary Ryan lift station kicked out |
| 1247601 | THOMAS, RON | | 3/7/2011 | PUMP KICKED OUT RESET STARTER |
| 1271508 | WOOLEN, KENYA | | 6/10/2010 | PUMP KICKED OUT-BACK ON |
| 1271808 | LOVING, ADRIENNE D | | 12/13/2010 | STATION WAS OUT STATION NOW WORKING TALKED TO CUSTOMER |
| 1274809 | REED | | 10/1/2010 | MEYERS PUMP KICKED OUT REMOVED RAGS BACK ON |
| 1276002 | DOWELL JR, LOUIS | | 10/20/2009 | FLIPPED BREAKER @NEW PUMP, EVERY THING IS PUMPING. TT CUSTOMER @ 62 LAURALEE SAID THEY KNEW NOTHING ABOUT IT. ST FP. |
| 1276704 | CONNERS, DENNIS | | 12/9/2010 | PULLED FLITE PUMP & OPERATED FLOAT BALL PUMPING |
| 1286102 | LUSTER, MARY ANN | | 10/22/2009 | FLIGHT PUMP BURNED OUT PUMPED MANHOLE W/3" PUMP MANHOLE @ CARRELL CT ALL THE WAY DOWN IN CHANNEL CUSTOMER @ 21 JUDITH WAS NOT HOME |
| 1286102 | LUSTER, MARY ANN | | 11/10/2009 | PUMPED DOWN LINE WITH 3" PUMP |
| 1288110 | HENLEY, BRUCE | | 7/30/2008 | BY-PASSED PUMPED BEHIND 32 OR 34 LAURALEE ALSO PUMPED VIOLET & L-LEE |
| 1293100 | GOSS, J D | | 10/6/2010 | PUMP OUT AT 76 LAURALEE - BACK ON 9/29/10 |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | PUMP BACK ON AT 7 VIOLET |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | TALKED OT CUSTOMER PUMPS BACK ON |
| 1573600 | SPENCER, FLORA | | 10/25/2010 | PUMP KICKED OUT AT 51ST & MARKET, NEED NEW BREAKER |
| 1573600 | SPENCER, FLORA | | 11/4/2010 | PUMPS WAS OFF FOR REPAIRS |
| 1573800 | ROGER, CATHERINE | | 10/26/2010 | BREAKER KICKED OUT AT 51ST & MARKET NEED A BREAKER 40 AMP 3 POLE |
| 1585100 | HAYNES, LAWRENCE | | 4/14/2011 | 51ST AND MARKET PUMP WAS KICKED OUT--RESET BREAKER -- #1 PUMP ON WITH JUMPER JR BS |
| 1585100 | HAYNES, LAWRENCE | | 10/21/2009 | PUMP WAS KICKED OUT, BREAKER RESET --PUMP ON WITH JUMPER |
| 1585100 | HAYNES, LAWRENCE | | 5/26/2010 | PUMPS BACK ON AT 51ST AND MARKET |
| 1618900 | TRISKA | | 12/24/2006 | BREAKERS AT MARKET TRIPPED |
| 1618900 | TRISKA | | 3/19/2008 | BREAKER KICKED OUT ON CRESTON BLOWER STATION |
| 1618900 | TRISKA | | 3/20/2008 | BLOWER LOCKED UP ON #2 PUT ON JUMPER WIRE AND REMOVED BLOWER |
| 1618900 | TRISKA | | 4/22/2008 | SAME AS 208'S PROBLEM |
| 1618900 | TRISKA | | 11/8/2007 | #1 BLOWER BREAKER WAS TRIPPED AT CRESTON RE-SET AND CYCLED |
| 1618900 | TRISKA, THOMAS | | 4/24/2008 | #1 BREAKER TRIPPED------#2 STARTER KICKED OUT--RESET BOTH |
| 1618900 | TRISKA, THOMAS | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1618900 | TRISKA, THOMAS | | 5/19/2008 | HOSE BROKE ON #2 BLOWER |
| 1618900 | TRISKA, THOMAS | | 2/11/2009 | LIFT STATION DOWN |
| 1621101 | SPENCER, JIM | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1621300 | ROUCH | | 4/22/2008 | CRESTON STATION WAS OUT #1 BREAKER WAS TRIPPED, #2 STARTER HAD TRIPPED RESET BACK ON |
| 1621300 | ROUCH, WALTER | | 4/24/2008 | SAME PROBLEM AS #103 HAZEL |
| 1621300 | ROUCH, WALTER | | 5/16/2008 | STARTERS KICKED OUT-- RE-SET BS JR |
| 1621300 | ROUCH, WALTER | | 3/21/2011 | STARTER KICKED OUT RESET |

| Account | Name | | Date | Description |
|---|---|---|---|---|
| 1639500 | HAMMOND, MOSES | | 7/26/2006 | PUMP KICKED OUT |
| 1649900 | WILLIS, MARY ANN | | 1/9/2006 | PUMP OUT RESET STARTER |
| 1670600 | CAMPBELL, DOROTHY | | 2/1/2010 | AIR HOSE BURST- REPLACED HOSE TALKED TO CUSTOMER |
| 1676401 | VILLARD JR, ARTHUR | | 2/4/2008 | PUMP KICKED OUT OVER THE WEEKEND AT 83RD AND BELLEVUE BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 6/9/2009 | #1 MOTOR KICKED OUT RE-SET STARTER WORK DID ON 4/7/08 |
| 1676401 | VILLARD JR, ARTHUR | | 12/30/2008 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | | 4/20/2009 | STATION KICKED OUT JR BT |
| 1676401 | VILLARD JR, ARTHUR | | 5/6/2009 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | | 10/29/2009 | 82ND AND BLUFF ALL READY OFF, JUST KICKED 82ND AND BELLEVUE BACK ON LINE JR JH |
| 1676401 | VILLARD JR, ARTHUR | | 12/23/2009 | PUMPS ARE OFF |
| 1676401 | VILLARD JR, ARTHUR | | 10/25/2010 | SOMEONE TURNED PUMP OFF AT THE POLE |
| 1676401 | VILLARD JR, ARTHUR | | 3/9/2011 | 82ND & BELLEVIEW KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 3/16/2011 | TURNED ON PUMP |
| 1676401 | VILLARD JR, ARTHUR | | 2/26/2006 | BLOWER OUT RESET |
| 1686000 | BENNETT, CORNELIUS | | 7/23/2009 | 82ND & BLUFF BLOWER KICKED OUT - BACK ON |
| 1692106 | SANDERS, EARVIN | | 7/14/2008 | POLICE STATION WAS KICKED OUT AT BREAKER #1- RE SET BREAKER  BS JH |
| 1692403 | FISHER, CHRISTINA | | 4/17/2007 | PUMP KICKED OUT BACK ON JETTED LINES |

A - Indicates Debris Buildup

| Account Numb | Customer Name | location | Date | A | Service Order completed comment |
|---|---|---|---|---|---|
| 1000100 | COMMONFIELDS OF CAHOKIA | | 6/26/2006 | A | JETTED LINE |
| 1011800 | CRAWFORD, ALFRED | 2525 MOUSETTE LANE | 3/17/2009 | A | JET TRUNK LINE JR WM |
| 1022102 | LAM, HELEN | | 8/17/2009 | A | JETTED OUT LINE BOTH WAYS STILL NO FLOW GOING TO WORK ON IT 8/18/09 |
| 1024100 | PFP LLC | | 3/3/2010 | A | JETTED MAIN SEWER LINE |
| 1026100 | WILCOX, DOROTHY | 2900 CAMP JACKSON RD - SEWER | 1/30/2006 | A | JETTED LINE |
| 1033705 | LACY, OBEDIAH | | 1/22/2010 | A | JETTED MAIN LINE. TOWNSHIP JET TRUCK JR.JH |
| 1037502 | CARTER | | 1/22/2008 | A | JETTED LINE IN FRONT OF 5400 MARKET |
| 1038006 | WILLIAMS, ANTONIO | | 2/12/2007 | A | JETTED LINE TO GET DEBRIS OUT OF LINE |
| 1038604 | RUFFIN, VERNICE | | 5/6/2009 | A | JETTED MAIN TRUNK LINE |
| 1040500 | STEWART, JOSEPHINE | | 2/15/2011 | A | BLOCK IN LINE BUSTED LOSE - LINES ARE DOWN. |
| 1041803 | NELSON, LEONARD | | 4/9/2010 | A | JETTED MAIN LINE |
| 1041803 | NELSON, LEONARD | | 5/25/2010 | A | PUMPED DOWN 50TH STREET |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S 46TH ST | 10/28/2008 | A | JETTED MAIN LINE ON TUDOR, OPENED UP BS JR BR |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S 46TH ST | 4/15/2010 | A | NOT BACKED UP LINE NEEDS TO BE CLEANED UP |
| 1054600 | WIMBLEY, CATHERINE | | 6/9/2009 | A | JETTED MAIN TRUNK LINE A LOT OF DIRT AND ROCK IN LINE WORK DONE ON 2/25/09 |
| 1056500 | WINTERS, JOHN | | 6/9/2009 | A | TALKED TO CUSTOMER HAS BASEMENT DRAIN TRUNK LINE NEEDS TO BE VACCED OUT TOO MUCH SAND. JET AND CAC OUT TRUNK LINE 10/20/08 |
| 1057501 | FOSTER, MICHAEL | | | A | TALKED TO CUSTOMER SEWAGE WENT DOWN AND NO MORE PROBLEM. |
| 1206506 | RIDGEL, JESSIE L & BOBBIE | | 12/28/2010 | A | JETTED LINE OPENED UP |
| 1206102 | JONES, CAROL | | 10/23/2007 | A | JET TRUNK LINE OPENED UP |
| 1207010 | RAYMOND, LYNCH | | 11/12/2008 | A | JET TRUNK LINE IN FRONT OF #34-36 (MARILYN |
| 1207207 | CAUSEY, WILLIAM | | 1/4/2008 | A | JETTED MAIN LINE |
| 1207211 | WILSON, ALBERT | | 4/17/2006 | A | JETTED OUT MAIN LINE OK |
| 1207211 | WILSON, ALBERT | | 1/11/2011 | A | JETTED UP AND DOWN MAIN TRUNK LINE TO THE END OF LINE |
| 1209511 | REED, JOHN D | | 1/11/2011 | A | LINE RUNNING |
| 1215606 | JEFFERSON, GWENDOLYN | | 5/1/2008 | A | JETTED LINE KK BS BT |
| 1215606 | JEFFERSON, GWENDOLYN | | 11/25/2008 | A | JETTED MAIN LINE BEHIND 10 DELORES     KK BS BT |
| 1218909 | PERKINS, LULA P | | 11/26/2008 | A | JETTED MAIN LINE |
| 1219701 | COLLINS, LUEVONDA | | 4/21/2010 | A | JETTED LINE |
| 1219902 | RADLEY, ALISON D | | 4/17/2006 | A | JET 3 MANHOLES REMOVED RAGS |
| 1219904 | DUGAN, TERRY L | | 3/8/2011 | A | JET 3 MANHOLE REMOVED RAGS |
| 1220711 | GIBBS, TAMMARA | | 3/8/2011 | A | JETTED MAIN MANHOLE TOWARDS HOUSE OUT LINE CLEAN |
| 1220711 | GIBBS, TAMARA K | | 10/29/2007 | A | JETTED LINE |
| 1220711 | GIBBS, TAMARA K | | 2/16/2006 | A | JETTED LINE |
| 1223301 | WALN, LELAND P | | 2/21/2006 | A | JETTED MAIN LINE OPENED UP |
| 1224214 | TARAWOLLIE, SALLY | | 9/21/2010 | A | JETTED MAIN LINE, TWO LOCATIONS |
| 1225907 | DANSBERRY | | 10/2/2008 | A | JETTED MAIN LINE NEED TO CAMERA |
| 1225907 | DANSBERRY | | 11/13/2007 | A | TALKED TO CUSTOMER SEWER BACK UP NEED TO BE UNBLOCKED |
| 1225907 | DANSBERRY | | 11/26/2007 | A | INSTALLED 4" CLEAN OUT WITH SWEEP AND 22-1/2 + 22-1/2 SDR 40 PIPE WITH 4" PVC SCREW CAP BETWEEN #1 DELORES AND #29 DORA  WORK DONE ON 1/3/08. |
| 1225907 | DANSBERRY | | 6/9/2009 | A | JETTED MAIN LINE TALKED TO CUSTOMER |
| 1246702 | WEATHERS, ARVIE | | 1/14/2009 | A | |
| 1246702 | WEATHERS, ARVIE | | 3/4/2011 | A | PUMP KICKED OUT-PULLED BACK NO RAGS-PUMPE HARD TO TURN PUT BACK ON-RESET STARTER |

| ID | Name | Address | Date | Type | Description |
|---|---|---|---|---|---|
| 1247601 | THOMAS, RON | | 2/7/2008 | A | JETTED MAIN TRUNK LINE |
| 1247601 | THOMAS, RON | | 5/12/2008 | A | JETTED LINE FROM WELL UP BALDWIN OPENED UP   BS JR |
| 1247601 | THOMAS, RON | | 2/26/2009 | A | JETTED MAIN TRUNK LINE ON BALDWIN |
| 1247601 | THOMAS, RON | | 5/18/2010 | A | JET TRUNK LINE |
| 1247802 | BAXTON | | 12/12/2007 | A | JETTED LINE ON BALDWIN OPENED UP |
| 1247802 | BAXTON, SANDRA | | 1/23/2006 | A | JETTED LINE |
| 1250314 | THOMAS, LATOYA | | 3/26/2010 | A | JETTED MAIN TRUNK LINE |
| 1263505 | MC DOUGHLER, IOLA V | | 2/6/2009 | A | JETTED BLOCKED LINE |
| 1270602 | LINFORD DILKS | | 11/19/2007 | A | JETTED OUT SEWER LINE |
| 1271101 | ZIMMER, BETH | | 11/13/2007 | A | JETTED LAMPHOLE FOR CUSTOMER |
| 1271101 | ZIMMER, BETH | | 10/24/2007 | A | JET BLOCKED LINE |
| 1271206 | WILLIAMS, TAMARA T | | 4/15/2010 | A | JETTED MAIN TRUNK LINE |
| 1271305 | TWIGG PROPERTIES | | 5/10/2010 | A | JETTED AND UNBLOCKED LINE |
| 1271805 | BROWN, REGINA | | 2/7/2008 | A | BLOCKED LINE-JETTED LINE TALKED TO CUSTOMER |
| 1271805 | BROWN, REGINA | | 12/30/2008 | A | HEADER BLOCKED-LINE BLOCKED RAN OUT OF TIME |
| 1271805 | BROWN, REGINA | | 7/31/2008 | A | JETTED MANHOLE BEHIND 25 HANOVER TO RELIEVE PROBLEM |
| 1271902 | HARPER | | 2/7/2008 | A | BLOCKED LINE-JETTED MAIN LINE TALKED TO CUSTOMER |
| 1272204 | WILLIAMS, NAPOLEON | | 2/18/2011 | A | JETTED MAIN LINE, OK. |
| 1280802 | HUGHES, LEONDRA | | 12/1/2008 | A | JETTED MAIN OPENED UP |
| 1282617 | SIMMON, PAULA | | 1/23/2009 | A | LINE BLOCKED GOING TO STATION ON AMELIA NEEDS JET TRUCK 1/22/09      JETTED MAIN LINE CLEARED BLOCK KK-JR-BT-PC |
| 1282618 | WILLIAMS, JEAN | | 1/1/2011 | A | JETTED MAIN LINE |
| 1292308 | JENNINGS JR, JERRY T | | 2/15/2011 | A | JETTED LINE TWICE, BROKE THROUGH AND GOT RELIEF TWICE, SEWER IS STILL BLOCKED. PULLED PUMP AT 76 LAURALEE, NOT PUMPING ENOUGH SEWAGE NEED MORE ATTENTION. |
| 1293100 | GOSS, J D | | 10/6/2014 | A | JET TRUNK LINE |
| 1309400 | TOUCHETTE REGIONAL HOSP | 5900 BOND AVE | 8/28/2006 | A | JETTED TRUNK LINE |
| 1310600 | ST CLAIR CTY HOUSING AUTH | 6029 CLARITA DR | 10/20/2009 | A | JETTED OUT SERVICE LINE, USED CUTTER-IT BROKE JR ST |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 4/14/2009 | A | JETTED LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 10/6/2009 | A | JETTED SERVICE LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 2/16/2010 | A | JETTED AS FAR AS I COULD TO 90 DEGREE  JR JH |
| 1310700 | ST CLAIR HOUSING | 6028 CLARITA DR | 2/6/2008 | A | UNBLOCKED SEWER BACK UP |
| 1311100 | ST CLAIR CTY HOUSING AUTH | 5883-5897 MITCHELL LN | 3/1/2009 | A | CLEANED UP ONE MANHOLE NAD JETTED MAIN TRUNK LINE IN PROJECTS |
| 1319300 | BROOKS, LARRY | | 6/11/2008 | A | NEED TO PUMP MAN HOLES DOWN MORE |
| 1319300 | BROOKS, LARRY | | 8/30/2010 | A | AREA NEED TO BE PUMPED |
| 1319300 | BROOKS, LARRY | | 9/9/2010 | A | TALKED TO CUSTOMER, NEED TO PUMP |
| 1319401 | BROOKS, LARRY | | 10/8/2010 | A | PUMPED DOWN RENOIS |
| 1321900 | BEDNARKWIEZ | | 10/11/2010 | A | PUMPED LINE DOWN |
| | | | 3/1/2006 | A | JETTED LINE |
| 1322500 | BAKER-STREATER | | 6/9/2009 | A | JETTED MAIN LINE AND JETTED CUSTOMERS LATERAL WORK DONE ON 3/31/08 |
| 1322500 | BAKER-STREATER, FRAN. | | 3/27/2008 | A | JETTED MAIN TRUNK LINE |
| 1326303 | PHILLIPS, OTIS | | 4/22/2008 | A | shot line from field to Renois where it head to Lauralee |
| 1406701 | MOORE | | 3/18/2008 | A | PUMP HAD RAGS IN BACK AND IN SUCTION LINE. HAD TO USE OLD PUMP BECAUSE TOO MUCH SLUDGE IN BOTTOM OF WELL |
| 1406701 | MOORE, PAULA | | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1411408 | FORD, MARTHA | | 12/17/2009 | A | JETTED MAIN LINE |

| Account | Name | Address | Date | Code | Description |
|---|---|---|---|---|---|
| 1417401 | MACKLIN, JEANETTE | | 3/21/2011 | A | NEED TO JET LINE ON JUDITH. JET TRUNK LINE ON JUDITH. |
| 1417605 | DAVISON, CARLA | | | | HARD TO GET THRU. |
| 1485600 | CLARK, JEFFRIE | | 9/12/2006 | A | JETTED LINE |
| 1486902 | HILL, THOMAS E | | 9/9/2010 | A | JET TRUNK LINE |
| 1490500 | ST CLAIR HOUSING | 210 MOBLEY DR - MAINT BLDG | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1501701 | COX, EMMITT | | 12/19/2007 | A | JET TRUNK LINE - OPENED |
| 1501701 | COX, EMMITT | | 5/28/2009 | A | JET TRUNK LINE |
| 1572000 | SHRINE OF OUR LADY SNOWS | 442 S DE MAZENOD DR - SHRINE | 8/19/2009 | A | JETTED MAIN LINE |
| 1575200 | ROBINSON | | 1/24/2011 | A | JET TRUNK LINE CUT OUT WITH 6" CUTTER |
| 1576402 | WILLIAMS, MARY ANN | | 2/27/2008 | A | JETTED MAIN SEWER LINE |
| 1576402 | WILLIAMS, MARY ANN | | 3/11/2009 | A | JETTED OUT 6" RISER |
| 1576402 | HAYNES, LAWRENCE | | 3/17/2009 | A | CLEANED UP LINE AND 1VD LINE |
| 1581000 | SIMS, JOHNNIE | | 12/29/2009 | A | JETTED LINE @ CONVERSE & 50TH |
| 1581000 | SIMS, JOHNNIE | | 7/29/2010 | A | JETTED LINE-LINES DOWN |
| 1581000 | SIMS, JOHNNIE | | 1/22/2008 | A | JETTED MAIN TRUNKLINE |
| 1581900 | ELAM, GLORIA | | 11/9/2006 | A | JETTED LINE |
| 1585100 | HAYNES, LAWRENCE | | 4/1/2008 | A | JETTED MAIN LINE TRUNK LINE ON MC CASLAND |
| 1585100 | HAYNES, LAWRENCE | | 4/9/2010 | A | PUMPED SEWER |
| 1585100 | HAYNES, LAWRENCE | | 5/11/2010 | A | JET TRUNK LINE  JH BT |
| 1586600 | MC COTTREL, MARLO | | 2/5/2007 | A | JETTED LINE |
| 1593700 | HUGHES, LEONARD | | 9/11/2008 | A | JETTED LINE |
| 1594100 | MOORE | | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1594900 | SHARP, TOMMY | | 4/3/2008 | A | BLOCKED LINE- JETTED MIAN TRUNK LINE ON LAKE DRIVE |
| 1595800 | RANDOLPH, ONNIE | | 5/26/2009 | A | JET TRUNK LINE BLOCKED ON LAKE DRIVE, JR OPERATOR JET |
| 1595600 | RANDOLPH, ONNIE | | 5/27/2009 | A | TRUCK  JR WM |
| 1595800 | RANDOLPH, ONNIE | | 10/23/2009 | A | JETTED MAIN TRUNK LINE WORK DONE ON 4/13/09 |
| 1596502 | YOUNG, JAMES | | 3/14/2006 | A | JETTED MAIN TRUNK LINE |
| 1596503 | YOUNG, JAMES | | 10/16/2006 | A | JETTED LINE |
| 1596505 | YOUNG, JAMES | | 12/15/2006 | A | JETTED LINE |
| 1596900 | HOLMES, WILLIE | | 7/17/2006 | A | JETTED MAIN LINE |
| 1596901 | HOLMES, WILLIE | | 7/31/2006 | A | JETTED MAIN LINE |
| 1609200 | JETHROE, FLORASTINE | | 9/18/2008 | A | KNOCKED ON DOOR-NO ONE ANSWERED --JET TRUNK LINE--BS |
| 1612301 | ZAHNLE, MICHAEL | | 10/20/2006 | A | JR |
| 1614600 | POLITSCH, RAY | | 9/4/2009 | A | JETTED LINE |
| 1624701 | HILL, EDNA | | 6/19/2007 | A | UNBLOCKED SEWER LINE TALKED TO CUSTOMER |
| 1626201 | JONES, SARAH | | 9/6/2006 | A | JETTED LINES SMALL BLOCK |
| 1630000 | DRIEMEYER, D M | | 10/2/2008 | A | JETTED LINES BEHIND HOUSE |
| 1631903 | KAMMMANN, JUDD,NAN | | 1/28/2008 | A | JETTED MAIN LINE |
| 1633502 | BEVIRT, DON | | 4/10/2007 | A | TRIED TO JETT LINE HOSE GOT STUCK CUT HOSE OFF |
| 1633600 | SIGNAL HILL UNITED CHURCH | 2 SIGNAL HILL BLVD | 2/20/2007 | A | JETTED & 1VD LINE |
| 1639000 | PERRY, DERRICK | | 5/17/2006 | A | JETTED LINE |
| 1641701 | WEBB, BARBARA | | 8/28/2009 | A | JETTED TRUNK LINE |
| 1641701 | WEBB, BARBARA | | 4/25/2006 | A | E ST LOUIS IS BLOCKED AT 47TH AND STATE JETTED LINE ON |
| 1641902 | WATSON, CASSANDRA | | 2/10/2006 | A | 47TH ST |
| 1642801 | BOYD, CARL | | 1/3/2007 | A | JETTED BLOCKED LINE |
| 1643700 | MCINTOSH | | 3/3/2008 | A | JETTED MAIN LINE |
| 1646900 | WILLIS, MARY ANN | | 1/3/2008 | A | JETTED MAIN LINE |
| 1646900 | WILLIS, MARY ANN | | 8/11/2008 | A | JETTED MAIN TRUNK LINE |
| 1646900 | WILLIS, MARY ANN | | 9/10/2008 | A | JETTED MAIN LINE OPENED UP |

| Account | Name | Date | | Description |
|---|---|---|---|---|
| 1646900 | WILLIS, MARY ANN | 5/8/2009 | A | JETTED TRUNK LINE  JR WM |
| 1646900 | WILLIS, MARY ANN | 10/14/2009 | A | JETTED MAIN TRUNK LINE JR JH |
| 1646900 | WILLIS, MARY ANN | 1/3/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 1/17/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 6/20/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 2/20/2007 | A | JETTED LINE |
| 1651600 | MOORE JR, WILLIAM | 6/9/2009 | A | JETTED MAIN LINE IN FRONT OF CUSTOMERS HOUSE OPENED UP WORK DONE ON 10/1/08 |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | MANHOLE LID MISSING-HAD JILL (SHARLIN) CALL E ST LOUIS-MANHOLE FULL OF WOOD-TIRE-PLASTIC-REMOVED SEWER COMING UP OUT OF BROKEN LATERAL BECAUSE E ST LOUIS MANHOLE NEEDS VACCED OUT |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | JETTED LINE |
| 1653000 | OLION, LADELLE | 1/29/2007 | A | JETTED LINE |
| 1653900 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654004 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654601 | FUSE, LEADIE | 10/6/2010 | A | JET TRUNK LINE |
| 1656801 | NICHOLSON, GAYSHON | 5/29/2007 | A | JETTED LINE |
| 1658103 | HARRIS, MICHELE | 3/8/2007 | A | TVD LINE |
| 1658204 | BENSON, JOSEPH | 2/13/2007 | A | TVD LINE |
| 1661100 | TWEED, MARCUS | 1/24/2006 | A | JETTED LINE |
| 1662100 | EDLEY, CAROLYN | 4/13/2007 | A | JETTED LINE |
| 1662700 | LEONARD, WASH | 4/26/2007 | A | JETTED LINE |
| 1663400 | WILLIAMS, ALMA | 6/5/2009 | A | JETTED MAIN TRUNK LINE (BLOCK) |
| 1670600 | CAMPBELL, DOROTHY | 2/18/2010 | A | JETTED MAIN LINE OK |
| 1670600 | CAMPBELL, DOROTHY | 1/19/2010 | A | JETTED MAIN LINE |
| 1671000 | HULL, LOU ETHEL | 2/14/2006 | A | JETTED LINE |
| 1671200 | SKIPWITH, FRANCINE | 10/16/2006 | A | JETTED LINE |
| 1674900 | MASON, LORENE | 2/3/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 4/20/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 8/30/2006 | A | JETTED LINE |
| 1675103 | MC LORN, SHANAI | 12/2/2009 | A | JET TRUNK LINE - FROM OAKLAND - UP STREAM 2 MAN HOLES |
| 1676401 | VILLARD JR, ARTHUR | 1/11/2011 | A | JETTED OUT MAIN LINE BETWEEN WET WELL AND 82ND STREET |
| 1683001 | WAGNER, MERVIN | 12/11/2006 | A | JETTED LINE |
| 1685401 | ROCKETT, GAYLORD | 1/24/2011 | A | NEED TO JET DISCHARGE LINE OUT OF WET WELL |
| 1685401 | ROCKETT, GAYLORD | 1/13/2007 | A | JETTED LINE |
| 1687900 | COLE, ROBERT L | 2/20/2007 | A | JETTED LINE |
| 1700418 | KIDD, KEMA | 2/24/2011 | A | TIRED TO JET TRUNK LINE FROM BLOCK HOUSE-NO LUCK NEED TO RUN 6" TRUNK LINE AND CONNECT 86-84-82 LAURALEE TO WET WELL |
| 1701410 | OLIVER, PATRICIA | 8/10/2010 | A | JETTED LINE, NOW OK |
| 1701411 | GAST, COLLIN | 12/8/2010 | A | JETTED MAINLINE OPENED UP |
| 1718101 | LYONS, RUTH | 10/30/2006 | A | JETTED LINE |
| 1723201 | BROWN, HENRIETTA | 4/5/2006 | A | JETTED LINES |
| 1738405 | HEDDELL, DEANNA | 2/21/2007 | A | JETTED MAIN LINE |
| 1741900 | CASEY, LOUIS | 11/20/2007 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1741900 | CASEY, LOUIS | 6/9/2009 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1753400 | SANDERS, MILLIE | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1757600 | JONES, RHONDA | 7/5/2006 | A | UNBLOCKED SEWER LINE |
| 1774300 | MC DOWELL, ANGELA | 6/2/2008 | A | JETTED MAIN TRUNK LINE |

| ID | Name | Date | | Description |
|---|---|---|---|---|
| 1781202 | MARSHBANKS, ERICA | | | JETTED TRUNK LINE FROM DORIS TOWARDS 451 N 73RD BROKE LOOSE-451 STILL HAD NO RELIEF OUT JET HOSE IN 451'S CLEAN OUT WENT INSIDE MAIN COULD HEAR WATER DROPPING IN MAIN-CLEAN OUT STILL HOLDING WHEN WE LEFT |
| 1785001 | FULTS, DENNIS | 10/1/2007 | A | JETTED MAIN TRUNK LINE TALKED TO CUSTOMER |
| 1795700 | BROWN, EDWIN | 4/21/2009 | A | JETTED LINES - LINES DOWN |
| 1800400 | TURNER, JOHNNY | 9/21/2010 | A | JETTED LINE |
| 1800400 | TURNER, JOHNNY | 9/28/2006 | A | CLEANED LINE |
| 1803000 | RICHTER, JOYCE SULLIVAN | 10/25/2006 | A | PUMPED DOWN WITH 3" PUMP |
| 1803000 | RICHTER, JOYCE SULLIVAN | 8/20/2010 | A | PUMPED DOWN RENOIS |
| | | 8/24/2010 | A | JETTED LINE BEHIND PITTSBURGH OPENED MAIN LINE |
| 1806800 | PAYNE, DELON | 5/7/2008 | A | CUSTOMERS LINE STILL BLOCKED |

\* Indicates Customer Problem

| Account Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1005101 | NORDHOFF, THOMAS & SANDRA | | 1/20/2010 | LOCATE CORNER MANHOLE-DWON IN CHANNEL JETTED FROM EMPTY MANHOLE TOWARDS FULL MANHOLE-DID NOT HELP CUSTOMER |
| 1009902 | GODINA, DAWN | | 8/4/2008 | OUR LINES ARE DOWN CUSTOMERS PROBLEM WOULDNT ANSWER DOOR |
| 1009902 | GODINA, DAWN | | 1/21/2010 | OUR SEWERS ARE OK - CUSTOMERS PROBLEM |
| 1026100 | WILCOX, DOROTHY | | 7/29/2009 | CUST PROBLEM, OUR LINES ARE DOWN/ KNOCKED ON DOOR NO ONE ANSWERED, ST BT |
| 1029900 | ROBINSON, JOHN | | 5/20/2009 | PARTIAL BLOCK IN MAIN LINE JETTED MAIN TWICE COULD NOT HELP CUSTOMER (ROOTS) |
| 1030400 | BLACKMAN, WILLIE | | 11/4/2008 | CHECKED OUR LINES WERE DOWN SPOKE WITH CUSTOMER THEIR PROBLEM |
| 1033003 | LUSTER | | 1/11/2008 | CUSTOMERS PROBLEM |
| 1033100 | BINFORD, BERNICE | | 5/6/2009 | MAIN LINES ARE DOWN AND FLOWING TALKED TO CUSTOMER |
| 1040100 | MAY, J N | | 9/28/2010 | CUSTOMERS PROBLEM |
| 1040303 | PRUITT, STEPHEN & MARY | | 2/8/2011 | CUSTOMERS PROBLEM |
| 1040500 | STEWART, JOSEPHINE | | 3/3/2008 | CUSTOMERS PROBLEM |
| 1041402 | NEALY, TAMIKO | | 3/11/2010 | OUR LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1045300 | JACKSON, LINDA | | 12/17/2008 | CUSTOMERS PROBLEM SEWERS CLEAR |
| 1047000 | GILBERT, FRANCES | | 2/27/2006 | CUSTOMER PROBEM |
| 1053400 | BURNS, EDDIE | | 2/15/2006 | CUST PROBLEM |
| 1053800 | GRINSTON, FRED | | 12/3/2007 | OUR LINES ARE DOWN CUSTOMER PROBLEM |
| 1054600 | WIMBLEY, CATHERINE | | 4/20/2009 | TALKED TO CUSTOMER THEIR PROBLEM |
| 1055001 | DOUGLAS, KENNEY | | 3/4/2008 | TRUNK LINE DOWN IN CHANNEL TALKED TO CUSTOMER HE MAY HAVE HAD BLOCK IN HIS LINE HAS CLEAR WATER ALSO IN BASEMENT |
| 1055001 | DOUGLAS, KENNEY | | 4/29/2009 | CUSTOMER PROBLEM JR WM |
| 1065105 | WAGNOR, OIREAL | | 10/6/2010 | OUR LINES ARE DOWN TALKED TO CUSTOMER |
| 1067700 | GREYSTONE PARK | 310 GREYSTONE CT - BLDG 15 | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL |
| 1067900 | GREYSTONE PARK | 314 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL |
| 1068000 | GREYSTONE PARK | 316 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL |
| 1070500 | GREYSTONE PARK | 307 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL |
| 1200410 | TENDICK, ALMA | | 11/29/2007 | CUST PROBLEM OUR LINES ARE DOWN TALKED TO CUST |
| 1200410 | ALMA TENDICKS | | 5/11/2009 | TRUNK LINE DOWN CUSTOMERS PROBLEM |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 9/25/2008 | CLEAN OUT DOWN TALKED W/CUSTOMER PROBLEM INSIDE |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 11/17/2008 | CUSTOMER PROBLEM WM |
| 1200613 | SLOAN | | 10/18/2007 | JET TRUNK LINE HUNTER SEWER RAN CUTTER THRU LINE- OPENED UP |
| 1201306 | JONES, GREGORY D | | 11/9/2010 | OUR LINES ARE OK TALKED TO CUSTOMER |
| 1201306 | JONES, GREGORY D | | 11/12/2011 | CUSTOMER'S PROBLEM, NEEDS TO HAVE TREE ROOTS REMOVED FROM HIS LINE - NO ONE HOME |
| 1203011 | KING, LATRINA | | 1/23/2006 | CUSTOMER PROBLEM. |
| 1206102 | JONES, CAROL | | 3/26/2010 | CUSTOMER HAS PROBLEM IN BATHTUB TALKED TO CUSTOMER |
| 1209911 | PARKS, JOHNITHA | | 5/6/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1216201 | MOORE, CYNTHIA | | 2/23/2006 | CUST PROBLEM |
| 1216903 | FRANKLIN, FELECIA | | 4/21/2006 | CUST PROBLEM |

| Account | Name | Address | Date | Problem |
|---|---|---|---|---|
| 1220616 | GIBBS, MARLON | | 3/2/2010 | CUSTOMER HAS WATER LEAK IN FOUNDATION... NO SEWER PROBLEM JR JH |
| 1220711 | GIBBS, TAMARA K | | 2/7/2006 | CUST PROBLEM |
| 1222109 | PERKINS, TRACY L | | 10/22/2008 | CUSTOMERS PROBLEM, LINE DOWN |
| 1225708 | LOVING, MIESHA | | 5/17/2008 | CUSTOMER PROBLEM |
| 1225708 | LOVING, MIESHA | | 6/8/2006 | CUSTOMER PROBLEM |
| 1246314 | TOMMIE WILLIAMS | | 12/14/2007 | OUR LINES ARE DOWN CUSTOMERS PROBLEM TOLD CUSTOMER |
| 1260304 | FARLEY, JUANITA | | 7/29/2009 | OUR LINES ARE DOWN OUR LINES ARE DOWN |
| 1266902 | DARTY, VELMA | | 4/20/2010 | CUSTOMER HAS BLOCKED LATERAL, OUR LINES ARE OKAY |
| 1266902 | DARTY, VELMA | | 7/22/2010 | CUSTOMER PROBLEM |
| 1269606 | MC DANIEL, CHAD | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1270501 | MC COY, JESSIE | | 7/28/2008 | NOT OURS, SPOKE TO HOMEOWNER  BS ST |
| 1271805 | BROWN, REGINA | | 3/14/2008 | CHECKED MANHOLE DOWNSTREAM AND L AMPHOLE UPSTREAM BOTH WERE DOWN TALKED TO CUSTOMER |
| 1272204 | WILLIAMS, NAPOLEON | | 9/11/2007 | CHECKED MANHOLE ON BOTH SIDES, WE'RE DOWN TOLD |
| 1272204 | WILLIAMS, NAPOLEON | | 6/16/2009 | CUSTOMER THEIR PROBLEM |
| 1273206 | WILLIS, DALPHANIE | | 1/7/2010 | CUSTOMER TOILET WAS STOPPED UP |
| 1274711 | WILLIAMS, DEREK | | 2/2/2009 | NOT OUR PROBLEM OUR LINE IS DOWN |
| 1277011 | WALLACE, VICTORIA | | 11/24/2010 | CUST PROBLEM OUT LINES ARE DOWN |
| 1280904 | BROWN, DONNA MICHELLE | | 9/1/2009 | 82 IS DOWN IN CUSTOMERS LATERAL CUST PROBLEM |
| 1281812 | MILLER, ELVIS | | 4/27/2007 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1282617 | SIMMON, PAULA | | 2/24/2009 | CUST PROBLEM |
| 1283101 | MARX, GLADYS | | 3/30/2009 | JETTED MAIN LINE, CUSTOMERS LINE STILL BLOCKED WM JR FP |
| 1283808 | CARLISLE | | 11/15/2007 | TC BT |
| 1292308 | JENNINGS JR, JERRY T | | 3/7/2011 | CUSTOMERS PROBLEM |
| 1293014 | SIMMONS JR, ALAN | | 3/11/2010 | CUSTOMERS PROBLEM-BAD LATERALS |
| 1293418 | KIDD, VYNADRIAN R | | 6/10/2008 | OUR LINE IS DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1294100 | CARL DOUGLAS | | 11/8/2007 | CUSTOMERS PROBLEM NO ONE HOME |
| 1309200 | CITY OF CENTREVIL MUN | 5800 BOND AVE | 10/9/2008 | OUR LINES ARE DOWN SPOKE WITH CUSTOMER |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 12/31/2008 | OUR LINE DOWN, PARK CLEAN OUTS FULL BY BUILDING---RS |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 3/3/2010 | HOUSING PROBLEM, SPOKE TO HOUSING WORKER PROBLEM IS HOUSINGS, CUSTOMER USES TO MUCH SOAP |
| 1310700 | ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 3/11/2010 | POWDER WM |
| 1326503 | PHILLIPS, OTIS | | 4/28/2008 | OUR LINES OK CUSTOMERS PROBLEM |
| 1406701 | MOORE, PAULA | | 6/9/2009 | CHECKED MAIN LINE ABOVE AND BELOW HOUSE LINE RUNNING, SPOKE TO HOMEOWNERS, THIER PROBLEM. |
| 1417401 | MACKLIN, JEANETTE | | 4/11/2008 | TALKED TO CUSTOMER NO ONE ELSE HAS PROBLEM JET TRUNK LINE- CUST PROBLEM |
| 1485401 | BRANIGAN, WILLIE | | 2/28/2008 | CUSTOMER MUST BE TALKING ABOUT RAIN WATER NOT BACKING UP |
| 1485500 | CLARK, JEFFRIE | | 12/28/2006 | CUSTOMERS PROBLEM |
| 1502206 | FRANKLIN, MARGARET | | 11/18/2010 | CHECKED MANHOLES ON EITHER SIDE OF ADDRESS MAIN LINE DOWN IN CHANNEL-CUST PROBLEM |
| 1575200 | ROBINSON | | 2/28/2008 | SEWER NOT BACKING UP IN OUR LINE-CUSTOMERS PROBLEM |
| 1579606 | GRIFFIN, SHANTELL | | 12/28/2006 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1584700 | WILLIAMS, ARTHUR | | 1/4/2007 | CUST PROBLEM |
| 1586600 | MC COTTREL, MARLO | | 2/12/2007 | CUST PROBLEM |
| 1593201 | FISHER, OCSAR LEE | | 7/12/2006 | CUST PROBLEM |

| ID | Name | Date | Description |
|---|---|---|---|
| 1593201 | FISHER, OCSAR LEE | | CUST PROBLEM |
| 1594603 | BROWN, MILDRED | 12/8/2006 | LINES ARE OKAY-CUSTOMERS PROBLEM JR ST |
| 1595800 | RANDOLPH, ONNIE | 6/3/2009 | OUR LINES ARE OK BUT I JETTED LINE BEHIND CUSTOMERS HOUSE, CUSTOMER MUST HAVE A BAD LINE |
| 1596500 | YOUNG, JAMES | 6/9/2009 | CUSTOMERS PROBLEM KITCHEN SINK WON'T DRAIN |
| 1596500 | YOUNG, JAMES | 10/15/2007 | CUSTOMERS PROBLEM |
| 1596500 | YOUNG, JAMES | 12/3/2007 | CUSTOMERS PROBLEM CLEAN OUT EMPTY-TALKED WITH CUSTOMER |
| 1596500 | YOUNG, JAMES | 8/27/2007 | CHECKED LINES-OUR LINES DOWN TALKED TO CUST-CUST PROBLEM |
| 1596500 | YOUNG, JAMES | 12/18/2008 | JETTED OUR LINE-LINE IS NOT BLOCKED CUSTOMERS LINE IS BLOCKED-COULD NOT GET OUR HOSE IN THEIR LINE TOLD CUSTOMER SHE IS NOT HAPPY |
| 1596500 | YOUNG, JAMES | 1/19/2010 | OUR LINES ARE DOWN AND FLOWING CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1596500 | YOUNG, JAMES | 11/17/2010 | CUST PROBLEM |
| 1596504 | YOUNG, JAMES | 11/13/2006 | CUST PROBLEM |
| 1596506 | YOUNG, JAMES | 12/18/2006 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1596805 | SMITH, TEQUILLA | 11/17/2010 | CUST PROBLEM |
| 1597208 | FRIDGE, ALVITA | 3/15/2006 | CUST PROBLEM |
| 1599100 | TURLEY, GUY | 8/21/2007 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 7/5/2006 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 1/12/2007 | CUSTOMER PROBLEM |
| 1599803 | CLIFTON, ALGERTHA | 8/8/2007 | CUST PROBLEM |
| 1600200 | MITCHELL, MOLLY | 8/8/2007 | CUSTOMER PROBLEM |
| 1600604 | MARTIN, BRIAN | 10/5/2006 | MAIN LINE RUNNING NORMAL WM RS |
| 1601301 | GOLLIDAY, EDDIE | 5/16/2008 | CUSTOMER PROBLEM |
| 1608701 | NUNN, JASPER | 2/22/2007 | talked to customer this is not sewer water, we do not think it is our problem |
| 1606901 | THOMAS | 11/19/2007 | TALKED TO CUSTOMER THIS IS NOT SEWER WATER WE DO NOT THINK IT IS OUT PROBLEM |
| 1606901 | THOMAS | 6/9/2009 | HOUSE LINE, TALKED TO CUSTOMER |
| 1608400 | WILLIAMS | 4/2/2008 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1608603 | WILLIAMS, TIFFANY | 5/6/2010 | CUSTOMER PROBLEM |
| 1608701 | JETHROE, BEATRICE | 3/29/2006 | CUSTOMER PROBLEM |
| 1608701 | JETHROE, BEATRICE | 11/15/2006 | STATION FINE-CUSTOMERS PROBLEM |
| 1612205 | FAIRLEY, KAVEN | 1/26/2009 | PUMP KICKED OUT – RESET–TALKED TO CUSTOMER   WM   BT |
| 1612205 | FAIRLEY, KAVEN | 6/23/2009 | CUSTOMERS PROBLEM |
| 1612205 | FAIRLEY, KAVEN | 10/6/2009 | CUSTOMER PROBLEM |
| 1612701 | BISCHAN, MELISSA | 8/9/2006 | CUSTOMER PROBLEM |
| 1613804 | HIBBLER, LATRICIA | 12/14/2006 | CUSTOMER PROBLEM |
| 1621300 | ROUCH, WALTER | 10/13/2005 | CRESTON PUMP STATION RUNNING--NO PROBLEM WITH US.  BS ST |
| 1621500 | KOHMILLER, DONNA K | 5/20/2008 | PUMPS WORKING AND OUR LINES ARE IN THE CHANNEL JR JH |
| 1624400 | CAMPBELL | 1/22/2010 | CHECKED CRESENT STATION & SEWER LINES OUR LINES DOWN |
| 1626105 | HAWKINS, EDWARD | 2/8/2008 | CUSTOMERS PROBLEM |
| 1631103 | LACY-CLARK, TIFFANY | 10/13/2006 | CUST PROBLEM |
| | | 5/20/2009 | CHECKED LINES--CUSTOMER PROBLEM NEED TO UNCOVER 2 MANHOLES ON LINDORF |

| Account | Name | Address | Date | Notes |
|---|---|---|---|---|
| 1631903 | KAMMANN-JUDD, NAN | | 6/9/2009 | CHECKED MAIN LINE AND MANHOLES ABOVE AND BELOW THIS ADDRES LINE RUNNING SPOKE TO HOMEOWNER WORK DONE ON 5/1/08 CUST PROBLEM |
| 1633502 | BEVIRT, DON | | 2/20/2007 | CUSTOMER PROBLEM |
| 1633600 | SIGNAL HILL UNITED CHURCH | 2 SIGNAL HILL BLVD | 1/24/2007 | CUSTOMER PROBLEM |
| 1639801 | WELLS, LATOYA | | 12/30/2009 | CUSTOMER PROBLEM |
| 1641902 | WATSON, CASSANDRA | | 2/13/2006 | OUR LINES ARE DOWN IN CHANNEL PUMPS ARE OK |
| 1643901 | DAVIS, DAWN | | 6/5/2007 | CUSTOMER PROBLEM |
| 1646900 | WILLIS, MARY ANN | | 10/16/2009 | OUR LINES ARE DOWN IN CHANNEL CUSTOMERS PROBLEM - TALKED TO CUSTOMER |
| 1647801 | RIGSBY, CATHY | | 1/4/2007 | CUST PROBLEM |
| 1649005 | RALLEIGH, YWANZIA | | 2/9/2010 | TALKED TO CUSTOMER, CUSTOMER NEED NEW SEWER LINE JH BT |
| 1649900 | CHATMAN, WALTER | | 7/8/2010 | CUSTOMERS PROBLEM |
| 1649900 | CHATMAN, WALTER | | 12/19/2006 | CUSTOMER PROBLEM |
| 1654601 | FUSE, LEADIE | | 9/25/2008 | TALKED TO CUSTOMER, HIS PROBLEM WM |
| 1655700 | LORI REED | | 1/3/2008 | OUR LINES ARE DOWN TOLD CUSTOMER |
| 1656300 | THOMAS, BEATRICE | | 6/26/2006 | CUSTOMER PROBLEM |
| 1659802 | THOMAS, ANDRE | | 3/23/2011 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1661100 | TWEED, MARCUS | | 7/13/2008 | CUSTOMER PROBLEM |
| 1664901 | WILLIS, EULESCIA | | 3/3/2011 | COMMONFILEDS SEWER OK CUSTOMRE NOT AT HOME |
| 1667600 | BOLDEN, JAMES | | 3/24/2010 | OUR LINES ARE OK TALKED TO CUSTOMER |
| 1667901 | POTTS, BILLY | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1668100 | HOPKINS, AILENE | | 1/30/2006 | CUSTOMER PROBLEM |
| 1668701 | FOOTS, KATINA | | 5/17/2007 | CUSTOMER PROBLEM |
| 1668901 | WILLIAMS, BARBARA L | | 12/8/2010 | CHECKED MANHOLE & CLEANOUT BOTH DOWN CUSTOMER NOT HOME |
| 1671902 | PAYNE, ANNIE | | 11/13/2007 | JETTED MAIN LINE CUSTOMERS PROBLEM |
| 1671902 | PAYNE, ANNIE | | 8/1/2008 | TALKED TO CUSTOMER THEIR PROBLEM |
| 1672401 | SKIPWITH, FRANCINE | | 12/4/2007 | CUSTOMERS PROBLEM TALKED TO THEM |
| 1672401 | SKIPWITH, FRANCINE | | 7/28/2008 | OUR LINES ARE DOWN |
| 1672401 | SKIPWITH, FRANCINE | | 7/8/2010 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1672401 | SKIPWITH, FRANCINE | | 10/19/2010 | CHECKED PUMP & MAIN LINE NO ONE HOME AT 11:15 AM 10/14/10 TALKED TO LANDLORD ON PHONE TOLD HER IT WAS HER PROBLEM 10/15/10 |
| 1674800 | MASON, LORENE | | 4/18/2009 | CUSTOMER PROBLEM |
| 1675103 | MC LORN, SHANAI | | 11/30/2009 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1678801 | TUCKER, JANICE | | 12/18/2006 | CUSTOMER PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 4/28/2008 | TALKED TO CUST, EAST ST LOUIS NOT TAKING US. BS JR |
| 1682502 | DUNN, OLIVIA | | 7/21/2009 | CHECKED TRUNK LINE OK CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1685401 | ROCKETT, GAYLORD | | 1/25/2011 | CUSTOMER SAID SEWER PROBLEM IS NOW OK. |
| 1686000 | BENNETT, CORNELIUS | | 6/26/2009 | OUR LINE IS DOWN. TALKED TO SON RS |
| 1686000 | BENNETT, CORNELIUS | | 2/14/2006 | CUSTOMER PROBLEM |
| 1686401 | FRAZIER, CHERYL V | | 5/11/2010 | CUSTOMERS PROBLEM |
| 1689900 | BYRUM, WYATT | | 4/17/2007 | CUSTOMER PROBLEM |
| 1690302 | MOORE, DOROTHY | | 5/7/2008 | JETTED MAIN LINE-COULDN'T HELP CUSTOMER PLUMBER CALLED TO OPEN HER LINE |
| 1700612 | DEW, ANGELA M | | 6/29/2009 | EVERYTHING IS OK ON OUR SIDE. CUSTOMERS SAID PROBLEM WAS 3 OF 4 WEEKS AGO |
| 1704003 | DWAI LLC | 7006 RUSSELL AVE | 10/6/2009 | CUSTOMERS PROBLEM NO ONE WAS AT THAT ADDRESS |
| 1709215 | CAIN, JOHN | | 2/3/2011 | CUSTOMER PROBLEM - OUR LINES ARE OK |

| ID | Name | Date | Notes |
|---|---|---|---|
| 1716604 | HANNAH, ALEXANDRIA | | |
| 1716604 | HANNAH, ALEXANDRIA | 5/5/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1718101 | LYONS, RUTH | 10/22/2010 | CUSTOMERS PROBLEM |
| 1718101 | LYONS, RUTH | 8/20/2007 | MANHOLE DOWN TALKED TO CUSTOMER THEIR PROBLEM |
| 1725300 | GRIMES, ELVIA | 8/20/2007 | CUST PROBLEM |
| | | 11/2/2006 | CUSTOMER PROBLEM |
| 1725803 | CASSEA HARVEY | | MANHOLE DOWN ON BOTH SIDES OF CUSTOMER - TOLD |
| | | 12/14/2007 | CUSTOMER |
| 1726103 | SMITH, MARGARET | | OUR STATION IS OK LINES ARE DOWN. WILL NOT ANSWER |
| | | 4/22/2008 | DOOR- CUST PROBLEM |
| 1726103 | SMITH, MARGARET | | Customer says he has roots between the end of his new line and main - |
| | | 4/8/2009 | no problem in our main JRFP |
| 1726103 | SMITH, MARGARET | 11/23/2010 | OUT LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO |
| 1738405 | HEDDELL, DEANNA | 2/20/2007 | CUSTOMER |
| 1738804 | DOSS, BERTHA | 5/7/2009 | ROOTS IN CUST LINE |
| 1741900 | CASEY, LOUIS | 11/19/2007 | CUSTOMERS PROBLEM CALL OUT 2HRS O.T. |
| 1747902 | TOLER, LARRY | 7/2/2006 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| | | | CUST PROBLEM |
| 1753400 | SANDERS, MILLIE | 2/11/2008 | OUR LINES ARE DOWN IN CHANNEL - CUSTOMERS PROBLEM |
| 1764900 | MAYHORN, VIRGIE | 12/9/2008 | TALKED TO CUSTOMER |
| 1772201 | PRINCE, GWEN | 12/17/2009 | MANHOLE IS DOWN, NO ONE HOME BS KK |
| 1774300 | MC DOWELL | 10/12/2007 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| | | | TALKED TO CUSTOMER HER PROBLEM |
| 1774300 | MC DOWELL, ANGELA | | FOUND MH BEHIND WAS EMPTY TOLD CUST THEIR PROBLEM |
| | | 5/28/2008 | BS GF BT ST |
| 1774300 | MC DOWELL, ANGELA | | CUSTOMER PROBLEM SOLVED, MANHOLE WENT DOWN TALKED |
| | | 1/29/2010 | TO CUSTOMER  JH |
| 1781202 | ERICA SUSSIX | 9/27/2007 | NO ONE HOME, OUR LINES ARE DOWN, M.H. IN THEIR BACK |
| 1784902 | ELLIS, TIFFANY | 8/19/2008 | YARD IS STORM DRAIN AND IT'S  HOLDING |
| 1789900 | BROOKS, HOWARD | 3/31/2006 | OUR LINES ARE DOWN, TALKED WITH CUSTOMER |
| 1789900 | BROOKS, HOWARD | 4/17/2006 | CUST PROBLEM |
| 1791702 | DOBBINS, FELECIA M | 1/23/2008 | CUST PROBLEM |
| 1818800 | RAY, FELECIA J | | THIS IS PRIVATE PROPERTY OUR MAIL LINES ARE DOWN OK |
| | | 2/17/2010 | CHECK LINE EVERYTHING IS OK NO ONE HOME-COULDN'T TALK |
| | | | TO CUSTOMER - CUST PROBLEM |

J - Indicates Pump Failure and/or Lack of Backup

| Account Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1207701 | BARKS, WILLIAM | | 9/24/2007 | |
| 1207701 | BARKS, WILLIAM | | 9/24/2007 J | VILLAGE PUMP IS OUT TALKED TO VILLAGE |
| 1247601 | THOMAS, RON | | 4/25/2008 J | CAHOKIA SERWER STATION OUT TALKED TO VILLAGE |
| 1255510 | HALL, VANITY C | | 4/14/2008 J | CAHOKIA PUMPS NOT TAKING OUR SEWAGE-EVERYTHING IS BACKED UP |
| 1269606 | MC DANIEL, CHAD | | 3/7/2011 J | PUMPED DOWN SYSTEM WITH 3" PUMP PUMP KICKING OUT |
| 1422600 | BRIDGEDALE CLEANERS | | 11/9/2010 J | BRIDGEDALE PUMP OUT-PULLED BACK RAGS TIGHTENED BELTS CAHNGED O-RING |
| 1514300 | TASSELLO, JERRY | | 4/21/2009 J | ALL LINES ARE BACKED UP BECAUSE THE VILLAGE STATION IS OUT |
| 1514300 | TASSELLO, JERRY | | 6/11/2008 J | VILLAGE OF CAHOKIA BACKING UP CALLED & THEY ARE CHECKING LIFT STATION |
| 1514300 | TASSELLO, JERRY | | 12/9/2008 J | VILLAGE PROBLEM PER RANDY |
| 1514300 | TASSELLO, JERRY | | 4/21/2009 J | VILLAGE PUMP OUT |
| 1585100 | HAYNES, LAWRENCE | | 5/18/2010 J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN |
| | | | | 51ST MARKET STATION DOWN WITH MAJOR PROBLEMS 5/17/10 STATION BACK IN OPERATION 5/18/10 |
| 1612205 | FAIRLEY, KAVEN | | 1/18/2011 J | #1 PUMP SHOT - SEALS ARE LEAKING BAD.  STATION FLOODED - TURNED OFF VALVE(TOP) PUT STATION ON #2 PUMP |
| 1612205 | FAIRLEY, KAVEN | | 2/3/2011 J | PUMP LOST PRIME REPRIMED PUMP |
| 1621101 | SPENCER | | 3/20/2008 J | PUMP OUT BLOWER LOCKED-UP REMOVED BLOWER - PUT ON JUMPER |
| 1621101 | SPENCER, JIM | | 4/10/2008 J | #2 BLOWER NOT PUMPING-SWITCHED OVER TO #1 BS - JR |
| 1676401 | VILLARD JR, ARTHUR | | 11/12/2009 J | 82ND & BELLEVIEW BLOWER KICKED OUT RESET, SHUT OFF 82ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 7/14/2010 J | PUMP STATION OUT NOW OK  JH BT FP BS |
| 1676401 | VILLARD JR, ARTHUR | | 11/30/2010 J | PUMP STATION OUT OF ORDER BECAUSE OF BROKEN BELT CUSTOMER NOT AT HOME |
| 1676401 | VILLARD JR, ARTHUR | | 1/11/2011 J | PUMP KICKED OUT ON 82ND & BELLEVIEW TURNED OFF 82 ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 3/3/2011 J | COMMONFILEDS SEWER BACKING UP PUMP KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 3/14/2006 J | BELLEVIEW |
| 1676401 | VILLARD JR, ARTHUR | | 5/2/2007 J | BLUFF OUT |
| 1679900 | EDMONDS, CLENDER | | 1/18/2007 J | CLINTON PUMP STATION OUT - BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 7/8/2009 J | PUMPS WERE OUT AT BOTH STATIONS 82ND & BELLEVILLE IS BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 5/18/2007 J | BLUFF OUT - PULLED BACK (RAGS) - TIGHTENED BELTS - CHANGED O-RINGS |
| 1698211 | CATHION, DARTINA | | 11/9/2010 J | PUMP OUT - BACK ON |
| 1748703 | WIGGINS, RESHEDA | | 5/6/2010 J | VILLAGE PUMP STATION OUT ....TALKED TO JIM WALL.  WM |
| 1748703 | WIGGINS, RESHEDA | | 5/18/2010 J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN |
| 1774300 | MC DOWELL, ANGELA | | 7/1/2010 J | PUMP WAS OUT DUE TO PROBLEM AT POLICE STATION - PUMP IS ON NOW |

C - Root Intrusion

| Account Numb | Customer Name | location | Date | | Service Order completed comment |
|---|---|---|---|---|---|
| 15718000 | OUR LADY OF THE SNOWS | 442 S DE MAZENOD DR | 1/13/2011 | C | CUT OUT ROOTS AND SCAP IN MAIN LINE IN ABOUT 3 SPOTS. |
| | | | | | BOILING OUT OF MAIN HOLE-JET TRUNK LINE-USED 4" CUTTER- |
| 1723201 | BROWN, HENRIETTA | | 6/2/2008 | C | PULLED OUT ROOTS STATION BACK ON FP BT ST  ST UNIT 9 |

B - Indicates Collapsed Pipe

| count Numb | Customer Name | location | Date | | Service Order completed comment |
|---|---|---|---|---|---|
| 1044700 | ST CLAIR CTY HOUSING AUTH | 610-616 S 46TH ST | 4/21/2010 | B | PUMPED DOWN TUDOR AVE AROUND SEWER BREAK EMERGENCY SANITARY SEWER REPAIR (MARCH 2010) |
| 1276704 | CONNERS, DENNIS | | 12/23/2010 | B | TALKED TO CUSTOMER CUSTOMER SAID SOMETHING NEED TO BE DONE BY COMPANY SAID HE WOULD TALK TO MANGER WAS NOT ABLE TO GIVE RELIEF |
| 1277801 | JENNINGS, CAROL | | 2/22/2123 | B | REPAIRED LATERAL |
| 1326600 | JONES, MONICA | | 2/19/2008 | B | REMOVED CLAY LATERAL, REPLACED WITH PVC SCH 35 |
| 1654601 | FUSE, LEADIE | | 6/14/2010 | B | PUMPED DOWN AROUND SEWER BREAK JH ST |
| 1662700 | LEONARD, WASH | | 5/5/2008 | B | pumped line at 200-202 a north 63rd. RUN 350FT DISCHARGE LINE TO NEXT MANHOLE. PUMPED ONLY 10 MIN REPAIRED 3 INCH PUMP REPLACED WARE PLATE, FLAPPER VALVE, INSTALLED DIFFERENT SUCTION LINE. PUMPED DOWN TO CHANNEL ST GF |
| | | CHURCH ROAD | Nov 2008 | B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | 300 BLK MOUSETTE LANE | MAY 2008 | B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | FEB 2010 | B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JUNE 2010 | B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JULY 2010 | B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |

Exhibit 7

W 1630300005 /ST Clair
Kate Centreville /Centreville Cnty
FOS

USEPA order Pretreatment,
Environmental Justice
Community Revitalization Council

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

Miles, Jim

| | |
|---|---|
| **From:** | Stitely, Joe |
| **Sent:** | Tuesday, January 28, 2020 5:47 PM |
| **To:** | Miles, Jim |
| **Cc:** | Sanders, Gregg; Caughman, Wayne; Rosenblum, Fred |
| **Subject:** | Commonfield of Cahokia & Centerville/Alorton Collection System Meeting |

MAR 2 0 2020

**REVIEWER: MED**

Yesterday (01/27/20), Wayne Caughman, Gregg Sanders, and I met with Dennis Traiteur, Manager for Commonfield of Cahokia Water & Sewer District, and La Mar Gentry, Administrator for the Village of Alorton and Centerville. The purpose of the meeting was to discuss issues related to the collection system problems, including SSO's, in their communities.

Commonfield of Cahokia Collection System - The system currently has 27 lift stations in the collection system. According to Traiteur, the system has at least 12 lift stations that are desperately in need of renovation. Multiple stations only have one pump operational and seven of the stations are operated by a single temporary submersible pump (original pumps are non-operational). The collection system is mostly 8-inch concrete main with severe infiltration and inflow (I & I) issues. We discussed the need to reduce I & I in the collection system. I asked about possibly raising or sealing manholes. Traiteur indicated sealing manholes would possibly cause flooding issues. The area has significant issues with the management of stormwater.

Currently, sewage from 732 Commonfield customers discharge into the East St. Louis collection system while 976 customers discharge to Cahokia. There are not any main interceptors conveying wastewater into the East St. Louis collection system. There are seven entry points from the Commonfield collection system into the East St. Louis collection system. According to Traiteur, most of the sewer backup issues are related to the areas that report to East St. Louis. It should be noted that the East St. Louis collection system has three CSO outfalls. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Commonfield cannot be discharged to East St. Louis. Therefore, they are forced to shut their pump stations down. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. We discussed their inspection and routine maintenance of their collection system. Currently, the system does not have a program due to staffing issues. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

Centerville/Alorton: The Centerville/Alorton collection system currently has 10 lift stations. According to the information provided by Gentry, Centerville owns eight. Of the eight, four stations are not operational. Three of them are being pumped via bypass pumping and the other station is going out for bid for new pumps and control panel. The collection system is mostly 8-inch and 10-inch PVC main with severe infiltration and inflow (I & I) issues. Sewage from Alorton is discharged to the Centerville collection system. Part of the sewage from Centerville is discharged to the East St. Louis collection system and part of the sewage does to the Cahokia Lift station. Gentry estimated that there are 4-5 entry points into the East St. Louis collection system. He indicated that most of the backup issues are related to the areas that report to East St. Louis system. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Centerville cannot be discharged to East St. Louis. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. The collection system area has significant issues with the management of stormwater. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

We also stopped by Hurst-Roushe, Inc., engineering consultant for Commonfield of Cahokia, Alorton, Centerville, and East St. Louis. We requested a map identifying the specific locations where for Commonfield

1

**Illinois EPA FOIA Exemption Reference Sheet**

SID:   35850

Agency ID: 170002064986                    Media File Type: WATER
Bureau ID: W1630300005
Site Name: Centreville City of
Site Address1: 5800 Bond Ave
Site Address2:
Site City: Centreville                    State: IL      Zip: 62207-

# This record has been determined to be partially or wholly exempt from public disclosure

# Exemption Type:

# Redaction

**Exempt Doc #: 24**        **Document Date:** 1 /28/2020        Staff:   MED

**Document Description:** EMAIL: STITELY TO MILES PAGE 2

Category ID: 01    Category Description:    FIELD OPERATIONS/INSPECTIONS        Exempt Type:   Redaction
Permit ID:                                               Date of Determination:        3 /20/2020

of Cahokia, Alorton, and Centerville discharge into the East St. Louis collection system.  They indicated that they would work on it and send it to us when it is completed.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

**Card 1 (top left):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

n Kim, Director
nois Environmental Protection Agency
21 North Grand Avenue East
). Box 19276
ingfield, IL 62794-9276

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
If YES, enter delivery address below:    □ No

Illinois...
1021 North Grand Avenue East
Post Office Box 19276
Springfield, Illinois 62794-9276

APR 28 2021

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
(over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4540 53

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4327

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Card 2 (top right):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ristopher Belt, Superintendent
mmonfields of Cahokia Public Water District
25 Mousette Lane
st St. Louis, IL 62206

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X CFRreITI C19
□ Agent
□ Addressee

B. Received by (Printed Name)    C. Date of Deliv
CF Rrerri C19    4-30-202

D. Is delivery address different from item 1?    □ Yes
YES, enter delivery address below:    □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery ($500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4547 56

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4358

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Rece

**Card 3 (bottom left):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
If YES, enter delivery address below:    □ No

RECEIVED
MAY - 3 2021
Office Of The Attorney General
Office Ser...

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery Restricted Delivery
Insured Mail Restricted Delivery
(over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4540 77

2. Article Number (Transfer from service l...)
7020 2450 0000 2158 4273

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return

**Card 4 (bottom right):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

jay Sofat, Chief, Bureau of Water
ois Environmental Protection Agency
21 North Grand Avenue East
). Box 19276
ringfield, IL 62794-9276

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Address

B. Received by (Printed Name)    C. Date of Deliv

Illinois Environmental Protection Agency    □ Yes
1021 North Grand Avenue East    □ No
Post Office Box 19276
Springfield, Illinois 62794-9276

APR 29 2021

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

9590 9402 6070 0125 4540 60

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4...

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Rece

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ennis Traiteur, Manager
mmonfields of Cahokia Public Water District
25 Mousette Lane
st St. Louis, IL 62206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CF QтеМ1 C19   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CF QтеМ1 C19   4-30-2021

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

||||| 9590 9402 6070 0125 4547 63

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _d Mail
☐ _d Mail Restricted Delivery
($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4341

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

eryl L. Newton, Acting Regional Administrator
. Environmental Protection Agency, Region 5
W. Jackson Blvd.
icago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Deli
Adriana Motley

D. Is delivery address different from item 1?   ☐ Yes
☐ No

||||| 9590 9402 6070 0125 4547 70

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _d Mail
☐ _d Mail Restricted Delivery
($500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Re_ Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4334

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Re

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED MAY 0 3 2021

_very address different from item 1?   ☐ Yes
, enter delivery address below:   ☐ No

||||| 9590 9402 6070 0125 4547 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _d Mail
☐ _d Mail Restricted Delivery
($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 2450 0000 2158 4365

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Exhibit 2



October 6, 2021

BY CERTIFIED MAIL

Attn:
Brian Funk
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road – Fourth Floor
Northbrook, IL 60062

Mayor Curtis McCall, Sr.
103 Main Street
Cahokia, IL 62206

      Re: Notice of Intent to Sue for Violations of the Clean Water Act

Dear Mayor McCall:

      As you know, on April 23, 2021, on behalf of Centreville Citizens for Change, we sent the attached 60-day notice of intent to sue for violations of the Clean Water Act ("Notice Letter") to Commonfields of Cahokia Public Water District ("Commonfields"). The Notice Letter is enclosed as Attachment 1 and incorporated in this letter in full. The Notice Letter details Commonfields' ongoing discharges of raw sewage from its sanitary sewer system in the area of Cahokia Heights, Illinois formerly known as Centreville into waters of the United States without a permit in violation of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a). The Notice Letter was sent by certified mail to all the requisite people, including Dennis Traiteur, the manager of Commonfields' system at that time. On July 20, 2021, after more than 60 days had passed, Centreville Citizens of Change brought suit against Commonfields for these violations of the Clean Water Act, in case number 3:21-cv-00842-DWD in the United States District Court for the Southern District of Illinois.

      We understand that Commonfields is pursuing a dissolution process and that Cahokia Heights is the successor-in-interest to Commonfields. As successor-in-interest, Cahokia Heights will take on the assets, liabilities, and duties of Commonfields, including Clean Water Act liabilities. Although the formal dissolution process as outlined in Illinois law is incomplete, as set out more fully below, Cahokia Heights has functionally taken responsibility for Commonfields' system. We intend to add Cahokia Heights as a defendant for the Clean Water Act claims in the ongoing Clean Water Act suit.

Accordingly, if Cahokia Heights fails to remedy the violations of the Clean Water Act and the root causes of the violations described in Attachment 1 and this letter within 60 days, Centreville Citizens for Change intends to bring suit against Cahokia Heights in the United States District Court for the Southern District of Illinois to secure appropriate relief for these violations. *See* 33 U.S.C. § 1365(a)(1).

I.    **Dissolution of a Public Water District in Illinois**

On December 9, 2020, Commonfields initiated a dissolution process pursuant to 70 ILCS 3705/29. Pursuant to the first step of the dissolution process, in 70 ILCS 3705/30, Commonfields petitioned the circuit court of St. Clair County for an order to submit to the voters the question of whether Commonfields should be dissolved. 70 ILCS 3705/30. According to that petition, the Commonfields Board of Trustees passed a resolution calling for the dissolution of Commonfields. *Id*. On January 7, 2021, the Circuit Court held a hearing, determined that Commonfields' dissolution would not adversely affect the public interest, and ordered that the question of whether to dissolve Commonfields would be submitted to the election being held on April 6, 2021. 70 ILCS 3705/31-32. The Circuit Court recognized that if the dissolution occurred, Commonfields' services "will be taken over by the newly formed City of Cahokia Heights." The paperwork for these first steps of dissolution is enclosed as Attachment 2.

While the voters did vote to dissolve Commonfields on April 6, 2021, Commonfields has not completed the additional required steps for the dissolution. Specifically, pursuant to the process set out in 70 ILCS 3705/33-34, the final, post-election steps in dissolution require: 1) the dissolving public water district to close up its affairs, including selling all assets and equipment and paying all debts and obligations (70 ILCS 3705/33); 2) the board of trustees of a dissolving public water district to file a statement of closing transactions with the Circuit Court (70 ILCS 3705/34); and 3) the Circuit Court, if it approves the statement, to issue an order dissolving the district (70 ILCS 3705/34). Only "[u]pon issuance of such order," does the board of trustees and officers of the district "cease to have any power or authority." 70 ILCS 3705/34.

On June 8, 2021, when Mayor McCall, the former Board Chair of Commonfields, attended a Centreville Citizens for Change Meeting, he noted that the Board of Commonfields had taken some action with respect to Commonfields dissolution on the previous day,[1] and that

---

[1] Documents later provided by Cahokia Heights to the United States Environmental Protection Agency show that on June 7, 2021 – the day that Mayor McCall referenced – the Board of Commonfields passed a resolution regarding Cahokia Heights' assumption of Commonfields' debts and liabilities. *See* Agreement by and between the Village of Sauget, Illinois ("Sauget") and the City of Cahokia Heights, Illinois ("Cahokia Heights"), *available at* https://www.epa.gov/system/files/other-files/2021-08/cahokia-heights_308-response_redacted.zip (follow "Cahokia Heights_308 Response_B2-3_B9-11_20210721_Redacted.pdf" at pg. 101).

something would be filed in court later that week. However, to our knowledge, no documents were filed that week and no documents have been filed in court since that time. Prior to his comments on June 8, 2021, Mayor McCall had indicated that the dissolution process would take several months and up to one year.[2] As of the date of this letter, based on our review of the Circuit Court records, the post-election steps required to complete dissolution have not been finished. Specifically, there are no court documents indicating that the Board of Commonfields filed a statement of closing transactions with the Circuit Court, or that the Circuit Court approved of such statement and issued an order dissolving the district, as required by 70 ILCS 3705/34.

Regardless of the status of the dissolution, Cahokia Heights has functionally assumed the responsibilities and liabilities of Commonfields. For example, Cahokia Heights has provided information about sanitary sewer overflows from Commonfields' system to the U.S. EPA,[3] and Cahokia Heights has agreed to be bound by a U.S. EPA Administrative Order on Consent regarding the system formerly operated by Commonfields[4]. Additionally, Dennis Traiteur, the former manager of Commonfields' system, is now the general manager of Cahokia Heights' system and on Cahokia Heights' payroll.[5] We do not know when, or if, Commonfields will complete the statutorily defined process for dissolution, in light of Cahokia Heights assuming the responsibilities and liabilities of Commonfields' system.

## II.   Additional Sanitary Sewage Overflows at North 82nd Street

The sanitary sewer system formerly operated by Commonfields – for which Cahokia Heights is assuming all duties, responsibilities, and liabilities of – has violated and continues to violate 33 U.S.C. § 1311(a) of the Clean Water Act. Violations that continuously occurred along

---

[2] DeAsia Paige, *Future Mayor Tells What's Next for Newest Illinois City*, U.S. NEWS, Apr. 25, 2021, https://www.usnews.com/news/best-states/illinois/articles/2021-04-25/future-mayor-tells-whats-next-for-newest-illinois-city.

[3] Documentation available at https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

[4] *See In the Matter of Cahokia Height*, Administrative Order on Consent Under Section 309(a) of the Clean Water Act, 33 U.S.C. 1319(a), Aug. 16, 2021, https://www.epa.gov/system/files/documents/2021-08/iln000019_cahokia-heights_aocltr-and-aoc_20210816.pdf.

[5] See the "Organizational Structure for Water and Sewer Department" provided by Cahokia Heights to the U.S. EPA and available at https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows (following the path of "City of Cahokia Heights CWA 308 Information Request Response (Redacted)" to the document titled, "Cahokia Heights_308 Response_B2-3_B9-11_20210721"). *See also* Steve Korris, *One of State's Poorest Communities Pays Workers Up to Four Times More than Average Resident*, MADISON-ST. CLAIR RECORD, Aug. 11, 2021, https://madisonrecord.com/stories/606545020-one-of-state-s-poorest-communities-pays-workers-up-to-four-times-more-than-average-resident.

North 82nd Street for the five years prior to April 23, 2021, are described in Attachment 1 and incorporated herein.

As described in Attachment 1, the violations of the Clean Water Act along North 82nd Street have occurred on a nearly daily basis for years. Indeed, on April 24, 2021, the day after Centreville Citizens for Change sent the notice letter in Attachment 1 to Commonfields and relevant agencies, a member of Centreville Citizens for Change observed sewage discharging at the North 82nd Street SSO.

Recently, Cahokia Heights reported[6] to the United States Environmental Protection Agency that sanitary sewer overflows along North 82nd Street occurred on the following dates:

- March 1, 2021
- March 17, 2021
- April 7, 2021 – April 14, 2021 (for a duration of 150 hours)
- July 15, 2021
- July 26, 2021

Commonfields also reported additional sanitary sewer overflows along North 82nd Street to the United State Environmental Protection Agency[7] on the following dates:

- February 27, 2021
- February 28, 2021
- March 1, 2021
- March 2, 2021
- March 3, 2021
- March 17, 2021
- March 18, 2021
- March 19, 2021
- March 22, 2021
- March 23, 2021
- March 24, 2021
- March 25, 2021
- March 26, 2021
- March 29, 2021
- March 30, 2021
- March 31, 2021

---

[6] Documentation available, as "City of Cahokia CWA 308 Information Request Response," at https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

[7] Documentation available, as "City of Cahokia CWA 308 Information Request Response," at https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

- April 1, 2021
- April 8, 2021
- April 9, 2021
- April 12, 2021
- April 13, 2021
- April 14, 2021
- April 26, 2021

Until the system-wide infrastructure problems are fixed, these discharges will continue.

### III.   Identity and Address of Party Giving Notice

The party giving notice is as follows:

Centreville Citizens for Change
8429 Bluff Street
Centreville, Illinois 62203
(618) 207-2064

Centreville Citizens for Change is represented by the legal counsel identified below:

Earthjustice
Debbie Musiker Chizewer
(773) 484-3077
dchizewer@earthjustice.org
Mary Rock
(312) 800-8336
mrock@earthjustice.org
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
(202) 667-4500
asewell@earthjustice.org
1001 G Street, NW, Suite 1000
Washington, DC 20001

### IV.   Conclusion

This letter, including the fully incorporated attachments, provides notice of Centreville Citizens for Change's intent to pursue a federal enforcement action against Cahokia Heights under the authority of the Clean Water Act's citizen-suit provision, 33 U.S.C. § 1365(a), to secure appropriate relief for these violations. Centreville Citizens for Change seeks an end to the

5

sewage pollution that plagues their homes, health, and the waters surrounding their community by securing long-term compliance with applicable law.

This notice letter, including the fully incorporated attachments, is based on publicly available information, information obtained through requests made pursuant to the Illinois Freedom of Information Act, 5 ILCS 140, and the observations and experiences of members of Centreville Citizens for Change. This letter addresses publicly identifiable violations occurring within five years immediately preceding the date of this notice letter. Additional information, including information in Cahokia Heights' possession, may reveal additional violations.

If you have any questions concerning this letter or the described violations, please contact the undersigned counsel.

Sincerely,

Debbie Musiker Chizewer
dchizewer@earthjustice.org
(773) 484-3077
Mary Rock
mrock@earthjustice.org
(312) 800-8336
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
asewell@earthjustice.org
(202) 667-4500
1001 G Street, NW, Suite 1000
Washington, DC 20001

*Legal Counsel for:*
Centreville Citizens for Change
(618) 207-2064
8429 Bluff Street
Centreville, Illinois 62203

CC:

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

Cheryl L. Newton, Acting Regional Administrator
U.S. Environmental Protection Agency, Region 5
77 W. Jackson Blvd.
Chicago, IL 60604

John Kim, Director
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Sanjay Sofat, Chief, Bureau of Water
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

Dennis Traiteur, General Manager
Lynn Branson Matchingtouch, Director
City of Cahokia Heights Water and Sewer Department
900 Upper Cahokia Rd.
Cahokia, IL 62206

Attachment 1



April 23, 2021

BY CERTIFIED MAIL

Attn:
Dennis Traiteur, Manager
Christopher Belt, Superintendent
Commonfields of Cahokia Public Water District
2525 Mousette Lane
East St. Louis, IL 62206

**RE: 60-Day Notice of Intent to Sue for Violations of the Clean Water Act**

To Whom It May Concern:

On behalf of Centreville Citizens for Change, we hereby notify Commonfields of Cahokia Public Water District ("Commonfields") that Centreville Citizens for Change intends to commence a civil action under Section 505 of the Clean Water Act, 33 U.S.C. § 1365 for violations of the Clean Water Act, 33 U.S.C. § 1251, *et seq.*

For the past five years – and long before – Commonfields has been discharging raw sewage from its sanitary sewer system in the community of Centreville, Illinois into waters that flow into the Mississippi River and its tributaries. Specifically, Commonfields discharges wastewater and sewage from a ditch, manhole, and/or pipe on the block of North 82nd Street between North 80th Street and Bluff Street, a residential area. These discharges originate near a lift station that has a history of operations and maintenance issues, and they flow to Canal #1 and Harding Ditch, tributaries to the Mississippi River. These discharges are all unpermitted, and they are violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

Members of Centreville Citizens for Change, a community organization made up of residents of the predominantly Black community of Centreville, have lived with this raw sewage problem for years, in addition to other sewage infrastructure problems and backups. Centreville Citizens for Change advocates for solutions to the sewage pollution, as well as chronic flooding problems, in the community.

If Commonfields fails to remedy violations of the Clean Water Act and the root causes of the violations described herein within 60 days, Centreville Citizens for Change intends to file suit against Commonfields in the United States District Court for the Southern District of Illinois to secure appropriate relief for these violations. *See* 33 U.S.C. § 1365(a)(1).

I.     **Factual Background**

A.  **Commonfields operates a poorly maintained municipal sanitary sewer system.**

Commonfields is a public water district[1] that owns and operates a municipal sanitary sewer system in portions of Cahokia Heights, Centreville Township, and unincorporated St. Clair County. Prior to a recently approved merger, the municipality now known as Cahokia Heights was three separate municipalities—the City of Centreville, the Village of Alorton, and the Village of Cahokia.[2]

Commonfields' system contains more than 40 miles of gravity sewers ranging in size from 8 to 18 inches in diameter, more than 3,000 feet of force mains, more than 900 manholes, and 27 lift stations.[3] Lift stations (also referred to as pump stations) are pumps that move wastewater from lower elevations to higher elevations in a sewer system when gravity would not otherwise move the flow.

Commonfields' system allows severe inflow and infiltration problems, meaning stormwater or groundwater routinely enters the system through manholes, broken pipes, or other means, overwhelming its capacity and causing overflows and other problems such as sink holes.[4]

A report of the status of Commonfields' 27 lift stations, obtained from a Freedom of Information Act request sent to the Illinois Environmental Protection Agency ("Illinois EPA"), describes 13 stations with major functional problems.[5] One such lift station is at North 82nd Street and Bluff Avenue. The status report of lift stations identifies the North 82nd Street and Bluff Avenue lift station as one that "floods."[6] The station has a history of operations and maintenance issues, and it was operated manually until recently.[7] When the U.S. Environmental Protection Agency ("U.S. EPA") inspected this station on January 26, 2021, the electrical panel

---

[1] *See* Public Water District Act, 70 ILL. COMP. STAT. 3705/1 *et seq.*

[2] *See* DeAsia Paige, *Voters Approved the Creation of a New Town in Southwestern Illinois. Now What Happens?*, BELLEVILLE NEWS-DEMOCRAT (Nov. 7, 2020), https://www.bnd.com/news/local/article247001947.html.

[3] *See* U.S. Environmental Protection Agency Region 5, Commonfields of Cahokia – SSO Recon Inspection Trip Report at 1 (Jan. 26, 2021) (hereinafter "EPA January 2021 Inspection Report"), *available at* https://www.epa.gov/il/communities-east-st-louis-area-and-sanitary-sewer-overflows.

[4] *See, e.g.*, Illinois Environmental Protection Agency, Violation Notice: Commonfields of Cahokia Sewer District, Violation Notice No. W-2020-50179, at Attachment A (Sept. 30, 2020) (attached as Ex. 1) (hereinafter "IEPA 2020 Violation Notice") (identifying "severe inflow and infiltration" in Commonfields' system).

[5] Pump Station Information, Commonfields of Cahokia Public Water District (attached as Ex. 2) (describing the status of 4 as "poor condition," 1 as "abandoned," and 8 as either "station floods" or "temporary submersible," or both, meaning the station is using temporary submersible pumps).

[6] *Id.*

[7] EPA January 2021 Inspection Report at 3.

was uncovered, indicating poor maintenance.[8] As a U.S. EPA inspection report noted, "there appears to be a general lack of maintenance in the system."[9]

Lift station failures, infiltration, and other system-wide infrastructure problems can lead to backups and sanitary sewer overflows ("SSOs"). SSOs involve the discharge of raw or inadequately treated sewage, and SSOs can contaminate waters, causing serious water quality problems, and back-up into homes, causing property damage, and threatening public health.[10]

Sewage discharges in Commonfields' system are frequent. In at least one recent nine-month period of time, sewage backups occurred at multiple addresses within Commonfields' service area in every single month.[11] Toilet paper debris in ditches and surrounding manholes often marks where a discharge has occurred, including on North 82nd Street.[12]

### B. Sewage pollution threatens the environment, public health, and human dignity.

Commonfields' sewage system failures threaten the environment, public health, and the dignity of members of Centreville Citizens for Change. Commonfields' unpermitted discharges of raw sewage contaminate waterways in Centreville, including tributaries to the Mississippi River called Canal #1 and Harding Ditch. SSOs contain pollutants such as oxygen depleting substances, microbial pathogens, and nutrients.[13] Raw sewage is a source of fecal coliform pollution in waters.[14] In fact, unsafe levels of fecal coliform have been detected in Harding Ditch,[15] which has a designated use of primary contact recreation under the Clean Water Act,[16] meaning that it is supposed to be clean enough for recreational activities such as swimming.

---

[8] *Id*.

[9] U.S. Environmental Protection Agency Region 5, February 24, 2021 and February 25, 2021 SSO Reconnaissance Inspection Report at 35 (March 22, 2021) (hereinafter "EPA February 2021 Inspection Report"), *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_commonfields_of_cahokia_sso_reconinspection20210224-20210225_inspreport_20210322.pdf.

[10] U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs) https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

[11] *See* Commonfields of Cahokia Public Water District Service Order List – by Due Date, Dates 5/16/2019 – 2/19/2020 (attached as Ex. 3) (hereinafter "Commonfields 2019 – 2020 Service Order List").

[12] *See* EPA February 2021 Inspection Report at 2, 6, 17, 18, 20.

[13] U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 4-2 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[14] *See, e.g.*, U.S. Environmental Protection Agency, Recreational Water Quality Criteria at 34 (2012), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/rwqc2012.pdf.

[15] Illinois Environmental Protection Agency, Cahokia Canal Watershed TMDL Report at 5-1 – 5-2 (August 2009), *available at* https://www2.illinois.gov/epa/Documents/iepa/water-quality/watershed-management/tmdls/reports/cahokia-canal/final-report.pdf.

[16] *Id*. at 4-2.

The sewage system failures pose grave health risks to the residents of Centreville. Raw sewage includes many different kinds of pathogens, including bacteria (such as *E. coli*), viruses (such as Adenovirus and Enterovirus), and parasites (such as *Giardia* and parasitic worms like hookworm).[17] In addition to potential exposures through aquatic recreation or contaminated drinking water, humans can be exposed to these pathogens through skin contact or inhalation of pathogens in wastewater in streets or lawns, with various resulting ailments and illnesses such as diarrhea, vomiting, pneumonia, and hepatitis.[18] Moreover, the many mosquitoes attracted to the pools and ditches full of standing wastewater throughout Centreville can transmit pathogens that may cause a variety of diseases in humans.[19]

Commonfields' SSOs also damage members of Centreville Citizens for Change's enjoyment of their homes. Because of Commonfields' poor operation of the sewage system, sewage bubbles out of manholes, runs down neighborhood roadside ditches, and spreads throughout entire neighborhoods during frequent severe floods. Members of Centreville Citizens for Change have endured the smell of that raw sewage and have been unable to enjoy recreational activities such as gardening and entertaining friends or family in their yards.

### C. Centreville Citizens for Change advocates for an end to Commonfields' sewage pollution.

Centreville Citizens for Change advocates for solutions to the chronic flooding and sewage pollution in the part of Cahokia Heights formerly known as Centreville, where most of its members live. Centreville Citizens for Change is pursuing long-lasting, equitable reforms for the community that will allow residents to live free from raw sewage exposure and routine floods.

Centreville Citizens for Change sends this notice only after repeated attempts to persuade local and state leaders to protect their community from Commonfields' sewage pollution. For at least the past decade, residents also complained of the sewage pollution to authorities, including the Illinois EPA. On July 17, 2020, Centreville Citizens for Change submitted an "informal complaint" to the Illinois Pollution Control Board pursuant to 415 ILCS

---

[17] *See, e.g.*, U.S. EPA, Report to Congress on Impacts and Control of Combined Sewer Overflows and Sanitary Sewer Overflows Fact Sheet at 6-2 – 6-4 (August 2004), *available at* https://www.epa.gov/sites/production/files/2015-10/documents/csossortc2004_full.pdf.

[18] *Id*. at 6-8 – 6-14; *see also* National Association of Local Boards of Health, *Local Board of Health Guide to On-Site Wastewater Treatment Systems* at 10 (2006), https://www.cdc.gov/nceh/ehs/docs/onsite_wastewater_nalboh.pdf (last visited April 23, 2021).

[19] U.S. Environmental Protection Agency, Joint Statement on Mosquito Control in the United States (September 2012), https://www.epa.gov/mosquitocontrol/joint-statement-mosquito-control-united-states#diseases (hereinafter "Diseases Transmitted by Mosquitos") (last visited April 23, 2021); Illinois Department of Public Health, Mosquitoes and Disease, https://www.dph.illinois.gov/topics-services/environmental-health-protection/structural-pest-control/mosquitoes-disease (last visited April 23, 2021).

5/30, requesting that Illinois EPA investigate Commonfields. Then, Centreville Citizens for Change shared their concerns and provided this informal complaint and documentation of Commonfields' violations of state and federal law to the U.S. EPA on July 24, 2020, and to the Governor of Illinois on August 18, 2020.

Although some agencies have started to investigate Commonfields, the violations of the Clean Water Act remain ongoing and no agency is diligently prosecuting a civil or criminal action in court to require compliance with the Clean Water Act, 33 U.S.C. § 1365(b)(1)(B).

## II.      Legal Background

The Clean Water Act prohibits all discharges of pollutants to waters of the United States absent a permit. 33 U.S.C. § 1311(a). Sewage and municipal waste are pollutants. *Id.* § 1362(6). The Act defines the term "discharge of pollutants" as any addition of any pollutant to navigable waters from any point source, *id.* § 1362(12), and the term "point source" includes "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit . . . from which pollutants are or may be discharged," *id.* § 1362(14).[20]

SSOs that reach waters of the United States are point source discharges and, like other point source discharges from municipal sanitary sewer systems, are prohibited unless authorized by a National Pollution Discharge Elimination System ("NPDES") permit under section 402 of the Act, *id.* §1342.[21]

Section 505 of the Clean Water Act allows citizens to enforce the Act to ensure compliance with its provisions. *Id.* § 1365. In addition to attorneys' fees and litigation costs, civil penalties up to $55,800 per day for each violation may be imposed. *Id.* § 1319(d); 40 C.F.R. § 19.4 Table 1.

## III.     Violations

Commonfields has violated and is continuing to violate the Clean Water Act, 33 U.S.C. § 1311, by discharging sewage from its sewer system into waters of the United States without a permit. For more than a decade, Commonfields has discharged raw sewage from a ditch, pipe, and/or a manhole on the block of North 82nd Street between North 80th Street and Bluff Street into waters of the United States. Sewage is a pollutant, *id.* § 1362(6); ditches, pipes, and manholes are point sources, *id.* § 1362(14); and the discharges travel from a ditch in a residential area to Canal #1, then Harding Ditch, and ultimately the Mississippi River, all of which are waters of the United States, *id.* § 1362(7). The discharge is continuing and likely to continue.

---

[20] A point source "need not be the original source of the pollutant; it need only convey the pollutant to 'navigable waters.'" *S. Fla. Water Mgmt. Dist. v. Miccosukee Tribe of Indians*, 541 U.S. 95, 105 (2004); *see also W. Va. Highlands Conservancy v. Huffman*, 625 F.3d 159, 168 (4th Cir. 2010).

[21] *Id.*; U.S. Environmental Protection Agency, Sanitary Sewer Overflows (SSOs), https://www.epa.gov/npdes/sanitary-sewer-overflows-ssos (last visited April 23, 2021).

Commonfields does not hold a NPDES permit authorizing discharges of sanitary sewage or combined sewer overflows under the Clean Water Act.

North 82nd Street is in a residential neighborhood of the (former) City of Centreville. Commonfields' discharges of large volumes of raw sewage flow through a ditch that runs along the front and west sides of a residence on North 82nd Street before continuing into Canal #1 near North 80th Street and then Harding Ditch.[22] Recent testing for fecal coliform from the raw sewage ditch showed levels 97 times higher than Illinois' water quality standard for fecal coliform.[23] As depicted in Figures 1-3, below, the discharge is not a mere trickle, but a fast-flowing stream of sewage that, at times, leaves a trail of toilet paper debris.[24] The discharges at North 82nd Street are presently ongoing, and they will continue into the future unless the Clean Water Act violations are remedied.

The violations of the Clean Water Act along North 82nd Street have occurred on a nearly daily basis for years.[25] For example, a non-exclusive list of discharges documented within the last five years includes:

| Date of discharge | Documentation of discharge |
| --- | --- |
| July 18, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[26] |
| December 28, 2016 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[27] |
| June 19, 2017 | A Commonfields work order noted a discharge from the manhole cover at North 82nd Street.[28] |
| May 23, 2018 | The East Side Health District noted a discharge from the manhole at North 82nd Street and, in an email, described it as "shooting water with surfactant."[29] |

---

[22] EPA January 2021 Inspection Report at 2; *see also* EPA February 2021 Inspection Report at 6-16 (documenting the discharge flowing from 82nd Street to waters of the U.S. with a series of photographs).
[23] EPA February 2021 Inspection Report at Attachment A; 35 Ill. Adm. Code § 302.209.
[24] EPA February 2021 Inspection Report at 2, 6.
[25] *See, e.g.,* EPA January 2021 Inspection Report at 1 (noting 7 specific discharges that occurred prior to the U.S. EPA's January 26, 2021 inspection).
[26] EPA January 2021 Inspection Report at A-1.
[27] EPA January 2021 Inspection Report at A-2.
[28] EPA January 2021 Inspection Report at A-3.
[29] EPA January 2021 Inspection Report at A-4.

| March 19, 2019 | A researcher from Williams College photographed sewage discharging at North 82nd Street during dry weather conditions. |
| June 26, 2019 | Anna Sewell photographed sewage discharging at North 82nd Street during dry weather conditions. (See photograph below.) |
| August 23, 2019 | An employee of Illinois American Water noted multiple sewage discharges to a ditch at North 82nd Street in an email to the Illinois EPA.[30] |
| August 5, 2020 | The Illinois EPA photographed sewage discharging from a cleanout[31] on North 82nd Street,[32] and the Illinois EPA documented this discharge in a Notice of Violation sent to Commonfields on September 30, 2020.[33] |
| August 26, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[34] |
| September 9, 2020 | The Illinois EPA documented a sewage discharge from a cleanout at North 82nd Street in a Notice of Violation sent to Commonfields on September 30, 2020.[35] |
| February 18, 2020 | The news source St. Louis Post-Dispatch documented, by video, water "stream[ing] out" from a sewer on North 82nd Street.[36] |

---

[30] Email from Ian Rischmiller, Illinois American Water, to James Blessman, Illinois EPA (August 23, 2019) (attached as Ex. 4). The email correspondence notes, "[t]here's been a recurring problem in this area."

[31] A cleanout is a vertical pipe from (underground) lateral sewers to the surface.

[32] EPA January 2021 Inspection Report at A-5, A-6.

[33] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[34] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[35] EPA January 2021 Inspection Report at A-9; *see also* IEPA 2020 Violation Notice, Attachment A at 1.

[36] Michele Munz & Christian Gooden, *Wastewater Streaming Out of Broken Pipe*, St. Louis Post Dispatch (February 18, 2020), https://www.stltoday.com/wastewater-streaming-out-of-broken-pipe/video_22c828ec-085f-5718-b54a-4ae90f257477.html (noting, also, that the wastewater has been discharging from that site "for years despite complaints").

| February 20, 2020 | The news source Fox 2 Now documented, including by video, water discharging from the cleanout at North 82nd Street.[37] |
| January 25, 2021 | A member of Centreville Citizens for Change observed a cleanout on North 82nd Street overflowing with raw sewage, and his observation was relayed to the Illinois EPA by email on January 26, 2021. |
| January 26, 2021 | Inspectors with the U.S. EPA observed raw sewage flowing from that point into the ditch that ultimately flows to the Mississippi River.[38]<br><br>On the same day, a member of Centreville Citizens for Change videotaped the discharge. (See still photograph of video below.) |
| February 24, 2021 | Inspectors with the U.S. EPA observed wastewater discharging from the SSO location on North 82nd Street.[39] |
| March 30, 2021 | Nicole Nelson videotaped sewage discharging at North 82nd Street. (See still photograph of video below.) |

---

[37] Blair Ledet, *Centreville Residents Bring Attention to Chronic Flooding and Sewer Issues*, FOX2 NOW (February 20, 2020), https://fox2now.com/news/illinois/centreville-residents-bring-attention-to-chronic-flooding-and-sewer-issues/.

[38] EPA January 2021 Inspection Report at 2.

[39] EPA February 2021 Inspection Report at 2.



Figures 1-3: Dry weather sanitary sewer overflow at North 82nd Street in Centreville, Illinois on June 26, 2019; January 26, 2021, and March 30, 2021, respectively, from left to right.

Sewage discharges have been occurring at the North 82nd Street location for many years prior to the last five years, and Commonfields has known about the fountain of sewage since at least 2010. For example, on July 26, 2010, the Illinois EPA documented a complaint regarding the above-mentioned ongoing sewage overflow at North 82nd Street, which it described, at the time, as "occurring periodically over the past 2-3 years."[40] The Illinois EPA collected a water sample from the ditch between the two homes where this discharge flows, and the water sample notes indicate a "high flow rate."[41] The Illinois EPA also contacted Commonfields, which was aware of the discharge.[42]

With the exception of four instances in 2013, Commonfields has failed to notify the Illinois EPA, the local health department, or the public of the discharge. Centreville Citizens for Change has reason to believe there may have been many other instances of violations; a Commonfields document obtained through the Illinois Freedom of Information Act states,

---

[40] Illinois Environmental Protection Agency, Water Pollution Control Local Complaints, at 1 (July 26, 2010) (attached as Ex. 5).

[41] *Id*. at 5.

[42] *Id*. at 1.

9

"[t]he District does not document all SSO's,"[43] in spite of the Illinois EPA's SSO reporting requirements.[44]

Despite the lack of reporting by Commonfields, as Centreville Citizens for Change—whose members live in the community and see and experience the effects of the discharge—knows, a large volume of sewage has flowed from the pipe and ditch on North 82nd Street on a nearly continuous basis for years. In fact, Centreville Citizens for Change is only aware of the discharge ceasing on a couple of occasions—and each time, the discharge has resumed soon after. For example, in January 2021, Commonfields replaced a collapsed sewer on the stretch of North 82nd Street between the cleanout on North 82nd Street and the lift station at the North 82nd Street and Bluff Street intersection.[45] The planned repairs were completed as of January 22, 2021, with the exception of street restoration. At that time, the discharge had stopped. During a meeting with the Illinois EPA on January 25, 2021, the Illinois EPA represented to Centreville Citizens for Change that the recent repair work Commonfields had done on North 82nd Street should be a permanent fix to that sewage discharge. That same day, however, a member of Centreville Citizens for Change observed the cleanout on North 82nd Street overflowing with raw sewage, and the information was relayed to the Illinois EPA by email on January 26, 2021. On January 26, 2021 a member of Centreville Citizens for Change both, separately, videotaped wastewater and sewage discharging from that location (see table and still photograph of video above). On the same day, the U.S. EPA also observed and photographed the discharge (see table above). The discharge has continued to flow since then, occasionally stopping for no more than four days at a time, and then resuming, as documented in February and March (see table and still photograph of video above). Until Commonfields' system-wide infrastructure problems are fixed, this discharge will continue.

[43] Commonfields of Cahokia Service Order List (attached as Ex. 6).

[44] Email from Joe Stitely, Agricultural Engineer for Illinois Environmental Protection Agency, to Jim Miles, Field Operations Section Manager for IEPA Division of Water Pollution Control (Jan. 28, 2020) (attached as Ex. 7); *see also* Illinois Environmental Protection Agency, Sanitary Sewer Overflow or Bypass Notification Summary Report Form, *available at* https://www.epa.gov/sites/production/files/2021-03/documents/iln000019_308_app_d_sso_report_form.pdf (requiring notification of SSOs within 24 hours and a written report within five days).

[45] Email from Sanjay Sofat, Chief, Bureau of Water for Illinois Environmental Protection Agency, to Anna Sewell, Earthjustice (January 22, 2021); *see also* Letter from Dennis Traiteur, Manager, Commonfields of Cahokia Public Water District, to Cathy Siders, Illinois Environmental Protection Agency (November 16, 2020) (attached to IEPA 2020 Violation Notice).

## IV.   Identity and Address of Party Giving Notice

The party giving notice is as follows:

Centreville Citizens for Change
8429 Bluff Street
Centreville, Illinois 62203
(618) 207-2064

Centreville Citizens for Change is represented by the legal counsel identified below:

Earthjustice

Debbie Musiker Chizewer
(773) 484-3077
dchizewer@earthjustice.org
Mary Rock
(312) 800-8336
mrock@earthjustice.org
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
(202) 667-4500
asewell@earthjustice.org
1001 G Street, NW, Suite 1000
Washington, DC 20001

## V.   Conclusion

This letter provides notice of Centreville Citizens for Change's intent to file a federal enforcement action under the authority of the Clean Water Act's citizen-suit provision, 33 U.S.C. § 1365(a), to secure appropriate relief for these violations. Centreville Citizens for Change seek an end to the sewage pollution that plagues their homes, health, and the waters surrounding their community by securing long-term compliance with applicable law.

This notice letter is based on publicly available information, information obtained through requests made pursuant to the Illinois Freedom of Information Act, 5 ILCS 140, and the observations and experiences of members of Centreville Citizens for Change. This letter addresses publicly identifiable violations occurring within five years immediately preceding the date of this notice letter. Additional information, including information in Commonfields' possession, may reveal additional violations.

If you have any questions concerning this letter or the described violations, please contact the undersigned counsel.

Sincerely,

Debbie Musiker Chizewer
dchizewer@earthjustice.org
(773) 484-3077
Mary Rock
mrock@earthjustice.org
(312) 800-8336
311 South Wacker Drive, Suite 1400
Chicago, IL 60606

Anna Sewell
asewell@earthjustice.org
(202) 667-4500
1001 G Street, NW, Suite 1000
Washington, DC 20001

*Legal Counsel for:*

Centreville Citizens for Change
(618) 207-2064
8429 Bluff Street
Centreville, Illinois 62203

CC:

Michael Regan, Administrator
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

Cheryl L. Newton, Acting Regional Administrator
U.S. Environmental Protection Agency, Region 5
77 W. Jackson Blvd.
Chicago, IL 60604

John Kim, Director
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

12

Sanjay Sofat, Chief, Bureau of Water
Illinois Environmental Protection Agency
1021 North Grand Avenue East
P.O. Box 19276
Springfield, IL 62794-9276

Kwame Raoul, Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

13

Exhibit 1



# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 · (217) 782-3397

**JB PRITZKER**, GOVERNOR                                    **JOHN J. KIM**, DIRECTOR

(217) 524-6308

CERTIFIED MAIL # **7019 1120 0001 3037 9134**
RETURN RECEIPT REQUESTED

September 30, 2020

Commonfields of Cahokia Sewer District
2525 Mousette Lane
East St. Louis, IL 62206
Attn: Dennis Traiteur, Manager

*IEPA - DIVISION OF RECORDS MANAGEMENT*
*RELEASABLE*

**Re:   Violation Notice:  Commonfields of Cahokia Sewer District
          Violation Notice No.: W-2020-50179**

*DEC 22 2020*

*REVIEWER JMR*

Dear Facility Owner:

This constitutes a Violation Notice pursuant to Section 31(a)(1) of the Illinois Environmental Protection Act ("Act"), 415 ILCS 5/31(a)(1), and is based upon a review of available information and an investigation by representatives of the Illinois Environmental Protection Agency ("Illinois EPA").

The Illinois EPA hereby provides notice of alleged violations of environmental laws, regulations, or permits as set forth in Attachment A to this notice.  Attachments A and B include explanations of the activities that the Illinois EPA believes may resolve the specified alleged violations, including an estimate of a reasonable time period to complete the necessary activities.  Due to the nature and seriousness of the alleged violations, please be advised that resolution of the violations may also require the involvement of a prosecutorial authority for purposes that may include, among others, the imposition of statutory penalties.

**A written response, which may include a request for a meeting with representatives of the Illinois EPA, must be submitted via certified mail to the Illinois EPA within 45 days of receipt of this letter.**  If a meeting is requested, it shall be held within 60 days of receipt of this notice.  The response must include information in rebuttal, explanation, or justification of each alleged violation and a statement indicating whether or not the facility wishes to enter into a Compliance Commitment Agreement ("CCA") pursuant to Section 31(a) of the Act.  If the facility wishes to enter into a CCA, the written response must also include proposed terms for the CCA that includes dates for achieving each commitment and may include a statement that compliance has been achieved for some or all of the alleged violations.  The proposed terms of the CCA should contain sufficient detail and must include steps to be taken to achieve compliance and the necessary dates by which compliance will be achieved.

2125 S. First Street, Champaign, IL 61820 (217) 278-5800          2309 W. Main Street, Suite 116, Marion, IL 62959 (618) 993-7200
2009 Mall Street Collinsville, IL 62234 (618) 346-5120              412 SW Washington Street, Suite D, Peoria, IL 61602 (309) 671-3022
9511 Harrison Street, Des Plaines, IL 60016 (847) 294-4000       4302 N. Main Street, Rockford, IL 61103 (815) 987-7760
595 S. State Street, Elgin, IL 60123 (847) 608-3131

PLEASE PRINT ON RECYCLED PAPER

Page 2 of 2

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

The Illinois EPA will review the proposed terms for a CCA provided by the facility and, within 30 days of receipt, will respond with either a proposed CCA or a notice that no CCA will be issued by the Illinois EPA.  If the Illinois EPA sends a proposed CCA, the facility must respond in writing by either agreeing to and signing the proposed CCA or by notifying the Illinois EPA that the facility rejects the terms of the proposed CCA.

If a timely written response to this Violation Notice is not provided, it shall be considered a waiver of the opportunity to respond and meet, and the Illinois EPA may proceed with referral to a prosecutorial authority.

Written communications should be directed to:

> Illinois EPA – Division of Water Pollution Control
> **Attn: Cathy Siders / CAS#19**
> P.O. BOX 19276
> Springfield, IL 62794-9276

All communications must include reference to this Violation Notice number, **W-2020-50179**.

Questions regarding this Violation Notice should be directed to **Cathy Siders at 217/524-6308** or catherine.siders@illinois.gov.

Sincerely,

*Cathy Siders*

Cathy Siders, Manager
Compliance Assurance Section
Division of Water Pollution Control
Bureau of Water

Attachments: A & B

Page 1 of 3

# ATTACHMENT A

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

Questions regarding the violations identified in this attachment should be referred to **Cathy Siders** at **(217) 524-6308**.

On August 5, August 26, and September 9, 2020; collection system, CMOM and MS4 inspections were conducted by representatives of the Illinois EPA for the Commonfields of Cahokia and the City of Centreville collection systems, lift stations, etc. During these inspections the following significant issues were observed; deteriorated conditions of the concrete sewer mains, severe infiltration and inflow (I & I), inoperable lift stations, and sanitary sewer overflows (SSO) occurring from a sewer lateral cleanout at 219 N. 82nd Street.

A review of information available to the Illinois EPA indicates the following violations of statutes, regulations, or permits.  Included with each type of violation is an explanation of the activities that the Illinois EPA believes may resolve the violation including an estimated time period for resolution.

## Overflows from Sanitary Sewers are Expressly Prohibited

Determine the cause of the overflows and investigate corrective actions to eliminate the possibility of any further raw sewage discharges.  Submit a detailed response including a timetable for each corrective measure proposed.  Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Overflow of sanitary sewers |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.304 |

## Systems Reliability

Review the operational and maintenance procedures in order to correct the deficiencies which caused the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | All treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate. |

Page 2 of 3

Rule/Reg.:        Section 12(a) of the Act, 415 ILCS 5/12(a) (2018);
                  35 Ill. Adm. Code 306.102(a)

## Excess Infiltration

Review the operational and maintenance procedures in order to correct the deficiencies which caused
the violations. Compliance with this requirement is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to the treatment facility |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018); 35 Ill. Adm. Code 306.303 |

## Discharge of Contaminants

Cease and desist from discharging contaminants that cause or threaten to cause water pollution.
Review operational and maintenance procedures and correct the deficiencies which caused the
violation. Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No person shall cause, threaten or allow the discharge of any contaminants into the environment in any State so as to cause or tend to cause water pollution in Illinois, either alone or in combination with matter from other sources, or so as to violate regulations or standards adopted by the Pollution Control Board under this Act. |
| Rule/Reg.: | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018) |

## Deposited Contaminants

Cease and desist from depositing contaminants that cause or threaten to cause water pollution.
Compliance is expected to be pursued immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Deposited contaminants on the ground in such a manner that caused or threatened to cause a water pollution hazard. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018) |

Page 3 of 3

## Offensive Conditions

Review and evaluate operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected to be achieved immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | Waters of the State shall be free from sludge or bottom deposits, floating debris, visible oil, odor, plant, oil, odor, plant or algal growth, color or turbidity of other than natural origin. |
| **Rule/Reg.:** | Section 12(a) of the Act, 415 ILCS 5/12(a) (2018), 35 Ill. Adm. Code 302.203 |

## Offensive Discharge

Review and evaluate the operational procedures in order to correct the deficiencies which caused the violations. Discharges must not cause a violation of water quality standards. Compliance is expected immediately.

| Violation Date | Violation Description |
|---|---|
| 08/05/2020, 08/26/2020, & 09/09/2020 | No effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels. |
| Rule/Reg.: | Section 12(a) and (d) of the Act, 415 ILCS 5/12(a) and (d) (2018), 35 Ill. Adm. Code 304.106 |

# ATTACHMENT B

**Violation Notice:  Commonfields of Cahokia Sewer District**
**Violation Notice No.:  W-2020-50179**

In order to assist your facility in attaining compliance with the apparent violations listed in Attachment A, the following recommendations are offered:

1.    Immediately cease <u>all</u> overflows from your sanitary sewer collection system.  At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2.    Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3.    Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4.    Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street.  These controls were in poor condition and appear to have reached the end of their design life.

5.    Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the cleanout SSO, which is approximately 670 feet southwest of the station.

6.    Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and the lateral cleanout SSO.

7.    Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall.  These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8.    Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

9.    Provide sealed manhole lids or elevate manholes in low lying areas to minimize stormwater inflow into the sewer collection system.

## WASTEWATER DISTRIBUTION LIST

**Facility Name:** _Commonfields of Cahokia_

**WW VN #:** _W-2020-50179_

**Letter Type:** _VN_

| **Reviewed/Approved** | **Initial** | **Date** |
|---|---|---|
| WWCMU Staff: | | |
| WWCMU Supervisor | | |

### SUMMARY OF CONTACTS MADE IN COORDINATION OF CONCURRENCE OF LETTER:

FOS personnel contacted: _Jim Miles/Joe Stiteley_          Date of contact: _9/29 & 30/2020_
DLC personnel contacted: _Mike Roubitchek_               Date of contact:
Permits personnel contacted: _____              Date of contact:
Other contact: _Sanjay Sofat & Todd Rettig_              Date of contact:

### OUTGOING CORRESPONDENCE: (VNs, Proposed CCAs, Acceptance/Rejection/Meeting Letters, etc.)

Bcc: ☒ WW VN File        ☐ Cathy Siders       ☐ Greg Spencer      ☐ Caleb Ruyle       ☐ Roger Callaway
☐ Jay Patel       ☐ Jim Miles

#### Regional Offices:
☐ Rockford      ☐ Des Plaines    ☐ Peoria       ☐ Champaign      ☐ Springfield   ☒ Collinsville    ☐ Marion
(Region 1)      (Region 2)       (Region 3)     (Region 4)       (Region 5)      (Region 6)        (Region 7)

Field Contact: _____

#### Division of Legal Counsel:
☐ Christine Zeivel       ☐ Chuck Gunnarson    ☐   DLC
☐ Jacob Smith            ☒ Mike Roubitchek    ☐   _____

#### Other:
☐ Tom Reuter (Records Unit)       ☐ Sharon Dowson (FOIA)

---

### ADMINISTRATIVE:

New File Needed: ☒ Yes      ☐ No
Has correspondence been scanned and sent to project manager? ☐ Yes      ☐ No
Comments: _____

Administrative Support Initials: _SD_          Date: _10/1/2020_

Mailed Certified & Regular Mail #7017107000002120114

PHONE: (618) 332-6620

## Commonfields of Cahokia Public Water District

2526 MOUSETTE LANE
CAHOKIA, ILLINOIS 62206

**RECEIVED**

November 16, 2020

NOV 2 0 2020

**IEPA/CAS**

Illinois Environmental Protection Agency
Division of Water Pollution Control
Attention: Cathy Siders / CAS #19
P.O. Box 19276
Springfield, IL  62794-9276

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWED

Subject:  Commonfields of Cahokia Public Water District
          Violation Notice No:  W-2020-50179

Dear Ms. Siders:

        This letter constitutes our response to the IEPA letter of Violation Notice dated September 30, 2020.  An attachment to the letter noted 9 items where our sanitary sewer lines/system need immediate attention.   The District is formally requesting a meeting with a representative from the Illinois EPA to discuss recommendations further.  Our consulting engineers, Hurst-Rosche Engineers, Inc. have prepared plans and specifications to obtain the services of a contractor for the repairs needed at 219 N. 82nd St.

This is our response to Attachment B:

   1.  The District continues to By-Pass pump to the downstream manhole at 219 N. 82nd Street.
       Replacement of sewer main form Manhole to Manhole is forthcoming.
   2.  A new temporary submersible pump has been installed at the 82nd & Bluff lift station.
   3/4  A new pump motor starter with overload protection has been installed along with two new float ball
       switches. The lift station is currently running on automatic operation.
   5/6  See Attached Engineering Proposal
   7  Commonfields of Cahokia will begin smoke testing sewer mains in the area of the 82nd & Bluff and
      the 82nd & Belleview Lift Stations.  Hurst-Rosche Engineering will be collecting the data from these
      tests.
   8  After reviewing the testing data the District can develop and prioritize a repair schedule.
   9  The District Maintenance staff will begin inspecting all manhole covers in the area of the 82nd &
      Bluff and 82nd & Belleview lift stations.  Any manhole lids that may be subject to flooding will be
      replaced with sealed lids.

        Finally, please accept this letter as the District's formal request for a meeting with representatives of the Illinois EPA pursuant to the language contained in the third full paragraph of your September 30, 2020 correspondence.

Please let us know if our proposed plan is acceptable.

Commonfields of Cahokia
Public Water District
Response to IEPA Violation Notice
No. W-2020-501790
Page Two

Cordially,

Dennis Traiteur
Manager

**Attachment- Hurst Rosche Engineering Proposal for Sanitary Sewer Repair 219 N. 82nd St.**



**Hurst-Rosche, Inc.**

James W. Roth, PE, PLS
President

March 2, 2020

Mr. Denny Traiteur, Manager
Commonfields of Cahokia Public Water District
2525 Mousette Lane
Cahokia, Illinois 62206

SUBJECT:     Engineering Proposal
             Sanitary Sewer Repair
             219 N. 82nd Street

Dear Mr. Traiteur:

As discussed, Hurst-Rosche, Inc. would be pleased to provide engineering services for the above project. The opinion of probable construction cost is $132,250.00.

We propose to perform the following tasks:

1)    Prepare plans and specifications for replacement of approximately 370 lineal feet of 8-inch diameter sanitary sewer at the above location.
2)    Assist the District with procuring bids, including reviewing the bid proposals and forward a recommendation for award of a construction contract.
3)    Construction administration to include review of pay requests and up to 6 days of construction observation.

We propose to perform the above for the lump sum amount of $13,500.00 in accordance with the attached Terms and Conditions. If you are in agreement with this proposal and the Terms and Conditions, please sign in the space provided below and return a copy of this letter with an original signature to our office as notice to proceed. Should you have any questions or require additional information, please feel free to contact our office.

Sincerely,

HURST-ROSCHE, INC.

Terry Sudholt, P.E.

TAS/jc
Attachment

Jeremy J. Connor, PE

5 Bank Square
East St. Louis, IL 62203
(f) 618.398.0890

ACCEPTED BY:

Dennis Traiteur, Manager CCPWD          Date     10/28/2020

# Terms and Conditions

Hurst-Rosche, Inc. shall perform the services outlined in this agreement for the stated fee arrangement.

## ACCESS TO SITE

Unless otherwise stated, Hurst-Rosche, Inc. will have access to the site for activities necessary for the performance of the services. Hurst-Rosche, Inc. will take reasonable precautions to minimize damage due to these activities, but has not included in the fee the cost of restoration of any resulting damage and will not be responsible for such costs.

## FEE

Where the fee arrangement is to be on an hourly basis, the rates shall be those that prevail at the time Services are rendered.

## BILLINGS/PAYMENTS

Invoices will be submitted monthly for Services and reimbursable expenses and are due when rendered. Invoice shall be considered past due if not paid within 30 days after the invoice date and Hurst-Rosche, Inc. May without waiving any claim or right against Client, and without liability whatsoever to the Client, terminate the performance of the Service. Retainers shall be credited on the final invoice. A service charge will be charged at 1.5% (or the legal rate) per month on the unpaid balance. In the event any portion of an account remains unpaid 90 days after billing, the Client shall pay cost of collection including reasonable attorney's fees.

## INDEMNIFICATIONS

The Client shall, to the fullest extent permitted by law, indemnify and hold harmless, Hurst-Rosche, Inc. his or her officers, directors, employees, agents and subconsultants from and against all damage, liability and cost, including reasonable attorneys' fees and defense costs, arising out of or in any way connected with the performance of the services under this Agreement excepting only those damages, liabilities or costs attributable to the sole negligence or willful misconduct of Hurst-Rosche, Inc.

## INFORMATION FOR THE SOLE USE AND BENEFIT OF THE CLIENT

All opinions and conclusions of Hurst-Rosche, Inc. whether written or oral, and any plans, specifications or other documents and services provided by Hurst-Rosche, Inc. are for the sole use and benefit of the Client and are not to be provided to any other person or entity without the prior written consent of Hurst-Rosche, Inc. Nothing contained in this Agreement shall create a contractual relationship with or a cause of action in favor of any third party against either Hurst-Rosche, Inc. or the Client.

## CERTIFICATIONS, GUARANTEES AND WARRANTIES

Hurst-Rosche, Inc. shall not be required to execute any document that would result in Hurst-Rosche, Inc. certifying, guaranteeing or warranting the existence of any conditions.

## RISK ALLOCATION

In recognition of the relative risks, rewards and benefits of the project to both the Client and Hurst-Rosche, Inc. the risks have been allocated so that the Client agrees that, to the fullest extent permitted by law, the Hurst-Rosche, Inc.'s total liability to the Client, for any and all injuries, claims, losses, expenses, damages or claim expenses arising out of the agreement, from any cause or causes, shall not exceed the total amount of $50,000, the amount of Hurst-Rosche, Inc.'s fee (whichever is greater) or other amount agreed upon when added under Special Conditions. Such causes include but are not limited to, Hurst-Rosche, Inc.'s negligence, errors, omissions, strict liability, breach of contract or breach of warranty.

## TERMINATION OF SERVICES

This agreement may be terminated upon ten (10) days written notice by either party should the other fail to perform his obligations hereunder. In the event of termination, the Client shall pay Hurst-Rosche, Inc. for all Services rendered to the date of termination, and reasonable termination expenses.

## OWNERSHIP DOCUMENTS

All documents produced by under this agreement shall remain the property of the Hurst-Rosche, Inc. and may not be used by the Client for any other endeavor without the written consent of Hurst-Rosche, Inc.

## DISPUTE RESOLUTION

Any claim or dispute between the Client and Hurst-Rosche, Inc. shall be submitted to non-binding mediation, subject to the parties agreeing to a mediator(s). This agreement shall be governed by the laws of the principal place of business of Hurst-Rosche, Inc.



**State of Illinois**
**ILLINOIS ENVIRONMENTAL PROTECTION AGENCY**      *MEMORANDUM*

DATE:      September 24, 2020

TO:          Jim Miles, Manager, BOW/DWPC/FOS

FROM:     Joseph D. Stitely, P.E., BOW/DWPC/FOS - Marion

SUBJECT:  Commonfields of Cahokia Water & Sewer District
              September 9, 2020 Collection System Inspection

On September 9, 2020, Sanjay Sofat, Jim Miles, and I conducted a field inspection in the "Ping Pong" area of Centreville. During the inspection, we were accompanied by La Mar Gentry, Centreville Village Administrator, and Corey Allen, Centreville Village Superintendent. The purpose of the visit was to observe the surface drainage area and the sanitary sewer collection system within the "Ping Pong" area of Centreville. During the visit we also observed the lift stations within the area. These include the 82nd & Belleview and the 82nd & Bluff lift stations. The "Ping Pong" area is within the village boundaries of Centreville, but the sanitary sewers and two lift stations are owned and maintained by Commonfields of Cahokia Water & Sewer District.

Initially, we toured the area to obtain information about the stormwater drainage system within the "Ping Pong" area. Stormwater from this area discharges to Canal 1. We stopped and looked at several locations along the drainage ditch that runs parallel to Belleview Street. The drainage ditch carries most of the stormwater drainage from the "Ping Pong" area to Canal 1. Corey Allen that cleaning out the ditches within the area is an issue. He indicated that trash and debris are continually being washed into the ditch. The drainage ditch was about four feet wide and about a foot deep in most places. There was some constant stormwater flow in the ditch at the time of our visit. According to Allen, the drainage ditch receives stormwater flow from the Belleville area. We also observed the conditions of Canal 1 near the location where the drainage ditch discharges into the canal. There was a significant amount of water within the canal with the minimal amount of recent precipitation. However, there was minimal flow of the water in the canal. We drove downstream and observed Canal 1 at the State Route 157 bridge crossing. There was minimal amount of water in the canal at this location.

We stopped at the sewage lift station near the 82nd and Belleview Streets. Walking up to the station, I heard that there was a significant flow discharging into the station's wet well, similar to my last visit to the area. We removed the lid to the wet well and observed that the sewage flowing into the station was clear in color. It was not grey in appearance of domestic raw sewage. We also removed several manhole lids from the sewer main along

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

DEC 22 2020

REVIEWER: JM.R

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 2

Belleview streets to observe the characteristics of the sewage. There was a constant flow of clear water through the mains. We then walked to the lift station near the intersection of 82nd and Bluff Streets. Looking into the into the wet well through the pick hole, sewage was near the top of the well. The station does not have an operable float system to automatically turn on the pump. It must be manually turned on. It did not appear that the pump had been recently turned on at the time of our visit.

We walked from the lift station to 219 N. 82nd Street to observe the cleanout. At the time of our visit, raw sewage was actively discharging to the roadside ditch from the uncapped lateral cleanout.

We also the stopped at the last manhole before the East St. Louis collection system. The manhole is located behind the Greater Faith Church at 82nd Street & Ridge Avenue. We removed the manhole lid to inspect the manhole. The sewage flowing through the manhole from the Commonfields of Cahokia collection system into the East St. Louis collection system was clear in color.

Based upon the inspection, the following apparent violations are presented:

1. Section 12(a) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of any contaminant into the environment so as to cause or tend to cause water pollution.

2. Section 12(d) of the Act, which provides, in part, that no person shall deposit any contaminants upon the land in such place and manner so as to create a water pollution hazard.

3. Section 12(f) of the Act, which provides, in part, that no person shall cause, threaten, or allow the discharge of a contaminant into the waters of the State from any point source within the State without an NPDES permit for point source discharges.

4. Subtitle C, Section 304.106, provides, in part, that no effluent shall contain settleable solids, floating debris, visible oil, grease, scum or sludge solids. Color, odor and turbidity must be reduced to below obvious levels.

5. Subtitle C, Section 306.102(a), provides, in part, that all treatment works and associated facilities shall be so constructed and operated as to minimize violations of applicable standards during such contingencies as flooding, adverse weather, power failure, equipment failure, or maintenance, through such measures as multiple units, holding tanks, duplicate power sources, or such other measures as may be appropriate.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 3

6. Subtitle C, Section 306.303, provides, in part, that excess infiltration into sewers shall be eliminated, and the maximum practicable flow shall be conveyed to treatment facilities.

7. Subtitle C, Section 306.304, provides, in part, that overflows from sanitary sewers are expressly prohibited.

8. Subtitle C, Section 309.102(a), provides, in part, that the discharge of any contaminant or pollutant by any person into the waters of the State from a point source or into a well shall be unlawful.

The following recommendations are offered to assist the facility:

1. Immediately cease all overflows from your sanitary sewer collection system.  At the time of the investigation, there was sanitary sewer overflow (SSO) occurring from a lateral cleanout at 219 North 82nd Street.

2. Repair or replace all nonfunctioning pumps within the lift station located near the intersections of North 82nd Street and Bluff Street.

3. Provide an automatic float system within the lift station located near the intersections of North 82nd Street and Bluff Street.

4. Repair or replace the electronic controls for the lift station located near the intersections of North 82nd Street and Bluff Street.  These controls were in poor condition and appear to have reached the end of their design life.

5. Televise the section of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

6. Based upon the television data, repair or replace the collapsed section(s) of sewer main from the lift station located near the intersections of North 82nd Street & Bluff Street and 219 North 82nd Street.

7. Immediately initiate efforts to reduce inflow and infiltration into your wastewater collection system to minimize operation and maintenance problems during periods of significant rainfall.  These efforts should include smoke testing of the sewer mains tributary to the North 82nd Street and Belleview Street lift station.

8. Based upon the smoke testing data, conduct point repairs and sewer main replacement of the sewer collection system tributary to the Belleview lift station.

Commonfields of Cahokia Water & Sewer District
September 9, 2020 Collection System Inspection
Page 4

9. Provide sealed manhole lids or elevate manholes in low lying areas to minimize
   stormwater inflow into the sewer collection system.


JDS:Commonfields Memo 090920/09-24-20


cc: BOW/DWPC/FOS-Collinsville
   BOW/DWPC/RU

Exhibit 2

W16 3802000

FOS

## Pump Station Information

## Commonfields of Cahokia Pubic Water District

| No. | Pump Station Name | Pump Station Condition | Number of Pumps | Pump Type | Pump Horsepower |
|-----|-------------------|------------------------|-----------------|-----------|-----------------|
| 1 | 9 Violet | Good Condition | 2 | Submersible | 2.7 |
| 2 | 51st & Market | Fair Condition | 2 | Suction Lift | 7.5 |
| 3 | 53rd & Market | Good Operating Condition | 2 | Submersible | 3.4 |
| 4 | 63rd & Laura | Fair Condition | 2 | Eductor | 5 |
| 5 | 71st & Ames | Fair Condition | 2 | Eductor | 3 |
| 6 | 73rd & Oakland | Station Floods | 1 | Eductor | 5 |
| 7 | 73rd St. | Poor Condition | 1 | Eductor | 5 |
| 8 | 75th & Clinton | Temporary Submersible | 1 | Submersible | 2 |
| 9 | 75th & Pershing | Good Condition | 2 | Eductor | 1.5 |
| 10 | 82nd & Belleview | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 11 | 82nd & Bluff | Station Floods – Temporary Submersible | 1 | Submersible | 7.5 |
| 12 | Beachland | Poor Condition | 1 | Eductor | 3 |
| 13 | Blockhouse | Temporary Submersible | 1 | Submersible | 7.5 |
| 14 | Bridgedale | Poor Condition | 1 | Suction Lift | 3 |
| 15 | City Hall (Front) | Fair Condition | 2 | Suction Lift | 7.5 |
| 16 | City Hall (Rear) | Fair Condition | 2 | Submersible | 4.5 |
| 17 | Creston Drive | Good Condition | 2 | Submersible | 3 |
| 18 | Greystone Apartments | Good Condition | 2 | Submersible | 3.4 |
| 19 | I.C. Tracks | Good Condition | 2 | Submersible | 5.5 |
| 20 | Lady of Snows | Station Flooded / Temporary Submersible | 1 | Submersible | 3 |
| 21 | Lake Drive Pill Box | Poor Condition | 1 | Suction Lift | 3 |
| 22 | Lauralee & Violet | Temporary Submersible | 1 | Submersible | 5 |
| 23 | Mary Ryans | Temporary Submersible | 1 | Submersible | 5 |
| 24 | Mousette Lane | Good Condition | 2 | Submersible | 1.5 |
| 25 | Race Track | Abandoned | 2 | Flooded Suction | 5 |
| 26 | Superior | Fair Condition | 2 | Suction Lift | 7.5 |
| 27 | Willie Holmes Pill Box | Fair Condition | 1 | Suction Lift | 3 |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

Exhibit 3

| Commonfields of Cahokia | Service Order List - by Due Date | Page. 1 |
|---|---|---|
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | Feb 28, 2020 11:08AM |

Report Criteria:

Selected statuses: Completed, Pending

Action Code.Action code = "SND- SEWER NOT DRAINING","104- SEWER BACKING UP","SND- SEWER NOT DRAINING","SWO- SEWER ODOR","SWB- SEWER BACKING UP"

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **05/16/2019** | | | | | |
| 1055608 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/16/2019 | 05/16/2019 |
| 1055628 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 05/16/2019 | 05/16/2019 |
| **05/17/2019** | | | | | |
| 1055651 | SEWER BACKING UP | 80 N 80TH ST | 16860-00 | 05/17/2019 | 05/17/2019 |
| **05/20/2019** | | | | | |
| 1055681 | SEWER BACKING UP | 208 N 72ND ST | 16719-02 | 05/20/2019 | 05/20/2019 |
| **05/23/2019** | | | | | |
| 1055780 | SEWER BACKING UP | 211 ELM ST | 16084-00 | 05/23/2019 | 05/23/2019 |
| **05/24/2019** | | | | | |
| 1055792 | SEWER BACKING UP | 30 W ADAMS DR | 12476-01 | 05/24/2019 | 05/24/2019 |
| **06/05/2019** | | | | | |
| 1055990 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 06/05/2019 | 06/05/2019 |
| **06/12/2019** | | | | | |
| 1056114 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 06/12/2019 | 06/12/2019 |
| **06/25/2019** | | | | | |
| 1056369 | SEWER BACKING UP | 5408 STERLING AVE | 10266-00 | 06/25/2019 | 06/25/2019 |
| **07/01/2019** | | | | | |
| 1056568 | SEWER BACKING UP | 90 W ADAMS DR | 12506-12 | 07/01/2019 | 07/01/2019 |
| **07/10/2019** | | | | | |
| 1056755 | SEWER BACKING UP | 85 LAURALEE DR | 12810-24 | 07/10/2019 | 07/10/2019 |
| **07/12/2019** | | | | | |
| 1056829 | SEWER BACKING UP | 602 TULANE DR | 10469-01 | 07/12/2019 | 07/12/2019 |
| **07/16/2019** | | | | | |
| 1056918 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/16/2019 | 07/16/2019 |
| 1056937 | SEWER BACKING UP | 41 DORA DR | 11999-07 | 07/16/2019 | 07/16/2019 |
| **07/17/2019** | | | | | |
| 1056953 | SEWER BACKING UP | 315 PARK AVE | 17046-00 | 07/17/2019 | 07/17/2019 |
| **07/19/2019** | | | | | |
| 1057078 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 07/19/2019 | 07/19/2019 |
| **07/22/2019** | | | | | |
| 1057091 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 07/22/2019 | 07/22/2019 |
| **07/23/2019** | | | | | |
| 1057104 | SEWER BACKING UP | 6004 CHURCH RD | 15007-00 | 07/23/2019 | 07/23/2019 |
| **07/24/2019** | | | | | |
| 1057225 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 07/24/2019 | 07/24/2019 |
| **08/02/2019** | | | | | |
| 1057368 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 08/02/2019 | 08/02/2019 |

| Commonfields of Cahokia | | Service Order List - by Due Date | | | | Page: 2 |
|---|---|---|---|---|---|---|
| Public Water District | | Due dates: 05/16/2019 - 02/19/2020 | | | | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **08/05/2019** | | | | | |
| 1057377 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/05/2019 | 08/05/2019 |
| **08/07/2019** | | | | | |
| 1057402 | SEWER NOT DRAINING | 209 ELM ST | 16083-00 | 08/07/2019 | 08/07/2019 |
| 1057427 | SEWER BACKING UP | 2417 MOUSETTE LN | 10049-01 | 08/07/2019 | 08/07/2019 |
| **08/08/2019** | | | | | |
| 1057441 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 08/07/2019 | 08/08/2019 |
| **08/16/2019** | | | | | |
| 1057762 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 08/16/2019 | 08/16/2019 |
| **08/19/2019** | | | | | |
| 1057776 | SEWER BACKING UP | 23 DELORES DR | 12200-08 | 08/19/2019 | 08/19/2019 |
| 1057799 | SEWER BACKING UP | 1 VIOLET DR | 12840-09 | 08/19/2019 | 08/19/2019 |
| **08/23/2019** | | | | | |
| 1057954 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/23/2019 | 08/23/2019 |
| **08/28/2019** | | | | | |
| 1058044 | SEWER BACKING UP | 206 N 69TH ST | 16712-01 | 08/28/2019 | 08/28/2019 |
| **08/29/2019** | | | | | |
| 1058078 | SEWER BACKING UP | 2417 WHITE ST | 13230-01 | 08/29/2019 | 08/29/2019 |
| **09/05/2019** | | | | | |
| 1058203 | SEWER BACKING UP | 64 LAURALEE DR | 12761-01 | 09/05/2019 | 09/05/2019 |
| **09/10/2019** | | | | | |
| 1058325 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/10/2019 | 09/10/2019 |
| **09/16/2019** | | | | | |
| 1058422 | SEWER BACKING UP | 6305 OLD MISSOURI AVE | 16927-14 | 09/16/2019 | 09/16/2019 |
| **09/20/2019** | | | | | |
| 1058629 | SEWER BACKING UP | 54 LAURALEE DR | 12756-08 | 09/20/2019 | 09/20/2019 |
| **09/24/2019** | | | | | |
| 1058663 | SEWER BACKING UP | 4828 MC CASLAND AVE | 15836-02 | 09/24/2019 | 09/24/2019 |
| **09/30/2019** | | | | | |
| 1058803 | SEWER BACKING UP | 32 WESTWOOD DR | 12646-07 | 09/30/2019 | 09/30/2019 |
| **10/07/2019** | | | | | |
| 1058885 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/07/2019 | 10/07/2019 |
| **10/08/2019** | | | | | |
| 1058958 | SEWER BACKING UP | 6221 PIAT ST | 16556-04 | 10/08/2019 | 10/08/2019 |
| **10/09/2019** | | | | | |
| 1058968 | SEWER BACKING UP | 2411 DONNA DR | 14174-01 | 10/09/2019 | 10/09/2019 |
| **10/16/2019** | | | | | |
| 1059121 | SEWER BACKING UP | 31 DORA DR | 12004-14 | 10/16/2019 | 10/16/2019 |
| **10/17/2019** | | | | | |
| 1059145 | SEWER BACKING UP | 7065 PARK PL | 16529-02 | 10/17/2019 | 10/17/2019 |
| **10/18/2019** | | | | | |
| 1059167 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/18/2019 | 10/18/2019 |

| Commonfields of Cahokia | Service Order List - by Due Date | Page: 3 |
|---|---|---|
| Public Water District | Due dates: 05/16/2019 - 02/19/2020 | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **10/25/2019** | | | | | |
| 1059368 | SEWER BACKING UP | 6805 RUSSELL AVE | 16561-01 | 10/25/2019 | 10/25/2019 |
| **11/01/2019** | | | | | |
| 1059529 | SEWER BACKING UP | 206 HAZEL AVE | 16211-02 | 11/01/2019 | 11/01/2019 |
| **11/04/2019** | | | | | |
| 1059536 | SEWER BACKING UP | 222 HAZEL AVE | 16215-00 | 11/04/2019 | 11/04/2019 |
| **11/12/2019** | | | | | |
| 1059738 | SEWER BACKING UP | 104 W ADAMS DR | 12512-10 | 11/12/2019 | 11/12/2019 |
| **11/20/2019** | | | | | |
| 1060033 | SEWER BACKING UP | 1 DELORES DR | 12006-22 | 11/20/2019 | 11/20/2019 |
| **11/22/2019** | | | | | |
| 1060079 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 11/22/2019 | 11/22/2019 |
| **12/02/2019** | | | | | |
| 1060169 | SEWER BACKING UP | 208 HAZEL AVE | 16213-00 | 12/02/2019 | 12/02/2019 |
| **12/04/2019** | | | | | |
| 1060260 | SEWER BACKING UP | 84 LAURALEE DR | 12770-13 | 12/04/2019 | 12/04/2019 |
| **12/05/2019** | | | | | |
| 1060286 | SEWER BACKING UP | 219 N 82ND ST | 16814-00 | 12/05/2019 | 12/05/2019 |
| **12/12/2019** | | | | | |
| 1060450 | SEWER BACKING UP | 228 N 55TH ST | 10526-00 | 12/12/2019 | 12/12/2019 |
| 1060457 | SEWER BACKING UP | 202 N 84TH ST | 16897-01 | 12/12/2019 | 12/12/2019 |
| 1060464 | SEWER BACKING UP | 211 N 55TH ST | 10533-05 | 12/12/2019 | 12/12/2019 |
| **12/23/2019** | | | | | |
| 1060673 | SEWER BACKING UP | 8803 BLUFF HILL RD | 17381-00 | 12/27/2019 | 12/23/2019 |
| **01/02/2020** | | | | | |
| 1060707 | SEWER BACKING UP | 604 GOLDEN ST | 15421-03 | 01/02/2020 | 01/02/2020 |
| **01/06/2020** | | | | | |
| 1060769 | SEWER BACKING UP | 7301 LAKE DR | 17406-01 | 01/06/2020 | 01/06/2020 |
| **01/10/2020** | | | | | |
| 1060932 | SEWER BACKING UP | 220 N 69TH ST | 16681-00 | 01/10/2020 | 01/10/2020 |
| 1060944 | SEWER BACKING UP | 8004 CHURCH RD | 15007-00 | 01/10/2020 | 01/10/2020 |
| **01/13/2020** | | | | | |
| 1060951 | SEWER BACKING UP | 103 HAZEL AVE | 16169-01 | 01/13/2020 | 01/13/2020 |
| 1060958 | SEWER BACKING UP | 7108 PARK PL | 16419-02 | 01/13/2020 | 01/13/2020 |
| **01/14/2020** | | | | | |
| 1061024 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 01/14/2020 | 01/14/2020 |
| **01/15/2020** | | | | | |
| 1061056 | SEWER BACKING UP | 9 DREXEL DR | 12664-03 | 01/15/2020 | 01/15/2020 |
| 1061087 | SEWER BACKING UP | 17 GOODMAN RD | 12075-07 | 01/15/2020 | 01/15/2020 |
| 1061102 | SEWER BACKING UP | 4934 TUDOR AVE | 10460-00 | 01/15/2020 | 01/15/2020 |
| **01/21/2020** | | | | | |
| 1061184 | SEWER BACKING UP | 8607 BELLEVIEW AVE | 16028-01 | 01/21/2020 | 01/21/2020 |
| 1061202 | SEWER BACKING UP | 6800 CLARITA ST | 10588-05 | 01/21/2020 | 01/21/2020 |

| Commonfields of Cahokia | | Service Order List - by Due Date | | | Page: 4 |
|---|---|---|---|---|---|
| Public Water District | | Due dates: 05/16/2019 - 02/19/2020 | | | Feb 28, 2020 11:08AM |

| Service Order Number | Description | Service Address | Customer Number | Created Date | Due Date |
|---|---|---|---|---|---|
| **01/23/2020** | | | | | |
| 1061248 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/23/2020 | 01/23/2020 |
| **01/28/2020** | | | | | |
| 1061407 | SEWER BACKING UP | 4 DELORES DR | 12135-00 | 01/28/2020 | 01/28/2020 |
| **02/03/2020** | | | | | |
| 1061581 | SEWER BACKING UP | 207 N 69TH ST | 16848-00 | 02/03/2020 | 02/03/2020 |
| **02/05/2020** | | | | | |
| 1061665 | SEWER BACKING UP | 8 AMELIA DR | 13010-00 | 02/05/2020 | 02/05/2020 |
| 1061667 | SEWER BACKING UP | 207 N 69TH ST | 16848-00 | 02/05/2020 | 02/05/2020 |
| **02/06/2020** | | | | | |
| 1061676 | SEWER BACKING UP | 7116 PARK PL | 16426-10 | 02/06/2020 | 02/06/2020 |
| **02/11/2020** | | | | | |
| 1061818 | SEWER BACKING UP | 174 N 80TH ST | 16825-02 | 02/11/2020 | 02/11/2020 |
| **02/13/2020** | | | | | |
| 1061881 | SEWER BACKING UP | 16 CALHOUN LN | 16035-00 | 02/13/2020 | 02/13/2020 |
| 1061884 | SEWER BACKING UP | 11 LAKEWOOD PL | 10516-01 | 02/13/2020 | 02/13/2020 |
| 1061885 | SEWER NOT DRAINING | 211 ELM ST | 16084-00 | 02/13/2020 | 02/13/2020 |
| **02/14/2020** | | | | | |
| 1061972 | SEWER BACKING UP | 615 TULANE DR | 10481-02 | 02/14/2020 | 02/14/2020 |
| **02/17/2020** | | | | | |
| 1061983 | SEWER BACKING UP | 464 N 73RD ST | 16762-00 | 02/17/2020 | 02/17/2020 |
| **02/18/2020** | | | | | |
| 1062038 | SEWER NOT DRAINING | 4935 BATES ST | 17327-03 | 02/18/2020 | 02/18/2020 |

Exhibit 4



**Illinois EPA FOIA Exemption Reference Sheet**

SID:     35850

Agency ID: 170002064986          Media File Type: WATER
Bureau ID: W1630300005
Site Name: Centreville City of
Site Address1: 5800 Bond Ave
Site Address2:
Site City: Centreville              State: IL      Zip: 62207-

# This record has been determined to be partially or wholly exempt from public disclosure

# Exemption Type:

# Portion Removed

**Exempt Doc #: 22**          **Document Date:** 8 /23/2019          Staff:   JMR

**Document Description:** EMAIL THREAD: SANDERS TO BLESSMAN, STITELY, RENTH, ET AL. RE: SEWER ISSUES (WITH ATTACHED RESIDENTIAL GOOGLE PHOTO)

Category ID: 01      Category Description:   FIELD OPERATIONS/INSPECTIONS      Exempt Type:   Portion Removed

Permit ID:                                                          Date of Determination:      3 /4 /2020

w163 030 0005

## Sanders, Gregg

| | |
|---|---|
| **From:** | Sanders, Gregg |
| **Sent:** | Friday, August 23, 2019 3:05 PM |
| **To:** | Stitely, Joe |
| **Subject:** | RE: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area |

Joe,

I spoke with East St. Louis and Centerville:  they are to locate and follow-up with me.  (Commonfields of Cahokia may run close by as well.)

-Gregg

**From:** Blessman, T. James
**Sent:** Friday, August 23, 2019 12:34 PM
**To:** Stitely, Joe <Joe.Stitely@Illinois.gov>; Sanders, Gregg <Gregg.Sanders@Illinois.gov>
**Cc:** Renth, Gayle <Gayle.Renth@illinois.gov>
**Subject:** FW: Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

Joe and Gregg,

There's been a recurring problem in this area primarily dealing with Wastewater but which has impacted Potable water in the area. We sent Il American out trying to locate a main break residents have been complaining about. In the course of investigating any main breaks they located these issues. They contacted me to let me know about the issues they've found in this regards.

Would you gentlemen mind looking into it? This is in the Centerville area.

**From:** Ian Rischmiller <Ian.Rischmiller@amwater.com>
**Sent:** Friday, August 23, 2019 12:06 PM
**To:** Blessman, T. James <James.T.Blessman@Illinois.gov>
**Cc:** EXT Pankiewicz, Randy <Randy.Pankiewicz@amwater.com>; Karen H Cooper <Karen.Cooper@amwater.com>; EXT Jones, Kenneth <kenneth.jones@amwater.com>
**Subject:** [External] Raw sewer issues on 82nd St and Belleview Ave in Centerville Area

The house located at ▓▓▓▓▓▓▓▓ has sewage coming out of his clean out trap.  The video attached is from today 08/23/2019.  I also found a picture of the house on Google Maps which shows the clean out discharging to the ditch.  That address was ▓▓▓▓▓▓▓▓▓▓▓ There is another even larger sewage discharge located near ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ It is also flowing directly into the ditch and down the street.  Can you provide an update to this issue.

Regards,



IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE
MAR 0 4 2020
REVIEWER JMR

*Water Quality Supervisor*
*IL American Water*
*East St. Louis Treatment Plant*
*800 N. Front Street*
*East St. Louis, IL 62201*
*Office:  (618) 874-2403*
*Cell:     (309) 208-0196*
*Fax:      (618) 874-0948*
*Email:  ian.rischmiller@amwater.com*

AMERICAN WATER

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of American Water Works Company Inc. or its affiliates.  The recipient should check this email and any attachments for the presence of viruses.  American Water accepts no liability for any damages caused by any virus transmitted by this email.  American Water Works Company Inc., 1 Water Street, Camden, NJ 08102 www.amwater.com

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

Exhibit 5

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

## WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

MAR **2 9** 2019

REVIEWER: JMR

| | | | |
|---|---|---|---|
| **County / Municipality** | Common Fields of Cahokia | **Region** Collinsville | |
| **Date Received** | 7/26/2010 **By** Chris Port | **Phone** ✓ **Letter** | |
| **Logged In -** | Yes ✓ No | **Assigned To:** Chris Port | |

| **Complaint** | | **Complainant** | |
|---|---|---|---|
| **Against** | Common Fields of Cahokia | **Name** | �▬▬▬▬ |
| **Address** | 2525 Mousette Lane | **Address** | ▬▬▬▬ |
| **City** | Cahokia | **City** | ▬▬▬▬ |
| **Phone** | (618) 332-6620   W | **Phone** | ▬▬▬▬ |
| | | **Contact During Visit:** Yes   No ✓ | |

**Details of Complaint:**

Complainant stated that sewage was discharging to a ditch ▬▬▬▬   The problem has been occurring periodically over the past 2-3 years, with the discharge worse during and after rains. After the flow ceases, there are very obnoxious odors. The complainant stated that the sewage flow had also caused ▬▬▬▬
▬▬▬▬

**Comments:**

On July 27, 2010, the writer drove to the complainant's home. Sewage was observed coming up from the ground and discharging to a ditch running northwest between ▬▬▬▬ Sewage was also observed coming from the ground at the southwest corner of ▬▬▬▬ See attached photographs.

A sample was collected from the ditch between the two properties at N38 degrees 35.101 minutes and W090 degrees 04.468 minutes. The results of that sampling are attached. It was noted that there was a lift station at N. 82nd and Bluff St. No problems with the station were apparent.

The writer contacted Wayne Myatt with the Common Fields of Cahokia. Mr. Myatt was aware of the problem. He stated that the Common Fields sewer system is tributary to the East St. Louis sewer system. During wet weather, the East St. Louis sewer system becomes overloaded, and Common Fields is not able to pump sewage to the East St. Louis system. He stated that this was the condition that caused the overflow reported by the complainant. East St. Louis had received 1.14 inches of rain on June 24 and 4.12 inches of rain since July 18. Mr. Myatt stated that he had been able to pump down the system and the sewage bypass had ceased the day after the complaint.

The writer contacted the complainant on August 2nd. He stated that the sewage had quit flowing the day after the inspection, but it had started again and was flowing at the same rate as was observed on the day of the inspection.

On August 4, The writer contacted Mr. Myatt and reported the condition on 82nd St. Mr. Myatt stated that the pumping to the East St. Louis sewer system was still limited.

| | | | |
|---|---|---|---|
| **Action to be taken:** | **Routine Investigation -** | Yes ✓ No | |
| | **Letter to Complainant (Date) -** | | |
| | **Refer to Other -** | | |

cc:   BOW - FOS / RU
      BOW - Collinsville ✓

**Signed** _Chris Port_

## WATER POLLUTION CONTROL
## LOCAL COMPLAINTS

On August 6, the writer contacted East St. Louis Public Works Director Jesse Walker and left a message concerning the overflow on 82nd St. in Centreville, and asked that the sewers to which the Common Fields of Cahokia is tributary, specifically from MH 42 to MH 15, be checked for blockage. The writer asked that Mr. Walker contact the writer.

On August 19, the writer called Jesse Walker and and told him of the problems on the Commons Fields of Cahokia's sewer and asked him to have the East St. Louis sewer system downstream of the Common Fields of Cahokia connection inspected for blockage. Mr. Walker complained that Common Fields of Cahokia was withholding payment to the City for their services. He said he would have the sewers inspected, however. The writer asked that he be informed of the City's findings. Later that afternoon, Mr. Walker called to report that the line had been checked and was flowing without problem.

On September 1, during a rain event, the writer checked the lift station at 82nd and Bluff St., and the lift station at 83rd and Belleview Ave. Both lift stations appeared to be operating with no apparent probems. The writer drove by the complainant's home and observed no problems.

Records have shown that overflows on the Common Fields of Cahokia sewer system have been the result of excessive I&I on both the Common Fields of Cahokia and East St. Louis sewer systems, and lack of adequate maintenance on the East St. Louis sewer system.

804

---

**Action to be taken:**     **Routine Investigation** –     **Yes** ✓     **No**
                            **Letter to Complainant (Date)** –
                            **Refer to Other** –

cc:  BOW - FOS / RU
     BOW - Collinsville                              **Signed**  _Chris Post_



July 27, 2010
Wastewater bubbling up from the ground
between ▓▓▓▓▓ ▓▓▓ N. 82nd St.



July 27, 2010
Flow of wastewater between ▓▓▓▓▓
N 82nd St.  White material is lime.



July 27, 2010

Debris in water way between ▬▬▬▬▬ N ▬▬▬ St



July 27, 2010

Waste w... ...w... ...n ... corner of ▬▬▬▬▬ St

Route
Lab Sheet Color: Blue        IEPA-DWPC-FOS-LAB SHEET        Field ID No.: P-3

09-Funding Code: W P O 2 10-Agency Routing C V 12-File Code: C M P L 13-Sampling Type: _

15-Reporting: B 16-DID: Basin _ _ _ _ County _ _ _ Plant    17-Sampling Program: C P

18-Facility/Sample Pt: D I T C H _ B E T W E E N _ ▓▓▓▓▓▓▓ _ _ _ N _ 8 2 n d

St. _ C E N T R E V I L L E _ _ _ _ _ _ _ _ 19-Begin 6 7 0 7 2 7 20-Begin 1 2 3 5

23-Instructions                          Date: Y Y M M D D              H H M M
   to Lab: _ _ _ _ _ _ _ _ _ _ 21-Collected by: C M P 22-Transported by: C M P

_ _ _ _ _ _ _ _ _ _ _ _ _ _      27-Received By: U P S  Date: 1 0 0 7 2 7
                                                              Y Y M M D D
_ _ _ _ _ _ _ _ _ _ _ _ _ _      Received By: _____ Date: _ _ _ _ _ _
Composite Sample                                            Y Y M M D D
Ending Time: 5 2 9 F 0
              Y Y M M D D        Circle One: Effluent  Stream    Specials
Ending Time: 5 2 9 F 0                      Influent Process Flows  WWTP
              H H M M                        Sludge  Cooling Water  Other
          (24-hr.clock)
                                 Program: _____
_ _ _ _ _ _ _ _ _ _ _ _          NPDES No: _____
03-Lab Parameter Group: _____    Receiving Stream Name: _____

Additional       Field           Receiving Stream Conditions(velocity,etc):
Lab Parameters   Parameters  Results  _____

 B O D         502P0        _ _ _ _
               Air Temp ('C)
 p H           502P0        _ _ _ _   Effluent Conditions: clear & colorless
               Water Temp ('C)
 T S S         504F0        _ _ _ _   sewage odor, grey filamentous growth
               Dissolved O2
 N H 4         503F0        _ _ _ _   Weather Conditions: sunny - hot
               Conductance
               500P0        _ _ _ _
               pH
_____  _____         Comments and Unusual Conditons and
_____                       Serverity:(If applicable, Stamp
_____                       "No Visable Problems This Visit")
_____
_____  Remarks: Sample collected at N38° 35.101' W090° 04.468'
_____  high flow rate                              ± 17 ft.
_____  Sampling Techniques:

                 grab

                                    FOR LABORTORY USE ONLY      16°

cc:                                 LAB ID NO. _____

                    SG01822         Sample Received By: AS

Mail To:                            Date Received:  JUL 28 2010

                                    Time Received: 930 AM        PM

                                    Lab Section: _____

IL 532-157                          Supervisor: CC 8/11/10
WPC 526 6/



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702  217.782.9780

## LABORATORY RESULTS

| | | | |
|---|---|---|---|
| Name: | DITCH BETWEEN ▓▓▓ ND ST CENTREVILLE | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |

| | | | |
|---|---|---|---|
| Client Sample ID: | P-3 | Lab Sample ID: | SG01822-01 |
| Matrix: | Water | Collected By: CBP | Date/Time Collected: | 07/27/10  12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: |

### Biochemical Oxygen Demand, 5 day, by Standard Method 5210B

| Method: | 5210B | | Prepared: | 07/28/10 13:12 |
|---|---|---|---|---|
| Units: | mg/L | | Analyzed: | 08/02/10 07:28 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| BOD 5DAY | 4.40 | | 2.00 | |

### Nitrogen, Ammonia, Potentiometric, Ion Selective by EPA Method 350.3

| Method: | 350.3 | | Prepared: | 08/05/10 07:35 |
|---|---|---|---|---|
| Units: | mg/L | | Analyzed: | 08/05/10 15:56 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Nitrogen, ammonia (NH3) as NH | 2.95 | | 0.100 | |

### pH

| Method: | 150.1 | | Prepared: | 08/04/10 14:57 |
|---|---|---|---|---|
| Units: | PH | | Analyzed: | 08/04/10 15:00 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Laboratory pH | 7.3 | | 0.0 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test result meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 1 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | |
|---|---|---|---|
| Name: | **DITCH BETWEE████████ 82ND ST CENTREVILLE** | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |

| | | | |
|---|---|---|---|
| Client Sample ID: | **P-3** | Lab Sample ID: | **SG01822-01** |
| Matrix: | Water | Collected By: CBP | Date/Time Collected: | 07/27/10  12:35 |
| Sample Type: | Grab | Sample Depth: | Total Depth: |

### Total Suspended Solids by Standard Method 2540D

| | | | |
|---|---|---|---|
| Method: | 2540D | Prepared: | 08/03/10 14:02 |
| Units: | mg/L | Analyzed: | 08/03/10 14:02 |

| Analyte | Result | Qualifier | Reporting Limit | Regulatory Level |
|---|---|---|---|---|
| Total Suspended Solids | 8 | | 4 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 2 of 3



# Illinois Environmental Protection Agency Laboratory

825 N. Rutledge Springfield, Illinois 62702   217.782.9780

## LABORATORY RESULTS

| | | | | |
|---|---|---|---|---|
| Name: | **DITCH BETWEEN ▓▓▓▓ 82ND ST CENTREVILLE** | | | |
| Project/Facility Number: | [none] | Date Received : | 07/28/10 |
| Funding Code: | WP02 | Visit Number: | |
| Trip ID: | | Temperature C: | 16.0 |

## Notes and Definitions

ND        Analyte NOT DETECTED at or above the reporting limit

NR        Not Reported

*          Non-NELAP accredited

Report Authorized by:

*Sally Geyston*

Sally Geyston
Sample Prep Unit Supervisor

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety. Test results meet all requirements of NELAC (accredited by Florida DOH #E37645).*

Reported:
08/12/10 08:36
Page 3 of 3

Exhibit 6

 **Illinois EPA FOIA Exemption Reference Sheet**

SID:    36367

Agency ID:  170000750122          Media File Type:  WATER
Bureau ID:  W1638020002
Site Name:  Commonfields Of Cahokia Pwd
Site Address1:  2525 Mousette Ln
Site Address2:
Site City:  Cahokia          State:  IL      Zip:  62206-

> # This record has been determined to be partially or wholly exempt from public disclosure
>
> # Exemption Type:
>
> # Redaction

**Exempt Doc #:  38**          **Document Date:** 3 /13/2020          Staff:    MED

**Document Description:**  SERVICE ORDER LISTING

Category ID:  01      Category Description:      FIELD OPERATIONS/INSPECTIONS          Exempt Type:  Redaction
Permit ID:                                              Date of Determination:          3 /20/2020

Handwritten: W163902002 (Stclair Cahokia/Commonfields of Cahokia Pud   FO5

| Account Numb | Customer Name | location | Date | E- Indicates Excessive I/I | Service Order completed comment |
|---|---|---|---|---|---|
| 1035608 | GRIFFIN, SHARI | | 2/11/2009 | E | TOO MUCH RAIN KK JR |
| 1035608 | GRIFFIN, SHARI | | 5/26/2010 | E | SHUT OFF 50TH ST & 51ST TOO MUCH RAIN |
| 1247601 | THOMAS, RON | | 3/19/2008 | E | WHOLE SYSTEM IS BACKED UP |
| 1501502 | ATKINS, MAXINE | | 9/24/2009 | E | CENTREVILLE TURNED ON PUMPS AND LOAD UP OUR SYSTEM |
| 1585100 | HAYNES, LAWRENCE | | 3/20/2008 | E | PUMPS BACK ON OFF DUE TO HEAVY RAINS |
| 1609102 | FAIR-SIMPSON, LORA A | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1639000 | PERRY | | 4/11/2008 | E | E ST LOUIS FULL NOT TAKING SEWER |
| 1646900 | WILLIS, MARY ANN | | 3/19/2008 | E | E ST LOUIS NOT TAKING OUR SEWAGE EVERYTHING IS BACKED UP |
| 1652207 | PAGE, THADIUS | | 3/7/2011 | E | E ST LOUIS NOT TAKING US |
| 1654601 | FUSE, LEADIE | | 5/26/2010 | E | PUMPED THE BY-PASS LINE TOO MUCH RAIN |
| 1668000 | VINSON, WILLIE | | 10/23/2009 | E | WHOLE SYSTEM IS BACKED UP - PUMPS AT 71ST & AMES AND 73RD & OAKLAND KICKED OUT |
| 1675201 | JOHNSON, ROBIN | | 3/20/2008 | E | E ST LOUIS NOT TAKING SEWAGE EVERYTHING IS BACKED UP |
| 1675201 | JOHNSON, ROBIN | | 4/3/2008 | E | PUMP STATION WORKING, E ST LOUIS UP NOT TAKING FLOW , SPOKE O MR. TERRY ABOUT PROBLEM AND EXPLAINED |
| 1675201 | JOHNSON, ROBIN | | 3/1/2007 | E | STORM SEWER |
| 1676401 | VILLARD JR, ARTHUR | | 3/6/2008 | E | OUR PUMPS ARE OK E ST LOUIS IS  NOT TAKING IT |
| 1676401 | VILLARD JR, ARTHUR | | 1/18/2009 | E | SYSTEM WAS BACKED UP BECAUSE WE TURNED 82ND AND BLUFF ON. SHUT IT BACK OFF  JR WM |
| 1676401 | VILLARD JR, ARTHUR | | 8/26/2009 | E | EAST ST LOUIS NOT TAKING FLOW FROM 82ND AND BELLEVUE STATION RUNNING |
| 1676401 | VILLARD JR, ARTHUR | | 8/11/2009 | E | PUMP STATION KICKED OUT ESTLOUIS NOT TAKING  MOST OF FLOW |
| 1676401 | VILLARD JR, ARTHUR | | 10/15/2009 | E | TURNED OFF 82ND AND BLUFF STATION HEAVY RAIN |
| 1676401 | VILLARD JR, ARTHUR | | 11/3/2009 | E | TOO MUCH WATER E ST LOUIS NOT TAKING ANYTHING GONNA BE AWHILE BEFORE IT GOES DOWN |
| 1676401 | VILLARD JR, ARTHUR | | 12/4/2009 | E | TURNED OFF BLOWERS AT 82ND AND BLUFF  WM |
| 1676401 | VILLARD JR, ARTHUR | | 2/28/2011 | E | PUMP RUNNING E ST LOUIS TAKING US SLOW |
| 1676401 | VILLARD JR, ARTHUR | | 1/17/2006 | E | EAST ST LOUIS PROBLEM |
| 1676401 | VILLARD JR, ARTHUR | | 5/3/2007 | E | EAST ST LOUIS PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 10/21/2009 | E | TALKED TO CUST. E S L IS NOT TAKING US |
| 1686000 | BENNETT, CORNELIUS | | 4/28/2008 | E | CHECKED MAIN LINE, AREA IS UP BECAUSE ESL IS NOT TAKING FLOW.  SPOKE TO HOMEOWNER AND EXPLAINED THAT ESL IS NOT TAKING FLOW. WM RS |
| 1709215 | CAIN, JOHN | | 11/30/2009 | E | VILLAGE NOT TAKING SEWAGE JH FP |
| 1748703 | WIGGINS, RESHEDA | | 6/12/2008 | E | CALLED VILLAGE JIM WALL SAID THERE PROBLEM |
| 1748703 | WIGGINS, RESHEDA | | 11/9/2009 | E | CAHOKIA PUMP OUT THEY GOT ONE PUMP RUNNING |
| 1760900 | ROY, ROBERT | | 5/18/2010 | E | PUMP RUNNING TOO MUCH RAIN |
| 1792000 | WREN, MARVIN | | 10/23/2009 | E | SYSTEM BACKED-UP - TURNED OFF PUMPS AT 53RD & MARKET |
| 1792501 | BELL, CHERYL | | 5/29/2008 | E | Our Line is Down - Storm Sewer up |
| 1802400 | BROWDER, LUCIOUS | | 2/18/2008 | E | TURNED 82ND AND BLUFF BACK OFF, SYSTEM WAS LOADED UP JR WM |

NOTE:  Some SSO's may have occurred on these complaints.  The District does not document all SSO's.  All SSO's were kept to a minimum.  The majority of thes occurred when the District's discharge locations were not accepting our discharge due to wet weather conditions.  The District discharges into the Village of Cahokia and the City of East St. Louis.

| Account Numb | Customer Name | location | Date | 1 - Mechanical or Electronic Failure Service Order completed comment |
|---|---|---|---|---|
| 1041803 | NELSON, LEONARD | | 10/26/2010 | BREAKER KICKED OUT AT 51ST AND MARKET NEED BREAKER 40 AMP 3 POLE |
| 1056601 | TATE, LARRY A | | 2/8/2008 | TALKED TO CUSTOMER MARY RYAN STATION KICKED OUT BACK ON DISCHARGE TRUNK LINE NEEDS JET AND VAC |
| 1056601 | TATE, LARRY A | | 5/20/2008 | Mary Ryan lift station kicked out |
| 1247601 | THOMAS, RON | | 3/7/2011 | PUMP KICKED OUT RESET STARTER |
| 1271508 | WOOLEN, KENYA | | 6/10/2010 | PUMP KICKED OUT-BACK ON |
| 1271808 | LOVING, ADRIENNE D | | 12/13/2010 | STATION WAS OUT STATION NOW WORKING TALKED TO CUSTOMER |
| 1274809 | REED | | 10/1/2010 | MEYERS PUMP KICKED OUT REMOVED RAGS BACK ON |
| 1276002 | DOWELL JR, LOUIS | | 10/20/2009 | FLIPPED BREAKER @NEW PUMP, EVERY THING IS PUMPING, TT CUSTOMER @ 62 LAURALEE SAID THEY KNEW NOTHING ABOUT IT. ST FP |
| 1276704 | CONNERS, DENNIS | | 12/9/2010 | PULLED FLITE PUMP & OPERATED FLOAT BALL PUMPING |
| 1286102 | LUSTER, MARY ANN | | 10/22/2009 | FLIGHT PUMP BURNED OUT PUMPED MANHOLE W/3" PUMP MANHOLE @ CARRELL CT ALL THE WAY DOWN IN CHANNEL CUSTOMER @ 21 JUDITH WAS NOT HOME |
| 1286102 | LUSTER, MARY ANN | | 11/10/2009 | PUMPED DOWN LINE WITH 3" PUMP |
| 1288110 | HENLEY, BRUCE. | | 7/30/2008 | BY-PASSED PUMPED BEHIND 32 OR 34 LAURALEE ALSO PUMPED VIOLET & L-LEE |
| 1293100 | GOSS, J D | | 10/6/2010 | PUMP OUT AT 76 LAURALEE - BACK ON 9/29/10 |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | PUMP BACK ON AT 7 VIOLET |
| 1409517 | BYRUM, YOLANDA D | | 5/25/2010 | TALKED OT CUSTOMER PUMPS BACK ON |
| 1573600 | SPENCER, FLORA | | 10/25/2010 | PUMP KICKED OUT AT 51ST & MARKET, NEED NEW BREAKER |
| 1573600 | SPENCER, FLORA | | 11/4/2010 | PUMPS WAS OFF FOR REPAIRS |
| 1573800 | ROGER, CATHERINE | | 10/26/2010 | BREAKER KICKED OUT AT 51ST & MARKET NEED A BREAKER 40 AMP 3 POLE |
| 1585100 | HAYNES, LAWRENCE | | 4/14/2010 | 51ST AND MARKET PUMP WAS KICKED OUT--RESET BREAKER -- #. PUMP ON WITH JUMPER JR BS |
| 1585100 | HAYNES, LAWRENCE | | 10/21/2009 | PUMP WAS KICKED OUT, BREAKER RESET --PUMP ON WITH JUMPER |
| 1585100 | HAYNES, LAWRENCE | | 5/26/2010 | PUMPS BACK ON AT 51ST AND MARKET |
| 1585100 | HAYNES, LAWRENCE | | 12/24/2006 | BREAKERS AT MARKET TRIPPED |
| 1618900 | TRISKA | | 3/19/2008 | BREAKER KICKED OUT ON CRESTON BLOWER STATION |
| 1618900 | TRISKA | | 3/20/2008 | BLOWER LOCKED UP ON #2 PUT ON JUMPER WIRE AND REMOVED BLOWER |
| 1618900 | TRISKA | | 4/22/2008 | SAME AS 208'S PROBLEM |
| 1618900 | TRISKA | | 11/8/2007 | #1 BLOWER BREAKER WAS TRIPPED AT CRESTON RE-SET AND CYCLED |
| 1618900 | TRISKA, THOMAS | | 4/24/2008 | #1 BREAKER TRIPPED------#2 STARTER KICKED OUT--RESET BOTH |
| 1618900 | TRISKA, THOMAS | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1618900 | TRISKA, THOMAS | | 5/19/2008 | HOSE BROKE ON #2 BLOWER |
| 1618900 | TRISKA, THOMAS | | 2/11/2009 | LIFT STATION DOWN |
| 1621101 | SPENCER, JIM | | 5/16/2008 | STARTERS KICKED OUT RE-SET |
| 1621300 | ROUCH | | 4/22/2008 | CRESTON STATION WAS OUT #1 BREAKER WAS TRIPPED, #2 STARTER HAD TRIPPED RESET BACK ON |
| 1621300 | ROUCH, WALTER | | 4/24/2008 | SAME PROBLEM AS #103 HAZEL |
| 1621300 | ROUCH, WALTER | | 5/16/2008 | STARTERS KICKED OUT-- RE-SET  BS JR |
| 1621300 | ROUCH, WALTER | | 3/21/2011 | STARTER KICKED OUT RESET |

| Account | Name | Date | Description |
|---|---|---|---|
| 1639500 | HAMMOND, MOSES | 7/26/2006 | PUMP KICKED OUT |
| 1649900 | WILLIS, MARY ANN | 1/9/2006 | PUMP OUT RESET STARTER |
| 1670800 | CAMPBELL, DOROTHY | 2/1/2010 | AIR HOSE BURST- REPLACED HOSE TALKED TO CUSTOMER |
| 1676401 | VILLARD JR, ARTHUR | 2/4/2008 | PUMP KICKED OUT OVER THE WEEKEND AT 83RD AND BELLEVUE BACK ON |
| | | 6/9/2009 | #1 MOTOR KICKED OUT RE-SET STARTER WORK DID ON 4/7/08 |
| 1676401 | VILLARD JR, ARTHUR | 12/30/2008 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | 4/20/2009 | STATION KICKED OUT JR BT |
| 1676401 | VILLARD JR, ARTHUR | 5/6/2009 | PUMP STATION KICKED OUT |
| 1676401 | VILLARD JR, ARTHUR | 10/29/2009 | 82ND AND BLUFF ALL READY OFF, JUST KICKED 82ND AND BELLEVUE BACK ON LINE JR JH |
| 1676401 | VILLARD JR, ARTHUR | 12/23/2009 | PUMPS ARE OFF |
| 1676401 | VILLARD JR, ARTHUR | 10/25/2010 | SOMEONE TURNED PUMP OFF AT THE POLE |
| 1676401 | VILLARD JR, ARTHUR | 3/9/2011 | 82ND & BELLEVIEW KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | 3/16/2011 | TURNED ON PUMP |
| 1676401 | VILLARD JR, ARTHUR | 2/26/2006 | BLOWER OUT RESET |
| 1686000 | BENNETT, CORNELIUS | 7/23/2009 | 82ND & BLUFF BLOWER KICKED OUT - BACK ON |
| 1692106 | SANDERS, EARVIN | 7/14/2008 | POLICE STATION WAS KICKED OUT AT BREAKER #1– RE SET BREAKER  BS JH |
| 1692403 | FISHER, CHRISTINA | 4/17/2007 | PUMP KICKED OUT BACK ON JETTED LINES |

A - Indicates Debris Buildup

| Account Numb | Customer Name | location | Date | A | Service Order completed comment |
|---|---|---|---|---|---|
| 1000100 | COMMONFIELDS OF CAHOKIA | | | | JETTED LINE |
| 1011800 | CRAWFORD, ALFRED | 2525 MOUSETTE LANE | 6/26/2006 | A | JET TRUNK LINE   JR WM |
| | | | 3/17/2009 | A | JETTED OUT LINE BOTH WAYS STILL NO FLOW GOING TO WORK ON IT 8/18/09 |
| 1022102 | LAM, HELEN | | 8/17/2009 | A | JETTED MAIN SEWER LINE |
| 1024100 | PFP LLC | 2900 CAMP JACKSON RD - SEWER | 3/3/2010 | A | JETTED LINE |
| 1026100 | WILCOX, DOROTHY | | 1/30/2006 | A | JETTED MAIN LINE, TOWNSHIP JET TRUCK JR JH |
| 1033705 | LACY, OBEDIAH | | 1/22/2010 | A | JETTED LINE IN FRONT OF 5400 MARKET |
| 1037502 | CARTER | | 1/22/2008 | A | JETTED LINE TO GET DEBRIS OUT OF LINE |
| 1038006 | WILLIAMS, ANTONIO | | 2/12/2007 | A | JETTED MAIN TRUNK LINE |
| 1038604 | RUFFIN, VERNICE | | 5/6/2009 | A | BLOCK IN LINE BUSTED LOSE - LINES ARE DOWN. |
| 1040500 | STEWART, JOSEPHINE | | 2/15/2011 | A | JETTED MAIN LINE |
| 1041803 | NELSON, LEONARD | | 4/9/2010 | A | PUMPED DOWN 50TH STREET |
| 1041803 | NELSON, LEONARD | | 5/25/2010 | A | JETTED MAIN LINE ON TUDOR, OPENED UP BS JR BR |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S  46TH ST | 10/28/2008 | A | NOT BACKED UP LINE NEEDS TO BE CLEANED UP |
| 1044700 | ST CLAIR CITY HOUSING AUTH | 610-616 S  46TH ST | 4/15/2010 | A | JETTED MAIN TRUNK LINE A LOT OF DIRT AND ROCK IN LINE WORK DONE ON 2/25/09 |
| 1054600 | WIMBLEY, CATHERINE | | 6/9/2009 | A | TALKED TO CUSTOMER HAS BASEMENT DRAIN TRUNK LINE NEEDS TO BE VACCED OUT TOO MUCH SAND. JET AND CAC OUT TRUNK LINE 10/20/08 |
| 1056500 | WINTERS, JOHN | | | | TALKED TO CUSTOMER SEWAGE WENT DOWN AND NO MORE PROBLEM. |
| 1057501 | FOSTER, MICHAEL | | 12/28/2010 | A | JETTED LINE OPENED UP |
| 1206506 | RIDGEL, JESSIE L & BOBBIE | | 10/23/2007 | A | JET TRUNK LINE OPENED UP |
| 1206102 | JONES, CAROL | | 11/12/2008 | A | JETTED MAIN LINE IN FRONT OF #34-36 (MARILYN |
| 1207010 | RAYMOND LYNCH | | 1/4/2008 | A | JETTED MAIN LINE |
| 1207207 | CAUSEY, WILLIAM | | 4/17/2006 | A | JETTED OUT MAIN LINE OK |
| 1207211 | WILSON, ALBERT | | 1/11/2011 | A | |
| 1207211 | WILSON, ALBERT | | 1/11/2011 | A | JETTED UP AND DOWN MAIN TRUNK LINE TO THE END OF LINE |
| 1209511 | REED, JOHN D | | 5/1/2008 | A | LINE RUNNING |
| 1215606 | JEFFERSON, GWENDOLYN | | 11/25/2008 | A | JETTED LINE KK BS BT |
| 1215606 | JEFFERSON, GWENDOLYN | | 11/26/2008 | A | JETTED LINE BEHIND 10 DELORES        KK BS BT |
| 1218905 | PERKINS, LULA P | | 4/21/2010 | A | JETTED MAIN LINE |
| 1219701 | COLLINS, LUEVONDA | | 4/17/2006 | A | JETTED LINE |
| 1219902 | RADLEY, ALISON D | | 3/8/2011 | A | JET 3 MANHOLES REMOVED RAGS |
| 1219904 | DUGAN, TERRY L | | 3/8/2011 | A | JET 3 MANHOLE REMOVED RAGS |
| 1220711 | GIBBS TAMMARA | | 10/29/2007 | A | JETTED MAIN MANHOLE TOWARDS HOUSE OUT LINE CLEAN |
| 1220711 | GIBBS, TAMARA K | | 2/16/2006 | A | JETTED LINE |
| 1220711 | GIBBS, TAMARA K | | 2/21/2006 | A | JETTED LINE |
| 1223301 | WALN, LELAND P | | 9/21/2010 | A | JETTED MAIN LINE OPENED UP |
| 1224214 | TARAWOLLIE, SALLY | | 10/2/2008 | A | JETTED MAIN LINE, TWO LOCATIONS |
| 1225907 | DANSBERRY | | 11/13/2007 | A | JETTED MAIN LINE NEED TO CAMERA |
| 1225907 | DANSBERRY | | 11/26/2007 | A | TALKED TO CUSTOMER SEWER BACK UP NEED TO BE UNBLOCKED |
| 1225907 | DANSBERRY | | 6/9/2009 | A | INSTALLED 4" CLEAN OUT WITH SWEEP AND 22-1/2 + 22-1/2 SDR 40 PIPE WITH 4" PVC SCREW CAP BETWEEN #1 DELORES AND #29 DORA  WORK DONE ON 1/3/08. |
| 1246702 | WEATHERS, ARVIE | | 1/14/2009 | A | JETTED MAIN LINE TALKED TO CUSTOMER |
| 1246702 | WEATHERS, ARVIE | | 3/4/2011 | A | PUMP KICKED OUT-PULLED BACK NO RAGS-PUMPE HARD TO TURN PUT BACK ON-RESET STARTER |

| Account | Name | Address | Date | | Notes |
|---|---|---|---|---|---|
| 1247601 | THOMAS, RON | | 2/7/2008 | A | JETTED MAIN TRUNK LINE |
| 1247601 | THOMAS, RON | | 5/12/2008 | A | JETTED LINE FROM WELL UP BALDWIN OPENED UP   BS JR |
| 1247601 | THOMAS, RON | | 2/26/2009 | A | JETTED MAIN TRUNK LINE ON BALDWIN |
| 1247601 | THOMAS, RON | | 5/18/2010 | A | JET TRUNK LINE |
| 1247802 | BAXTON | | 12/12/2007 | A | JETTED LINE ON BALDWIN OPENED UP |
| 1247802 | BAXTON, SANDRA | | 1/23/2006 | A | JETTED LINE |
| 1250314 | THOMAS, LATOYA | | 3/26/2010 | A | JETTED MAIN TRUNK LINE |
| 1263505 | MC DOUGHLER, IOLA V | | 2/6/2009 | A | JETTED BLOCKED LINE |
| 1270602 | LINFORD DILKS | | 11/19/2007 | A | JETTED OUT SEWER LINE |
| 1271101 | ZIMMER, BETH | | 11/13/2007 | A | JETTED LAMPHOLE FOR CUSTOMER |
| 1271101 | ZIMMER, BETH | | 10/24/2007 | A | JET BLOCKED LINE |
| 1271206 | WILLIAMS, TAMARA T | | 4/15/2010 | A | JETTED MAIN TRUNK LINE |
| 1271305 | TWIGG PROPERTIES | | 5/10/2010 | A | JETTED AND UNBLOCKED LINE |
| 1271805 | BROWN, REGINA | | 2/7/2008 | A | BLOCKED LINE JETTED LINE TALKED TO CUSTOMER |
| 1271805 | BROWN, REGINA | | 12/30/2008 | A | HEADER BLOCKED-LINE BLOCKED RAN OUT OF TIME |
| 1271805 | BROWN, REGINA | | 7/31/2008 | A | JETTED MANHOLE BEHIND 25 HANOVER TO RELIEVE PROBLEM |
| 1271902 | HARPER | | 2/7/2008 | A | BLOCKED LINE-JETTED MAIN LINE TALKED TO CUSTOMER |
| 1272204 | WILLIAMS, NAPOLEON | | 2/18/2011 | A | JETTED MAIN LINE, OK. |
| 1280802 | HUGHES, LEONDRA | | 12/10/2008 | A | JETTED MAIN OPENED UP |
| 1282617 | SIMMON, PAULA | | 1/23/2009 | A | LINE BLOCKED GOING TO STATION ON AMELIA NEEDS JET TRUCK 1/22/09        JETTED MAIN LINE CLEARED BLOCK KK-JR-BT-PC |
| 1282618 | WILLIAMS, JEAN | | 1/1/2011 | A | JETTED MAIN LINE |
| 1292308 | JENNINGS JR, JERRY T | | 2/15/2011 | A | JETTED LINE TWICE, BROKE THROUGH AND GOT RELIEF TWICE, SEWER IS STILL BLOCKED.  PULLED PUMP AT 76 LAURALEE, NOT PUMPING ENOUGH SEWAGE NEED MORE ATTENTION. |
| 1293100 | GOSS, J D | | 10/6/2014 | A | JET TRUNK LINE |
| 1309400 | TOUCHETTE REGIONAL HOSP | 5900 BOND AVE | 8/28/2006 | A | JETTED TRUNK LINE |
| 1310600 | ST CLAIR CTY HOUSING AUTH | 6029 CLARITA DR | 10/20/2009 | A | JETTED OUT SERVICE LINE, USED CUTTER-IT BROKE JR ST |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 4/14/2009 | A | JETTED LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 10/6/2009 | A | JETTED SERVICE LINE |
| 1310700 | ST CLAIR CTY HOUSING AUTH | 6028 CLARITA DR | 2/16/2010 | A | JETTED AS FAR AS I COULD TO 90 DEGREE  JR JH |
| 1310700 | ST CLAIR HOUSING | 6028 CLARITA DR | 2/6/2008 | A | UNBLOCKED SEWER BACK UP |
| 1311100 | ST CLAIR CTY HOUSING AUTH | 5883-5897 MITCHELL LN | 3/1/2009 | A | CLEANED UP ONE MANHOLE NAD JETTED MAIN TRUNK LINE IN PROJECTS |
| 1319300 | BROOKS, LARRY | | 6/11/2008 | A | NEED TO PUMP MAN HOLES DOWN MORE |
| 1319300 | BROOKS, LARRY | | 8/30/2010 | A | AREA NEED TO BE PUMPED |
| 1319300 | BROOKS, LARRY | | 9/9/2010 | A | TALKED TO CUSTOMER, NEED TO PUMP |
| 1319401 | BROOKS, LARRY | | 10/8/2010 | A | PUMPED DOWN RENOIS |
| 1321900 | BEDNARKWIEZ | | 10/11/2010 | A | PUMPED LINE DOWN |
| | | | 3/1/2006 | A | JETTED LINE |
| 1322500 | BAKER-STREATER | | 6/9/2009 | A | JETTED MAIN LINE AND JETTED CUSTOMERS LATERAL WORK DONE ON 3/31/08 |
| 1322500 | BAKER-STREATER, FRAN. | | 3/27/2008 | A | JETTED MAIN TRUNK LINE |
| 1326303 | PHILLIPS, OTIS | | 4/22/2008 | A | shot line from field to Renois where it head to Lauralee |
| 1406701 | MOORE | | 3/18/2008 | A | PUMP HAD RAGS IN BACK AND IN SUCTION LINE. HAD TO USE OLD PUMP BECAUSE TOO MUCH SLUDGE IN BOTTOM OF WELL |
| 1406701 | MOORE, PAULA | | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1411408 | FORD, MARTHA | | 12/17/2009 | A | JETTED MAIN LINE |

| Account | Name | Address | Date | | Description |
|---|---|---|---|---|---|
| 1417401 | MACKLIN, JEANETTE | | 3/21/2011 | A | NEED TO JET LINE ON JUDITH. JET TRUNK LINE ON JUDITH. |
| 1417605 | DAVISON, CARLA | | 9/12/2006 | A | HARD TO GET THRU. JETTED LINE |
| 1485600 | CLARK, JEFFRIE | | 9/9/2010 | A | JET TRUNK LINE |
| 1486902 | HILL, THOMAS E | | 4/13/2010 | A | JETTED MAIN TRUNK LINE |
| 1490500 | ST CLAIR HOUSING | 210 MOBLEY DR - MAINT BLDG | 12/19/2007 | A | JET TRUNK LINE - OPENED |
| 1501701 | COX, EMMITT | | 5/28/2009 | A | JET TRUNK LINE |
| 1501701 | COX, EMMITT | | 8/19/2009 | A | JETTED MAIN LINE |
| 1572000 | SHRINE OF OUR LADY SNOWS | 442 S DE MAZENOD DR - SHRINE | 1/24/2011 | A | JET TRUNK LINE CUT OUT WITH 6" CUTTER |
| 1575200 | ROBINSON | | 2/27/2008 | A | JETTED MAIN SEWER LINE |
| 1576402 | WILLIAMS, MARY ANN | | 3/11/2009 | A | JETTED OUT 6" RISER |
| 1576402 | WILLIAMS, MARY ANN | | 3/17/2009 | A | CLEANED UP LINE AND 1VD LINE |
| 1581000 | SIMS, JOHNNIE | | 12/29/2009 | A | JETTED LINE @ CONVERSE & 50TH |
| 1581000 | SIMS, JOHNNIE | | 7/29/2010 | A | JETTED LINE-LINES DOWN |
| 1581000 | SIMS, JOHNNIE | | 1/22/2008 | A | JETTED MAIN TRUNKLINE |
| 1581900 | ELAM, GLORIA | | 11/9/2006 | A | JETTED LINE |
| 1585100 | HAYNES, LAWRENCE | | 4/1/2008 | A | JETTED MAIN LINE TRUNK LINE ON MC CASLAND |
| 1585100 | HAYNES, LAWRENCE | | 4/9/2010 | A | PUMPED SEWER |
| 1585100 | HAYNES, LAWRENCE | | 5/11/2010 | A | JET TRUNK LINE  JH BT |
| 1586600 | MC COTTREL, MARLO | | 2/5/2007 | A | JETTED LINE |
| 1593700 | HUGHES, LEONARD | | 9/11/2008 | A | JETTED LINE |
| 1594100 | MOORE | | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1594900 | SHARP, TOMMY | | 4/3/2008 | A | BLOCKED LINE- JETTED MIAN TRUMK LINE ON LAKE DRIVE |
| 1595800 | RANDOLPH, ONNIE | | 5/26/2009 | A | JET TRUNK LINE BLOCKED ON LAKE DRIVE, JR OPERATOR JET TRUCK  JR WM |
| 1595600 | RANDOLPH, ONNIE | | 5/27/2009 | A | JETTED MAIN TRUNK LINE WORK DONE ON 4/13/09 |
| 1595800 | RANDOLPH, ONNIE | | 10/23/2009 | A | JETTED MAIN TRUNK LINE |
| 1596502 | YOUNG, JAMES | | 3/14/2006 | A | JETTED LINE |
| 1596503 | YOUNG, JAMES | | 10/16/2006 | A | JETTED LINE |
| 1596505 | YOUNG, JAMES | | 12/15/2006 | A | JETTED LINE |
| 1596900 | HOLMES, WILLIE | | 7/17/2006 | A | JETTED MAIN LINE |
| 1596901 | HOLMES, WILLIE | | 7/31/2006 | A | JETTED MAIN LINE |
| 1609200 | JETHROE, FLORASTINE | | 9/18/2008 | A | KNOCKED ON DOOR-NO ONE ANSWERED - JET TRUNK LINE-BS JR |
| 1612301 | ZAHN-LE, MICHAEL | | 10/20/2006 | A | JETTED LINE |
| 1614600 | POLITSCH, RAY | | 9/4/2009 | A | UNBLOCKED SEWER LINE TALKED TO CUSTOMER |
| 1624201 | HILL, EDNA | | 6/19/2007 | A | JETTED LINES SMALL BLOCK |
| 1626201 | JONES, SARAH | | 9/6/2006 | A | JETTED LINES BEHIND HOUSE |
| 1630000 | DRIEMEYER, D M | | 10/2/2008 | A | JETTED MAIN LINE |
| 1631903 | KAMMMANN, JUDD,NAN | | 1/28/2008 | A | TRIED TO JETT LINE HOSE GOT STUCK CUT HOSE OFF |
| 1633502 | BEVIRT, DON | | 4/10/2007 | A | JETTED & 1VD LINE |
| 1633600 | SIGNAL HILL, UNITED CHURCH | 2 SIGNAL HILL BLVD | 2/20/2007 | A | JETTED LINE |
| 1639000 | PERRY, DERRICK | | 5/17/2006 | A | JETTED TRUNK LINE |
| 1641701 | WEBB, BARBARA | | 8/28/2008 | A | E ST LOUIS IS BLOCKED AT 47TH AND STATE JETTED LINE ON 47TH ST |
| 1641701 | WEBB, BARBARA | | 4/25/2006 | A | JETTED BLOCKED LINE |
| 1641902 | WATSON, CASSANDRA | | 2/10/2006 | A | JETTED MAIN LINE |
| 1642801 | BOYD, CARL | | 1/3/2007 | A | JETTED MAIN LINE |
| 1643700 | MCINTOSH | | 3/3/2008 | A | JETTED MAIN TRUNK LINE |
| 1646900 | WILLIS, MARY ANN | | 1/3/2008 | A | JETTED MAIN LINE |
| 1646900 | WILLIS, MARY ANN | | 8/11/2008 | A | JETTED MAIN LINE OPENED UP |
| 1646900 | WILLIS, MARY ANN | | 9/10/2008 | A | JETTED LINE BEHIND 6800 |

| ID | Name | Date | | Description |
|---|---|---|---|---|
| 1646900 | WILLIS, MARY ANN | 5/8/2009 | A | JETTED TRUNK LINE   JR WM |
| 1646900 | WILLIS, MARY ANN | 10/14/2009 | A | JETTED MAIN TRUNK LINE JR JH |
| 1646900 | WILLIS, MARY ANN | 1/3/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 1/17/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 6/20/2006 | A | JETTED LINE |
| 1646900 | WILLIS, MARY ANN | 2/20/2007 | A | JETTED LINE |
| 1651600 | MOORE JR, WILLIAM | 6/9/2009 | A | JETTED MAIN LINE IN FRONT OF CUSTOMERS HOUSE OPENED UP WORK DONE ON 10/1/08 |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | MANHOLE LID MISSING-HAD JILL (SHARLIN) CALL E ST LOUIS-MANHOLE FULL OF WOOD-TIRE-PLASTIC-REMOVED |
| 1652207 | PAGE, THADIUS | 2/24/2011 | A | SEWER COMING UP OUT OF BROKEN LATERAL BECAUSE E ST LOUIS MANHOLE NEEDS VACCED OUT |
| 1653000 | OLION, LADELLE | 1/29/2007 | A | JETTED LINE |
| 1653900 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654004 | MC INTOSH, JOHNNIE | 8/27/2010 | A | JETTED MAIN LINE TO RELIEVE BLOCK JH ST |
| 1654601 | FUSE, LEADIE | 10/6/2010 | A | JET TRUNK LINE |
| 1656801 | NICHOLSON, GAYSHON | 5/29/2007 | A | JETTED LINE |
| 1658103 | HARRIS, MICHELE | 3/8/2007 | A | TVD LINE |
| 1658204 | BENSON, JOSEPH | 2/13/2007 | A | TVD LINE |
| 1661100 | TWEED, MARCUS | 1/24/2006 | A | JETTED LINE |
| 1662100 | EDLEY, CAROLYN | 4/13/2007 | A | JETTED LINE |
| 1662700 | LEONARD, WASH | 4/26/2007 | A | JETTED LINE |
| 1663400 | WILLIAMS, ALMA | 6/5/2009 | A | JETTED MAIN TRUNK LINE (BLOCK) |
| 1670600 | CAMPBELL, DOROTHY | 2/18/2010 | A | JETTED MAIN LINE OK |
| 1670600 | CAMPBELL, DOROTHY | 1/19/2010 | A | JETTED MAIN LINE |
| 1671000 | HULL, LOU ETHEL | 2/14/2006 | A | JETTED LINE |
| 1671200 | SKIPWITH, FRANCINE | 10/16/2006 | A | JETTED LINE |
| 1674900 | MASON, LORENE | 2/3/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 4/20/2006 | A | JETTED LINE |
| 1674800 | MASON, LORENE | 8/30/2006 | A | JETTED LINE |
| 1675103 | MC LORN, SHANAI | 12/2/2009 | A | JET TRUNK LINE - FROM OAKLAND - UP STREAM 2 MAN HOLES |
| 1676401 | VILLARD JR, ARTHUR | 1/11/2011 | A | JETTED OUT MAIN LINE BETWEEN WET WELL AND 82ND STREET |
| 1683001 | WAGNER, MERVIN | 12/11/2006 | A | JETTED LINE |
| 1685401 | ROCKETT, GAYLORD | 1/24/2011 | A | NEED TO JET DISCHARGE LINE OUT OF WET WELL |
| 1685401 | ROCKETT, GAYLORD | 1/13/2007 | A | JETTED LINE |
| 1687900 | COLE, ROBERT L | 2/20/2007 | A | JETTED LINE |
| 1700418 | KIDD, KEMA | 2/24/2011 | A | TIRED TO JET TRUNK LINE FROM BLOCK HOUSE-NO LUCK NEED TO RUN 6" TRUNK LINE AND CONNECT 86-84-82 LAURALEE TO WET WELL |
| 1701410 | OLIVER, PATRICIA | 8/10/2010 | A | JETTED LINE, NOW OK |
| 1701411 | GAST, COLLIN | 12/8/2010 | A | JETTED LINE, MAINLINE OPENED UP |
| 1718101 | LYONS, RUTH | 10/30/2006 | A | JETTED LINE |
| 1723201 | BROWN, HENRIETTA | 4/5/2006 | A | JETTED LINES |
| 1738405 | HEDDELL, DEANNA | 2/21/2007 | A | JETTED MAIN LINE |
| 1741900 | CASEY, LOUIS | 11/20/2007 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1741900 | CASEY, LOUIS | 6/9/2009 | A | JETTED TO UNBLOCK BLOCKED LINE |
| 1753400 | SANDERS, MILLIE | 1/25/2008 | A | JETTED MAIN TRUNK LINE |
| 1757600 | JONES, RHONDA | 7/5/2006 | A | UNBLOCKED SEWER LINE |
| 1774300 | MC DOWELL, ANGELA | 6/2/2008 | A | JETTED MAIN TRUNK LINE |

| ID | Name | Date | A | Comments |
|---|---|---|---|---|
| 1781202 | MARSHBANKS, ERICA | | | JETTED TRUNK LINE FROM DORIS TOWARDS 451 N 73RD BROKE LOOSE-451 STILL HAD NO RELIEF OUT JET HOSE IN 451'S CLEAN OUT WENT INSIDE MAIN COULD HEAR WATER DROPPING IN MAIN-CLEAN OUT STILL HOLDING WHEN WE LEFT |
| 1785001 | FULTS, DENNIS | 10/1/2007 | A | JETTED MAIN TRUNK LINE TALKED TO CUSTOMER |
| 1795700 | BROWN, EDWIN | 4/21/2009 | A | JETTED LINES - LINES DOWN |
| 1800400 | TURNER, JOHNNY | 9/21/2010 | A | JETTED LINE |
| 1800400 | TURNER, JOHNNY | 9/28/2006 | A | CLEANED LINE |
| 1803000 | RICHTER, JOYCE SULLIVAN | 10/25/2006 | A | PUMPED DOWN WITH 3" PUMP |
| 1803000 | RICHTER, JOYCE SULLIVAN | 8/20/2010 | A | PUMPED DOWN RENOIS |
| | | 8/24/2010 | A | |
| 1806800 | PAYNE, DELON | 5/7/2008 | A | JETTED LINE BEHIND PITTSBURGH OPENED MAIN LINE CUSTOMERS LINE STILL BLOCKED |

* Indicates Customer Problem

| Account Numb | Customer Name | location | Date | Service Order completed comment | |
|---|---|---|---|---|---|
| 1005101 | NORDHOFF, THOMAS & SANDRA | | 1/20/2010 | LOCATE CORNER MANHOLE-DWON IN CHANNEL JETTED FROM EMPTY MANHOLE TOWARDS FULL MANHOLE-DID NOT HELP CUSTOMER | |
| 1009902 | GODINA, DAWN | | 8/4/2008 | OUR LINES ARE DOWN CUSTOMERS PROBLEM WOULDNT ANSWER DOOR | * |
| 1009902 | GODINA, DAWN | | 1/21/2010 | OUR SEWERS ARE OK - CUSTOMERS PROBLEM | * |
| 1026100 | WILCOX, DOROTHY | | 7/29/2009 | CUST PROBLEM, OUR LINES ARE DOWN/ KNOCKED ON DOOR NO ONE ANSWERED, ST BT | * |
| 1029900 | ROBINSON, JOHN | | 5/20/2009 | PARTIAL BLOCK IN MAIN LINE JETTED MAIN TWICE COULD NOT HELP CUSTOMER (ROOTS) | |
| 1030400 | BLACKMAN, WILLIE | | 11/4/2008 | CHECKED OUR LINES WERE DOWN SPOKE WITH CUSTOMER THEIR PROBLEM | * |
| 1033003 | LUSTER | | 1/11/2008 | CUSTOMERS PROBLEM | * |
| 1033100 | BINFORD, BERNICE | | 5/6/2009 | MAIN LINES ARE DOWN AND FLOWING TALKED TO CUSTOMER | * |
| 1040100 | MAY, J N | | 9/28/2010 | CUSTOMERS PROBLEM | * |
| 1040303 | PRUITT, STEPHEN & MARY | | 2/8/2011 | CUSTOMERS PROBLEM | * |
| 1040500 | STEWART, JOSEPHINE | | 3/3/2008 | CUSTOMERS PROBLEM | * |
| 1041402 | NEALY, TAMIKO | | 3/11/2010 | OUR LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER | * |
| 1045300 | JACKSON, LINDA | | 12/17/2008 | CUSTOMERS PROBLEM SEWERS CLEAR | * |
| 1047000 | GILBERT, FRANCES | | 2/27/2006 | CUSTOMER PROBEM | * |
| 1053400 | BURNS, EDDIE | | 2/15/2006 | CUST PROBLEM | * |
| 1053800 | GRINSTON, FRED | | 12/3/2007 | OUR LINES ARE DOWN CUSTOMER PROBLEM | * |
| 1054600 | WIMBLEY, CATHERINE | | 4/20/2009 | TALKED TO CUSTOMER THEIR PROBLEM | * |
| 1055001 | DOUGLAS, KENNEY | | 3/4/2008 | TRUNK LINE DOWN IN CHANNEL TALKED TO CUSTOMER HE MAY HAVE HAD BLOCK IN HIS LINE HAS CLEAR WATER ALSO IN BASEMENT | |
| 1055001 | DOUGLAS, KENNEY | | 4/29/2009 | CUSTOMER PROBLEM JR WM | * |
| 1065105 | WAGNOR, OIREAL | | 10/6/2010 | OUR LINES ARE DOWN TALKED TO CUSTOMER | * |
| 1067700 | GREYSTONE PARK | 310 GREYSTONE CT - BLDG 15 | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL | * |
| 1067900 | GREYSTONE PARK | 314 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL | * |
| 1068000 | GREYSTONE PARK | 316 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL | * |
| 1070500 | GREYSTONE PARK | 307 GREYSTONE DR | 10/11/2010 | OUR LINES ARE DOWN IN THE CHANNEL | * |
| 1200410 | ALMA TENDICKS | | 11/29/2007 | CUST PROBLEM OUR LINES ARE DOWN TALKED TO CUST | * |
| 1200410 | TENDICK, ALMA | | 5/11/2009 | TRUNK LINE DOWN CUSTOMERS PROBLEM | * |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 9/25/2008 | CLEAN OUT DOWN TALKED W/CUSTOMER PROBLEM INSIDE | * |
| 1200506 | RIDGEL, JESSIE L & BOBBIE | | 11/17/2008 | CUSTOMER PROBLEM  WM | * |
| 1200613 | SLOAN | | 10/18/2007 | JET TRUNK LINE HUNTER SEWER RAN CUTTER THRU LINE-OPENED UP | |
| 1201306 | JONES, GREGORY D | | 11/9/2010 | OUR LINES ARE OK TALKED TO CUSTOMER | * |
| 1201306 | JONES, GREGORY D | | 11/12/2010 | CUSTOMER'S PROBLEM, NEEDS TO HAVE TREE ROOTS REMOVED FROM HIS LINE - NO ONE HOME | * |
| 1203011 | KING, LATRINA | | 1/23/2006 | CUSTOMER PROBLEM. | * |
| 1206102 | JONES, CAROL | | 3/26/2010 | CUSTOMER HAS PROBLEM IN BATHTUB TALKED TO CUSTOMER | * |
| 1209911 | PARKS, JOHNTHA | | 5/6/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER | * |
| 1216201 | MOORE, CYNTHIA | | 2/23/2006 | CUST PROBLEM | * |
| 1216903 | FRANKLIN, FELECIA | | 4/21/2006 | CUST PROBLEM | * |

| Account / Name | Address | Date | Problem |
|---|---|---|---|
| 1220616 GIBBS, MARLON | | 3/2/2010 | CUSTOMER HAS WATER LEAK IN FOUNDATION.. NO SEWER PROBLEM JR JH |
| 1220711 GIBBS, TAMARA K | | 2/7/2006 | CUST PROBLEM |
| 1222109 PERKINS, TRACY L | | 10/22/2006 | CUSTOMERS PROBLEM, LINE DOWN |
| 1225708 LOVING, MIESHA | | 5/17/2006 | CUSTOMER PROBLEM |
| 1225708 LOVING, MIESHA | | 6/8/2006 | CUSTOMER PROBLEM |
| 1246314 TOMMIE WILLIAMS | | 12/14/2007 | OUR LINES ARE DOWN CUSTOMERS PROBLEM TOLD CUSTOMER |
| 1260304 FARLEY, JUANITA | | 7/29/2010 | CUSTOMER PROBLEM OUR LINES ARE DOWN |
| 1266902 DARTY, VELMA | | 4/20/2010 | CUSTOMER HAS BLOCKED LATERAL, OUR LINES ARE OKAY |
| 1266902 DARTY, VELMA | | 7/22/2010 | CUSTOMER PROBLEM |
| 1269606 MC DANIEL, CHAD | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO LANDLORD |
| 1270501 MC COY, JESSIE | | 7/28/2008 | NOT OURS, SPOKE TO HOMEOWNER  BS  ST |
| 1271805 BROWN, REGINA | | 3/14/2008 | CHECKED MANHOLE DOWNSTREAM AND LAMPHOLE UPSTREAM BOTH WERE DOWN TALKED TO CUSTOMER |
| 1272204 WILLIAMS, NAPOLEON | | 9/11/2007 | CHECKED MANHOLE ON BOTH SIDES, WE'RE DOWN TOLD |
| 1272204 WILLIAMS, NAPOLEON | | 6/16/2009 | CUSTOMER THEIR PROBLEM |
| 1273206 WILLIS, DALPHANIE | | 1/1/2010 | CUSTOMER TOILET WAS STOPPED UP |
| 1274717 WILLIAMS, DEREK | | 2/2/2009 | NOT OUR PROBLEM OUR LINE IS DOWN |
| 1277011 WALLACE, VICTORIA | | 11/24/2010 | CUST PROBLEM OUT LINES ARE DOWN |
| 1280904 BROWN, DONNA MICHELLE | | 9/1/2009 | 82 IS DOWN IN CUSTOMERS LATERAL CUST PROBLEM |
| 1281812 MILLER, ELVIS | | 4/27/2007 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1282817 SIMMON, PAULA | | 2/24/2009 | CUST PROBLEM |
| 1283101 MARX, GLADYS | | 3/30/2009 | JETTED MAIN LINE, CUSTOMERS LINE STILL BLOCKED WM JR FP |
| 1283808 CARLISLE | | 11/15/2007 | TC BT |
| 1292308 JENNINGS JR, JERRY T | | 3/7/2011 | CUSTOMERS PROBLEM |
| 1293014 SIMMONS JR, ALAN | | 3/11/2010 | CUSTOMERS PROBLEM-BAD LATERALS |
| 1293418 KIDD, VYNADRIAN R | | 6/10/2008 | OUR LINE IS DOWN CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1294100 CARL DOUGLAS | | 11/8/2007 | CUSTOMERS PROBLEM NO ONE HOME |
| 1309200 CITY OF CENTREVIL MUN | 5900 BOND AVE | 10/9/2008 | OUR LINES ARE DOWN SPOKE WITH CUSTOMER |
| 1310700 ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 12/31/2008 | OUR LINE DOWN, PARK CLEAN OUTS FULL BY BUILDING---RS |
| 1310700 ST CLAIR CITY HOUSING AUTH | 6028 CLARITA DR | 3/3/2010 | HOUSING PROBLEM SPOKE TO HOUSING WORKER PROBLEM IS HOUSINGS, CUSTOMER USES TO MUCH SOAP POWDER WM |
| 1326303 PHILLIPS, OTIS | | 3/11/2010 | OUR LINES OK CUSTOMERS PROBLEM |
| 1406701 MOORE, PAULA | | 4/28/2008 | CHECKED MAIN LINE ABOVE AND BELOW HOUSE LINE RUNNING, SPOKE TO HOMEOWNERS, THIER PROBLEM. |
| 1417401 MACKLIN, JEANETTE | | 6/9/2009 | TALKED TO CUSTOMER NO ONE ELSE HAS PROBLEM JET TRUNK LINE - CUST PROBLEM |
| 1485401 BRANIGAN, WILLIE | | 4/11/2008 | CUSTOMER MUST BE TALKING ABOUT TRAIN WATER NOT BACKING UP |
| 1485500 CLARK, JEFFRIE | | 11/2/2010 | CUSTOMERS PROBLEM |
| 1502206 FRANKLIN, MARGARET | | 10/1/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1575200 ROBINSON | | 11/18/2010 | CHECKED MANHOLES ON EITHER SIDE OF ADDRESS MAIN LINE DOWN IN CHANNEL-CUST PROBLEM |
| 1579606 GRIFFIN, SHANTELL | | 2/28/2008 | SEWER NOT BACKING UP IN OUR LINE-CUSTOMERS PROBLEM |
| 1584700 WILLIAMS, ARTHUR | | 12/28/2008 | CUST PROBLEM |
| 1586600 MC COTTREL, MARLO | | 1/4/2007 | CUST PROBLEM |
| 1593201 FISHER, OCSAR LEE | | 2/12/2007 | CUST PROBLEM |
| | | 7/12/2006 | CUST PROBLEM |

| Account | Name | Date | Note |
|---|---|---|---|
| 1593201 | FISHER, OCSAR LEE | | CUST PROBLEM |
| 1594603 | BROWN, MILDRED | 12/8/2006 | LINES ARE OKAY-CUSTOMERS PROBLEM JR ST |
| | | 6/3/2009 | OUR LINES ARE OK BUT I JETTED LINE BEHIND CUSTOMERS |
| 1595800 | RANDOLPH, ONNIE | 6/9/2009 | HOUSE. CUSTOMER MUST HAVE A BAD LINE |
| 1596500 | YOUNG, JAMES | 10/15/2007 | CUSTOMERS PROBLEM KITCHEN SINK WON'T DRAIN |
| 1596500 | YOUNG, JAMES | 12/3/2007 | CUSTOMERS PROBLEM |
| | | | CUSTOMERS PROBLEM CLEAN OUT EMPTY-TALKED WITH |
| 1596500 | YOUNG, JAMES | 8/27/2007 | CUSTOMER |
| | | | CHECKED LINES-OUR LINES DOWN TALKED TO CUST-CUST |
| 1596500 | YOUNG, JAMES | 12/18/2008 | PROBLEM |
| | | | JETTED OUR LINE-LINE IS NOT BLOCKED CUSTOMERS LINE IS |
| | | | BLOCKED-COULD NOT GET OUR HOSE IN THEIR LINE TOLD |
| 1596500 | YOUNG, JAMES | 1/19/2010 | CUSTOMER SHE IS NOT HAPPY |
| | | | OUR LINES ARE DOWN AND FLOWING CUSTOMERS PROBLEM |
| 1596500 | YOUNG, JAMES | 11/17/2010 | TALKED TO CUSTOMER |
| 1596504 | YOUNG, JAMES | 11/13/2006 | CUST PROBLEM |
| 1596506 | YOUNG, JAMES | 12/18/2006 | CUST PROBLEM |
| 1596805 | SMITH, TEQUILLA | 11/17/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1597208 | FRIDGE, ALVITA | 3/15/2006 | CUST PROBLEM |
| 1599300 | TURLEY, GUY | 8/21/2007 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 7/5/2006 | CUST PROBLEM |
| 1599500 | BALL, WILLIE | 1/12/2007 | CUST PROBLEM |
| 1599803 | CLIFTON, ALGERTHA | 8/8/2007 | CUSTOMER PROBLEM |
| 1600200 | MITCHELL, MOLLY | 8/8/2007 | CUST PROBLEM |
| 1600604 | MARTIN, BRIAN | 10/5/2006 | CUSTOMER PROBLEM |
| 1601301 | GOLLIDAY, EDDIE | 5/16/2008 | MAIN LINE RUNNING NORMAL WM RS |
| 1608701 | NUNN, JASPER | 2/22/2007 | CUSTOMER PROBLEM |
| | | | talked to customer this is not sewer water, we do not think it is our |
| 1606901 | THOMAS | 11/19/2007 | problem |
| | | | TALKED TO CUSTOMER THIS IS NOT SEWER WATER WE DO NOT |
| 1606901 | THOMAS | 6/9/2009 | THINK IT IS OUT PROBLEM |
| 1608400 | WILLIAMS | 4/2/2008 | HOUSE LINE, TALKED TO CUSTOMER |
| 1608603 | WILLIAMS, TIFFANY | 5/6/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1608701 | JETHROE, BEATRICE | 3/29/2010 | CUSTOMER PROBLEM |
| 1608701 | JETHROE, BEATRICE | 11/15/2006 | CUSTOMER PROBLEM |
| 1612205 | FAIRLEY, KAVEN | 1/26/2009 | STATION FINE-CUSTOMERS PROBLEM |
| | | | PUMP KICKED OUT – RESET--TALKED TO CUSTOMER    WM   BT |
| 1612205 | FAIRLEY, KAVEN | 6/23/2009 | ST |
| 1612205 | FAIRLEY, KAVEN | 10/6/2009 | CUSTOMERS PROBLEM |
| 1612701 | BISCHAN, MELISSA | 8/9/2006 | CUSTOMER PROBLEM |
| 1613804 | HIBBLER, LATRICIA | 12/14/2006 | CUSTOMER PROBLEM |
| | | 10/13/2006 | CUSTOMER PROBLEM |
| | | | CRESTON PUMP STATION RUNNING--NO PROBLEM WITH US.  BS |
| 1621300 | ROUCH, WALTER | 5/20/2008 | ST |
| 1621500 | KOHMILLER, DONNA K | 1/22/2010 | PUMPS WORKING AND OUR LINES ARE IN THE CHANNEL JR JH |
| 1624400 | CAMPBELL | 2/8/2008 | CHECKED CRESENT STATION & SEWER LINES OUR LINES DOWN |
| 1626105 | HAWKINS, EDWARD | 10/13/2006 | CUSTOMERS PROBLEM |
| | | | CUST PROBLEM |
| | | | CHECKED LINES--CUSTOMER PROBLEM NEED TO UNCOVER 2 |
| 1631103 | LACY-CLARK, TIFFANY | 5/20/2009 | MANHOLES ON LINDORF |

| ID | Name | Address | Date | Comment |
|---|---|---|---|---|
| 1631903 | KAMMANN-JUDD, NAN | | | CHECKED MAIN LINE AND MANHOLES ABOVE AND BELOW THIS ADDRES LINE RUNNING SPOKE TO HOMEOWNER WORK DONE ON 5/1/08 CUST PROBLEM |
| 1633502 | BEVIRT, DON | | 6/9/2009 | CUSTOMER PROBLEM |
| 1633600 | SIGNAL HILL UNITED CHURCH | 2 SIGNAL HILL BLVD | 2/20/2007 | CUSTOMER PROBLEM |
| 1639801 | WELLS, LATOYA | | 1/24/2007 | OUR LINES ARE DOWN IN CHANNEL PUMPS ARE OK |
| 1641902 | WATSON, CASSANDRA | | 12/30/2009 | CUSTOMER PROBLEM |
| 1643901 | DAVIS, DAWN | | 2/13/2006 | CUSTOMER PROBLEM |
| | | | 6/5/2007 | OUR LINES ARE DOWN IN CHANNEL CUSTOMERS PROBLEM - |
| 1646900 | WILLIS, MARY ANN | | 10/16/2009 | TALKED TO CUSTOMER |
| 1647801 | RIGSBY, CATHY | | 1/4/2007 | CUST PROBLEM |
| 1649005 | RALLEIGH, YWANZIA | | 2/9/2010 | TALKED TO CUSTOMER, CUSTOMER NEED NEW SEWER LINE JH BT |
| 1649900 | CHATMAN, WALTER | | 7/8/2010 | CUSTOMERS PROBLEM |
| 1649900 | CHATMAN, WALTER | | 12/19/2006 | CUSTOMER PROBLEM |
| 1654601 | FUSE, LEADIE | | 9/25/2008 | TALKED TO CUSTOMER, HIS PROBLEM   WM |
| 1655700 | LORI REED | | 1/3/2008 | OUR LINES ARE DOWN TOLD CUSTOMER |
| 1656300 | THOMAS, BEATRICE | | 6/26/2006 | CUSTOMER PROBLEM |
| 1659502 | THOMAS, ANDRE | | 3/23/2011 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1661100 | TWEED, MARCUS | | 7/13/2006 | CUSTOMER PROBLEM |
| 1664901 | WILLIS, EULESCIA | | 3/3/2011 | COMMONFILEDS SEWER OK CUSTOMRE NOT AT HOME |
| 1667600 | BOLDEN, JAMES | | 3/24/2010 | OUR LINES ARE OK TALKED TO CUSTOMER |
| 1667901 | POTTS, BILLY | | 11/10/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1668100 | HOPKINS, AILENE | | 1/30/2006 | CUSTOMER PROBLEM |
| 1668701 | FOOTS, KATINA | | 5/17/2007 | CUSTOMER PROBLEM |
| 1668901 | WILLIAMS, BARBARA L | | 12/8/2010 | CHECKED MANHOLE & CLEANOUT BOTH DOWN CUSTOMER NOT HOME |
| 1671902 | PAYNE, ANNIE | | 11/13/2007 | JETTED MAIN LINE CUSTOMERS PROBLEM |
| 1671902 | PAYNE, ANNIE | | 8/1/2008 | TALKED TO CUSTOMER THEIR PROBLEM |
| 1672401 | SKIPWITH, FRANCINE | | 12/4/2007 | CUSTOMERS PROBLEM TALKED TO THEM |
| 1672401 | SKIPWITH, FRANCINE | | 7/28/2008 | OUR LINES ARE DOWN |
| 1672401 | SKIPWITH, FRANCINE | | 7/8/2010 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1672401 | SKIPWITH, FRANCINE | | 10/19/2010 | CHECKED PUMP & MAIN LINE NO ONE HOME AT 11:15 AM 10/14/10 TALKED TO LANDLORD ON PHONE TOLD HER IT WAS HER PROBLEM 10/15/10 |
| 1674800 | MASON, LORENE | | 4/18/2009 | CUSTOMER PROBLEM |
| 1675103 | MC LORN, SHANAI | | 11/30/2009 | CUSTOMERS PROBLEM CUSTOMER NOT AT HOME |
| 1678801 | TUCKER, JANICE | | 12/18/2006 | CUSTOMER PROBLEM |
| 1681300 | JOHNSON, GWENETTA | | 4/28/2008 | TALKED TO CUST, EAST ST LOUIS NOT TAKING US.  BS JR |
| 1682502 | DUNN, OLIVIA | | 7/21/2009 | CHECKED TRUNK LINE OK CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1685401 | ROCKETT, GAYLORD | | 1/25/2011 | CUSTOMER SAID SEWER PROBLEM IS NOW OK. |
| 1686000 | BENNETT, CORNELLUS | | 6/26/2009 | OUR LINE IS DOWN, TALKED TO SON RS |
| 1686000 | BENNETT, CORNELLUS | | 2/14/2006 | CUSTOMER PROBLEM |
| 1686401 | FRAZIER, CHERYL V | | 5/17/2010 | CUSTOMERS PROBLEM |
| 1689900 | BYRUM, WYATT | | 4/17/2007 | CUSTOMER PROBLEM |
| 1690302 | MOORE, DOROTHY | | 5/7/2008 | JETTED MAIN LINE-COULDN'T HELP CUSTOMER PLUMBER CALLED TO OPEN HER LINE |
| 1700612 | DEIW, ANGELA M | | 6/29/2009 | EVERYTHING IS OK ON OUR SIDE.  CUSTOMERS SAID PROBLEM WAS 3 OF 4 WEEKS AGO |
| 1704003 | DWAI LLC | 7006 RUSSELL AVE | 10/6/2009 | CUSTOMERS PROBLEM NO ONE WAS AT THAT ADDRESS |
| 1709215 | CAIN, JOHN | | 2/3/2011 | CUSTOMER PROBLEM - OUR LINES ARE OK |

| Account | Name | Date | Comment |
|---|---|---|---|
| 1716604 | HANNAH, ALEXANDRIA | | |
| 1716604 | HANNAH, ALEXANDRIA | 5/5/2010 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1718101 | LYONS, RUTH | 10/22/2010 | CUSTOMERS PROBLEM |
| 1718101 | LYONS, RUTH | 8/20/2007 | MANHOLE DOWN TALKED TO CUSTOMER THEIR PROBLEM |
| 1725300 | GRIMES, ELVIA | 8/20/2007 | CUST PROBLEM |
| | | 11/2/2006 | CUSTOMER PROBLEM |
| 1725603 | CASSEA HARVEY | | MANHOLE DOWN ON BOTH SIDES OF CUSTOMER - TOLD |
| | | 12/14/2007 | CUSTOMER |
| 1726103 | SMITH, MARGARET | | OUR STATION IS OK LINES ARE DOWN. WILL NOT ANSWER |
| | | 4/22/2008 | DOOR - CUST PROBLEM |
| 1726103 | SMITH, MARGARET | | Customer says he has roots between the end of his new line and main - |
| | | 4/8/2009 | no problem in our main JRFP |
| 1726103 | SMITH, MARGARET | | OUT LINES ARE DOWN CUSTOMERS PROBLEM TALKED TO |
| | | 11/23/2010 | CUSTOMER |
| 1738405 | HEDDELL, DEANNA | 2/20/2007 | ROOTS IN CUST LINE |
| 1738804 | DOSS, BERTHA | 5/7/2009 | CUSTOMERS PROBLEM CALL OUT 2HRS O.T. |
| 1741900 | CASEY, LOUIS | 11/19/2007 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1747902 | TOLER, LARRY | 7/2/2006 | CUST PROBLEM |
| 1753400 | SANDERS, MILLIE | | OUR LINES ARE DOWN IN CHANNEL - CUSTOMERS PROBLEM |
| | | 2/11/2008 | TALKED TO CUSTOMER |
| 1764900 | MAYHORN, VIRGIE | 12/9/2008 | MANHOLE IS DOWN, NO ONE HOME  BS KK |
| 1772201 | PRINCE, GWEN | 12/17/2009 | CUSTOMERS PROBLEM TALKED TO CUSTOMER |
| 1774300 | MC DOWELL | 10/12/2007 | TALKED TO CUSTOMER HER PROBLEM |
| 1774300 | MC DOWELL, ANGELA | | FOUND MH BEHIND WAS EMPTY TOLD CUST THEIR PROBLEM |
| | | 5/28/2008 | BS GF BT ST |
| 1774300 | MC DOWELL, ANGELA | | CUSTOMER PROBLEM SOLVED, MANHOLE WENT DOWN TALKED |
| | | 1/29/2010 | TO CUSTOMER  JH |
| 1781202 | ERICA SUSSIX | | NO ONE HOME, OUR LINES ARE DOWN, M.H. IN THEIR BACK |
| 1784902 | ELLIS, TIFFANY | 9/27/2007 | YARD IS STORM DRAIN AND IT'S HOLDING |
| 1789900 | BROOKS, HOWARD | 8/19/2008 | OUR LINES ARE DOWN, TALKED WITH CUSTOMER |
| 1789900 | BROOKS, HOWARD | 3/31/2006 | CUST PROBLEM |
| 1791702 | DOBBINS, FELECIA M | 4/17/2006 | CUST PROBLEM |
| 1818800 | RAY, FELECIA J | | THIS IS PRIVATE PROPERTY OUR MAIL LINES ARE DOWN OK |
| | | 1/23/2008 | CHECK LINE EVERYTHING IS OK NO ONE HOME-COULDN'T TALK |
| | | 2/17/2010 | TO CUSTOMER - CUST PROBLEM |

J - Indicates Pump Failure and/or Lack of Backup

| Account Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1207701 | BARKS, WILLIAM | | | |
| 1207701 | BARKS, WILLIAM | | 9/24/2007 J | VILLAGE PUMP IS OUT TALKED TO VILLAGE |
| 1247601 | THOMAS, RON | | 4/25/2008 J | CAHOKIA SERWER STATION OUT TALKED TO VILLAGE |
| 1255510 | HALL, VANITY C | | 4/14/2008 J | CAHOKIA PUMPS NOT TAKING OUR SEWAGE-EVERYTHING IS BACKED UP |
| 1269606 | MC DANIEL, CHAD | | 3/7/2011 J | PUMPED DOWN SYSTEM WITH 3" PUMP PUMP KICKING OUT BRIDGEDALE PUMP OUT-PULLED BACK RAGS TIGHTENED BELTS |
| 1422600 | BRIDGEDALE CLEANERS | | 11/9/2010 J | CAHNGED O-RING ALL LINES ARE BACKED UP BECAUSE THE VILLAGE STATION IS OUT |
| 1514300 | TASSELLO, JERRY | | 4/21/2009 J | VILLAGE OF CAHOKIA BACKING UP CALLED & THEY ARE |
| 1514300 | TASSELLO, JERRY | | 6/11/2008 J | CHECKING LIFT STATION |
| 1514300 | TASSELLO, JERRY | | 12/9/2008 J | VILLAGE PROBLEM PER RANDY |
| 1514300 | TASSELLO, JERRY | | 4/21/2009 J | VILLAGE PUMP OUT |
| 1585100 | HAYNES, LAWRENCE | | 5/18/2010 J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN 51ST MARKET STATION DOWN WITH MAJOR PROBLEMS 5/17/10 STATION BACK IN OPERATION 5/18/10 |
| 1612205 | FAIRLEY, KAVEN | | 1/18/2011 J | #1 PUMP SHOT - SEALS ARE LEAKING BAD.  STATION FLOODED - TURNED OFF VALVE(TOP) PUT STATION ON #2 PUMP |
| 1612205 | FAIRLEY, KAVEN | | 2/3/2011 J | PUMP LOST PRIME REPRIMED PUMP |
| 1621101 | SPENCER | | 3/20/2008 J | PUMP OUT BLOWER LOCKED-UP REMOVED BLOWER - PUT ON JUMPER |
| 1621101 | SPENCER, JIM | | 4/10/2008 J | #2 BLOWER NOT PUMPING-SWITCHED OVER TO #1 BS- JR |
| 1676401 | VILLARD JR, ARTHUR | | 11/12/2009 J | 82ND & BELLEVIEW BLOWER KICKED OUT RESET, SHUT OFF 82ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 7/14/2010 J | PUMP STATION OUT NOW OK  JH BT FP BS |
| 1676401 | VILLARD JR, ARTHUR | | 11/30/2010 J | PUMP STATION OUT OF ORDER BECAUSE OF BROKEN BELT CUSTOMER NOT AT HOME |
| 1676401 | VILLARD JR, ARTHUR | | 1/11/2011 J | PUMP KICKED OUT ON 82ND & BELLEVIEW TURNED OFF 82 ND & BLUFF |
| 1676401 | VILLARD JR, ARTHUR | | 3/3/2011 J | COMMONFILEDS SEWER BACKING UP PUMP KICKED OUT BACK ON |
| 1676401 | VILLARD JR, ARTHUR | | 3/14/2006 J | BELLEVIEW |
| 1676401 | VILLARD JR, ARTHUR | | 5/2/2007 J | BLUFF OUT |
| 1679900 | EDMONDS, CLENDER | | 1/18/2007 J | CLINTON PUMP STATION OUT - BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 7/8/2009 J | PUMPS WERE OUT AT BOTH STATIONS 82ND & BELLEVILLE IS BACK ON |
| 1686000 | BENNETT, CORNELIUS | | 5/18/2007 J | BLUFF OUT - PULLED BACK ON |
| 1698211 | CATHION, DARTINA | | 11/9/2010 J | PUMP OUT - PULLED BACK (RAGS) - TIGHTENED BELTS - CHANGED O-RINGS |
| 1748703 | WIGGINS, RESHEDA | | 5/6/2010 J | VILLAGE PUMP STATION OUT ....TALKED TO JIM WALL, WM |
| 1748703 | WIGGINS, RESHEDA | | 5/18/2010 J | VILLAGE PUMPING ALL THEY CAN TOO MUCH RAIN |
| 1774300 | MC DOWELL, ANGELA | | 7/1/2010 J | PUMP WAS OUT DUE TO PROBLEM AT POLICE STATION - PUMP IS ON NOW |

**C - Root Intrusion**

| ccount Numb | Customer Name | location | Date | | Service Order completed comment |
|---|---|---|---|---|---|
| 1571800 | OUR LADY OF THE SNOWS | 442 S DE MAZENOD DR | 1/13/2011 | C | CUT OUT ROOTS AND SCAP IN MAIN LINE IN ABOUT 3 SPOTS. |
| | | | | | BOILING OUT OF MAIN HOLE-JET TRUNK LINE-USED 4" CUTTER- |
| 1723201 | BROWN, HENRIETTA | | 6/2/2008 | C | PULLED OUT ROOTS STATION BACK ON FP BT ST  ST UNIT 9 |

B - Indicates Collapsed Pipe

| count Numb | Customer Name | location | Date | Service Order completed comment |
|---|---|---|---|---|
| 1044700 | ST CLAIR CTY HOUSING AUTH | 610-616 S 46TH ST | 4/21/2010 B | PUMPED DOWN TUDOR AVE AROUND SEWER BREAK EMERGENCY SANITARY SEWER REPAIR (MARCH 2010) |
| 1276704 | CONNERS, DENNIS | | 12/23/2010 B | TALKED TO CUSTOMER CUSTOMER SAID SOMETHING NEED TO BE DONE BY COMPANY SAID HE WOULD TALK TO MANGER WAS NOT ABLE TO GIVE RELIEF |
| 1277801 | JENNINGS, CAROL | | 2/22/2123 B | REPAIRED LATERAL |
| 1326600 | JONES, MONICA | | 2/19/2008 B | REMOVED CLAY LATERAL, REPLACED WITH PVC SCH 35 |
| 1654601 | FUSE, LEADIE | | 6/14/2010 B | PUMPED DOWN AROUND SEWER BREAK JH ST |
| 1662700 | LEONARD, WASH | | 5/5/2008 B | pumped line at 200-202 a north 63rd. RUN 350FT DISCHARGE LINE TO NEXT MANHOLE. PUMPED ONLY 10 MIN REPAIRED 3 INCH PUMP REPLACED WARE PLATE, FLAPPER VALVE, INSTALLED DIFFERENT SUCTION LINE. PUMPED DOWN TO CHANNEL ST GF |
| | | CHURCH ROAD | Nov 2008 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | 300 BLK MOUSETTE LANE | MAY 2008 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | FEB 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JUNE 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |
| | | | JULY 2010 B | MAIN LINE FAILURE - EMERGENCY SANITARY SEWER REPAIR |

Exhibit 7

*(handwritten annotations)*

- USEPA order Pretreatment,
- Kate Centreville/Centreville City
- Environmental Justice    FOS
- Community Revit Council

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

**Miles, Jim**

| | |
|---|---|
| **From:** | Stitely, Joe |
| **Sent:** | Tuesday, January 28, 2020 5:47 PM |
| **To:** | Miles, Jim |
| **Cc:** | Sanders, Gregg; Caughman, Wayne; Rosenblum, Fred |
| **Subject:** | Commonfield of Cahokia & Centerville/Alorton Collection System Meeting |

MAR 2 0 2020

REVIEWER: MED

Yesterday (01/27/20), Wayne Caughman, Gregg Sanders, and I met with Dennis Traiteur, Manager for Commonfield of Cahokia Water & Sewer District, and La Mar Gentry, Administrator for the Village of Alorton and Centerville. The purpose of the meeting was to discuss issues related to the collection system problems, including SSO's, in their communities.

Commonfield of Cahokia Collection System - The system currently has 27 lift stations in the collection system. According to Traiteur, the system has at least 12 lift stations that are desperately in need renovation. Multiple stations only have one pump operational and seven of the stations are operated by a single temporary submersible pump (original pumps are non-operational). The collection system is mostly 8-inch concrete main with severe infiltration and inflow (I & I) issues. We discussed the need to reduce I & I in the collection system. I asked about possibly raising or sealing manholes. Traiteur indicated sealing manholes would possibly cause flooding issues. The area has significant issues with the management of stormwater.

Currently, sewage from 732 Commonfield customers discharge into the East St. Louis collection system while 976 customers discharge to Cahokia. There are not any main interceptors conveying wastewater into the East St. Louis collection system. There are seven entry points from the Commonfield collection system into the East St. Louis collection system. According to Traiteur, most of the sewer backup issues are related to the areas that report to East St. Louis. It should be noted that the East St. Louis collection system has three CSO outfalls. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Commonfield cannot be discharged to East St. Louis. Therefore, they are forced to shut their pump stations down. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. We discussed their inspection and routine maintenance of their collection system. Currently, the system does not have a program due to staffing issues. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

Centerville/Alorton: The Centerville/Alorton collection system currently has 10 lift stations. According to the information provided by Gentry, Centerville owns eight. Of the eight, four stations are not operational. Three of them are being pumped via bypass pumping and the other station is going out for bid for new pumps and control panel. The collection system is mostly 8-inch and 10-inch PVC main with severe infiltration and inflow (I & I) issues. Sewage from Alorton is discharged to the Centerville collection system. Part of the sewage from Centerville is discharged to the East St. Louis collection system and part of the sewage does to the Cahokia Lift station. Gentry estimated that there are 4-5 entry points into the East St. Louis collection system. He indicated that most of the backup issues are related to the areas that report to East St. Louis system. He indicated that when the East St. Louis collection system becomes charged during precipitation events, wastewater flows from Centerville cannot be discharged to East St. Louis. He also indicated that it common for residents to remove their clean out caps to avoid sewer being backed up in their homes. The collection system area has significant issues with the management of stormwater. In addition, we explained that all SSOs are to be reported to the Agency and a 5-day written report sent to CAS.

We also stopped by Hurst-Roushe, Inc., engineering consultant for Commonfield of Cahokia, Alorton, Centerville, and East St. Louis. We requested a map identifying the specific locations where for Commonfield

**Illinois EPA FOIA Exemption Reference Sheet**

SID:    35850

| | |
|---|---|
| Agency ID: 170002064986 | Media File Type: WATER |
| Bureau ID: W1630300005 | |
| Site Name: Centreville City of | |
| Site Address1: 5800 Bond Ave | |
| Site Address2: | |
| Site City: Centreville | State: IL      Zip: 62207- |

---

# This record has been determined to be partially or wholly exempt from public disclosure

# Exemption Type:

# Redaction

---

**Exempt Doc #:  24**          **Document Date:** 1 /28/2020          Staff:    MED

**Document Description:**  EMAIL: STITELY TO MILES PAGE 2

Category ID:  01      Category Description:    FIELD OPERATIONS/INSPECTIONS          Exempt Type:   Redaction

Permit ID:                                                                                     Date of Determination:                3 /20/2020

of Cahokia, Alorton, and Centerville discharge into the East St. Louis collection system.  They indicated that they would work on it and send it to us when it is completed.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

MAR 2 0 2020

REVIEWER: MED

Attachment 2

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

FILED
ST. CLAIR COUNTY

DEC 1 0 2020

*Hukelsh a. ce*

IN RE: PETITION TO ORDER SUBMISSION )
TO THE VOTERS THE QUESTION OF )
WHEHTER THE COMMONFIELDS OF )
CAHOKIA PUBLIC WATER DISTRICT )
SHALL BE DISSOVLED )

Case No. 20-MR- 310

## ORDER

It is ordered that the case is assigned to Judge Kolker. A hearing on the Petition is set for

January 7, 2021 at 9:00 a.m. in courtroom 401.

Dated:    12/10/2020

ENTER:

JUDGE



Kahalah A. Clay
Circuit Clerk
Nora McDaniel
20MR0310 2MR0310
St. Clair County
12/10/2020 1:29 PM
11446936

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

IN RE: PETITION TO ORDER SUBMISSION       )          20MR0310
TO THE VOTERS THE QUESTION OF              )
WHETHER THE COMMONFIELDS OF                )
CAHOKIA PUBLIC WATER DISTRICT              )
SHALL BE DISOLVED                          )

## PETITION TO ORDER SUBMISSION TO THE VOTERS THE QUESTION OF WHETHER THE COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTRICT SHALL BE DISSOLVED

Now comes the Petitioner pursuant to 70 ILCS 3705/29 et seq. and states as follows:

1.       That a Resolution was passed by the Commonfields of Cahokia Public Water

District Board of Trustees calling for the dissolution of the Water District.

2.       That the Commonfields of Cahokia Public Water District by said Resolution

wishes its desire to dissolve said water district.

3.       Should the water district be dissolved it will be a benefit to the public by

eliminating one extra form of government in that the City of Cahokia Heights will take over the

duties of said water district.

4.       That there are currently no outstanding bonds due to bond holders for said water

district.

5.       That the dissolution will not adversely affect the public interest because the

distribution of water will be taken over by the newly formed City of Cahokia Heights.

WHEREFORE, the Petitioner prays as follows:

a.       That the Court shall enter an Order that the following question shall be

placed upon the ballot in the April 6, 2020 consolidated election:

"Shall the Commonfields of Cahokia Public Water District be dissolved?"

b.    The Clerk of the Circuit Court shall certify the question to the County

Clerk of St. Clair County in accordance with the general election law for submission.

By: */s/Robert J. Sprague*

ROBERT J. SPRAGUE-#2693690
**SPRA**GUE AND URBAN
**26** East Washington Street
Belleville, IL 62220
(618) 233-8383
(618) 233-5374 (fax)
Email:  rsprague@spragueurban.com

IN THE CIRCUIT COURT – TWENTIETH JUDICAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

Plaintiffs,                        )
                                   )
In Re:                             )    Case No.
                                   )    20-MR-0310
vs.                                )
                                   )    FILED
                                   )    ST CLAIR COUNTY
                                   )
Defendants,                        )    DEC 1 1 2020
                                   )
                                        Kahlah a. Cley
                                        CIRCUIT CLERK

**ORDER**

This case is set for hearing on ⎽⎽⎽January 7th 2021⎽⎽⎽ at
**9:00am** in courtroom #401. The parties are encouraged to discuss a case management order.
Any pending motions can be heard at that time if noticed by a party.  Please also send copies of
any pleadings for motions to *ckolker@co.st-clair.il.us* and *elysia.agne@co.st-clair.il.us*. The
hearing will be held virtually, via Zoom. The Zoom information is below.  This Zoom code
meeting ID will be utilized for most hearings in courtroom 401.  Be aware your case may not be
the first one called and you may have to wait while other cases are heard, just like any normal
docket.  If you cannot attend please contact **Elysia Agne** at 618-825-2311.

Judge Chris Kolker is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/6188252541?pwd=VmNNMy96UDA1MVhuRWdGNXhXdkdtdz09

Meeting ID: **618 825 2541**        Password: **352622**
One tap mobile
+13126266799,,6188252541#,,1#,352622# US (Chicago)
+19292056099,,6188252541#,,1#,352622# US (New York)

Dial by your location
      +1 312 626 6799 US (Chicago)        +1 929 205 6099 US (New York)
      +1 301 715 8592 US (Germantown)     +1 253 215 8782 US (Tacoma)
      +1 346 248 7799 US (Houston)        +1 669 900 6833 US (San Jose)
Meeting ID: 618 825 2541
Password: 352622

Find your local number: https://zoom.us/u/aboM0Z9HAz

Dated this ⎽⎽⎽⎽⎽⎽⎽⎽⎽ day of ⎽⎽⎽⎽⎽⎽⎽⎽⎽, 2020.

Mailed out of this
Office on ⎽⎽⎽⎽⎽
   ☐  Plaintiff
   ☐  Defendant
   ☐  All Parties

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Judge Christopher Kolker

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

IN RE:  PETITION TO ORDER SUBMISSION        )
TO THE VOTERS THE QUESTION OF               )
WHETHER THE COMMONFIELDS OF                 )        Case No. 20-MR- 3 \O
CAHOKIA PUBLIC WATER DISTRICT               )
SHALL BE DISSOLVED                          )

FILED
ST. CLAIR COUNTY

JAN 0 7 2021

9        *Kahalah A. Clay*
CIRCUIT CLERK

## ORDER

This cause coming on to be heard on the Petition to Order Submission to the Voters the

Question of Whether the Commonfields of Cahokia Public Water District Shall Be Dissolved and

the Court being fully advised in the premises finds as follows:

1.      That 70 ILCS 3705/29 et seq. sets up a statutory method to dissolve water

districts.

2.      That the board of trustees of the Commonfields of Cahokia Public Water District

passed a resolution calling for the Commonfields of Cahokia Public Water District to be

dissolved.

3.      The water district has been losing customers.

4.      Should the water district be dissolved it will be a benefit to the public by

eliminating one extra form of government in that the City of Cahokia Heights will take over the

duties of said water district.

5.      That there are currently no outstanding bonds due to bond holders for said water

district.

6.      That the dissolution will not adversely affect the public interest because the

distribution of water will be taken over by the newly formed City of Cahokia Heights.

1

7.    The petition asks that the following questions be placed on the ballot in the April 6, 2021 election:

"Shall the Commonfields of Cahokia Public Water District be dissolved?"

WHEREFORE, it is ordered and adjudged as follows:

A.    The question of whether the Commonfields of Cahokia Public Water District shall be dissolved shall be submitted to the election being held on April 6, 2021.

B.    The ballot for the election shall state:

"Shall the Commonfields of Cahokia Public Water District be dissolved?"

C.    The Clerk of the Court shall certify the question of the County Clerk of St. Clair County in accordance with consolidated election leave for submission.

Dated: _1/7/21_

ENTER:

_Chris T. Kolker_
JUDGE

Copies given in Court SA

2

RESOLUTION NO.

## RESOLUTION OF COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTRICT CALLING FOR THE DISSOLUTION OF THE COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTRICT

**WHEREAS, the Commonfields** of Cahokia Public Water District is organized and existing under the laws of the State of Illinois; and

**WHEREAS,** 70 ILCS 3705/29 et seq. allows for the dissolution of a water district; and

**WHEREAS,** the Board of Trustees finds that said public water district should be dissolved for the reasons that the providing of water by the City of Cahokia Heights, Illinois will render the service of the water district no longer needed and that the water district has been losing customers; and

**WHEREAS,** the Commonfields of Cahokia Public Water District has no bonds outstanding; and

**WHEREAS,** the dissolution will not adversely affect the public's interest because the distribution of water will be taken over by the newly formed City of Cahokia Heights, Illinois.

## NOW THEREFORE, BE IT RESOLVED BY THE BOARD OF TRUSTEES OF THE COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTSRICT.

1.      That the Commonfields of Cahokia Public Water District be dissolved and the Board shall take all steps necessary to dissolve the water district pursuant to 70 ILCS 3705/29 et seq.

2.      That the board shall have a petition prepared and file it with the Court pursuant to 70 ILCS 3705/29 et seq.

**THIS RESOLUTION PRESENTED to the Board of Trustees this** 9th
day of  Dec. , **2020.**

|  | AYE | NAY |
|---|---|---|
| L. McCall | ✓ | |
| Darrel Bolt | | |
| Erma Millad | ✓ | |
| Michelle Jone | ✗ | |
| Charles Catter | ✗ | |
| Fotina Howell | ✗ | |

1

**PLAINTIFF'S EXHIBIT**

1

**APPROVED** by the Board of Trustees of Cahokia, Illinois this _____ day of _____, 2020.

...shed once a week for ___2___ successive weeks in the MASCOUTAH HERALD, a newspaper of general circulation, published in the city of Mascoutah in said County and State, by Greg A. Hoskins, its publisher, and that the first insertion was made in the paper published on the 17th day of Dec A.D., 20 20 and the last paper published on the 24th day of Dec A.D., 20 20, and said newspaper was regularly published for six months prior to date of first publication of said notice.

Subscribed and sworn before me, this date

MASCOUTAH, IL 12 - 24 A.D. 20 20

---

PUBLIC NOTICE

Case No. 20-MR-310

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIR-
CUIT
ST. CLAIR COUNTY, ILLI-
NOIS
IN RE: PETITION TO OR-
DER SUBMISSION
TO THE VOTERS THE
QUESTION OF
WHETHER THE COMMON-
FIELDS OF
CAHOKIA PUBLIC WATER
DISTRICT
SHALL BE DISSOLVED

Please take notice that a pub-
lic hearing will be held on Jan-
uary 7, 2021 at 9:30 a.m. in
Courtroom 401 at the St. Clair
County Courthouse, 10 Pub-
lic Square, Belleville, Illinois.
The hearing is to determine
whether the question should
be placed on the ballot which
would state "shall the Com-
monfields of Cahokia Public
Water District be dissolved?"
This hearing is being held
pursuant to 70 ILCS 3705/29
et seq.

/s/Robert J. Sprague
ROBERT J. SPRAGUE
Sprague and Urban
26 East Washington Street
Belleville, IL 62220
(618) 233-8383
(618) 233-5374 (fax)
Email: rsprague@sprague-
urban.com
(12/17/20, 12/24/20)

20-MR-0310

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

nnis Traiteur, General Manager
n Branson Matchingtouch, Director
y of Cahokia Heights Water and Sewer Department
) Upper Cahokia Rd.
hokia, IL 62206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 6573 1028 6715 25

2. Article Number (Transfer from service label)

7021 0350 0002 3271 4809

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...ed Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

n Kim, Director
nois Environmental Protection Agency
1 North Grand Avenue East
Box 19276
ingfield, IL 62794-9276

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. y address different from item 1?   ☐ Yes

Illinois Environmental Protection Agency
1021 North Grand Avenue East
Post Office Box 19276
Springfield, Illinois 62794-9276

OCT 1 2 2021

9590 9402 6573 1028 6702 52

2. Article Number (Transfer from service label)

7020 1290 0001 3486 3725

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ sured Mail
☐ ured Mail Restricted Delivery
er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L. Newton, Acting Regional Administrator
vironmental Protection Agency, Region 5
Jackson Blvd.
go, IL 60604

9590 9402 6573 1028 6702 69

2. Article Number *(Transfer from service label)*

7020 1290 0001 3486 3480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
               ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

Tanana Monca   10/13/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

y Sofat, Chief, Bureau of Water
ois Environmental Protection Agency
. North Grand Avenue East
Box 19276
gfield, IL 62794-9276

9590 9402 6573 1028 6702 45

2. Article Number *(Transfer from service label)*

7020 1290 0001 3486 3701

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

ery address different from item 1?   ☐ Yes
Illinois Environmental Protection Agency
**1021 North Grand Avenue East**
**Post Office Box 19276**
**Springfield, Illinois 62794-9276**

OCT 1 2 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

el Regan, Administrator
nvironmental Protection Agency
ode 1101A
Pennsylvania Ave. N.W.
ington, DC 20460

9590 9402 6573 1028 6702 76

2. Article Number (Transfer from service label)

7020 1290 0001 3486 4623

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

OCT 8 2021

delivery address different from item 1? ☐ Yes
ES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit 3

# COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTRICT

## SANITARY SEWER SYSTEM

# CAPACITY, MANAGEMENT, OPERATION AND MAINTENANCE (CMOM) PROGRAM

Prepared by

HURST-ROSCHE ENGINEERS, INC.
5 BANK SQUARE
EAST ST. LOUIS, IL 62203

AUGUST 2014

# TABLE OF CONTENTS

I.      INTRODUCTION.......................................................................................... 3
        A.      SANITARY SEWER SYSTEM DESCRIPTION........................................ 3
        B.      SANITARY SEWER SYSTEM FUNDING.............................................. 4
II.     CMOM PROGRAM GUIDELINES................................................................... 6
        A.      CMOM PROGRAM COMPONENTS..................................................... 6
        B.      PROGRAM GOALS......................................................................... 6
        C.      ADMINISTRATIVE AND MAINTENANCE FUNCTIONS........................ 6
        D.      LEGAL AUTHORITIES..................................................................... 7
        E.      MEASURES AND ACTIVITIES........................................................... 7
        F.      DESIGN AND PERFORMANCE PROVISIONS..................................... 11
        G.      MONITORING, MEASUREMENT, AND PROGRAM MODIFICATIONS......... 12
III.    PROGRAM GOALS AND MISSION STATEMENT........................................... 13
IV.     ADMINSTRATIVE AND MAINTENANCE FUNCTIONS.................................... 14
        A.      ORGANIZATIONAL CHART............................................................. 14
        B.      STAFFING PLAN........................................................................... 15
        C.      SPECIFIC STAFFING..................................................................... 15
        D.      RECORD KEEPING....................................................................... 15
        E.      EMERGENCY RESPONSE PROCEDURES......................................... 16
        F.      SANITARY SEWER OVERFLOW (SSO) NOTIFICATION...................... 17
V.      LEGAL AUTHORITIES.............................................................................. 19
        A.      SEWER RATE ORDINANCES........................................................... 19
        B.      SEWER USE REQUIREMENTS........................................................ 19
        C.      MUNICIPAL SATELLITE COLLECTION SYSTEMS............................. 20
        D.      WASTEWATER TREATMENT.......................................................... 21
VI.     MEASURES AND ACTIVITIES.................................................................... 22
        A.      MAINTENANCE FACILITIES AND EQUIPMENT.................................. 22
        B.      MAINTENANCE OF WASTEWATER COLLECTION SYSTEM MAPS......... 23

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

C.   USE OF TIMELY AND RELEVANT INFORMATION.......................................... 23

D.   ROUTINE PREVENTATIVE OPERATION AND MAINTENANCE ACTIVITIES. 24

E.   CAPACITY OF THE COLLECTION SYSTEM................................................. 25

F.   IDENTIFICATION AND PRIORTIZATION OF DEFICIENCIES AND
CORRESPONDING REHABILITATION ACTIONS............................................. 26

G.   TRAINING......................................................................................... 26

H.   EQUIPMENT AND REPLACEMENT PARTS INVENTORIES............................ 27

I.   BACKWATER VALVES AND SUMP PUMPS.................................................. 27

J.   GREASE CONTROL PROGRAM.............................................................. 27

VII.   DESIGN AND PERFORMANCE PROVISIONS.............................................. 29

VIII.   MONITORING, MEASUREMENT, AND PROGRAM MODIFICATIONS........................ 30

## APPENDICES

A.   SEWER RATE ORDINANCE NO. 76-1

B.   SEWER RATE ORDINANCE NO. 2013-2

C.   SEWER USE ORDINANCE NO. 84-2

D.   WASTEWATER COLLECTION SYSTEM MAPS

E.   PUMP STATION INFORMATION

F.   MANHOLE INSPECTION SHEET

G.   PUMP STATION INSPECTION CHECKLIST

H.   SANITARY SEWER SYSTEM COMPLAINT FORM

I.   SANITARY SEWER OVERFLOW OR BYPASS NOTIFICATION SUMMARY REPORT

# I.   INTRODUCTION

The Commonfields of Cahokia Public Water District has developed a collection system Capacity, Management, Operation, and Maintenance (CMOM) program designed to help optimize the performance of the sanitary sewer system. In accordance with Environmental Protection Agency (EPA) documents, the major objectives of the Commonfields of Cahokia Public Water District's CMOM program include:

1.   Manage, operate and maintain at all times, all parts of the collection system so that the Commonfields of Cahokia Public Water District fully complies with the Clean Water Act

2.   Provide sufficient capacity to convey base and peak flows without sanitary sewer overflows for all parts of the collection system

3.   Implement feasible steps to stop and mitigate the impact of sanitary sewer overflows from any portion of the collection system

4.   Provide timely notification of sanitary sewer overflows from the collection system to persons with reasonable potential for exposure to pollutants from such sanitary sewer overflows

5.   Develop a written summary of the CMOM program and make it, and required program audits, available to the public upon request

There are no piped overflow points within the District's sanitary sewer collection system, therefore, any system overflows are related to sewer line blockages and/or excessive infiltration and inflow. When sewer line blockages occur, they are corrected and mitigated in accordance with the District's emergency response procedures. Generally, sewer line blockages are not directly related to wet weather conditions.

## A.   SANITARY SEWER SYSTEM DESCRIPTION

The Commonfields of Cahokia Public Water District sanitary sewer system services approximately 5 square miles of land within the District limits, serving a population of approximately 8,100 residents. The sanitary sewer system is separate from the District's storm water system (there are no combined sewers within the District limits).

Other significant statistics of the Commonfields of Cahokia Public Water District sanitary sewer system include:

1.   An average annual precipitation of 42 inches

2.   More than 40 miles of gravity sewers ranging in size from 8 inches to 18

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

inches in diameter

3.     More than 3,000 feet of force mains

4.     More than 900 manholes

5.     Twenty-seven (27) pump stations

Copies of the Wastewater Collection System Maps for the Commonfields of Cahokia Public Water District and adjoining communities are included in Appendix D. Areas within the Commonfields of Cahokia Public Water District wastewater collection system are those identified as Sewer Districts C5 through C8, and a portion of Sewer Districts E6 and E7. Sewer Districts C1 through C4 are the Village of Cahokia's wastewater collection system. Sewer Districts E1 through E5 and the remainder of Sewer Districts E6 and E7 are the City of East St. Louis' wastewater collection system.

Information regarding the 27 pump stations within the Commonfields of Cahokia Public Water District, including pump station name, location, number of pumps, pump manufacturer, and horsepower, are included in Appendix E.

All interceptor sewers and pump stations are operated and maintained by the Commonfields of Cahokia Public Water District. All of the Commonfields of Cahokia Public Water District's wastewater is treated at the American Bottoms Wastewater Treatment Plant in Sauget, Illinois.

## B.     SANITARY SEWER SYSTEM FUNDING

The Commonfields of Cahokia Public Water District's sanitary sewer system is funded by a utility fee. The utility fee provides a dedicated source of funds for the operation, maintenance, rehabilitation, and improvement of the District's sanitary sewer system.

Because the sanitary sewer utility fee is a user fee and not a tax, all properties regardless of ownership are required to pay for the services provided by the District's sanitary sewer system. This includes non-profit entities such as churches, schools and institutions, as well as properties owned by the Commonfields of Cahokia Public Water District, local municipalities, the State of Illinois, and the federal government.

In June 1976, the District approved Sewer Rate Ordinance No. 76-1 creating sanitary sewer utility fees. In August 2013, the District approved Sewer Rate Ordinance No. 2013-2 establishing the current sanitary sewer utility fees.

Under the utility structure, all residential dwelling units and churches are charged a flat rate sewer utility fee, and all commercial and industrial customers are charged a

graduated sewer utility fee based on their amount of water usage. The sanitary sewer utility charges are calculated to recover the full cost of operating, maintaining, rehabilitating, and improving the sanitary sewer collection system.

Copies of Sewer Rate Ordinance No's 76-1 and 2013-2 are included in Appendices A and B respectively.

Significant statistics from the sanitary sewer utility fee based on the 2012 - 2013 fiscal year (July 2012 to June 2013) financial data include:

1. Two thousand, three hundred and thirty-nine (2,339) customers billed

2. $577,500 in utility fees generated

3. $535,500 in net annual sales after deduction of transmission and trunk line reimbursement fees to the Village of Cahokia and the City of East St. Louis

In addition to the sanitary sewer system funding provided through utility fees, the Commonfields of Cahokia Public Water District also receives approximately $20,000 in funding for sanitary sewer system operations, maintenance, rehabilitation, and improvement expenses from penalties, reconnection fees, and tap-in fees. Additional sanitary sewer system funding is also anticipated from grants and IEPA revolving loans.

The following projected expenditures have been established for the core items in the Commonfields of Cahokia Public Water District budget for the 2013 – 2014 fiscal year (July 2013 to June 2014):

| Item | Budget | Percent |
|------|--------|---------|
| General office and overhead expenses | $742,850 | 53% |
| Predictive, preventative, and corrective maintenance & repairs [1] | $669,000 | 47% |
| Emergency maintenance & repairs, future equipment & infrastructure replacement, and contingency funds | $0 | 0% |
| Total | $1,411,850 | 100% |

Includes tracking design life, life span, and scheduled parts replacement; identifying and fixing system weaknesses which, if left unaddressed, could lead to overflows; and fixing system components that are functioning but not at 100% capacity

# II.   CMOM PROGRAM GUIDELINES

## A.   CMOM PROGRAM COMPONENTS

EPA's proposed CMOM program identifies six components that are generally necessary to meet the five performance standards identified in the Section I of this report. These components are:

1.   Identify program goals consistent with the general standards

2.   Identify administrative and maintenance functions responsible for implementing the CMOM program and the chain of communication for complying with reporting requirements for sanitary sewer overflows (SSOs)

3.   Include legal authorities necessary for implementing the CMOM program

4.   Address appropriate measures and activities necessary to meet the performance standards

5.   Provide design and performance provisions

6.   Monitor program implementation and measure its effectiveness

## B.   PROGRAM GOALS

Program goals help determine the course of action needed to set a CMOM program in motion. Goals define the purpose and desired results of the CMOM program. Goals may reflect performance, safety, customer service, resource use, compliance, and other considerations.

## C.   ADMINISTRATIVE AND MAINTENANCE FUNCTIONS

Responsibilities for managing and implementing CMOM program activities need to be clearly defined, documented, and communicated. Job descriptions help ensure that all employees know specific responsibilities and individuals have proper credentials. Determination of staff requirements for a collection system requires a working knowledge of the system and consideration of key variables.

## D.    LEGAL AUTHORITIES

In order to implement an effective CMOM program, the District must have sufficient legal authority to authorize implementation activities. The proposed CMOM provision identifies five classes of activities that EPA generally believes are necessary for implementing a CMOM program:

1.    Control of infiltration and connections from inflow sources

2.    Requirement that sewers and connections be properly designed and constructed

3.    Ensure proper installation, testing, and inspection of new and rehabilitated sewers

4.    Address flows from municipal satellite collection systems

5.    Implement the general and specific prohibitions of the national pretreatment program (see 40 CFR 403.5)

## E.    MEASURES AND ACTIVITIES

Measures, activities and program requirements need to be tailored to the size, complexity and specific features of the collection system. The proposed CMOM provision specifically identifies ten general classes of measures and activities that are generally appropriate and applicable for most municipal sanitary sewer collection system programs. The ten general measures and activities are described below:

1.    MAINTENANCE FACILITIES AND EQUIPMENT

Permittees need to provide adequate maintenance facilities and equipment. Maintenance facilities are locations where equipment, materials and personnel are dispatched and where operations records are kept. Increasingly, computer systems are used to manage maintenance records. Industry guidance recognizes that a properly planned and supported equipment yard is essential to collection system operation.

2.    MAINTENANCE OF WASTEWATER COLLECTION SYSTEM MAPS

One of the most typical problems in collection system management and maintenance is determining the locations of sewer lines and manholes. Determining such locations is best done by keeping appropriate collection system maps up-to-date. Many agencies keep large paper maps divided

into overlapping, large-scale sections that can be bound into books that can be stored easily and taken into the field as needed. Maps and plans should be kept current by updating them when alterations or system additions occur.

3.    USE OF TIMELY AND RELEVANT INFORMATION

Timely and relevant information plays a critical role in an effective CMOM program. A dynamic CMOM program focuses on planning, implementing, reviewing, evaluating and taking appropriate actions in response to available information. The key to these approaches is the ability to get information from staff in the field to managers. The use of timely, relevant information does not require that a computer or electronic database be used. A paper copy system to track information and data may be adequate. Regardless of the method for managing information, operators should have a written description of the procedures used, including procedures for operating and updating the system. If the system is computer-based, procedures should present any unique hardware and software requirements.

4.    ROUTINE   PREVENTATIVE   OPERATION   AND   MAINTENANCE ACITIVITIES

A good preventive maintenance program is one of the best ways to keep a system in good working order and prevent service interruptions and system failures which can result in overflows and/or backups. In addition to preventing service interruptions and system failures, a preventive maintenance program can protect the capital investment in the collection system.

Preventive maintenance activities should ensure that the permittee:

a.    Routinely inspects the collection systems and addresses defects or other problems

b.    Investigates complaints and promptly corrects faulty conditions

c.    Provides maintenance records, an adequate workforce and appropriate equipment in working order

d.    Maintains and updates a schedule of planned activities

Preventive maintenance activities typically address:

a.   Planned, systematic, and scheduled inspections to determine current conditions and plan for maintenance and repairs

b.   Planned, systematic, and scheduled cleaning and repairs of the system based on past history

c.   Proper sealing and/or maintenance of manholes

d.   Regular repair of deteriorating sewer lines

e.   Remediation of poor construction

f.   A program to ensure that new sewers and connections are properly designed, inspected and constructed and new connections of inflow sources are prohibited

g.   A program to oversee lateral and private collection system installations that tie in to public wastewater collection systems

h.   A program to eliminate existing illegal inflow sources, and a strategy for informing and educating the public about such sources. Illegal inflow sources, such as sump pump discharges, rain gutters/downspouts, detached building, shed, and garage drains, swimming pool drains, and landscaping drainage, are all prohibited from entering the sanitary sewer system

5.   CAPACITY OF THE COLLECTION SYSTEM

A critical function of a collection system is to provide adequate capacity for wastewater flows. The capacity needs of a collection system change as the system ages, new connections are made, and existing connections change their water usage. Identifying reserve capacity, hydraulic deficiencies, and capacity needs is critical for effective asset management. The capacity assessment program should ensure procedures exist and are implemented for:

a.   Determining whether adequate capacity exists in downstream portions of the collection system and treatment facilities that will receive wastewater from new connections

b.   Identifying existing capacity deficiencies in the collection system and at treatment facilities

Capacity assurance also implies the need to expand of the collection system due to community growth and system improvements. System improvements can include rehabilitation and replacement of sewer piping and manholes due to deterioration, as well as the need for greater conveyance capacity due to increased contribution to the system.

6.   IDENTIFICATION AND PRIORTIZATION OF DEFICIENCIES AND CORRESPONDING REHABILATION ACTIONS

Sanitary sewers are exposed to harsh internal and external environments. Structural condition assessment is a principle objective of any pipeline system inspection program and is important to cost-effective management of the collection system. The collection system agency should clearly identify the techniques used in the program, such as field inspections or closed-circuit television, identify areas of the collection system where various measures are employed, and describe criteria for identifying priorities for inspection and for correction. Efforts to rate the condition of system components can be used to help prioritize actions. Where rating systems are used for identifying the condition of individual components of the collection system, the rating system should be explained.

7.   TRAINING

Collection system employees are exposed to numerous challenging conditions, and adequate training, including safety training, is necessary for employees to meet these challenges. An organized training program is a necessity, regardless of agency size. Training programs should address safety procedures and include training in general operations and maintenance procedures to ensure employees are adequately prepared to implement appropriate provisions of the CMOM program.

8.   EQUIPMENT AND REPLACEMENT PARTS INVENTORIES

Providing adequate maintenance facilities and equipment typically includes a process for identifying critical parts needed for system operation, and maintenance of an adequate inventory of replacement parts. Without an adequate inventory of replacement parts, the collection system may experience extended overflow events in the event of a breakdown or malfunction including extended service outages for customers. The process for identifying critical parts can be based on a review of equipment and manufacturer's recommendations, supplemented by the experience of the maintenance staff. The amount and types of equipment and tools held by a utility depend on the size, age and condition of the system. The less corrective maintenance required and

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

more scheduled preventive maintenance done, the fewer emergency supplies are required to be kept in stock.

9.    BACKWATER VALVES AND SUMP PUMPS

The Commonfields of Cahokia Public Water District recommends that backwater valves be installed in building drain lines when the lowest plumbing drain in the building is lower than the top of the nearest upstream sanitary sewer manhole in order to eliminate, or substantially reduce, sanitary sewer backups. Such backwater valves are recommended for all new construction or changes in building ownership or title, unless the property owner signs a waiver releasing the District of any liability due to the occurrence of a sanitary sewer backup. Backwater valves must be properly installed and maintained by the property owner.

10.    GREASE CONTROL PROGRAM

All commercial and industrial property owners are required to develop and implement a formal grease control program for their facilities. Each facility's grease control practices, grease control equipment, and maintenance records are subject to periodic, unannounced inspection by the Commonfields of Cahokia Public Water District.

## F.    DESIGN AND PERFORMANCE PROVISIONS

An effective program that ensures that new sewers (including building laterals/connections) are properly designed and installed can help avoid permanent system deficiencies that could create or contribute to future overflow events and/or operation and maintenance problems. Similarly, major rehabilitation and repair projects are opportunities to ensure that work is done correctly in a way that will minimize future problems. The proposed CMOM provision would require permittees to develop and implement programs to ensure:

1.    Requirements and standards are in place for the installation of new collection system components and for major rehabilitation projects

2.    Procedures and specifications exist for inspecting and testing the installation of new sewers, pumps, and other appurtenances and for rehabilitation and repair projects that are implemented

## G.    MONITORING, MEASUREMENT, AND PROGRAM MODIFICATIONS

Accurate sewer performance information is an important part of improving collection system performance and is a core task of any asset management program. EPA's proposed CMOM provision would require permittees to monitor the implementation and, where appropriate, measure the effectiveness of elements of their CMOM programs. Satisfaction of this requirement typically would include identifying performance indicators to describe and track the implementation of various aspects of their CMOM programs. Performance indicators are ways to quantify and document the results and effectiveness of control efforts. Performance indicators also can be used to measure and report progress towards achieving goals and objectives and to guide management activities.

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

# III.  PROGRAM GOALS AND MISSION STATEMENT

The Mission Statement for the Commonfields of Cahokia Public Water District is "to prolong the life of the collection system infrastructure and transport wastewater to the point of treatment without disruption or overflows, while meeting the needs of its customers, protecting surface and ground water resources, and complying with all Federal and State regulations."

Program goals for the Commonfields of Cahokia Public Water District include:

1.  Manage, operate and maintain the collection system to provide uninterrupted sanitary sewer service for all customers in the service area

2.  Implement programs and procedures to reduce and mitigate the impact of sanitary back-ups and sewer overflows in the sanitary sewer system

3.  Ensure that new sewers (including building laterals/connections) are properly designed and installed

4.  Identification and prioritization of capacity and structural deficiencies in the sanitary sewer system

5.  Implementation of cost-effective rehabilitation action on identified and prioritized structural or capacity deficiencies

6.  Receive, document, and respond to all customer complaints or problems relating to the sanitary sewer system. Response on backups and overflows shall be within 2-hours of the report of the incident. Response on all other complaints or problems shall be within 72 hours of the report of the incident

7.  Provide timely notification of sanitary sewer overflows from the collection system to all persons with reasonable potential for exposure to pollutants from such sanitary sewer overflows

8.  Comply with all state and federal regulations pertaining to the sanitary sewer system

9.  Develop a written summary of the CMOM program and make it, and required program audits, available to the public

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

# IV.   ADMINSTRATIVE AND MAINTENANCE FUNCTIONS

## A.   ORGANIZATIONAL CHART

A sanitary sewer utility requires good organization and competent staff to provide the quality services demanded by its customers. To facilitate this effort, the District has developed an organizational structure designed to be responsive to the needs of its customers while being fiscally responsible at the same time. The organizational chart presented below depicts the decision making hierarchy for the Commonfields of Cahokia Public Water District.



## B.    STAFFING PLAN

The Commonfields of Cahokia Public Water District is staffed during the hours of 8:00 A.M. to 4:30 P.M. on Monday through Friday. Calls to the Commonfields of Cahokia Public Water District after normal working hours are routed to the Cahokia Police Department, who then contacts the Commonfields of Cahokia Public Water District to respond to any reported problems. To insure quick, reliable notification of a problem, mobile telephones are carried by the on-call staff.

## C.    SPECIFIC STAFFING

The Commonfields of Cahokia Public Water District is staffed by a total of twelve (12) full-time employees organized by specific duties, including a full time General Foreman and six full time office workers. All operations staff assigned to the operation and maintenance of the sanitary sewer system are supervised by the General Foreman.

Engineering staff from the District's engineering consultant, Hurst-Rosche Engineers, Inc., East St. Louis, Illinois provides engineering support for the operation, maintenance, rehabilitation, replacement, and improvement of the sanitary sewer system.

The Commonfields of Cahokia Public Water District's Administrative Staff also provides support by answering, documenting, and forwarding any phoned in complaints regarding the sanitary sewer system to the appropriate operations staff.

## D.    RECORD KEEPING

There are a myriad of record keeping activities associated with the operation and maintenance of a sanitary sewer utility. Therefore, accurate and complete record keeping is crucial. Equally important are the mechanisms for archiving and retrieving the collected data.

Historically, the system has been set up for manual, hard copy, records. Recently, more and more of this data is kept in digital format.

Currently, the Commonfields of Cahokia Public Water District keeps records on many activities, including the following:

1.    Wastewater collection system maps

2.    Sewer system inspections

3.    Manhole inspections

4.    Pump station inspections

5.    Manhole replacement information

6.    Pump station repair information

7.    Sewer replacement information

8.    Sewer point repair information

9.    Sewer televising data

10.   Sewer lining information

11.   Sanitary sewer overflow data

12.   Sanitary sewer system complaint forms

Copies of the wastewater collection system maps, manhole inspection sheets, pump station inspection checklist, and sanitary sewer system complaint forms are included in Appendices D, F, G, and H respectively.

## E.    EMERGENCY RESPONSE PROCEDURES

The Commonfields of Cahokia Public Water Department's Emergency Response Plan contains procedures and contingency plans to respond to emergencies throughout the District, including emergencies affecting the District's sanitary sewer system. The Emergency Response Plan takes into consideration vulnerable points in the sewer system, severe natural events, failure of critical system components, and vandalism or third party events.

Effective emergency management planning requires considerable coordination and forethought. There are various types of emergencies and/or disasters that can have a very negative impact on the operation of the sanitary sewer system.

When a dry weather sanitary sewer back-up occurs, sewer cleaning equipment is used to clean the blocked sewer. If that effort is unsuccessful, internal closed circuit television equipment is used to inspect the line to determine the exact nature of the obstruction. If more aggressive cleaning or root removal won't solve the problem, emergency underground utility locates are requested and the area is excavated to make the necessary repair.

When wet weather sanitary sewer overflows or basement back-ups occur, the

Operations Staff check the downstream collector and interceptor sewers to see if they are surcharged. If the downstream collector and interceptor sewers are surcharged, the line with the sanitary sewer overflow or basement back-up will be flagged for further inspection.

The Emergency Response Plan includes an up-to-date list of the names, titles, phone numbers, and responsibilities of emergency response personnel. Work crews have immediate access to tools and equipment necessary to respond to emergency situations, including containment equipment and supplies (booms, inlet covers, etc.) to protect the storm drainage system.

Water District staff receive awareness training on responding to emergency situations, including notifications to the Illinois Emergency Management Agency, the St. Clair County Health Department, and the local drinking water authorities (the Columbia Water Department, Commonfields of Cahokia Public Water District, Illinois American Water Company, and/or the Village of Cahokia Water Department) as appropriate.

Should any workplace accidents occur, they will be investigated by District management personnel. Any findings resulting from accident investigations will be incorporated into the employee training program.

The District's Emergency Response Plan is updated on an as annual basis. A copy of the Emergency Response Plan is on file at the Commonfields of Cahokia Public Water District office.

## F.   SANITARY SEWER OVERFLOW (SSO) NOTIFICATION

The Commonfields of Cahokia Public Water District is proactive in working to prevent releases of sanitary sewage into the environment. However, it is not possible to prevent all such events, and therefore, the Commonfields of Cahokia Public Water District has adopted a Chain of Communication for Reporting Sanitary Sewer Overflows which outlines the following public notification protocol:

1.   Contact local Illinois Environmental Protection Agency (IEPA) office within 24- hours of the event, and submit a Sanitary Sewer Overflow or Bypass Notification Summary Report within 5 days of the occurrence. The contact number for the local IEPA office is (618) 346-5120

2.   Post sign(s) where appropriate at the site of a release event immediately upon discovery and confirmation of such an event and leave them up for up to one (1) week after the source of the release has been corrected to warn affected parties of potential health hazards associated with the SSO

The "Sanitary Sewer Overflow or Bypass Notification Summary Report" will contain the

following information:

1.  Location of the SSO

2.  Receiving water body, if any

3.  Estimate of the volume of the SSO.

4.  A description of the sewer system component from which the release occurred, including, but not limited to, manholes, pipe, and pipe cracks

5.  Estimated date and time when the SSO began and stopped or will be stopped

6.  Cause or suspected cause of the SSO

7.  Steps taken or planned to reduce, eliminate, and prevent reoccurrence of the SSO

A copy of the Sanitary Sewer Overflow or Bypass Notification Summary Report is included in Appendix I.

# V.  LEGAL AUTHORITIES

Proper control of the sanitary sewer system includes establishing appropriate ordinances to provide regulatory/legal authority to insure optimal performance and compliance with pertinent regulatory requirements. Applicable ordinances include sewer rate ordinances establishing the cost of service, and sewer use ordinances regulating the use of public and private sewers within the Commonfields of Cahokia Public Water District.

## A.   SEWER RATE ORDINANCES

In June 1976, the District approved Water and Sewer Rate Ordinance No. 76-1 creating sanitary sewer utility fees. In August 2013, the District approved Sewer Rate Ordinance No. 2013-2 establishing the current sanitary sewer utility fees.

Under the utility structure, all residential dwelling units and churches are charged a flat rate sewer utility fee, and all commercial and industrial customers are charged a graduated sewer utility fee based on their amount of water usage. The sanitary sewer utility charges are calculated to recover the full cost of operating, maintaining, rehabilitating, and improving the sanitary sewer collection system.

Copies of Sewer Rate Ordinance No's 76-1 and 2013-2 are included in Appendices A and B respectively.

## B.   SEWER USE REQUIREMENTS

In August 1984, the Commonfields of Cahokia Public Water District approved Sewer Use Ordinance No. 84-2 regulating the use of public and private sewers and drains, private sewage disposal, the installation and connection of building sewers, the discharge of water and wastes into the public sewer system and providing penalties for violation thereof, and the levying of charges for wastewater services (user charges). A copy of Sewer Use Ordinance No. 84-2, including applications for sewer permits, is included in Appendix C.

The following sewer use requirements are included in Sewer Use Ordinance No. 84-2:

1.   Procedures for inspection standards, pretreatment requirements, and building/sewer approval

2.   General prohibitions for fire and explosion hazards, oil, petroleum,

corrosive materials, and obstructive materials

3.  Substances prohibited by the sewage treatment plant

4.  Procedures and enforcement actions for fats, oils, and grease

5.  The restriction of storm water connections to the sanitary sewer system

In addition, the Commonfields of Cahokia Public Water District utilizes the Standard Specifications for Water and Sewer Construction in Illinois to establish sewer use requirements for the District. Requirements that sewers and connections be properly designed and constructed, and that new or rehabilitated sewers are properly installed, tested, and inspected, are covered under the Standard Specifications for Water and Sewer Construction in Illinois.

A copy of the Standard Specifications for Water and Sewer Construction in Illinois is available from the Illinois Society of Professional Engineers, 100 East Washington Street, Springfield, Illinois 62701.

## C.   MUNICIPAL SATELLITE COLLECTION SYSTEMS

Municipal Satellite Collection Systems are collection systems that do not treat and discharge their wastewater, but rather convey flows to a treatment facility where the NPDES permittee is a different entity. There are no municipal satellite collection system upstream and tributary to the Commonfields of Cahokia Public Water District, however, the Commonfields of Cahokia Public Water District sanitary sewer system is a municipal satellite collection system upstream and tributary to the Village of Cahokia and City of East St. Louis' sanitary sewer systems. Wastewater from the Commonfields of Cahokia Public Water District sanitary sewer system represents approximately 25 percent of the flow through the Village of Cahokia's sanitary sewer system and approximately 10 percent of the flow through the City of East St. Louis' sanitary sewer system.

The Commonfields of Cahokia Public Water District's agreement with the Village of Cahokia is limited to documentation establishing the District's financial contribution to the Village for the operation and maintenance of pump stations and sewer lines associated with conveying waste water from the District's sanitary sewer system to the treatment facility. The District is in the process of revising the agreement with the Village of Cahokia to clarify the term of the agreement, renewal mechanisms, sewer use requirements, flow control, construction requirements, inspection standards, new connections, commercial and industrial discharge limits, sampling and permit requirements, etc. Upon completion and approval by the Commonfields of Cahokia Public Water District and the Village of Cahokia, the District's CMOM Program will be

updated to incorporate the revised Municipal Satellite Collection System agreement by reference.

The Commonfields of Cahokia Public Water District's agreement with the City of East St. Louis is a fully executed Municipal Satellite Collection System Agreement and includes the term of the agreement, renewal mechanisms, sewer use requirements, flow control, construction requirements, inspection standards, new connections, commercial and industrial discharge limits, sampling and permit requirements, etc.

A copy of the District's agreements with the Village of Cahokia and the City of East St. Louis are on file at the Commonfields of Cahokia Public Water District office.

## D.   WASTEWATER TREATMENT

The Commonfields of Cahokia Public Water District sanitary sewer system is a municipal satellite collection system upstream and tributary to the Village of Cahokia and City of East St. Louis' sanitary sewer systems. All wastewater from the Commonfields of Cahokia Public Water District flows through the Village of Cahokia and City of East St. Louis' sanitary sewer systems and is ultimately treated at the American Bottoms Wastewater Treatment Plant in Sauget, Illinois.

# VI. MEASURES AND ACTIVITIES

## A. MAINTENANCE FACILITIES AND EQUIPMENT

Adequate maintenance of the sanitary sewer system relies on the availability of equipment and parts. Maintenance facilities are locations where equipment, materials and personnel are dispatched and where operations records are kept. Industry guidance recognizes that properly planned and supported equipment facilities are essential to collection system operations.

1. Equipment

   The District has the following equipment assigned to the operation and maintenance of the sanitary sewer system:

   a. One Jet/Vactor Truck

   b. Two Back Hoes

   c. One Dump Truck

   d. Pick-Up Trucks with Tools

2. Maintenance Facilities

   The Equipment Services Division provides for the maintenance of and coordination for replacement of the District's sanitary sewer system maintenance equipment. The Equipment Services Division performs the following specific functions for the District's sanitary sewer system maintenance equipment:

   a. Perform preventive maintenance and repairs at proper intervals

   b. Evaluate, rehabilitate and modify equipment to include minor accident damage

   c. Oversee outside fueling services

   d. Administer a repair record system

   e. Evaluate equipment replacement and administer the bidding process for purchasing new equipment

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

f.     Train District personnel on the proper operation of new equipment

## B.    MAINTENANCE OF WASTEWATER COLLECTION SYSTEM MAPS

One of the most typical problems in collection system management and maintenance is determining the locations of sewer pipes and manholes. Determining such locations is best done by keeping appropriate collection system maps up-to-date. Maps and plans should be kept current by updating them when alterations or system additions occur.

Accurate sewer mapping is a fundamental requirement for any Sewer Utility. This mapping allows staff to do a variety of activities including: 1) answer questions from current and potential customers; 2) visually establish system performance trends; 3) track maintenance and rehabilitation activities; and 4) facilitate the orderly extension of sewer service.

The wastewater collection system maps are carried in the vehicles used by the Operations Division Staff assigned to sewer system maintenance. The maps carried by Operations Division Staff are annotated with corrections as discrepancies are discovered.

A copy of the Wastewater Collection System Maps for the Commonfields of Cahokia Public Water District and adjoining communities are included in Appendix D. Areas within the Commonfields of Cahokia Public Water District wastewater collection system are those identified as Sewer Districts C5 through C8, and a portion of Sewer Districts E6 and E7. Sewer Districts C1 through C4 are the Village of Cahokia's wastewater collection system. Sewer Districts E1 through E5 and the remainder of Sewer Districts E6 and E7 are the City of East St. Louis' wastewater collection system.

## C.    USE OF TIMELY AND RELEVANT INFORMATION

Timely and relevant information plays a critical role in an effective CMOM program. A dynamic CMOM program focuses on planning, implementing, reviewing, evaluating and taking appropriate actions in response to available information. The key to these approaches is the ability to get information from the field staff.

The Commonfields of Cahokia Public Water District maintains the following databases to ensure the use of timely, relevant information. These include:

1.     Wastewater collection system maps

2.     Sewer system inspections

3.   Manhole inspections

4.   Pump station inspections

5.   Manhole replacement information

6.   Pump station repair information

7.   Sewer replacement information

8.   Sewer point repair information

9.   Sewer televising data

10.  Sewer lining information

11.  Sanitary sewer overflow data

12.  Sanitary sewer system complaint forms

## D.   ROUTINE PREVENTATIVE OPERATION AND MAINTENANCE ACTIVITIES

A good preventive maintenance program is one of the best ways to keep a system in good working order and prevent service interruptions and system failures which can result in overflows and/or backups. In addition to preventing service interruptions and system failures, a preventive maintenance program can protect the capital investment in the collection system. The primary goal of this CMOM is to develop a program to help insure optimal operation of the utility.

The Commonfields of Cahokia Public Water District's Sanitary Sewer Utility's Preventive maintenance activities include:

1.   Routinely inspect the collection system and address defects or other problems

2.   Investigate complaints and promptly correct faulty conditions

3.   Provide maintenance records, an adequate workforce, and appropriate equipment in working order

4.   Maintain and update a schedule of planned activities

5.    Preventive maintenance activities

Sewer system inspections, including detailed manhole and pump station inspections, inspections for infiltration and inflow sources, and cleaning of the District's sewer system, are performed on an as needed basis. Manhole and Pump Station Inspection Sheets are completed for each inspection and copies are retained in the Commonfields of Cahokia Public Water District office.

Pump stations are inspected every other day. . Temporary pumps and hoses are available to bypass a pump station if necessary.

Emergency operating procedures are available for each pump station, and any pump station failures and/or overflows are responded to by District personnel. Off hour/emergency notifications are provided through the Village of Cahokia Police Department dispatcher.

The Commonfields of Cahokia Public Water District also regularly inspects the route of all force mains to assess force main conditions. Air release/vacuum valves are inspected and maintained on an as needed basis.

All pump station and/or force main failures are investigated by the Commonfields of Cahokia Public Water District, and any necessary actions are implemented to prevent future failures.

The Commonfields of Cahokia Public Water District maintains a record of all sanitary sewer system complaints received by the District and the results of their investigation/resolution. This information provides a useful tool in planning future sewer repairs and/or replacements.


## E.    CAPACITY OF THE COLLECTION SYSTEM

The Commonfields of Cahokia Public Water District routinely reviews the capacity of the District's sanitary sewer system to assess the future needs of the system, including:

1.    Identifying growth areas and develop population projections to assess the capacity of the collection system to serve the future needs of the community

2.    Determine the sewer routing and sizing of interceptor sewer extensions which will best serve the identified growth areas

Assessing projected wastewater flows and proposed sewer system infrastructure

requirements for the Commonfields of Cahokia Public Water District's undeveloped areas include:

1.   Collecting information and field survey data

2.   Reviewing existing sanitary sewer conditions and capacity

3.   Identifying improvements to correct deficiencies in the existing sanitary sewer system

4.   Estimating construction costs

5.   Evaluating financing alternatives

## F.   IDENTIFICATION AND PRIORTIZATION OF DEFCIENCIES AND CORRESPONDING REHABILATION ACTIONS

The Commonfields of Cahokia Public Water District's pipe televising and manhole inspection efforts and associated sanitary sewer system repairs and rehabilitation activities are prioritized using the following criteria:

1.   Threat to public safety (sinkholes in streets, etc.)

2.   Threat to public health (loss of sewer service, basement back-ups, etc.)

3.   The severity of structural defects (manholes, etc.)

## G.   TRAINING

The Commonfields of Cahokia Public Water District has a comprehensive safety program to insure that the work environment for District employees is a safe and healthy one. Training is provided in the normal hazards associated with the general construction industry such as backhoe/loader use, basic electrical safety, fall protection, flagger safety, ladder safety, blood borne pathogens, material safety data sheets (MSDS), confined space entry, hydrogen sulfide hazards, etc. The District is also considering implementing Hazardous Waste Operations and Emergency Response (HAZWOPER) Awareness Training for District personnel involved in sewer and/or pump station inspections and/or maintenance. The safety program is designed to protect the general public during the normal course of operating and maintaining the system.

Training of the Commonfields of Cahokia Public Water District staff is an ongoing

process. Safe work practices are reviewed at the start of each task, taking into consideration the risks associated with each activity, and preventative measures to mitigate those risks.

Commonfields of Cahokia Public Water District staff also receive awareness training on responding to emergency situations, including notifications to the Illinois Emergency Management Agency, the St. Clair County Health Department, and the local drinking water authorities (the Columbia Water Department, Commonfields of Cahokia Public Water District, Illinois American Water Company, and/or the Village of Cahokia Water Department) as appropriate.

Should any workplace accidents occur, they will be investigated by Commonfields of Cahokia Public Water District management. Any findings resulting from accident investigations will be incorporated into the employee training program.

## H.    EQUIPMENT AND REPLACEMENT PARTS INVENTORIES

The Commonfields of Cahokia Public Water District maintains a spare parts inventory for its sewer maintenance equipment and materials required for sanitary sewer repairs. The District maintains a spare parts inventory for the Jet/Vactor Truck, as well as an inventory of sewer pipe, concrete manhole adjusting rings, and manhole frames/covers commonly used in sanitary sewer system repairs.

## I.    BACKWATER VALVES AND SUMP PUMPS

The Commonfields of Cahokia Public Water District recommends that backwater valves be installed in building drain lines when the lowest plumbing drain in the building is lower than the top of the nearest upstream sanitary sewer manhole in order to eliminate, or substantially reduce, sanitary sewer backups. Such backwater valves are recommended for all new construction or changes in building ownership or title, unless the property owner signs a waiver releasing the District of any liability due to the occurrence of a sanitary sewer backup. Backwater valves must be properly installed and maintained by the property owner.

Sump pumps must also be properly installed and maintained by the property owner, and the sump pump discharge piping may not be connected to the District's sanitary sewer system.

## J.    GREASE CONTROL PROGRAM

All commercial and industrial property owners within the Commonfields of Cahokia

Public Water District are expected to conduct their operations in such a manner that grease is captured on the user's premises and properly disposed of. Commercial and industrial property owners are required to develop and implement a grease control program for their facilities. Each facility's grease control practices, grease control equipment, and maintenance records are subject to periodic, unannounced inspection by the Commonfields of Cahokia Public Water District.

# VII. DESIGN AND PERFORMANCE PROVISIONS

The Commonfields of Cahokia Public Water District utilizes the Standard Specifications for Water and Sewer Construction in Illinois. These standards establish acceptable materials and practices for the design and construction of additions and improvements to the Commonfields of Cahokia Public Water District's sanitary sewer system. These standards apply to both public and private sanitary sewers and to sanitary sewer laterals.

A plumbing permit and connection fee are required for all new sanitary sewer lateral construction and any repairs or replacements of sanitary sewer laterals. The Commonfields of Cahokia Public Water District inspects all new sanitary sewer laterals, any lateral repairs, and any lateral replacements.

An Illinois Environmental Protection Agency (IEPA) construction permit must be obtained on all new public and private sanitary sewer construction. The District reviews all proposed sanitary sewer plans and specifications to determine compliance with the District's sanitary sewer standards before authorizing its approval on the IEPA permit application.

Additionally, the District engineering consultant inspects and certifies that the new sanitary sewer was built in accordance with the approved plans and specifications. Internal televised pipe inspections and manhole inspections are performed on all new sanitary sewer installations. Any pipe or manhole defects identified must be corrected before the District will assume ownership of the sewer.

# VIII. MONITORING, MEASUREMENT, AND PROGRAM MODIFICATIONS

The Commonfields of Cahokia Public Water District documents the following activities/items for the sanitary sewer collection system:

1. Sewer pipe and manhole cleaning efforts

2. Internal televising and manhole inspection efforts

3. Root removal efforts

4. Grease removal efforts

5. Dry weather reported blockages and basement back-ups

6. Wet-weather sanitary sewer overflows and basement back-ups

7. Cured-in-place sewer lining rehabilitation efforts

8. Pipe and manhole repair efforts

9. Compliance with the District's backwater valve and sump pump installation requirements

COMMONFIELDS OF CAHOKIA
PUBLIC WATER DISTRICT
CMOM PROGRAM
AUGUST 2014

Exhibit 4

# CROWDER & SCOGGINS, LTD.

ATTORNEYS AT LAW

MARK C. SCOGGINS *
MARK S. ROHR
MARCUS G. WADE *
KATIE E. MARKENSON **

* LICENSED IN ILLINOIS & MISSOURI
** LICENSED IN MISSOURI

121 WEST LEGION AVENUE
POST OFFICE BOX 187
COLUMBIA, ILLINOIS 62236-0187

MScoggins@CrowderScoggins.com

ANDREA CROWDER KHOURY
Of Counsel

TELEPHONE
(618) 281-7111

FACSIMILE
(618) 281-7115

August 2, 2021

**SENT VIA EMAIL ONLY: kimdiers545@gmail.com**
Ms. Kim Diers

RE:   FOIA Request from Kim Diers dated July 19, 2021
      City of Cahokia Heights, Cahokia, Illinois; Our File No. 21-MG-1069

Dear Ms. Diers:

This letter is in response to your Freedom of Information Act Request of July 19, 2021, directed to the City of Cahokia Heights which asks for the following:

1.     A complete list of people currently employed by the City of Cahokia Heights, their job title and their salary.

2.     Please also include private contractors.

3.     Please include the Mayor.

RESPONSE: Kindly find attached the City's document that answers the above request. Please be advised that I am uncertain what documents you are requesting concerning "private contractors" in that private contractors are employed for the most part on a job-by-job basis and do not have a job title or receive a salary per your FOIA request. Please clarify your request concerning "private contractors" by making it more specific as to the job title and documents that you are requesting.

Very truly yours,

Mark C. Scoggins

MCS:tgh (w/att.)
cc:    Clerk Richard Duncan

7/26/2021 Full-Time

| | Last Name | First Name | Hourly rate | Salary | Department |
|---|---|---|---|---|---|
| 1 | Belt | Christopher | $ - | $ 64,000.00 | Administration |
| 2 | Gentry | LaMar | $ - | $ 82,175.00 | Administration |
| 3 | Helm | DeMario | $ - | $ 77,669.00 | Administration |
| 4 | Jackson | Francella | $ - | $ 83,950.00 | Administration |
| 5 | Duncan | Debra | $ - | $ 52,725.00 | Clerk |
| 6 | Stringfellow | Marilyn | $ - | $ 61,750.00 | Clerk |
| 7 | Ayres | Donna | $ 19.47 | $ - | Code |
| 8 | Celistan | John | $ 19.47 | $ - | Code |
| 9 | Darnell | Robert | $ - | $ 67,450.00 | Code |
| 10 | Hill | Thomas | $ - | $ 58,292.00 | Code |
| 11 | LeFlore | Anthony | $ 19.47 | $ - | Code |
| 12 | Millard | Erma | $ 19.47 | $ - | Code |
| 13 | Perkins | Jeanetta | $ 19.47 | $ - | Code |
| 14 | Wren | Keenan | $ 19.47 | $ - | Code |
| 15 | Wynn | Kenneth | $ 19.47 | $ - | Code |
| 16 | Clark-King | Linda | $ 20.42 | $ - | Finance |
| 17 | Jordon | Felicia | $ 20.42 | $ - | Finance |
| 18 | Lynch | Stephanie | $ - | $ 52,520.00 | Finance |
| 19 | Pfeffer | Sharlin | $ - | $ 72,000.00 | Finance |
| 20 | Crites-Cornwell | Dawn | $ - | $ 67,080.00 | HR/Benefits Coordinator |
| 21 | McCall Sr | Curtis | $ - | $ 85,025.20 | Mayor |
| 22 | Reed | JoAnn | $ - | $ 72,000.00 | Nutrition |
| 23 | Clark | Kalvin | $ 19.47 | $ - | Park |
| 24 | Gilbert | Isham | $ 19.47 | $ - | Park |
| 25 | Hayes | Roosevelt | $ 19.47 | $ - | Park |
| 26 | Jackson | Chester | $ 19.47 | $ - | Park |
| 27 | Nordike | Ryan | $ 19.47 | $ - | Park |
| 28 | Saxton | Ryan | $ 19.47 | $ - | Park |
| 29 | Thomas | DeMonti | $ 19.47 | $ - | Park |
| 30 | Tompkins | Trevon | $ - | $ 67,450.00 | Park |
| 31 | Wofford | Ralph | $ - | $ 58,292.00 | Park |
| 32 | Brooks | Tommie | $ 25.50 | $ - | Police |
| 33 | Callahan | Benjamin | $ - | $ 93,932.80 | Police |
| 34 | Craig | Gary | $ 26.50 | $ - | Police |
| 35 | Davis | Jerry | $ 27.50 | $ - | Police |
| 36 | Derossett | Troy | $ 25.50 | $ - | Police |
| 37 | Ford | Jeremy | $ 25.50 | $ - | Police |
| 38 | Heine | David | $ 27.50 | $ - | Police |
| 39 | Hulsey | Patrick | $ 25.50 | $ - | Police |
| 40 | Hunt | Shawn | $ 25.50 | $ - | Police |
| 41 | Jackson | Jamal | $ 26.50 | $ - | Police |
| 42 | Kersting | Andrew | $ 25.50 | $ - | Police |
| 43 | Lutrell | Kyle | $ 25.50 | $ - | Police |
| 44 | Mason | Matthew | $ 25.50 | $ - | Police |

| # | Last | First | | | | Department |
|---|------|-------|---|---|---|-----------|
| 45 | McGinnis | Christopher | $ | 27.50 | $ | - | Police |
| 46 | Mersman | Cody | $ | 25.50 | $ | - | Police |
| 47 | Mobbs | Tanya | $ | 20.42 | $ | - | Police |
| 48 | Myers | Joseph | $ | 25.50 | $ | - | Police |
| 49 | Phegley | Kevin | $ | 26.50 | $ | - | Police |
| 50 | Ruberstell | Derek | $ | 27.50 | $ | - | Police |
| 51 | Schreckenberg | Kevin | $ | 25.50 | $ | - | Police |
| 52 | Thomas | DeMorius | $ | 26.50 | $ | - | Police |
| 53 | Vaughn | Shannon | $ | 25.50 | $ | - | Police |
| 54 | Wright-Pickett | Perlisa | $ | 27.50 | $ | - | Police |
| 55 | Brown | Steven | $ | - | $ | 91,400.00 | Police Chief |
| 56 | Barnes | Carl | $ | 17.30 | $ | - | Police-custodian |
| 57 | Johnson | Jeffery | $ | 19.47 | $ | - | Police-records |
| 58 | Johnson | Timothy | $ | 19.47 | $ | - | police-records |
| 59 | Wright | Valerie | $ | 20.42 | $ | - | Police-records |
| 60 | Weber | Matthew | $ | 19.90 | $ | - | Prairies |
| 61 | Wiegard | Tyler | $ | 17.30 | $ | - | Prairies |
| 62 | Curtis | Andrew | $ | 17.31 | $ | - | Praries |
| 63 | Belk | Patrick | $ | 20.42 | $ | - | Sewer |
| 64 | Belt | Roy | $ | 20.42 | $ | - | Sewer |
| 65 | Brown | Leo | $ | 20.42 | $ | - | Sewer |
| 66 | Culpepper | James | $ | 20.42 | $ | - | Sewer |
| 67 | Gale | Nicholas | $ | 20.42 | $ | - | Sewer |
| 68 | McMath | Jason | $ | 20.42 | $ | - | Sewer |
| 69 | Morgan | Rory | $ | - | $ | 67,450.00 | Sewer |
| 70 | Radford | Gregory | $ | 19.47 | $ | - | Sewer |
| 71 | Ware | Joshua | $ | 20.42 | $ | - | Sewer |
| 72 | Allen | Corey | $ | - | $ | 58,292.00 | Street |
| 73 | Crisp | LaJuan | $ | 19.47 | $ | - | Street |
| 74 | Greer | Craig | $ | 19.47 | $ | - | Street |
| 75 | Gulley | Jeremy | $ | 19.47 | $ | - | Street |
| 76 | Henderson | Malcom | $ | - | $ | 58,292.00 | Street |
| 77 | McIntyre | Phillip | $ | 19.47 | $ | - | Street |
| 78 | Nolden | Keith | $ | - | $ | 58,292.00 | Street |
| 79 | Paulette | Vincent | $ | 19.47 | $ | - | Street |
| 80 | Rias | Ramez | $ | 19.47 | $ | - | Street |
| 81 | Sayles | Sean | $ | 19.47 | $ | - | Street |
| 82 | Crawford | Tyrone | $ | 20.42 | $ | - | Water |
| 83 | Flinn | Gary | $ | 20.42 | $ | - | Water |
| 84 | Frick | James | $ | 19.47 | $ | - | Water |
| 85 | Hill | Travanti | $ | 20.47 | $ | - | Water |
| 86 | McCall | Kerchavian | $ | - | $ | 67,450.00 | water |
| 87 | McCall | Nathaniel | $ | 20.42 | $ | - | Water |
| 88 | Walker | Ricky | $ | 20.42 | $ | - | Water |
| 89 | Matchingtouch | Lunetha | $ | - | $ | 72,675.00 | Water & Sewer |
| 90 | McClelland | Sandra | $ | 20.42 | $ | - | Water & Sewer |
| 91 | Shewfelt | Joi | $ | 20.42 | $ | - | Water & Sewer |

| 92 | Traiteur | Dennis | | $ | - | $ | 86,400.00 | Water & Sewer |

Exhibit 5

INTERGOVERNMENTAL AGREEMENT
among the
CITY OF CENTREVILLE,
the
METRO-EAST SANITARY DISTRICT,
the
STATE OF ILLINOIS/EMERGENCY MANAGEMENT AGENCY,
the
STATE OF ILLINOIS/DEPARTMENT OF NATURAL RESOURCES
and the
U. S. DEPARTMENT OF AGRICULTURE/NATURAL RESOURCES
CONSERVATION SERVICE
for the
EMERGENCY WORK AND MAINTENANCE
on
WPA DITCH AND CANAL NO. 1
(Reach D)

Contract Number 024

THIS AGREEMENT is made among the City of Centreville, hereinafter **"CENTREVILLE,"** the Metro-East Sanitary District, hereinafter **"DISTRICT,"** the State of Illinois/Illinois Emergency Management Agency, hereinafter **"IEMA,"** the State of Illinois/Department of Natural Resources, hereinafter **"DNR,"** and the U. S. Department of Agriculture/Natural Resources Conservation Service, hereinafter **"NRCS,"**

WITNESSETH:

WHEREAS, CENTREVILLE, DISTRICT, IEMA and DNR are entities organized and existing under the laws of the State of Illinois, having among their powers the authority to contract with one another to perform such undertakings as described herein; and

WHEREAS, CENTREVILLE, DISTRICT, IEMA, NRCS and DNR are desirous of performing emergency work on the WPA Ditch and Canal No. 1, this emergency work including the removal and disposal of disaster related siltation to a five-year frequency discharge capacity and stage, the removal and disposal of disaster related debris and snags, the removal and disposal of any woody growth associated with access required to do this work and any associated initial and potential future mitigation work required for wetlands, tree removal or other environmental impacts, such emergency work beginning on Canal No. 1 from approximately 200 feet downstream of Lake Drive upstream to WPA Ditch and on WPA Ditch from Canal No. 1 upstream to Glenwood Avenue, all referred to as Reach D, such emergency work hereinafter referred to as **"PROJECT,"** and

WHEREAS, IEMA will make available federal funds obtained from the Federal Emergency Management Agency (FEMA) sufficient to cover seventy-five percent of all eligible PROJECT costs and IEMA will provide an additional

twenty-five percent in state funds to cover the requirement for non-federal spending on eligible PROJECT costs.

**NOW THEREFORE**, for and in consideration of the benefits to be derived from the implementation of the PROJECT, the sufficiency of which is hereby acknowledged, the parties hereto agree to the following terms and conditions:

1. The recitals set forth above are incorporated herein by reference and made a part hereof, the same constituting the factual basis for this transaction.

2. All the provisions of this AGREEMENT will be binding upon the successors and assigns of the principal parties hereto.

3. This AGREEMENT may only be modified, assigned, supplemented, amended, or extended by mutual agreement, in writing, by the principal parties hereto.

4. DNR, or its assigns, will prepare, as needed, any necessary plans and specifications, and delineate any land rights and access requirements for the construction of the PROJECT, excluding any potential future mitigation.

5. IEMA, in consultation with DNR, will review and approve the selected PROJECT construction bids prior to contract awards. IEMA reserves the right to modify the contract, if needed, to keep the PROJECT construction costs within acceptable limits. IEMA further reserves the right to review and approve all contract change orders.

6. NRCS will provide for the construction and construction supervision of the PROJECT, excluding any potential future mitigation.

7. CENTREVILLE and the DISTRICT will assume responsibility for the design, construction and construction supervision of any potential future mitigation that might be necessary as a result of the PROJECT construction activities performed within their respective reaches of maintenance responsibility as defined in Item 8 below. Such mitigation design, construction and construction supervision will consist of all work necessary to mitigate impacts to wetlands, of tree removal or for other environmental impacts, not originally defined, which occur as the result of the construction of the emergency work.

8. CENTREVILLE and the DISTRICT will assume responsibility for maintenance of the PROJECT as constructed, including any potential future mitigation. This maintenance will include, but not be limited to, keeping the PROJECT areas clean of all trash and other debris, or other matter that may tend to impede the proper and free flow of water, and the removal of sediment from the channel annually from where it has deposited and where it impedes the proper and free flow of water such that the capacity of the PROJECT will be maintained at the five-year frequency discharge and stage. Grass covered areas will be mowed to a height of six inches or less at least twice each year. Measures will be taken annually to eliminate all unwanted woody growth larger than one-half inch in

diameter from all PROJECT areas, excluding mitigation sites. Measures will also be taken, as required, to correct any substantial erosion problems. CENTREVILLE and the DISTRICT will also be responsible for the monitoring and maintenance, according to permit conditions and approved mitigation plans, of any on-site or off-site mitigation work required as a result of PROJECT construction activities performed within their respective reaches of maintenance responsibility. CENTREVILLE will be responsible for maintenance on WPA Ditch from Canal No. 1 upstream to Glenwood Avenue. DISTRICT will be responsible for maintenance on Canal No. 1 from approximately 200 feet downstream of Lake Drive upstream to WPA Ditch.

9. CENTREVILLE and the DISTRICT will acquire all necessary land rights, within their respective reaches of maintenance responsibility, for the purposes of PROJECT construction (including all mitigation), construction supervision and maintenance.

10. CENTREVILLE and the DISTRICT hereby grant to NRCS all necessary land rights and access to the PROJECT for the purposes of PROJECT construction and construction supervision, excluding any potential future mitigation.

11. CENTREVILLE and the DISTRICT hereby grant to DNR, or its assigns, all necessary land rights and access to the PROJECT area for the purposes of construction inspections and maintenance inspections.

12. . IEMA will provide for the payment of all eligible costs associated with the PROJECT. Pay estimates for all work, excluding potential future mitigation, will be transmitted to IEMA after receipt of each approved "Engineer's Pay Estimate," signed by NRCS's resident engineer indicating that the work covered therein was completed and a part of the PROJECT. Eligible costs are those as defined through the Public Assistance program (44 CFR, Part 206) and all final eligibility determinations will be made through IEMA.

13. In the event future mitigation is required, IEMA will provide funds to CENTREVILLE and the DISTRICT for eligible costs incurred within their respective reaches of maintenance responsibility. Eligible costs are those defined through the Public Assistance Program (44 CFR, Part 206) and all final eligibility determinations will be made through IEMA. Payment of all eligible costs is subject to availability of federal and state funding.

14. DNR, or its assigns, will obtain, in the name of CENTREVILLE and the DISTRICT, all necessary federal and state permits and approvals required for the construction of the PROJECT. CENTREVILLE and the DISTRICT will obtain, in their respective names, and provide all necessary local permits and approvals needed for the construction and maintenance of the PROJECT within their respective reaches of maintenance responsibility.

15. DNR will perform joint inspections with CENTREVILLE and the DISTRICT no less often than once each year, or more often if conditions so require, to assure adequate maintenance is being performed on the PROJECT.

3

Failure of CENTREvILLE and/or the DISTRICT to properl, perform maintenance on the PROJECT within their respective reaches and in accordance with Item 8 of this AGREEMENT, and as indicated by a report of such inspection, will permit DNR, upon 30 days written notice and continued failure of CENTREVILLE and the DISTRICT to perform the necessary maintenance work, to enter upon the PROJECT land rights to perform the maintenance work. In this instance, CENTREVILLE and the DISTRICT will reimburse DNR for any and all costs that may be incurred by DNR in connection with maintenance within their respective reaches of maintenance responsibility.

16. FEMA requires that the PROJECT be properly maintained as described herein and, if such maintenance is not performed, FEMA reserves the right to withhold any future eligible disaster payments to CENTREVILLE and the DISTRICT for channel clearance within their respective limits of the PROJECT area.

17. CENTREVILLE and the DISTRICT will hold and save IEMA, DNR, NRCS and any of their duly appointed agents and employees harmless against any loss, damage, cause of action, fine or judgment, including all costs connected therewith such as attorney fees, witness fees, filing fees and any other expenses incident thereto, that may be incurred by reason of personal injury, death, property damage, and any or all other claims or suits of whatsoever nature that might arise or result from or as a consequence of the location, construction and maintenance of the PROJECT, or from DNR having to invoke Item 15 of this AGREEMENT.

CENTREVILLE and the DISTRICT will hold IEMA, NRCS and DNR harmless in regard to the handling and disposal of any special wastes that might be discovered on PROJECT land rights.

The participants in this AGREEMENT will not be obligated or responsible to hold any of the other participants harmless against any loss, damages, costs or expenses arising out of negligent acts or omissions by other participants, their agents or employees.

18. All contracts let for the construction of the PROJECT will require that the contractor abide by the provisions of the Davis-Bacon Act of March 3, 1931, as amended (46 Sta. 1494, as amended, 40 U.S.C. 276a).

19. The participants in this AGREEMENT will maintain, for a minimum of five years after completion of the PROJECT, adequate books, records and supporting documentation to verify the amounts, recipients and uses of all disbursements of funds passing in conjunction with this AGREEMENT; all books, records and supporting documents related to the PROJECT will be available for review by Federal and State auditors; and the participants of this AGREEMENT will cooperate fully with any Federal and State audit and will provide full access to all relevant materials. Failure to maintain the books, records and supporting documents required by this AGREEMENT will establish a presumption in favor of IEMA/FEMA for the recovery of any funds under this AGREEMENT for which adequate books, records and supporting documentation are not available to support their purported disbursement.

20.  CENTREVILLE will maintain eligibility in the National Flood Insurance Program.

**IN WITNESS WHEREOF**, the parties have set their hands and seals the day and year written, and represent that the signatures below are duly authorized to execute this AGREEMENT on behalf of their respective bodies, and the effective date of this AGREEMENT is the date approved and executed by the Director of DNR.

## ILLINOIS DEPARTMENT OF NATURAL RESOURCES

RECOMMENDED:

Donald R. Vonnahme, Director
Office of Water Resources

APPROVED:

Brent Manning, Director
Department of Natural Resources
Date: 11/7/96

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY:

Phillip Montalvo, Chief Legal Counsel

## ILLINOIS EMERGENCY MANAGEMENT AGENCY

RECOMMENDED:

Rex Coble, Deputy Director

APPROVED:

John Mitchell, Director

## CITY OF CENTREVILLE

ATTEST:

Billie Jean Miller, City Clerk

APPROVED:

Riley Owens, Mayor

5

INTERGOVERNMENTAL AGREEMENT
for the
EMERGENCY WORK AND MAINTENANCE
on
WPA DITCH AND CANAL NO. 1
(REACH D)

CONTRACT NUMBER 024

## METR0-EAST SANITARY DISTRICT

ATTEST:                                      APPROVED:

Rosemarie Heath, Clerk                       Walter Greathouse, Sr., President
                                             Board of Commissioners

## U. S. DEPARTMENT OF AGRICULTURE/NATURAL RESOURCES CONSERVATION SERVICE

APPROVED:

William G. Kobylski
Acting State Conservationist

6

## SPONSORSHIP AGREEMENT
### between the
### CITY OF CENTREVILLE
### and the
### STATE OF ILLINOIS/DEPARTMENT OF NATURAL RESOURCES
### for the
### CENTREVILLE CULVERT REPLACEMENT PROJECT

### Contract Number 035

**THIS AGREEMENT** made between the City of Centreville, St. Clair County, Illinois (hereinafter referred to as the **"CITY"**), and the Department of Natural Resources, Office of Water Resources (hereinafter referred to as **"DNR"**), acting for and on behalf of the State of Illinois,

### WITNESSETH:

**WHEREAS**, the CITY and DNR are legal entities organized and existing under the laws of the State of Illinois having among their powers the authority to contract with one another to perform such undertakings as described herein; and

**WHEREAS**, the CITY and DNR are working together to develop a flood control improvement plan, supplementing the proposed FEMA emergency cleanout project on Canal No. 1 and WPA Ditch, to alleviate residential flooding along WPA Ditch; and

**WHEREAS**, the improvement would consist of replacing the existing culverts under Rogers Avenue, Margaret Street, Le Page Boulevard and 72nd Street with larger pipe culverts at lower elevations. The capacities of these culverts will be as specified in the July 1975 Illinois Department of Transportation plan entitled "Interim Drainage

Improvement Plan For Central Metro-East Area." Improvement works as finally approved by the CITY and DNR are hereinafter referred to as the **"IMPROVEMENT"**; and

**WHEREAS**, the parties hereto wish to set forth herein the intent of the parties regarding the design, implementation, construction, cost sharing, and perpetual maintenance of the IMPROVEMENT.

**NOW THEREFORE**, for and in consideration of the benefits to be derived from the construction of this IMPROVEMENT, the sufficiency of which is hereby acknowledged, the parties hereto agree to the following terms and conditions:

## ARTICLE I.  SPECIAL CONDITIONS

A.      The recitals set forth above are incorporated herein by reference and made a part hereof, the same constituting the factual basis for this transaction.

B.      The current estimated construction cost of the IMPROVEMENT is $65,000.  The CITY and DNR will share in the construction cost of the IMPROVEMENT in the following manner:

   1.      The CITY's share will include the actual cost of materials, incidental supplies and road resurfacing necessary to build the IMPROVEMENT as finally determined;

   2.      DNR's share will include providing the equipment and labor necessary to build the IMPROVEMENT, as finally determined.

C.      DNR's obligation hereunder will be limited to the equipment and labor costs necessary for IMPROVEMENT construction and will expire when the IMPROVEMENT is completed or June 30, 2000, whichever comes first.  DNR's funding obligation will cease immediately without penalty of further payment or work being required if in any fiscal year the Illinois General Assembly fails to appropriate or otherwise make available sufficient funds for this AGREEMENT.

D.      All provisions of this AGREEMENT will be binding upon the successors and assigns of the parties hereto.

E.      This AGREEMENT may only be modified, assigned, supplemented, or amended by mutual agreement, in writing, by the parties hereto.

## ARTICLE II. CITY OF CENTREVILLE

A.    The CITY will have the right to review and approve the final design plans and specifications for the IMPROVEMENT, and will provide written confirmation of their approval prior to IMPROVEMENT construction.

B.    The CITY will acquire in the name of the CITY, without cost to DNR, all land rights necessary for construction and maintenance of the IMPROVEMENT. It is understood that any required land rights owned by a unit of local government other than the CITY may remain in the name of such unit of local government. However, the CITY must obtain, through proper approval of the owner's governing body, a temporary right to construct and a permanent right of access on any such land rights to allow the required operation and maintenance of the IMPROVEMENT.

All expenses associated with acquiring the CITY's land rights, such as title commitments, attorney fees, survey costs, appraisal costs, recording costs, preparation of legal descriptions and plat drawings, and any other incidental expenses will be borne by the CITY.

C.    The CITY will grant or cause to be granted to DNR and its assigns, at no cost to DNR, the required interest in the land rights acquired by the CITY necessary to construct the IMPROVEMENT. The CITY hereby grants to DNR the right to enter upon any land rights obtained by the CITY in the event Item D of Article III is invoked by DNR for failure of the CITY to adequately maintain the IMPROVEMENT. The CITY will permit DNR to use any CITY owned streets or alleys which may be required to complete the IMPROVEMENT.

D.    The CITY hereby authorizes DNR to serve as its agent in the acquisition of all Federal and State permits necessary for the construction, operation and maintenance of the IMPROVEMENT. All permits will be applied for in the name of the CITY. The CITY will obtain any local permits necessary for the construction, operation and maintenance of the IMPROVEMENT.

E.    The CITY will be responsible for the costs of all utility markings, alterations or relocations and for all fence removal and/or replacement, if any, which includes any utility alterations or relocations, and fence removal and/or replacement shown on the approved plans. Utilities include, but are not limited to, electrical, telephone, and cable televisions lines, and gas, oil, sewer and water pipelines.

F.    The CITY will accept and assume all responsibility for the operation, maintenance, repair and rehabilitation of the IMPROVEMENT. Maintenance will include, but not be limited to, keeping the IMPROVEMENT clean of all trash and debris, or other matter, such as silt, that may tend to impede the proper and free flow of

3

water.  Grass covered areas will be mowed to a height of six inches or less at least twice each year.  Measures will be taken annually to eliminate all unwanted woody growth larger than one-half inch in diameter.  Measures will also be taken as required to correct any substantial erosion problems.

G.  The CITY will be responsible for purchasing and supplying all materials necessary to construct the IMPROVEMENT.  Materials include, but are not limited to, culvert pipe, rock, road oil, sand, grass seed, mulch, and fertilizer.

H.  The CITY will furnish trucks, drivers, and all other labor and equipment required to properly dispose of all old culverts and debris removed by DNR as part of the IMPROVEMENT.  The CITY will be responsible for all costs associated with the proper disposal of the culverts and debris.

I.  The CITY will restore all roadway surfaces disturbed by construction of the IMPROVEMENT at no cost to DNR.

J.  The CITY will be responsible for all traffic control associated with the construction of the IMPROVEMENT including notification of road closures to through traffic at each culvert replacement site.  The CITY will also provide all road signs necessary to protect the IMPROVEMENT construction zone.

K.  The CITY will maintain eligibility in the National Flood Insurance Program.  The CITY will continue to adopt and enforce appropriate ordinances satisfactory to the Federal Emergency Management Agency and DNR which the CITY is required to enact relative to the regulation of development in floodplains within the jurisdiction of the CITY.

L.  The CITY will maintain, for a minimum of five years after completion of the IMPROVEMENT, adequate books, records and supporting documents to verify the amounts, recipients, and uses of all disbursements of funds paid in conjunction with this AGREEMENT.  This AGREEMENT and all books, records and supporting documents related to the IMPROVEMENT shall be made available for review and audit by the Illinois Auditor General and/or DNR.  The CITY agrees to cooperate fully with any audit conducted by the Auditor General and/or DNR and to provide full access to all relevant materials.  Failure to maintain the books, records, and supporting documents required by this Paragraph shall establish a presumption in favor of DNR for the recovery of any funds paid by DNR under this AGREEMENT for which adequate books, records, and supporting documentation are not available to support their purported disbursement.

M.  The CITY will hold and save DNR and any of its duly appointed agents and employees harmless against any loss, damage, cause of action, fine or judgment, including all costs connected therewith such as attorney fees, witness fees, filing fees and any other expenses incident thereto, that may be incurred by reason of

4

personal injury, death, property damage, and any or all other claims or suits of whatsoever nature that might arise or result from or as a consequence of the location, existence, operation and maintenance of the IMPROVEMENT, or from DNR having to invoke Item D of Article III of this AGREEMENT. The CITY will further hold DNR harmless in regard to any hazardous substances which might be discovered on the land rights acquired by the CITY in connection with the IMPROVEMENT. The CITY will not be obligated or responsible to hold DNR harmless against any loss, damages, costs or expenses arising out of negligent acts or omissions by DNR or its agents or employees.

## ARTICLE III.  DEPARTMENT OF NATURAL RESOURCES

A.    DNR will provide, at no cost to the city, all field surveying, engineering, construction plans and documentation necessary to construct the IMPROVEMENT as finally agreed to by the parties hereto for implementation.

B.    DNR will be responsible for providing all labor and equipment necessary to construct the IMPROVEMENT, except for restoration of roadway surfaces disturbed during the construction of the IMPROVEMENT.

C.    DNR, acting as an agent for the CITY, will be responsible for obtaining all federal and state permits required to implement and maintain the IMPROVEMENT. All permits will be applied for in the CITY's name.

D.    DNR will make periodic inspections of the IMPROVEMENT in order to assure that adequate maintenance is being accomplished on the IMPROVEMENT by the CITY. Should DNR determine that a maintenance problem exists, a joint inspection will be scheduled and made by the CITY and DNR. Failure of the CITY to properly maintain the IMPROVEMENT, as indicated by a written report of such inspection, will permit DNR upon thirty (30) days written notice and continued failure of the CITY to perform the necessary maintenance work, to enter upon the IMPROVEMENT land rights for the purpose of performing such maintenance work. In this instance, the CITY will reimburse DNR for any and all costs which may be incurred by DNR in connection therewith.

5

**IN WITNESS WHEREOF**, the parties hereto have set their hands and seals the day and year written, and represent that the signatories below are duly authorized to execute this AGREEMENT on behalf of their respective body, and the effective date of this AGREEMENT is the date approved and executed by the Director of DNR.

### STATE OF ILLINOIS/DEPARTMENT OF NATURAL RESOURCES

RECOMMENDED:

Donald R. Vonnahme, Director
Office of Water Resources

APPROVED:

Brent Manning, Director
Department of Natural Resources
Date: 1/31/97

APPROVED AS TO FORM AND:
LEGAL SUFFICIENCY:

Phillip Montalvo
Chief Legal Counsel

### CITY OF CENTREVILLE

ATTEST:

Billie Jean Miller, City Clerk

APPROVED:

Riley Owens, Mayor
Date:

6

**AMENDMENT NUMBER ONE**
to the
**SPONSORSHIP AGREEMENT**
between the
**CITY OF CENTREVILLE**
and the
**STATE OF ILLINOIS/DEPARTMENT OF NATURAL RESOURCES**
for the
**CENTREVILLE CULVERT REPLACEMENT PROJECT**

**Contract Number 035**

**WHEREAS,** the City of Centreville, St. Clair County, Illinois (hereinafter referred to as the **"CITY"**), and the Department of Natural Resources, Office of Water Resources (hereinafter referred to as **"DNR"**), acting for and on behalf of the State of Illinois, have entered into a Sponsorship Agreement covering the implementation of the Centreville Culvert Replacement Project (hereinafter referred to as the **"IMPROVEMENT"**); and

**WHEREAS**, the Sponsorship Agreement between the CITY and DNR was executed on January 31, 1997; and

**WHEREAS**, the Illinois General Assembly has appropriated funds to DNR for the IMPROVEMENT under Public Act 89-0501, Article 49, Section 23 for Small Drainage and Flood Control Projects; and

**WHEREAS**, DNR has determined that the execution of this amendment will not result in the expenditure of more than $250,000 in a fiscal year; and

**WHEREAS**, DNR has determined that (1) the circumstances necessitating this amendment were not reasonably foreseeable at the time the agreement was executed, (2) the amendment is germane to the agreement as originally executed, and (3) this amendment to the agreement is in the best interest of the State of Illinois.

**NOW THEREFORE**, for and in consideration of the premises contained herein, the parties hereto, being the same parties as to the January 31, 1997 Sponsorship Agreement, agree to the following modifications:

1. The fourth paragraph on Page 1 of the Agreement will be changed to read as follows:

**"WHEREAS**, the improvement would consist of replacing the existing culverts under 72nd, 73rd, 74th and 75th Streets with larger pipe culverts at lower elevations. The capacities of these culverts will be as determined in the July 1975 Illinois Department of Transportation plan entitled 'Interim Drainage Improvement Plan For Central Metro-East Area.' Improvement works as finally approved by the CITY and DNR are hereinafter referred to as the **'IMPROVEMENT'**; and"

2. Article I, Items B and C, on Page 2 of the Agreement, will be changed to read as follows:

"B.    The current estimated construction costs of the IMPROVEMENT are $62,000. The CITY and DNR will share in the construction costs of the IMPROVEMENT in the following manner:

1.    The CITY's share will include the actual costs of materials and incidental supplies necessary to construct concrete culvert crossing improvements at 74th Street and the concrete culvert on the private right-of-way between 73rd and 74th Streets;

2.    The CITY's share will also include the costs of all seed, mulch and fertilizer as well as all roadway resurfacing necessary as part of construction of the IMPROVEMENT as finally determined;

3.    The CITY's share of construction costs is estimated to be $15,000;

4.    DNR's share will include the actual costs of materials and incidental supplies necessary to construct concrete culvert crossings and ditch improvements at 72nd, 73rd and 75th Streets;

5.    DNR's share will also include providing the equipment and labor necessary to build the IMPROVEMENT, as finally determined, excluding all roadway resurfacing;

6.    DNR's share of construction costs for the IMPROVEMENT, excluding labor and machinery costs as described in Item B (5), are estimated to be $47,000.

C.    DNR's obligation hereunder will be limited to the equipment, labor and material costs, noted in Item B above, necessary for construction of the IMPROVEMENT, and will expire when the IMPROVEMENT is completed or June 30, 2000, whichever comes first. DNR's funding obligation will cease immediately without penalty of further payment or work being required if in any fiscal year the Illinois General Assembly fails to appropriate or otherwise make available sufficient funds for this AGREEMENT."

3. Article II, Item G, on Page 4 of the Agreement will be changed to read as follows:

"G.    The CITY will be responsible for purchasing and supplying all materials necessary to construct the IMPROVEMENT. Materials include, but are not limited to, concrete culvert pipe and culvert pipe end sections, rock, road oil, sand, grass seed, mulch and fertilizer."

4. Article II, Item M, Sentence 2 on Page 5 of the Agreement will be changed to read as follows:

"M.    The CITY will further hold DNR harmless in regard to any hazardous or special wastes that might be discovered on the land rights acquired by the CITY in connection with the IMPROVEMENT."

2

5. Article III, Item C, on Page 5 of the Agreement will be inserted to read as follows:

"C.     DNR will be responsible for reimbursing the CITY for all material costs, excluding those associated with roadway restoration and with seeding, mulching, and fertilizing, required for constructing the IMPROVEMENT at 72nd, 73rd and 75th Streets."

6. Article III, Items C and D, on Page 5 of the Agreement will become Items D and E respectively.

7. All other covenants of the January 31, 1997 Sponsorship Agreement shall remain in full force and effect.


**IN WITNESS WHEREOF**, the parties hereto have set their hands and seals the day and year written, and represent that the signatories below are duly authorized to execute this AMENDMENT on behalf of their respective body, and the effective date of this AMENDMENT is the date approved and executed by the Director of DNR.


### STATE OF ILLINOIS/DEPARTMENT OF NATURAL RESOURCES

**RECOMMENDED:**

Donald R. Vonnahme, Director
Office of Water Resources

**APPROVED:**

Brent Manning, Director
Department of Natural Resources
Date: 5/27/97

**APPROVED:**

Robert G. Mool, Legal Counsel


### CITY OF CENTREVILLE

**ATTEST:**

Billie Jean Miller, City Clerk

**APPROVED:**

Riley Owens, Mayor
Date: 5  20  97

3

Exhibit 6

**Office of Water Resources**
**Division of Project Implementation**
**Surveillance Report**


**Date:**  March 24, 2010

**Stream:** WPA Ditch                                          **County**: St.Clair

**Contract Designation:** CN-035                 **Agreement Date:** January 31, 1997

**Location:** Centreville                                   **Mayor**: Frankie Seaberry

**Sponsorship Agreement:** City of Centreville

**Description of Improvement**: Replaced culverts under 72nd, 73rd, 74th, and 75th Streets.  Channelized WPA Ditch from Canal #1 to the western city limits.


**Inspection Party:** Alan Grelck

**Condition of Improvement**:

|              |       |
|--------------|-------|
| Excellent    | 5     |
| Good         | 4     |
| Fair         | 3     |
| Poor         | 2 **X** |
| Deterioration | 1    |

**Comments:** As shown in the attached photos, the channel has not seen any maintenance since constructed in 1997.  The channel is clogged with trees and trash which is restricting flow.  The City needs to clean the channel as soon as possible or flooding will become a problem.  One way to get the cleanup completed is to use workers from the local prison.


**Concerns voiced by owner:**


**Photos Taken:** See attached



# Illinois Department of
# **Natural Resources**

Bruce Rauner, *Governor*

One Natural Resources Way    Springfield, Illinois  62702-1271          Wayne A. Rosenthal, *Director*
www.dnr.illinois.gov

February 2, 2016

Mayor Marius Jackson
City of Centreville
5800 Bond Avenue
Centreville, IL  62207

RE: Maintenance on Emergency Canal Cleanout Work

Dear Mayor Jackson:

As a follow up to the 1996 emergency canal cleanout work our offices worked together to accomplish, we have completed surveys of the WPA Ditch that was restored as part of that work and found that a portion of the channel needs maintenance.

Prior to completing the emergency channel restoration work, an intergovernmental agreement was signed by our agencies outlining the division of duties associated with the project.   That agreement is attached for your reference.  The maintenance section of the intergovernmental agreement includes this language: "This maintenance will include, but not be limited to, keeping the PROJECT areas clean of all trash and other debris or other matter that may tend to impede the proper and free flow of water such that the capacity of the PROJECT will be maintained at the five-year frequency discharge and stage."  Table 1 shows all of the reaches that were rehabilitated in 1996 and 1998 and the entity responsible for maintenance.  Your agency has the maintenance responsibilities for WPA Ditch that is not being maintained as agreed to in the intergovernmental agreement.  The attached overview map shows the location of the attached cross sections.   The cross sections show the closest original cross section before the work (purple), the proposed cross section (green), and survey done at identical locations from 2011 (red) and 2014 (blue).  Table 2 quantifies the difference in channel shape between the cleanout and the shape as surveyed in 2014.

Please provide this office with a schedule for when you anticipate performing the agreed to channel maintenance.  Please contact Rick Gosch at 217-782-4732 if you have any questions.

Sincerely,



Daniel A. Injerd, Director
Office of Water Resources



# Illinois Department of
# Natural Resources

One Natural Resources Way   Springfield, Illinois  62702-1271
www.dnr.illinois.gov

March 7, 2018

Mayor Marius Jackson
City of Centreville
5800 Bond Avenue
Centreville, IL  62207

RE: Maintenance on Emergency Canal Cleanout and Culvert Modification Work

Dear Mayor Jackson:

As a follow up to the 1996 emergency canal cleanout work that our offices worked together to accomplish, we have completed an inspection of the WPA Ditch that was restored as part of that work and found that portions of the channel need maintenance.

Prior to completing the emergency channel restoration work and culvert modifications, intergovernmental agreements (IGAs) were signed by our agencies outlining the division of duties associated with the projects. Those agreements are attached for your reference.  The maintenance section of the IGA for the Emergency Work and Maintenance on WPA  Ditch and Canal No. 1 includes this language: "This maintenance will include, but not be limited to, keeping the PROJECT areas clean of all trash and other debris, or other matter that may tend to impede the proper and free flow of water, and the removal of sediment from the channel annually from where it has deposited and where it impedes the proper and free flow of water such that the capacity of the PROJECT will be maintained at the five-year frequency discharge and stage.  Grass covered areas will be mowed to a height of 6 inches or less at least twice each year.  Measures will be taken annually to eliminate all unwanted woody growth larger than one-half inch in diameter from all PROJECT areas, excluding mitigation sites.  Measures will also be taken, as required, to correct any substantial erosion problems."  The language in the IGA for the Centreville Culvert Replacement Project is similar.  The agreements state that Centreville is responsible for maintenance on WPA Ditch and the pipe culverts along the ditch from Canal No. 1 upstream to Glenwood Avenue.  The agreements also state that failure of Centreville to properly perform maintenance on the projects in accordance with the agreements will permit DNR to enter upon the project land rights to perform the maintenance work.  In this instance, Centreville will be required to reimburse DNR for any and all costs that may be incurred by DNR in connection with said maintenance.  Inspection indicates that the channel and R.O.W. has become overgrown and inaccessible. The area should be cleared and the channel regraded to its original design, then reseeded.  All pipes along the ditch that have sediment/debris in them should be cleaned at the same time.

Please provide this office with a schedule for when you anticipate performing the agreed to channel maintenance.  Please contact Rick Pohlman at 217-782-4732 if you have any questions.

Sincerely,


Loren Wobig, Director
Office of Water Resources
attachments