# EXHIBIT L



**REGION 5**

CHICAGO, IL  60604

**VIA ELECTRONIC MAIL**

Mayor McCall
City of Cahokia Heights
103 Main Street
Cahokia, Illinois 62206
ymccall@cahokiaillinois.org

Re: N. 82nd St. Sanitary Sewer Overflow (SSO) Alternatives Analysis – ILN000019

Dear Mayor McCall:

On August 30, 2024, the City of Cahokia Heights submitted a "N. 82nd St. Sanitary Sewer Overflow Alternatives Analysis" (Alternatives Analysis), pursuant to the August 2021 Administrative Order on Consent. Cahokia Heights revised the Alternatives Analysis in response to U.S. EPA comments and resubmitted it to U.S. EPA on November 7th. As the City noted in its resubmission, the City did not revise the original completion schedule which is based on EPA approval. The City must revise the completion schedule to commence the work within seven days of the date of this letter, with the other dates adjusted accordingly.

The submittal includes a number of editorial statements regarding possible causes of SSOs from the N. 82nd Street cleanout, the makeup of the discharges from the SSO, characterization of the SSO as a "dry-weather SSO" versus a "wet-weather SSO," and the like. Approval of the interim alternative is not an endorsement or agreement with the City's positions on these topics, which are not relevant to the interim remedy or the approval.

The interim alternative is intended to mitigate the potential human health impact from SSOs from the N. 82nd Street cleanout until the SSO can be eliminated. Approval of the interim alternative is not a permit. Relocation of the SSO does not relieve the City of liability under the CWA for unlawful discharges of pollutants.

By this letter, U.S. EPA approves the November 7th Alternatives Analysis with recommended options 1 and 2, subject to the City revising the completion schedule.  We request that the City revise and resubmit the completion schedule within seven days of the date of this letter.

Thank you for your efforts to bring the City into compliance with the Clean Water Act.  If you have any questions, please contact Joan Rogers at (312) 886-2785 or rogers.joan@epa.gov or your legal counsel may contact Lauren Grady at (202) 598-1866 or lauren.grady@usdoj.gov.

Sincerely,

Nefertiti DiCosmo, Manager
Water Enforcement and Compliance Assurance Branch